| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | JON S. ALLIN<br>Supervising Deputy Attorney General |
| 3 | DAVID C. GOODWIN<br>Deputy Attorney General |
| 4 | State Bar No. 283322<br> 1300 I Street, Suite 125 |
| 5 |  P.O. Box 944255<br> Sacramento, CA 94244-2550 |
| 6 |  Telephone: (916) 210-7342<br> Fax: (916) 324-5205 |
| 7 |  E-mail: David.Goodwin@doj.ca.gov<br>*Attorneys for Defendant Gastelo* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| **ESTATE OF ALEXANDRE TOULOUDJIAN, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 2:20-cv-0520-FMO-KLS<br><br>**DEFENDANT GASTELO'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: 1/14/2021<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin<br>Trial Date: None set<br>Action Filed: 1/17/2020 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 14, 2021, at 10:00 a.m., in Courtroom 6D of the United States District Court for the Central District of California, located at 350 W. 1st Street, 6th Floor, Los Angeles, California, 90012, Defendant Gastelo will move to dismiss the Second Amended Complaint (SAC, ECF No. 26) under Federal Rule of Civil Procedure 12(b)(6).

The grounds for this motion are that (1) the SAC fails to state a cognizable claim against Gastelo based on supervisory liability; (2) the SAC fails to state a

claim against Gastelo based on deliberate indifference; (3) the SAC fails to state a cognizable claim against Gastelo for wrongful death; and (4) Gastelo is entitled to qualified immunity.

This motion is based on this notice of motion and motion, the memorandum of points and authorities, the meet-and-confer declaration of defense counsel David Goodwin, the pleadings, records, and files in this action, and any other matters that may properly come before this Court.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place telephonically on December 7, 2020.

Dated: December 14, 2020             Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ David C. Goodwin*

DAVID C. GOODWIN
Deputy Attorney General
*Attorneys for Defendant Gastelo*

SA2020101463
34637728.docx