# CERTIFICATE OF SERVICE

Case Name:   **Estate of Alexandre Touloudjian, et al. v. CDCR, et al.**
No.          2:20-cv-0520-FMO-KLS

I hereby certify that on **December 14, 2020**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT GASTELO'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**

**DEFENDANT GASTELO'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**

**DECLARATION OF DAVID C. GOODWIN IN SUPPORT OF DEFENDANT GASTELO'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** *(Exhibit A)*

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **December 14, 2020**, at Sacramento, California.

| K. Jeffers | */s/ K. Jeffers* |
|---|---|
| Declarant | Signature |

SA2020101463
34665680.docx