# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ALEXANDRE TOULOUDJIAN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20-cv-00520-FLA-KS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __5/24/2023__

Document No.:   __85-1__

Title of Document:   __RE ONLY the proposed order__

**ERROR(S) WITH DOCUMENT:**

Local Rule 11-3.8 title page is missing, incomplete, or incorrect.

Proposed Order is Missing Formal title page.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: May 25, 2023            By: _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**