

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248)-987-8929
keithaltman@kaltmanlaw.com

June 22, 2023

**VIA CM/ECF**
U.S. District Judge Fernando L. Aenlle-Rocha
U.S.D.C. for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 6B, 6th Floor
Los Angeles, California 90012

    Re:   *Estate of Alexandre Touloudjian, et al. v. Josie Gastelo*
              **Case No. 2:20-cv-00520-FLA-KS**

Dear Judge Aenlle-Rocha,

    I represent Plaintiffs in the above-referenced action. This letter is to provide Your Honor with an update as to the status of fact discovery in the above-captioned matter, and with the hope that you will allow for the completion of the Rule 30(b)(6) depositions.

    The current operative Scheduling Order (ECF No. 78) was issued on July 25, 2022. Since approximately January 2023 both parties and their respective counsel have been cooperatively working together towards the completion of the remainder of discovery.

    On March 16, 2023 Plaintiff served a Notice of Rule 30(b)(6) Deposition to Defendant's counsel seeking a witness from the California Department of Corrections and Rehabilitation to testify as to the topics listed in the notice. Since that time counsel for Plaintiff has been routinely following up with Defendant's counsel through emails and meet and confer telephone conferences in attempt to gain the identification of and dates of availability for a 30(b)(6) witness in accordance with Plaintiff's March 16th notice. All attempts had been unsuccessful in gaining such information from Defendant's counsel until the most recent meet and confer that was held between counsel on June 15, 2023 (one day before the Court's fact discovery deadline of June 16, 2023).

Judge Fernando L. Aenlle-Rocha
June 22, 2023
Page **2** of **2**

During the June 15, 2023 meet and confer call between counsel for the parties, Defendant's counsel informed Plaintiff's counsel that they had identified four (4) witnesses to testify regarding the 30(b)(6) topics. The earliest joint availability for all counsel and 30(b)(6) witnesses to sit for their depositions (each with their own designated set of topics identified by Defendant counsel) is July 19 – 20th.

The parties recognize that Your Honor did not grant an extension of the Scheduling Order as was requested by the parties in the May 24, 2023 (ECF No. 85) Stipulation and Proposed Order Modify Scheduling Order. It is not the parties' intent to overstep the Court's Order with the scheduling of these depositions past the close of the fact discovery deadline set by the Court. Further, Plaintiff prays the Court take note that it is not due to Plaintiff's own lack of effort and diligence that the deposition(s) have not yet taken place, but due to waiting on the information needed from Defendants in order to proceed.

Plaintiff would be greatly prejudiced if these depositions are not taken. Therefore, Plaintiff respectfully requests that Your Honor grant the allowance of the Rule 30(b)(6) depositions to go forward as they are currently scheduled (on July 19 - 20, 2023).

In regard to the settlement conference completion date of September 8, 2023, Plaintiff's counsel has a scheduling conflict during the first 2 weeks of September due to a trial that is set on another matter (*Russell v. Mississippi Gulf Coast Community College, et al.*; USDC Southern District of Mississippi Case No. 1:22-cv-00086-TBM-RPM). Plaintiff respectfully inquires if the Court can propose alternative dates for the settlement conference to take place outside of the conflicted date range of September 4 -15, 2023.

Respectfully Submitted,

/s/ *Keith Altman*
Keith L. Altman, Esq.
*Attorney for Plaintiff*

cc: Counsel of Record (via ECF)