# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ALEXANDRE TOULOUDJIAN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20-cv-00520-FLA-KS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __6/22/2023__

Document No.:  __90__

Title of Document:  __Status Report by plaintiffs__

**ERROR(S) WITH DOCUMENT:**

Local Rule 83-2.5 no letters to the Judge.

The Pdf document was not a formal pleading formatted as Status Report but a Letter to the Judge re status of discovery and " hope (that the court) will "allow for the completion of the Rule 30(b)(6) depositions." Therefore Clerk unable to determine what event to use for what relief is sought and to which a proposed order should be submitted as a separate attachment.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __June 22, 2023__    By: __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                             Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G-112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**