## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

THE ESTATE OF ALEXANDRE TOULOUDJIAN, et al.

PLAINTIFF(S)

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.

DEFENDANT(S).

CASE NUMBER:

2:20−cv−00520−FLA−KS

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 06/22/2023 | 90 | Status Report by Plaintiffs |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [x] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____ .
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 06/26/2023

By: _____

United States District Judge