1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF ALEXANDRE TOULOUDJIAN, et al., | : : : |
| Plaintiffs, | : **CASE NO: 2:20-CV-00520-FLA-KS** : |
| vs. | : **HON. FERNANDO L. AENLLE-ROCHA** : : |
| JOSIE GASTELO, in her individual capacity, | : **[PROPOSED] ORDER** : : : |
| Defendant. | : : |

The Court, having reviewed Plaintiffs' Motion for Leave to File a Fourth Amended Complaint and good cause appearing, therefore, grants Plaintiffs' Motion.

Plaintiff shall file the Fourth Amended Complaint within seven (7) days of this order

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023.

_____
Fernando L. Aenlle-Rocha
United States District Judge