Keith Altman (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 W 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248) 987-8929
keithaltman@kaltmanlaw.com

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF ALEXANDRE TOULOUDJIAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOSIE GASTELO, <br> in her individual capacity, <br><br> Defendant. | **CASE NO: 2:20-CV-00520-FLA-KS** <br><br> **HON. FERNANDO L. AENLLE-ROCHA** <br><br> **MOTION REQUESTING EXTENSION OF TIME TO COMPLETE FACT DISCOVERY** <br> (***as to 30(b)(6) Deposition(s) only***) |

NOW COMES Plaintiffs Estate of Alexandre Touloudjian and Sarkis Touloudjian, by and through their counsel, and submit this Motion Requesting Extension of Time to Complete Fact Discovery, as to the Rule 30(b)(6) Depositions only. In support thereof, Plaintiffs state the following:

1. The current operative Scheduling Order (ECF. No 78) was issued on July 25, 2022.

2. Since approximately January 2023 both parties, through their respective counsels, have been cooperatively working together towards the completion of the

Case No. 2:20-cv-00520-FLA-KS                    1

remainder of discovery.

3. On May 24, 2023 the parties submitted a Stipulation and Proposed Order to Modify Scheduling Order (ECF No. 85), which would have extended the discovery cut-off from June 16, 2023 to September 16, 2023.

4. On June 1, 2023 Your Honor issued and Order denying the parties Stipulation to Modify Scheduling Order (ECF no. 89).

5. On March 16, 2023 Plaintiff served a Notice of Rule 30(b)(6) Deposition to Defendant's counsel seeking California Department of Corrections and Rehabilitation witnesses to testify as to twelve (12) topic areas of examination.

6. The parties have been regularly meeting and conferring on the areas of examination and regarding who appropriate witnesses would be since the date of the issuance of the Deposition Notice.

7. All of Plaintiffs' attempts at gaining the positive identification of and dates of availability for depositions of 30(b)(6) witnesses from Defendant's counsel had been unsuccessful until their most recent meet and confer that was held on June 15, 2023 (one day before the Court's discovery deadline).

8. During the June 15, 2023 meet and confer between counsel, Defendant's counsel informed Plaintiffs' counsel that they had identified four (4) total witnesses, teach to testify to their own designated set of the 30(b)(6) topics.

9. The earliest joint availability for all counsel, parties and witnesses to sit for the 30(b)(6) depositions is July 19th – 20th, 2023.

10. All other depositions have been completed and discovery exchanged.

11. Plaintiffs would be greatly prejudiced if Rule 30(b)(6) Depositions are not permitted to take place, especially if due to identification and scheduling circumstances which are out of their control.

12. Plaintiffs have made every effort they could in attempting to secure a 30(b)(6) deposition before the discovery deadline, as is evidenced by their issuance of the

Proposed Notice and Topics to Defendants in March 2023.

13. Further, Plaintiffs' counsel has a scheduling conflict with the current deadline for settlement conference completion of September 8, 2023. Plaintiff's counsel is scheduled to be on trial in another matter (*Russell v. Mississippi Gulf Coast Community College, et al.*; USDC Southern District of Mississippi Case No. 1:22-cv-00086-TBM-RPM) during the first two (2) weeks of September.

14. Plaintiffs' counsel respectfully requests that the Court proposed alternative settlement conference dates outside the date range of September 4-15, 2023.

15. The undersigned attempted to confer with counsel for Defendant regarding the contents of this Motion on June 30, 2023, but has not yet received a response.

16. These requests are not made lightly, and Plaintiffs recognize Your Honor previously denied amending the entirety of the Scheduling Order.

17. This request is not filed for the purpose of delay, and no party would be prejudiced by the granting of this Motion.

**WHEREFORE**, Plaintiffs respectfully request this Honorable Court grant an extension of time of the discovery deadline as to <u>only</u> the Rule 30(b)(6) depositions and provide alternative settlement conference dates that will not conflict with Plaintiffs' counsel's trial schedule.

Dated: July 3, 2023                                      Respectfully Submitted,

                                                         THE LAW OFFICE OF KEITH ALTMAN

                                             By:    */s/ Keith Altman*
                                                    Keith Altman (SBN 257309)
                                                    THE LAW OFFICE OF KEITH ALTMAN
                                                    33228 W 12 Mile Road, Suite 375
                                                    Farmington Hills, MI 48334
                                                    (248) 987-8929
                                                    keithaltman@kaltmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2023, I electronically filed the foregoing documents with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished via the CM/ECF system.

Further, I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on July 3, 2023.

/s/ Keith Altman
Keith Altman, Esq.