THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF ALEXANDRE TOULOUDJIAN, et al., | |
| Plaintiffs, | CASE NO: 2:20-CV-00520-FLA-KS |
| vs. | HON. FERNANDO L. AENLLE-ROCHA |
| JOSIE GASTELO, in her individual capacity, | [PROPOSED] ORDER GRANTING MOTION REQUESTING EXTENSION OF TIME TO COMPLETE FACT DISCOVERY |
| Defendant. | |

Plaintiffs, Estate of Alexandre Touloudjian and Sarkis Touloudjian, having moved for an extension of time to complete fact discovery (as to Rule 30(b)(6) Depositions only), and the Court being fully advised of the premises,

IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff may have to and including July 20, 2023 to complete the depositions of the identified Rule 30(b)(6) witnesses.

In furtherance, IT IS HEREBY ORDERED the Court will provide the parties with alternative settlement conference dates that do not conflict with Plaintiffs' counsel's September 2023 trial schedule.

DATED this _____ day of _____, 2023.

_____
Fernando L. Aenlle-Rocha
United States District Judge