## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ALEXANDRE TOULOUDJIAN, et al. <br><br> PLAINTIFF(S) <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al. <br><br> DEFENDANT(S) . | CASE NUMBER: <br><br> 2:20−cv−00520−FLA−KS <br><br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| | | |
|---|---|---|
| 07/03/2023 | 95 | Notice of  Motion and Motion to Extend Discovery Cut-Off Date to 7/20/2023 filed by Plaintiffs |
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑  The document is stricken
☐  The hearing date has been rescheduled to _____ at _____.
☐  A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑  Other:

 Hearing information is missing, incorrect, or untimely.

 The "MOTION" reads as a " request"... Although set on Judge's Motion calendar for Hearing 7/14/203 1:30 PM... such hearing does not appear on the pdf document itself.

Dated:   07/05/2023

By: _____
United States District Judge