ROB BONTA
Attorney General of California
CHAD A. STEGEMAN
Supervising Deputy Attorney General
CORINNA S. ARBITER
Deputy Attorney General
State Bar No. 273074
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 321-5799
 Fax: (619) 645-2061
 E-mail: Corinna.Arbiter@doj.ca.gov
*Attorneys for Defendants*
*J. Gastelo*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| **ESTATE OF ALEXANDRE TOULOUDJIAN, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**J. GASTELO,**<br><br>Defendant. | 2:20-cv-00520-FLA-KS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         August 18, 2023<br>Time:         1:30 p.m.<br>Courtroom: 43<br>Judge:        Hon. Fernando L. Aenlle-Rocha<br>Trial Date: 10/31/2023<br>Action Filed: 1/17/2020 |

Defendant J. Gastelo requests, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following item in connection with her Motion for Summary Judgment:

Exhibit 1 attached to the Declaration of S. Pennisi: Felony Abstract of Judgment and Plea and Sentencing.

Facts subject to judicial notice include those that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

1

Fed. R. Evid. 201(b)(2).  The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information."  Fed. R. Evid. 201(c)(2). Courts regularly take judicial notice of "undisputed matters of public record, including documents on file in federal or state courts."  *Harris v. Cty. Of Orange,* 682 F. 3d 1126, 1131-32 (9th Cir. 2012); *Lee v. City of Los Angeles,* 250 F. 3d 668, 688-89 (9th Cir. 2001).  Exhibit 1 is a court record from *People of the State of California v. Alexandre Touloudjian*, a case heard in the Superior Court of California, County of Los Angeles.  As Exhibit 1 meets the requirements of Rule 201(b)(2) of the Federal Rules of Evidence, the Court must take judicial notice pursuant to Rule 201(c)(2) of the Federal Rules of Evidence.

Dated:  July 7, 2023

Respectfully submitted,

ROB BONTA  
Attorney General of California  
CHAD A. STEGEMAN  
Supervising Deputy Attorney General

*/s/ Corinna S. Arbiter*  
CORINNA S. ARBITER  
Deputy Attorney General  
*Attorneys for Defendants*  
*J. Gastelo*

SA2020101463