1 | ROB BONTA
Attorney General of California
2 | CHAD A. STEGEMAN
Supervising Deputy Attorney General
3 | CORINNA S. ARBITER
Deputy Attorney General
4 | State Bar No. 273074
 600 West Broadway, Suite 1800
5 | San Diego, CA 92101
P.O. Box 85266
6 | San Diego, CA 92186-5266
Telephone: (619) 321-5799
7 | Fax: (619) 645-2061
E-mail: Corinna.Arbiter@doj.ca.gov
8 | *Attorneys for Defendants*
*J. Gastelo*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| **ESTATE OF ALEXANDRE TOULOUDJIAN, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 2:20-cv-00520-FLA-KS<br><br>**DECLARATION OF A. AITHAL, PSY.D. IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: 8/18/2023<br>Time: 1:30 p.m.<br>Courtroom: 43<br>Judge: The Honorable Fernando L. Aenlle-Rocha<br>Trial Date: 10/31/2023<br>Action Filed: 1/17/2020 |

I, A. Aithal declare:

1. I make the following declaration of facts based upon my own knowledge, as explained below. If called, I can testify competently to the facts contained in this declaration for the reasons discussed below.

2. I am a clinical psychologist licensed to practice in the State of California since 2001. I graduated with a Psy.D. from the California School of Professional Psychology in 1997.

1

1   3. For the past 14 years I have been employed by the California

2 Department of Corrections and Rehabilitation (CDCR) and since 2008, the

3 California Correctional Health Care System (CCHCS) as a clinical psychologist.

4 Since September 2021, I have been Senior Psychologist at the California

5 Correctional Institution (CCI).  I am also a SPR-FIT Coordinator, DSH Coordinator

6 Back-up and part of the Mental Health Quality Management staff.

7   4. I am familiar with the practices, policies, and procedures promulgated

8 by the California Department of Corrections and Rehabilitation and California

9 Correctional Health Care Services (CCHCS).

10   5. Beginning in late 2016, inmates' medical records are produced and

11 stored in an electronic system called EHRS.  A medical record is maintained for

12 each inmate in the custody of CDCR.  The medical record contains information to

13 identify the inmate, describe an inmate's treatment or care, and provide for

14 continuity of care.  The EHRS contains all of the inmate's medical records in the

15 custody of the CDCR, and are accessible only by authorized personnel.  These

16 records are maintained in the regular course of CDCR business by authorized

17 employees as part of their employment duties.  Entries are made based on the

18 personal knowledge and experience of the individual clinicians at or near the time

19 of their observation, diagnosis, and treatment of the inmate's conditions.  As an

20 employee of CCHCS at CCI, I have access to the EHRS records and review such

21 records as a regular part of my work.

22   6. I have been asked by the Office of the Attorney General to review the

23 mental health records of former inmate Alexandre Touloudjian, CDCR # BC1293

24 while he was at CCI.

25   7. This declaration is based on my review of mental health records

26 maintained in the EHRS that are prepared at or near the time of the events and

27 recorded by staff with personal knowledge of the events recorded.  I have accessed

28 Mr. Touloudjian's mental health records kept in the ordinary course of business,

1  stored electronically, which are available to me as a CCI healthcare provider.

2       8.    Mr. Touloudjian arrived at CCI on June 7, 2017 and clinical staff at

3  CCI began assessing Mr. Touloudjian's mental health.  He was diagnosed with

4  undifferentiated schizophrenia.  Clinical staff issued Mr. Touloudjian a prescription

5  for OLANZapine to address the schizophrenia symptoms he was experiencing.  Mr.

6  Touloudjian took the medication as directed for a time, but then he became non-

7  compliant.  Attached as Exhibit 1 is a true and correct copy of Mr. Touloudjian's

8  medical record bates number AGO 000805 reflecting his diagnosis of

9  undifferentiated schizophrenia and a prescription of OLANZapine.  This record is

10  maintained in EHRS and I attest to its authenticity.

11       9.    In July 2017, Mr. Touloudjian's medication was changed from

12  OLANZapine to Geodon.  Attached as Exhibit 3 is a true and correct copy of Mr.

13  Touloudjian's medical record, bates number AGO 000763.  This record is

14  maintained in EHRS and I attest to its authenticity.

15       10.    In October 2017, Mr. Touloudjian became noncompliant with his

16  medication for schizophrenia.  Attached as Exhibit 3 is a true and correct copy of an

17  entry into Mr. Touloudjian's medical record by CCI clinical staff, bates number

18  AGO 000766, reflecting Mr. Touloudjian was non-compliant with Geodon.  This

19  record is maintained in EHRS and I attest to its authenticity.

20       11.    On December 21, 2017, CCI clinical staff elevated Mr. Touloudjian's

21  mental health level of care to Extended Out-Patient, which required transfer to a

22  different prison because that level of care was not available at CCI.  Attached as

23  Exhibit 4 is a true and correct copy of an entry into Mr. Touloudjian's medical

24  record, bates number AGO 000803 reflecting that CCI clinical staff initiated

25  increased level of care.  This record is maintained in EHRS and I attest to its

26  authenticity.

