1  ROB BONTA
   Attorney General of California
2  CHAD A. STEGEMAN
   Supervising Deputy Attorney General
3  CORINNA S. ARBITER
   Deputy Attorney General
4  State Bar No. 273074
     600 West Broadway, Suite 1800
5    San Diego, CA 92101
     P.O. Box 85266
6    San Diego, CA 92186-5266
     Telephone: (619) 321-5799
7    Fax: (619) 645-2061
     E-mail: Corinna.Arbiter@doj.ca.gov
8  *Attorneys for Defendants*
   *J. Gastelo*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| ESTATE OF ALEXANDRE TOULOUDJIAN, et al.,<br><br>Plaintiff,<br><br>v.<br><br>J. GASTELO<br><br>Defendants. | 2:20-cv-00520-FLA-KS<br><br>**DECLARATION OF L. SILVA IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, L. Silva declare:

1. I am a Registered Dietitian at California Men's Colony (CMC), a prison under the umbrella of the California Department of Corrections and Rehabilitation. I have held this position since September 2017. I have personal knowledge of the facts stated below and if called as a witness, I would competently testify to them.

2. In January 2018, meals for patients in the Mental Health Crisis Bed unit at CMC were prepared by kitchen staff.

3.  At all relevant times, whenever meals for the patients included bread, crackers, or carrots, these food items were encased, per serving, in a light plastic film to ensure cleanliness and freshness.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on July 5, 2023, in San Luis Obispo, California.

*L. Silva, RDN* (signature)
L. Silva

SA2020101463
USDC Central (2 Party) no cover.docx