27       12.    On January 11, 2018, Mr. Touloudjian attempted suicide at CCI by

28  jumping of the second story of his housing tier.  After jumping off the tier, Mr.

1   Touloudjian was taken to a community hospital but refused treatment and was

2   discharged against medical advice.   Attached as Exhibit 5 is a true and correct copy

3   of the records from Kern Medical which were faxed to CCI and incorporated into

4   the EHRS records, reflecting Mr. Touloudjian's suicide attempt and his discharge

5   against medical advice, bates number AGO 001427-1435.  This record is

6   maintained in EHRS and I attest to its authenticity.

7        13.     On January 12, 2018, Mr. Touloudjian was transferred from CCI to

8   California Men's Colony, a prison with a higher level of mental health care than

9   was available at CCI.

10        I declare under penalty of perjury that the foregoing is true and correct to the

11   best of my knowledge and that this declaration was executed on June 28, 2023, in San

12   Luis Obispo, California.

13

14                                              A. Aithal, PsyD

15                                              Senior Psychologist
                                                California Correctional Institution

16

17   SA2020101463
     84025985.docx
18

19

20

21

22

23

24

25

26

27

28

Exhibit 1

**CCI - California Correctional Institution**

Patient:     **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years     / Male          CDCR: BC1293

| *Mental Health IDTT MPage Forms* |
|---|

10:26 PDT ; *Life Cycle Date:* 6/14/2017 ; *Life Cycle Status:*
Active ; *Responsible Provider:* Adair, Stacey Psychologist;
*Vocabulary:* SNOMED CT
; *Comments:*

6/14/2017 10:26 - Adair, Stacey Psychologist
298.9 Undifferntiated Schizophrenia

Diagnoses(Active)
Health examination of prisoner   *Date:* 6/7/2017 ; *Diagnosis Type:* Reason For Visit ;
                                 *Confirmation:* Complaint of ; *Clinical Dx:* Health examination
                                 of prisoner ; *Classification:* Nursing ; *Clinical Service:*
                                 Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis
                                 Code:* Z00.8
Potential for lack of continuity of *Date:* 6/8/2017 ; *Diagnosis Type:* Discharge ; *Confirmation:*
care                             Confirmed ; *Clinical Dx:* Potential for lack of continuity of care ;
                                 *Classification:* Medical ; *Clinical Service:* Non-Specified ;
                                 *Code:* ICD-10-CM ; *Probabiliy:* 0 ; *Diagnosis Code:* Z78.9

**New Symptoms/Problems**
*New Symptoms/Problems :* no new sx

                                                   Adair, Stacey Psychologist - 6/21/2017 11:53 PDT

**Medication Review**
*Medication Intervention Progress :*  Olanzine for psychotic sx

                                                   Adair, Stacey Psychologist - 6/21/2017 11:53 PDT

Medication List

                                                        (As Of: 6/21/2017 12:05:39 PDT)

*Normal Order*
+1-OLANZapine 10 mg Tab        : +1-OLANZapine 10 mg Tab ; *Status:* Ordered ; *Ordered As
                                 Mnemonic:* OLANZapine ; *Simple Display Line:* 10 mg, Oral,
                                 Once a day at bedtime ; *Ordering Provider:* Moustafa, Rocio
                                 Psychiatrist; *Catalog Code:* OLANZapine ; *Order Dt/Tm:*
                                 6/8/2017 16:06:58

*Home Meds*
sulfamethoxazole-trimethoprim  : sulfamethoxazole-trimethoprim ; *Status:* Documented ;
                                 *Ordered As Mnemonic:* Bactrim DS 800 mg-160 mg oral tablet
                                 ; *Simple Display Line:* 1 tab, Oral, BIDAM+PM, 0 Refill(s) ;
                                 *Catalog Code:* sulfamethoxazole-trimethoprim ; *Order Dt/Tm:*
                                 6/7/2017 14:49:05

**Higher Level of Care Considerations**
*The IP is unable to function at LOC :* No

Report Request ID:   33974738                           Print Date/Time:  10/5/2020 09:09 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

AGO 000805

Exhibit 2

**CCI - California Correctional Institution**

Patient:    **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years   / Male      CDCR: BC1293

---
### *Mental Health Documentation*
---

**Inmate's Program and Level of Care**
ML CCCMS

**New Issues/Complaints**
Presenting Problem MH
07/05/17 17:46:42
At the age of 18 he developed auditory hallucinations of recognizable voices telling him scary things at time, intimidating him if he was not favorable to them, been favorable to then meant to brake the law or to commit any sin thes type of voices were coming outside the head, while another type of voice inside his head he could recognize as someone he knew. He was attending Pasadena College, Marijuana took a hold of him at that time. Ocassionaly he drank alcohol.
Signed By: Hernandez, Abilio Psychiatrist

**Current Status of Illness**
He is feeling tired with Zyprexa the AH are almost under control .

**Collateral**
At the age of 18 he developed auditory hallucinations of recognizable voices telling him scary things at time, intimidating him if he was not favorable to them, been favorable to then meant to brake the law or to commit any sin thes type of voices were coming outside the head, while another type of voice inside his head he could recognize as someone he knew. He was attending Pasadena College, Marijuana took a hold of him at that time. Ocassionaly he drank alcohol.

**Mental Status**
18 y/o Armenian male whose symptoms included depression , anxiety, and AH. he is feeling very tired with the 10mg of Zyprexa that he is taking.
Speech: . His speech is clear  and soft and goal oriented. His vocabulary is adequate to express his concerns and symptom.
Mood: His mood is depressed 2/10. 0/10 10 is the worse  Anxiety 0/10 . His affect is mildly constricted..
Thought process: His thoughts are well organized to express his concerns and needs. There is no evidence of paucity of thoughts, there are tangential ideas or flight of ideas present. He denies homicidal ideas. He denies suicidal ideas.
Perceptions: He is experiencing incomplete AH last, prior  thursday  . no evidence of ideas of reference.
Memory: Recent and past memory : they are diminished.
Attention and concentration are fair on a one on one situation
He denies homicidal ideas.
He denies suicidal ideas.
His insight and judgment are fair.
Appetite It is good, "I eat a lot"
Sleeps about 9 - 10 hrs.

Attends Self group:  Gogi
Waiting for school in the fall
He is unassigned.

**Mental Health Assessments**
Since tiredness and brake thru hallucinations are sporadicly occurring I am going to DC the Zyprexa and start Geodon 80mg q bedtime.

**Problem List/Past Medical History**
Ongoing
  Schizophrenia, undifferentiated
Historical
  No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals(Activated):**
**MH Hallucinations IPOC(Initiated)**
06/21/2017 11:50
  **Indicators & Orders**
  **Indicators**
  **PLO IDTT - Done**
  Done - 06/21/2017 11:50 - Activated
  **PLO Hallucinations - Done**
  Done - 06/21/2017 11:52 - Activated
  **MH Master Treatment Plan - Done**
  Done - 06/21/2017 11:53 - Activated

**MH Hallucinations IPOC(Initiated)**
06/21/2017 11:50
  **Outcomes & Interventions**
  **Outcomes(Initiated):**
  Component: Inmate will learn 3 positive coping skills (Frequency) for (timeframe)(Initiated)
  Status: Activated
  Detail: By Discharge

| Outcome | Description | Author |
|---|---|---|
| 06/21/2017 11:50 am | learn 3 positive coping skills | Adair, Stacey Psychologist .Psychologist |

  Component: Patient Specific Goal 1(Initiated)
  Status: Activated
  Detail: By Discharge

| Outcome | Description | Author |
|---|---|---|
| 06/21/2017 11:50 am | O-Patient Specific Goal 1 BH | Adair, Stacey Psychologist .Psychologist |

  Component: No significant barriers to progress.(Initiated)
  Status: Activated
  Detail: By Discharge

---

Report Request ID:    33974738        Print Date/Time:  10/5/2020 09:09 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

AGO 000763

Exhibit 3

CCI - California Correctional Institution

Patient:       **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years      / Male          CDCR: BC1293

---

### *Mental Health Documentation*

---

that he be monitored more closely; third watch tower officer reported that Mr. Touloudjian was moved to 210 due to issues with cellie.

CSSRS Lifetime, Most Severe Ideation: 4 (10/27/17 12:57:08)

Electronically Signed on 01/10/2018 05:56 PM PST

---

Burns, Gina Social Worker, Social Wor

---

| | |
|---|---|
| Document Type: | MHPC Consult Routine Progress Note |
| Document Subject: | MC pc consult and routine PC contact |
| Service Date/Time: | 10/31/2017 14:36 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Adair,Stacey Psychologist (10/31/2017 14:38 PDT) |
| Sign Information: | Adair,Stacey Psychologist (10/31/2017 14:38 PDT) |
| Authentication Information: | Adair,Stacey Psychologist (10/31/2017 14:38 PDT) |

**Chief Complaint**
Met with IP in response to staff referral (last week psychiatrist wanted IP sent to OHU due to increased psychotic sx and refusal to take Geodon which had been managing his sx) and for 90 day routine contact:

S : "I stopped the medication (Geodon) about a week ago, the reason… I felt led to stop taking the medication until further notice. I just don't think I need the medication. I don't think God is telling me to take it, in fact it's the opposite." "As far as today I feel good, I feel hopeful, I'm trying not to let the negative thoughts get me down." He's staying very busy (school, chapel, programs, bible study) He's reports his energy is good. He reports his appetite is good / he reports "I just stood strong, stood my ground, I resisted." AH 2 – 3 days ago "it was the usual thought channeling, hearing conversations seemingly it's coincidental. The voices are commenting on what's going on in the room, what's going on in my head and what I'm thinking." They have been negative and he has heard command hallucinations in the past. "I saw some people who were walking like demons. He isn't sure what's real and not real at times. "It reinforces the bible for me. It makes sense of it." "Staying strong in God's word and faith, I'm safe with God." He does acknowledge an increase in AH, VH off the antipsychotic. "I'm just hopeful and expectant as I go on."
He is alert, Ox4, TP linear yet his thought content is more delusional (religious in theme / God wants him to stop taking Geodon), he reports increased AH & VH, sleep is good he estimates 8 – 10 hours, His energy is good. He reports his appetite is good / he reports eating 100%. He rated his depression at 2 or 3 /10 "it's steady, not all the time, I don't know where it's coming from." He rated his anxiety at 1 or 2/10. He denies any thoughts of self-harm. He denies any HI. He denies any stressors at this time. He is coping by: prayer group, college classes, chapel, attends Celebrate Recovery. He reports that he is getting along well with other inmates.
O: Speech normal rate, tone and volume, eye contact is good, he is well groomed and pleasant. Mood and affect are euthymic. He is well groomed.
A: Schizophrenia, undifferentiated.
P: He agreed to meet with PC more often as he is not taking his antipsychotic medication and his sx are already increasing. Will meet with IP next week.

**Problem List/Past Medical History**
Ongoing
  Schizophrenia, undifferentiated
Historical
  No qualifying data

**Medications**
Inpatient
  Geodon, 80 mg, 1 cap, Oral, Once a day at bedtime
  selenium sulfide 2.5% topical lotion, 1 app, Topical, 2x/wk-KOP
Home
  Bactrim DS 800 mg-160 mg oral tablet, 1 tab, Oral, BIDAM+PM

**Allergies**
No Known Medication Allergies

**Social History**
Employment/School
  Previous employment/school: restaurant dishwashing, McDonalds, With Fa in Auto body business. Highest education level: High school. Behavioral Problems in School No. Work History Periodic.
Substance Abuse
  Former, Marijuana

---

Report Request ID:    33974738                          Print Date/Time:   10/5/2020 09:09 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

AGO 000766

Exhibit 4

**CCI - California Correctional Institution**

Patient:       **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years      / Male              CDCR: BC1293

## Mental Health IDTT MPage Forms

*Requires structured inpatient psy care :*  No
*Demonstrate chronic psychiatric symptoms :*  Yes
*Currently in a MHCB :*  No
*3 or more MHCB referrals in last 6 mos :*  No
*3 or more 115s in the last 3 mos :*  No
*Part in less than the min tx hrs/wk :*  N/A

Adair, Stacey Psychologist - 12/21/2017 10:40 PST

**Transfer/Discharge Planning Recommendations**
*Transfer/Discharge to: :*  EOP
*Anticipated Discharge Date :*  12/21/2017 PST
*MHLowerRationale :*  The team met today in response to the changes in this inmate's presentation. The team agreed to increase LOC to EOP. His tendency to become entirely unresponsive is a particular safety risk at this facility / program. multiple staff (dental and custody) are reporting this inmates decompensation (he has been observed responding to internal stimuli, he shuts down, closes his eyes and becomes unresponsive / stops talking. He is maloderous. He reports and increase in AH. This inmates sx of schizophrenia are worsening and he is unwilling to take psychotropic medication. He stated that he does not want to leave CCI in order to participate in EOP. His response was validated by the team, much support and re-frames were offered by each team member

Adair, Stacey Psychologist - 12/21/2017 10:40 PST

**Collateral Information**
*Input from other CDCR disciplines :*  multiple staff (dental and custody) are reporting this inmates decompensation (he has been observed responding to internal stimuli, he shuts down, closes his eyes and becomes unresponsive / stops talking. He is maloderous. He reports and increase in AH.  Custody reports he is talking to himself more, he is sometimes unresponsive and he is talking to "the wrong inmates" lately. Two dentists approached the PC yesterday to report that they were unable to safely perform dental work on this inmate yesterday as he remained unresponsive.

Adair, Stacey Psychologist - 12/21/2017 10:40 PST

**EOP Functional Evaluation**
*FE ability to understand instructions  FE ability to understand instructions :*  often unresponsive / responding to internal stimuli
*FE ability to respond to coworkers :*  often unresponsive / responding to internal stimuli
*FE ability to be around objects :*  unk
*FE ability to respond to  work situations :*  often unresponsive / responding to internal stimuli
*FE ability to work in hot weather :*  unk
*FE ability to work in large groups :*  often unresponsive / responding to internal stimuli
*FE ability to deal with changes :*  often unresponsive / responding to internal stimuli
*FE any other MH limitations :*  often unresponsive / responding to internal stimuli

Adair, Stacey Psychologist - 12/21/2017 10:40 PST

**Clinical Summary & Case Formulation**
*Clinical Summary :*  The team met today in response to the changes in this inmate's presentation. The team agreed to increase LOC to EOP.  His tendency to become entirely unresponsive is a particular safety risk at this facility / program. multiple staff (dental and custody) are reporting this inmates decompensation (he has been observed responding to internal stimuli, he shuts down, closes his eyes and becomes unresponsive / stops talking. He is maloderous. He reports and increase in AH.  This inmates sx of schizophrenia are worsening and he is unwilling to take psychotropic medication. He stated that he does not want to leave CCI in order to participate in EOP. His response was validated by the team, much support and re-frames were offered by each team member

---

Report Request ID:   33974738                                    Print Date/Time:   10/5/2020 09:09 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

AGO 000803

Exhibit 5

Patient Name: TOULOUDJIAN, ALEXANDRE PIERRE
Date of Birth: 1/27/1993

MRN: BC1293
FIN: 1000000312165586BC1293

* Auth (Verified) *

CDC# BC 1293

MEDICAL RECORD                                          Progress Notes
STATUS: COMPLETED
-------------------------------------------------------------------
NOTE DATED: 01/11/2018 11:31
LOCAL TITLE: ED PHY DISCHARGE INSTRUCTIONS
VISIT: 01/11/2018 08:44 EMERGENCY ROOM
EMERGENCY AFTERCARE INSTRUCTIONS

The evaluation and treatment you received has been rendered on an emergency
basis only, and is not intended to be substituted for complete medical care.
It is important that you follow-up with your clinic or private physician or
jail
MD and report any new or remaining problem to him or her.

DIAGNOSIS: Fall from 2nd tier with neck sprain and suicidal ideations

RECOMMENDATION:
Patient needs to follow up with Jail Psychiatrist for further evaluation and
medication. He needs to be placed on suicide watch for the time being. Patient
is refusing to be evaluated fully by medical staff. Imaging was refused. Risk
of missing injuries were discussed with patient. He states he understands the
risks of not allowing a complete and appropriate evaluation.


If medicines presribed, take them as given by the nurses at the jail.

The patient is Medically Cleared for juvenile hall and or jail

                    Signed by: /es/ DANIEL QUESADA, MD
                               PHYSICIAN
                               01/11/2018 11:34

-------------------------------------------------------------------
TOULOUDJIAN, ALEXANDRE          KERN MEDICAL          Printed:01/11/2018 11:36
0001465155 DOB:01/27/1993       Pt Loc: OUTPATIENT         Vice SF 509
-------------------------------------------------------------------

Facility: CCI

AGO 001427

Patient Name: TOULOUDJIAN, ALEXANDRE PIERRE
Date of Birth: 1/27/1993

MRN: BC1293
FIN: 1000000031216558BC1293

**\* Auth (Verified) \***

```
JAN/12/2018/FRI 02:55 PM   Case Management        FAX No. 661 326 2877          P. 002
```

```
MEDICAL RECORD
STATUS: COMPLETED                                          Progress Notes
------------------------------------------------------------------------
NOTE DATED: 01/11/2018 09:38
LOCAL TITLE: ED PHY BRIEF
VISIT: 01/11/2018 08:44 EMERGENCY ROOM
EMERGENCY DEPARTMENT HISTORY AND PHYSICAL
Time Provider to Bedside: 11-Jan-2018 09:25
CHIEF COMPLAINT: Med Clearance for jail/juvenile hall
Historian: Patient
Arrived by: Walk-in with law enforcement
Nursing notes reviewed

HISTORY OF PRESENT ILLNESS:
The patient is a 24 year old MALE who is under arrest for
unknown reasons. Patient reportedly jumped from 2nd tier in
prision. He is unsure if he lossed consciousness but believes he
did not. Complains of mild pain to lower cervical region of spine.
He did not ambulate after the incident but believes he could of
ambulated. He reports being suicidal at the time but denies being
suicidal at this time. He reports prior history of suicidality and
depression. Reports being on medications in the past. His neck pain
is with movement. Denies any associated numbness, weakness,
paresthesias. Pain is mild, alleviated with imobility, and aching
in nature. Height of tier approximately 8-10 feet.

Associated Signs/Symptoms: None .
Modifying factors: None .

REVIEW OF SYSTEMS
No headache
No chest pain
No dyspnea
   No SI
   No HI
   No dellusions or hallucinations.
   No amnesia
   No confusion
all other systems reviewed and are negative

PMH:
Psychiatric history

SURGICAL HISTORY:
None

Nursing Note Medications: No Home Medications

SOCIAL HISTORY
   Tobacco:   Denies
   Alcohol:   Denies
   Drugs:     Negative

FAMILY HISTORY: Denies
IMMUN: Up to date
ALLERGIES: No Allergy Assessment
              ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------------
TOULOUDJIAN,ALEXANDRE       KERN MEDICAL        Printed:01/12/2018 13:47
0001465155 DOB:01/27/1993   Pt Loc: OUTPATIENT          Vice SF 509
------------------------------------------------------------------------
```

Facility: CCI

AGO 001428

Patient Name: TOULOUDJIAN, ALEXANDRE PIERRE
Date of Birth: 1/27/1993

MRN: BC1293
FIN: 1000000312165586BC1293

* Auth (Verified) *

```
JAN/12/2018/FRI 02:56 PM   Case Management        FAX No. 661 326 2877            P. 003
```

```
-------------------------------------------------------------------
MEDICAL RECORD
STATUS: COMPLETED                                     Progress Notes
-------------------------------------------------------------------
01/11/2018 09:38   ** CONTINUED FROM PREVIOUS PAGE **
```

PHYSICAL EXAM

VITAL SIGNS 98.4 F [36.9 C] (01/11/2018 08:43)
            99 (01/11/2018 08:43)
            23 (01/11/2018 08:43)
            139/77 (01/11/2018 08:43)
            P02 : 100
            7 (01/11/2018 08:43)
            23
Vital Signs:     Normal
Oxygen Saturation: Normal Interpreted by ED MD

GENERAL
No acute distress, well hydrated, well nourished, alert and oriented.

EYE
Pupils equally round and reactive to light, extra ocular
movements intact, sclera non-icteric, conjunctiva clear.

ENT
Normocephalic, atraumatic, oropharynx and tonsils are normal, mucus membranes
moist, tympanic membranes and canals are clear bilaterally.

NECK
Supple, no lymphadenopathy, trachea midline.

CARDIOVASCULAR
Regular rate and rhythm, without murmurs, normal S1 and S2.

REPIRATORY
Clear to auscultation bilaterally, without wheezes, rales, or rhonchi,
symmetrical chest rise, no retractions or increased work of breathing.

GASTROINTESTINAL
Soft, non-tender, non-distended, normoactive bowel sounds,
no hepatosplenomegaly.

MUSCULOSKELETAL
good strength and tone, no effusions.
No cercial, thorasic, or lumbar step-offs or deformities.
Right shoulder abrasion.

SKIN
Warm and moist, no rashes, pallor or cyanosis.

NEUROLOGY
Alert and oriented x 4 . DTRS nl. No focal motor defecits.

MEDICAL DECISION MAKING
Diagnostic Considerations:Suidical ideations, depression, acute stress
            ** THIS NOTE CONTINUED ON NEXT PAGE **
```
-------------------------------------------------------------------
TOULOUDJIAN,ALEXANDRE          KERN MEDICAL        Printed:01/12/2018 13:47
0001465155 DOB:01/27/1993      Pt Loc: OUTPATIENT              Vice SF 509
-------------------------------------------------------------------
```

Facility: CCI

AGO 001429

Patient Name: TOULOUDJIAN, ALEXANDRE PIERRE
Date of Birth: 1/27/1993

MRN: BC1293
FIN: 10000000312165586BC1293

* Auth (Verified) *

JAN/12/2018/FRI 02:56 PM   Case Management       FAX No. 661 326 2877           P. 004

--------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
STATUS: COMPLETED
--------------------------------------------------------------------------------
01/11/2018 09:38    ** CONTINUED FROM PREVIOUS PAGE **

reaction, cervical injury, intra-cranial bleed, medical clearance for jail

DIAGNOSTIC TESTING

Labs: No lab data


Radiographic Studies:
CT brain: denies
CT c-spine: denies
XRAY CHEST: denies
XRAY NECK: denies


E-FAST (Extended Focused assessment with sonography for trauma)

Indication is chest and abdominal trauma. The windows; hepatorenal,
splenorenal, suprapubic, and cardiac windows were evaluated. Findings
include:
No pericardial effusion,
No free fluid in bladder window,
No fluid in morrison's pouch,
No free fluid in the splenorenal space.
Good pleural slide of b/l lungs with comet tales present

Impression negative E-FAST for trauma.


ED/TREATMENT/COURSE

The patient was evaluated as per above.  The below medications were
were provided. Patient refused CT scan of the neck and brain. Patient also
refused xray of chest and neck. Patient was made aware of risk vs benefits of
allowing an appropriate workup to evaluate for injury. Patient is aware and
requesting to see a psychiatrist in order to be started on his psychiatric
medications. Patient was told that he can be evaluated by jail physician for
recommendations and medication adjustments. Patient signed out AMA.

No ACTIVE Inpatient Medications

IMPRESSION:
Cervical strain
SI with history of depression
Jump from height
Medical Clearance for incarceration
Signed out AMA



CONDITION: Stable
DISPOSITION: Medically clear for jail or juvenile hall
              ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------------
TOULOUDJIAN, ALEXANDRE          KERN MEDICAL        Printed:01/12/2018 13:47
0001465155 DOB:01/27/1993       Pt Loc: OUTPATIENT          Vice SF 509
--------------------------------------------------------------------------------

Facility: CCI

AGO 001430

Patient Name: TOULOUDJIAN, ALEXANDRE PIERRE
Date of Birth: 1/27/1993

MRN: BC1293
FIN: 1000000312165586BC1293

* Auth (Verified) *

JAN/12/2018/FRI 02:56 PM   Case Management        FAX No. 661 326 2877              P. 005

-----------------------------------------------------------------------
MEDICAL RECORD                                                    Progress Notes
STATUS: COMPLETED
-----------------------------------------------------------------------
01/11/2018 09:38     ** CONTINUED FROM PREVIOUS PAGE **


Diagnosis and treatment discussed with patient
Released with law enforcement
Prescription Given/Plan:
The patient was given a prescription for the below medications and instructed
to follow up with their primary doctor or jail MD as needed in the following
week.


Supervising EM Attending:  Quesada, D.
The evaluation management and treatment as well as key components of the
patient's care described in the above note, were performed in the presence
of or discussed with the faculty physician.

            Signed by: /es/ DANIEL QUESADA, MD
                        PHYSICIAN
                        01/11/2018 12:41

-----------------------------------------------------------------------
TOULOUDJIAN,ALEXANDRE           KERN MEDICAL        Printed:01/12/2018 13:47
0001465155 DOB:01/27/1993    Pt Loc: OUTPATIENT               Vice SF 509
-----------------------------------------------------------------------

Facility: CCI

AGO 001431

Patient Name: TOULOUDJIAN, ALEXANDRE PIERRE
Date of Birth: 1/27/1993

MRN: BC1293
FIN: 1000000312165586BC1293

* Auth (Verified) *

JAN/12/2018/FRI 02:57 PM   Case Management          FAX No. 661 326 2877                P. 006

------------------------------------------------------------------------

MEDICAL RECORD
STATUS: COMPLETED                                            Progress Notes
------------------------------------------------------------------------

NOTE DATED: 01/11/2018 09:38
LOCAL TITLE: ED PHY BRIEF
VISIT: 01/11/2018 08:44 EMERGENCY ROOM
EMERGENCY DEPARTMENT HISTORY AND PHYSICAL
Time Provider to Bedside: 11-Jan-2018 09:25
CHIEF COMPLAINT: Med Clearance for jail/juvenile hall
Historian: Patient
Arrived by: Walk-in with law enforcement
Nursing notes reviewed

HISTORY OF PRESENT ILLNESS:
The patient is a 24 year old MALE who is under arrest for
unknown reasons. Patient reportedly jumped from 2nd tier in
prision. He is unsure if he lossed consciousness but believes he
did not. Complains of mild pain to lower cervical region of spine.
He did not ambulate after the incident but believes he could of
ambulated. He reports being suicidal at the time but denies being
suicidal at this time. He reports prior history of suicidality and
depression. Reports being on medications in the past. His neck pain
is with movement. Denies any associated numbness, weakness,
paresthesias. Pain is mild, alleviated with imobility, and aching
in nature. Height of tier approximately 8-10 feet.

Associated Signs/Symptoms: None .
Modifying factors: None .

REVIEW OF SYSTEMS
No headache
No chest pain
No dyspnea
  No SI
  No HI
  No dellusions or hallucinations.
  No amnesia
  No confusion
all other systems reviewed and are negative

PMH:
Psychiatric history

SURGICAL HISTORY:
None

Nursing Note Medications: No Home Medications

SOCIAL HISTORY
    Tobacco:   Denies
    Alcohol:   Denies
    Drugs:     Negative

FAMILY HISTORY: Denies
IMMUN: Up to date
ALLERGIES: No Allergy Assessment
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------------
TOULOUDJIAN, ALEXANDRE          KERN MEDICAL          Printed:01/12/2018 13:47
0001465155 DOB:01/27/1993       Pt Loc: OUTPATIENT                Vice SF 509
------------------------------------------------------------------------

Facility: CCI

AGO 001432

Patient Name: TOULOUDJIAN, ALEXANDRE PIERRE
Date of Birth: 1/27/1993

MRN: BC1293
FIN: 10000000312165586BC1293

\* Auth (Verified) \*

JAN/12/2018/FRI 02:57 PM   Case Management          FAX No. 661 326 2877              P. 007

-------------------------------------------------------------------------------------
MEDICAL RECORD                                                            Progress Notes
STATUS: COMPLETED
-------------------------------------------------------------------------------------
01/11/2018 09:38     ** CONTINUED FROM PREVIOUS PAGE **


PHYSICAL EXAM

VITAL SIGNS 98.4 F [36.9 C] (01/11/2018 08:43)
            99 (01/11/2018 08:43)
            23 (01/11/2018 08:43)
            139/77 (01/11/2018 08:43)
            PO2 : 100
            7 (01/11/2018 08:43)
            23
Vital Signs:    Normal
Oxygen Saturation: Normal Interpreted by ED MD

GENERAL
No acute distress, well hydrated, well nourished, alert and oriented.

EYE
Pupils equally round and reactive to light, extra ocular
movements intact, sclera non-icteric, conjunctiva clear.

ENT
Normocephalic, atraumatic, oropharynx and tonsils are normal, mucus membranes
moist, tympanic membranes and canals are clear bilaterally.

NECK
Supple, no lymphadenopathy, trachea midline.

CARDIOVASCULAR
Regular rate and rhythm, without murmurs, normal S1 and S2.

REPIRATORY
Clear to auscultation bilaterally, without wheezes, rales, or rhonchi,
symmetrical chest rise, no retractions or increased work of breathing.

GASTROINTESTINAL
Soft, non-tender, non-distended, normoactive bowel sounds,
no hepatosplenomegaly.

MUSCULOSKELETAL
good strength and tone, no effusions.
No cercial, thorasic, or lumbar step-offs or deformities.
Right shoulder abrasion.

SKIN
Warm and moist, no rashes, pallor or cyanosis.

NEUROLOGY
Alert and oriented x 4 . DTRS nl. No focal motor defecits.

MEDICAL DECISION MAKING
Diagnostic Considerations:Suidical ideations, depression, acute stress
                ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------------------------------
TOULOUDJIAN, ALEXANDRE          KERN MEDICAL          Printed:01/12/2018 13:47
0001465155 DOB:01/27/1993     Pt Loc: OUTPATIENT                    Vice Sf 509
-------------------------------------------------------------------------------------

Facility: CCI

AGO 001433

Patient Name: TOULOUDJIAN, ALEXANDRE PIERRE
Date of Birth: 1/27/1993

MRN: BC1293
FIN: 1000000312165586BC1293

* Auth (Verified) *

JAN/12/2018/FRI 02:57 PM   Case Management        FAX No. 661 326 2877        P. 008

------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
STATUS: COMPLETED
------------------------------------------------------------------------
01/11/2018 09:38    ** CONTINUED FROM PREVIOUS PAGE **

reaction, cervical injury, intra-cranial bleed, medical clearance for jail

DIAGNOSTIC TESTING

Labs: No lab data


Radiographic Studies:
CT brain: denies
CT c-spine: denies
XRAY CHEST: denies
XRAY NECK: denies


E-FAST (Extended Focused assessment with sonography for trauma)

Indication is chest and abdominal trauma. The windows: hepatorenal,
splenorenal, suprapubic, and cardiac windows were evaluated. Findings
include:
No pericardial effusion,
No free fluid in bladder window,
No fluid in morrison's pouch,
No free fluid in the splenorenal space.
Good pleural slide of b/l lungs with comet tales present

Impression negative E-FAST for trauma.


ED/TREATMENT/COURSE

The patient was evaluated as per above.  The below medications were
were provided. Patient refused CT scan of the neck and brain. Patient also
refused xray of chest and neck. Patient was made aware of risk vs benefits of
allowing an appropriate workup to evaluate for injury. Patient is aware and
requesting to see a psychiatrist in order to be started on his psychiatric
medications. Patient was told that he can be evaluated by jail physician for
recommendations and medication adjustments. Patient signed out AMA.

No ACTIVE Inpatient Medications

IMPRESSION:
Cervical strain
SI with history of depression
Jump from height
Medical Clearance for incarceration
Signed out AMA


CONDITION: Stable
DISPOSITION: Medically clear for jail or juvenile hall
                ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------------
TOULOUDJIAN, ALEXANDRE          KERN MEDICAL          Printed:01/12/2018 13:47
0001465155 DOB:01/27/1993       Pt Loc: OUTPATIENT            Vice SF 509
------------------------------------------------------------------------

Facility: CCI

AGO 001434

Patient Name: TOULOUDJIAN, ALEXANDRE PIERRE
Date of Birth: 1/27/1993

MRN: BC1293
FIN: 1000000312165586BC1293

* Auth (Verified) *

JAN/12/2018/FRI 02:58 PM   Case Management        FAX No. 661 326 2877              P. 009

---

MEDICAL RECORD
STATUS: COMPLETED                                              Progress Notes

---

01/11/2018 09:38   ** CONTINUED FROM PREVIOUS PAGE **

---

Diagnosis and treatment discussed with patient
Released with law enforcement
Prescription Given/Plan:
The patient was given a prescription for the below medications and instructed
to follow up with their primary doctor or jail MD as needed in the following
week.


Supervising EM Attending:  Quesada, D.
The evaluation management and treatment as well as key components of the
patient's care described in the above note, were performed in the presence
of or discussed with the faculty physician.

                    Signed by: /es/ DANIEL QUESADA, MD
                               PHYSICIAN
                               01/11/2018 12:41

---

TOULOUDJIAN, ALEXANDRE          KERN MEDICAL          Printed:01/12/2018 13:47
0001465155 DOB:01/27/1993    Pt Loc: OUTPATIENT                  Vica SF 509

---

Facility: CCI

AGO 001435