1   ROB BONTA
    Attorney General of California
2   TYLER V. HEATH
    Supervising Deputy Attorney General
3   CORINNA S. ARBITER
    Deputy Attorney General
4   State Bar No. 273074
     600 West Broadway, Suite 1800
5    San Diego, CA 92101
     P.O. Box 85266
6    San Diego, CA 92186-5266
     Telephone:  (619) 321-5799
7    Fax:  (619) 645-2061
     E-mail:  Corinna.Arbiter@doj.ca.gov
8   *Attorneys for Defendant J. Gastelo*

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                    LOS ANGELES DIVISION

12

13  **ESTATE OF ALEXANDRE**            2:20-cv-00520-FLA-KS
14  **TOULOUDJIAN, et al.,**
                                       **DECLARATION OF R. CANNING,**
15                        Plaintiff,   **PH.D. IN SUPPORT OF**
                                       **DEFENDANT'S MOTION FOR**
16            **v.**                   **SUMMARY JUDGMENT**

17  **J. GASTELO**

18                        Defendants.

19

20      I, R. Canning declare:

21      1.    I make the following declaration of facts based upon my own

22  knowledge, as explained below.  If called, I can testify competently to the facts

23  contained in this declaration for the reasons discussed below.

24      2.    I am a clinical psychologist licensed to practice (PSY 14961) in the

25  State of California since 1997. I graduated with a Ph.D. in Clinical Psychology

26  from Palo Alto University in Palo Alto, CA in 1993.  I completed a post-doctoral

27  fellowship in psychiatric epidemiology in 1995.  A complete curriculum vitae is

28  attached as **Exhibit 1**.

3.     For the past 22 years (except for 2019), I have been employed by the California Department of Corrections and Rehabilitation (CDCR) and since 2006 the California Correctional Health Care System (CCHCS) as a clinical psychologist.  Since 2005 I have been Senior Psychologist in the department's Statewide Mental Health Program.  From 2005 to 2015, I was the Suicide Prevention Coordinator and chaired the department's statewide suicide prevention committee.  As part of my suicide prevention duties for CDCR, I wrote and implemented numerous policies and trainings to further the department's suicide prevention efforts and authored the department's annual suicide report.  From 2016 to the present, I have worked in the department's Quality Management and Informatics section.  From 2016-2018, I helped design and rollout the department's electronic health record system.  Since 2022 I have been involved with the data remediation project as part of the *Coleman v Newsom* class-action litigation.

4.     I have presented on best practices in suicide prevention at meetings of the National Commission on Correctional Health Care (NCCHC) and am an NCCHC Certified Correctional Healthcare Professional.  Prior to working for the State of California I was employed as a clinical psychologist by the UC Davis Medical Center Department of Psychiatry and Behavioral Sciences from 1998 to 2001 and the Veterans' Administration's Northern California Health Care System from 1995 to 1997.

5.     In addition to my employment with the State of California, I have been a member of the American Association for Suicidology (AAS) since 2006 and have made numerous presentations about suicide prevention in correctional settings at AAS' national meetings.  I have been active in suicide prevention activities in my local community as a member of the Yolo County Mental Health Board from 2006 to 2016.

6.     I am a trainer for the AAS' *Recognizing and Responding to Suicide Risk* (RRSR) training course for mental health clinicians.  Since 2007 I have trained

2

over 2,000 clinicians in the United States and Canada on the principles of suicide risk assessment and the treatment of suicidal individuals.  I have also presented a specialized version of this course multiple times to correctional clinicians.

7.     I have co-authored several articles and a chapter focusing on suicide prevention in correctional settings. I have made numerous presentations about mental health services in correctional settings to professional audiences.

8.     I have been consulted or acted as an expert in wrongful death litigation in California and Texas.  I have testified in open court and been deposed in several cases, all of which are listed in the attached curriculum vitae.  I also was an expert for the Disability Rights of California March 2018 report entitled "Suicides in San Diego County Jail: A System Failing People with Mental Illness."

9.     I am familiar with the practices, policies, and procedures promulgated by CDCR and CCHCS.

10.     Beginning in late 2016, CDCR inmates' medical records are produced and stored in an electronic system called EHRS.  A medical record is maintained for each inmate in the custody of CDCR.  The medical record contains information to identify the inmate, describe an inmate's treatment or care, and provide for continuity of care.  The EHRS contains all of the inmate's medical records in the custody of the CDCR, and are accessible only by authorized personnel.  These records are maintained in the regular course of CDCR business by employees as part of their employment duties.  Entries are made based on the personal knowledge and experience of the individual clinicians at or near the time of their observation, diagnosis, and treatment of the inmate's conditions.  As a CCHCS retired annuitant, I have access to the EHRS records and review such records as a regular part of my work.

11.     I have been asked by the Office of the Attorney General to review the medical records of Alexandre Touloudjian, CDCR # BC1293 and to provide my opinion as the claims made by Plaintiff, Sarkis Touloudjian, representative of the

Estate of Alexandre Touloudjian, that Defendant Gastelo was deliberately indifferent to Mr. Touloudjian's mental health needs.

12.     This declaration and my opinions are based on my review of Plaintiff, Sarkis Touloudjian, Representative of the Estate of Alexandre Touloudjian's Complaint, hospital records provided to me by defense counsel, post orders for custodial staff, and the deposition of Defendant J. Gastelo.  The mental health records and the incident reports are prepared at or near the time of the events and recorded by staff with personal knowledge of the events recorded.  I have accessed Mr. Touloudjian's mental health records kept in the ordinary course of business, stored electronically, which are available to me as a CCHCS healthcare provider. Specific documents referenced for the matters occurring on January 12, 2018, and January 21, 2018, are attached as **Exhibit 2** to this declaration.

13.     California Men's Colony (CMC), a prison under the umbrella of the CDCR, has a 50-hospital bed mental health crisis bed unit (MHCB) for inmates who require short-term (up to ten days) acute mental health care.

14.     On January 12, 2018, Alexandre Touloudjian was brought from another prison to the CMC MHCB whereupon clinical staff at CMC assessed his mental health, created his treatment plan, and ordered individual suicide prevention measures for him.  This information was entered by clinical staff into the EHRS.

15.     Clinical staff in the MHCB ordered medication for Mr. Touloudjian's schizophrenia as well as suicide prevention orders, including but not limited to a suicide smock, a suicide mattress, a suicide blanket, and no hard plastics.  A suicide smock is not a restraint.  It is a hospital gown made of heavy canvas.  The fact that each "Mental Health Issue" for Alexandre between January 12, 2018, and January 21, 2018, referenced a suicide smock meant that he was issued a suicide smock each day.  Further, clinical staff ordered suicide precaution rounds to be performed at a frequency of 11 minutes +/- 4, on a staggered basis.

/ / /

4

16.     Orders for mental health patients in MHCB must be re-initiated every 24 hours.  This ensures that clinical staff are evaluating the patient daily.  The entire time that Mr. Touloudjian was at CMC, suicide precaution rounds never ceased.  Moreover, medication to address Mr. Touloudjian's schizophrenia was prescribed and offered to him on the frequency required, but Mr. Touloudjian was non-compliant on all but one occasion, resulting in clinical staff initiating proceedings for a Court order to involuntarily medicate him.  Further, suicide prevention measures for Mr. Touloudjian regarding the provision to him of a safety smock, safety mattress, and safety blanket were never modified.  See, **Exhibit 2** attached to this declaration at Bates numbered pages AGO 000017, 19, 43, 44, 89, 90, 138, 140, 142, 167, 211, 212, 279, 280, 282, 283, 284, 311, 349, 356, 357, 429, 433, and 664.  Below is a chart reflecting the continuation of the orders and medications for Mr. Touloudjian and referenced bates page number:

| Date | MH Observation | MH Issue | Medication refusal |
|------|---------------|----------|-------------------|
| 1/12 | 90 | 89 | 664 |
| 1/13 | 43 | 44 | 17 |
| 1/14 | 19 | 19 | 17 |
| 1/15 | 212 | 211 | 140 |
| 1/16 | 167 | 167 | 140 |
| 1/17 | 142 | 142 | 138 |
| 1/18 | 357 | 356 | 282 |
| 1/19 | 349 | 311 | 280 |
| 1/20 | 284 | 283 | 279 |
| 1/21 | 433 | 433 | 429 |

17.     There is a bright line between the responsibilities of clinical staff treating patients in the MHCB and custody staff.  Clinical staff are responsible for, among other things, evaluating a patient's mental health, and suicide risk.  They create treatment plans, initiate and modify orders as may be required based on their clinical judgment, and administer medications.  To change or modify an order issued by clinical staff, the order must be modified in the EHRS.  In January 2018, custody staff did not, and still do not have access to EHRS.  Custody staff were not and are not involved in creating mental health treatment plans, evaluating suicide

5

risk, or modifying mental health and suicide prevention orders for any patient in the MHCB.  Further, custody staff did not perform suicide precaution rounds in the MHCB.  Those rounds were performed by clinical staff.

18.     From my review of Mr. Touloudjian's mental health records, the only people who initiated or modified mental health orders and suicide prevention orders for Mr. Touloudjian during the duration of his stay were clinical staff.  There is no evidence that custody staff ever altered Mr. Touloudjian's course of treatment during his stay at CMC in the MHCB unit.  There is no evidence that custody staff ever modified Mr. Touloudjian's medication orders.

19.     Clinical staff only share information about an inmate's mental health or prior suicide attempts on a "need to know" basis.  Disclosure of this information is governed by the Health Information Portability and Accountability Act, as well as policies and procedures instituted by CDCR and CMC.  Even when authorized, the amount and type of information disclosed is left to the clinical judgment of the clinical staff making the disclosures.

20.     Attached as **Exhibit 3** to this declaration is a copy of the Initial Death Record of Alexandre, which is maintained in the EHRS at or near the time of death in the ordinary course of business.  This record reflects that on January 21, 2018, at 1:35 p.m. Alexandre was observed walking in his cell by clinical staff performing rounds.

21.     On January 21, 2018, at approximately 1:45 p.m., Alexandre was found unresponsive on the floor of his cell by the rounding nurse.  She called a code and sounded the alarm.  (Ex. 2 at AGO 000660, 001590, and AGO 002637.)

22.     After gaining access to the cell, clinical staff began performing life-saving measures on Mr. Touloudjian.  His breathing and pulse were restored by Clinical Staff and he was taken to Dignity Hospital for further evaluation where it was determined that his brain was severely damaged from a lack of oxygen and he succumbed to his injuries on January 27, 2018.  (Ex. 2 at AGO 00660, 001590, and

1 | AGO 002637.)

2 |     23.    Based on my knowledge of the usual practice in CDCR MHCB units,

3 | it is typical for patients on suicide/self-harm monitoring to have meals without

4 | "hard plastic" utensils ordered.  These are meant to prevent patients from using the

5 | utensils to harm themselves.  The admonition "[n]o hard plastics in cell" does not

6 | apply to the light plastic film used to package sandwiches or crackers.

7 |     24.    It is my opinion that custody staff did not fall below the standard of

8 | care by accompanying clinical staff who delivered meals to Mr. Touloudjian that

9 | contained bread or crackers wrapped in a light plastic film where the suicide

10 | prevention orders stated, *inter alia,* "no hard plastics in cell" because this does not

11 | apply to the light plastic film used to package bread or crackers.

12 |     25.    It is my opinion that custody staff did not fall below the standard of

13 | care with respect to suicide prevention measures because the primary function of

14 | custodial staff in the MHCB unit is the safety and security of the unit, the staff, and

15 | patients.  Given that these units' primary functions are as clinical psychiatric units,

16 | the custody staff have a minimal role in delivering health care in these units –

17 | mostly as escort officers, distribution of meals, opening/closing cell doors,

18 | monitoring entry and exit from the unit, maintaining logs, and managing other

19 | custodial duties as pertains to the patients being treated.  They function mostly in

20 | the background in MHCB units and thus are not typically "visible" in the clinical

21 | record.  As such, it is my opinion, based upon the records reviewed, that custody

22 | staff at the CMC MHCB unit met or exceeded the expectations of custodial staff for

23 | such a unit between January 12, 2018, and January 21, 2018.

24 |     26.    It is my opinion based on a review of the CMC policies and procedures

25 | in place between January 12, 2018, and January 21, 2018, the CMC MHCB unit

26 | was in compliance with all applicable laws and requirements mandated by the

27 | *Coleman v. Newsom* class-action litigation.

28 |     I declare under penalty of perjury that the foregoing is true and correct to the

1  custodial duties as pertains to the patients being treated.  They function mostly in

2  the background in MHCB units and thus are not typically "visible" in the clinical

3  record.  As such, it is my opinion, based upon the records reviewed, that custody

4  staff at the CMC MHCB unit met or exceeded the expectations of custodial staff for

5  such a unit between January 12, 2018 and January 21, 2018.

6       I declare under penalty of perjury that the foregoing is true and correct to the

7  best of my knowledge and that this declaration was executed on July     2023, in

8  San Luis Obispo, California.

9

10                              R. Canning, Ph.D.

11

12  SA2020101463

13  84024663.docx

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1

# CURRICULUM VITA

## ROBERT D. CANNING, PH.D., CCHP

Address:     Statewide Mental Health Program
             Division of Health Care Services
             California Department of Corrections & Rehabilitation, and
             California Correctional Health Care Services
             Elk Grove, CA

             robert.canning@cdcr.ca.gov

## EDUCATION AND TRAINING

| | |
|---|---|
| 1973 | B.A., Liberal Arts, University of Delaware |
| 1993 | Ph.D., Clinical Psychology, Palo Alto University |
| 1993 | Clinical Internship (APA Accredited), Western Psychiatric Institute & Clinic, University of Pittsburgh Medical Center |
| 1995 | NIMH Post-Doctoral Fellowship, Psychiatric Epidemiology, Western Psychiatric Institute & Clinic, University of Pittsburgh Medical Center |

## PROFESSIONAL LICENSURE

1997 – Present     Board of Psychology, State of California: PSY 14961

## PROFESSIONAL CERTIFICATION

2016 – Present     Certified Correctional Healthcare Professional, National Commission on Correctional Healthcare, Chicago, IL

## FORENSIC & EXPERT CONSULTATIONS

**Litigation**

2022   Santiago vs County of Los Angeles et al. (2:21-cv-07061) U.S. District Court, Central District of California. Retained by defendants: record review and consultation.

2021   Beaver vs County of Butte et al. (2:20-cv-00279), U.S. District Court, Eastern District of California. Retained by defendants: record review and case consultation.

2019   Moriarty vs County of San Diego et al. (3:17-cv-01154), U.S. District Court, Southern District of California. Retained by plaintiffs: record review, report preparation/submission, and deposition.

2019    Mendez-Jimenez vs County of Sacramento et al. (2:18-cv-00044), U.S. District Court, Eastern District of California. Retained by defendants: record review, report preparation/submission, and deposition.

2019    Lewis et al. vs Texas Department of Criminal Justice et al. (4:18-cv-00311), U.S. District Court, Southern District of Texas (Houston). Retained by plaintiffs: record review and case consultation.

2019    In the Matter of Darin Jay Petty (16F01289), California Superior Court, County of Butte, California Welfare & Institutions Code §5008(h)(1)(B) (*Murphy* Conservatorship): Retained by Public Guardian: record review, evaluation of dangerousness, and report preparation/submission.

2019    In the Matter of Brian Michael Bell (17CF02452/17CM01778), California Superior Court, County of Butte, California Welfare & Institutions Code §5008(h)(1)(B) (*Murphy* Conservatorship): Retained by Public Guardian: record review, evaluation of dangerousness, and report preparation/submission.

2018    Sanchez vs Young County (7:15-cv-00012), U.S. District Court, Northern District of Texas (Wichita Falls). Retained by Plaintiffs: record review and consultation.

2018    Monday vs McDonnell et al. (BC643290), California Superior Court, County of Los Angeles. Retained by defendants: record review, independent medical examination, report preparation/submission, and trial testimony.

2018    Nishimoto vs County of San Diego et al. (3:16-cv-01974), U.S. District Court, Southern District of California. Retained by plaintiffs: record review, report preparation/submission, and deposition.

2016    Loberg et al. vs County of Los Angeles, (2:16-cv-06190), U.S. District Court, Central District of California. Retained by defendants: record review and case consultation.

2015    Medrano vs County of Los Angeles, (2:13-cv-06664), U.S. District Court, Central District of California. Retained by defendants: record review and case consultation.

2015    Guenther vs County of Los Angeles (BC543601), California Superior Court, County of Los Angeles. Retained by defendants: record review and case consultation.

2015    In the Matter of Keith Edward Donche (FELJS1402505), California Superior Court, County of San Bernardino. California Penal Code §1026.5. Retained by County: evaluation of dangerousness, report preparation/submission, and court testimony.

**Programmatic**

2020 – 2022    Correctional Health Services, Department of Health Services, Los Angeles County, Los Angeles, CA

2019 – 2021    Jail Mental Health Team, Behavioral Health and Recovery Services, Department of Health & Human Services, County of Marin, San Rafael, CA

2019    Behavioral Health Team, Juvenile Detention Facility, Yolo County Probation Department, Woodland, CA

2017 – 2019    Disability Rights of California, San Diego Jail Suicides Project, Berkeley, CA. https://www.disabilityrightsca.org/public-reports/san-diego-jail-suicides-report

### POSITIONS AND APPOINTMENTS

| | |
|---|---|
| 2007 – Present | Instructor, American Association of Suicidology, Washington, D.C. |
| 2005 – Present | Senior Psychologist, Statewide Mental Health Program, California Correctional Health Care Services, Elk Grove, CA (Retired Annuitant 2020 to present) |
| 2015 - Present | Consultant, Trainer, and Expert: Suicide Prevention Policies and Practice for Jails and Prisons, Correctional Mental Health Treatment Delivery, Wrongful Death In Custody; Mental Health Service Delivery In Correctional Settings; Violence Risk Assessment |
| 2005 – 2015 | Suicide Prevention Coordinator, Statewide Mental Health Program, California Correctional Health Care Services, Elk Grove, CA |
| 2001 – 2005 | Clinical Psychologist, Folsom State Prison & California Medical Facility, California Department of Corrections & Rehabilitation |
| 2003 – 2009 | Assistant Clinical Professor, Department of Internal Medicine, UC Davis Medical School, Sacramento, CA |
| 1999 – 2000 | Roxane Clinical Fellow, West Coast Center for Palliative Education, UC Davis Medical Center, Sacramento, CA |
| 1999 – 2001 | Assistant Clinical Professor, Department of Psychiatry and Behavioral Sciences, UC Davis Medical School, Sacramento, CA |
| 1998 – 2001 | Clinical Psychologist, Department of Psychiatry and Behavioral Sciences, UC Davis Medical Center, Sacramento, CA |
| 1998 – 2001 | Clinical Psychologist, Child Psychiatry Clinic, Sacramento County Mental Health, Sacramento, CA |
| 1995 – 1997 | Clinical Psychologist, PTSD Clinical Team, Northern California Health Care System, Department of Veterans Affairs, Sacramento, CA |
| 1995 – 1999 | Clinical Instructor, Department of Psychiatry and Behavioral Sciences, UC Davis Medical School, Sacramento, CA |

### PUBLICATIONS & PRESENTATIONS

Google Scholar Page: https://bit.ly/2NcT9Wx

Articles (2001 to present)

Obegi, J.H. & **Canning, R.D.** (2022). The Cell-Front Interview Revisited. *Correctional Health Care Report,* 23(4): 81, 97-98.

Berman, A.L. & **Canning, R.D.** (2022). Proximal risk for suicide in correctional settings: A call for priority research. *Psychological Services, 19*(3), 407-412. https://doi.org/10.1037/ser0000516

**Canning, R.D.** & Suicide Prevention Resource Center (SPRC). (2017, November). Surveillance success stories: California Department of Corrections and Rehabilitation. Published online at: http://www.sprc.org/sites/default/files/resource-program/california_final.pdf

Bourgeios, J.A., **Canning, R.D.**, Suggett, K., Rahim, N. & Rossaro, L. (2006). Depressive symptoms and physical/mental functioning in IFN/RBV treatment of post-transplant recurrent HCV. *Psychosomatics,* 47(3): 254-256. https://doi.org/10.1176/appi.psy.47.3.254

Bourgeios, J.A., Rossaro, L., & **Canning, R.** (2005). Depression as co-pilot: Clinical implications of hepatitis C and interferon/ribavirin treatment. *Psychiatric Times,* 22(5).

**Canning, R.D.** (2003). A primary care approach to mental health care for HIV/hepatitis infected inmates. *Infectious Diseases in Corrections Report,* 6(1):1-4.

Leamon M.H., Gibson D.R., **Canning R.D.**, Benjamin L. (2002). Hospitalization of patients with cocaine and amphetamine use disorders from a psychiatric emergency service. *Psychiatr. Serv.*, 53(11):1461-6. https://doi.org/10.1176/appi.ps.53.11.1461

## Chapters (2001 to present)

**Canning, R.D.** & Dvoskin, J.A. (2018). *Preventing Suicide in Detention and Corrections Facilities*. In J. Wooldredge & P. Smith (Eds.) The Oxford Handbook on Prisons and Imprisonment. New York: Oxford University Press. https://dx.doi.org/10.1093/oxfordhb/9780199948154.013.25

**Canning, R.D.** & Stuber, M.A. (2001). *Pediatric transplantation*. In Trzepacz, P.T. & DiMartini, A. (Eds.) The Transplant Patient. New York: Cambridge University Press.

## Presentations, Trainings, & Abstracts (2010 to present)

**Canning, R.D.** and Butler, Mary. (2023, February). Suicide Risk Assessment through a Correctional Lens. Forensic Mental Health Association of California.

**Canning, R.D.** (2021, July). Suicide Risk Assessment for Jail Clinicians. Training for Adult Forensic Behavioral Health staff, Alameda County Santa Rita Jail, Dublin, CA.

**Canning, R.D.** (2021, July). Psychological Autopsies for Correctional Settings. Presented at the Corrections-Related Suicide webinar, Global Justice Resource Center, San Luis Obispo, California.

**Canning, R.D.** (2021, June). Working with Difficult Suicidal Jail Residents. Training for the Correctional Health Services, Department of Health Services, Los Angeles County, California.

**Canning, R.D.** (2021, March). Suicide Risk Assessment for Jail Clinicians. Training for Jail Mental Health Team, Marin County Jail, San Rafael, California.

**Canning, R.D.** (2020, May). Suicide Risk Assessment for Jail Clinicians. Training for the Correctional Health Services, Department of Health Services, Los Angeles County, California.

**Canning, R.D.** (2020, January). Screening for Suicide Risk. Training for the Correctional Health Services, Department of Health Services, Los Angeles County, California.

**Canning, R.D.** (2019, April). Suicide Risk Assessment with Individuals Confined in Forensic and Prison Settings. Training for the Forensic Assessment Unit, Department of State Hospitals, State of California, Sacramento, CA.

**Canning, R.D.** (2018, September). History of Suicide Prevention in the California Department of Corrections and Rehabilitation. Talk presented at the Annual Suicide Summit, Statewide Mental Health Program, California Correctional Health Care Services. Folsom, California.

Horon, R. & **Canning, R.** (2017, April). Suicide Risk Assessment Prevention for Correctional Mental Health Clinicians. Workshop presented at the annual conference of the American Association of Suicidology. Phoenix, Arizona.

**Canning, R**., DiCiro, M., & Colley, J. (2016, October). Medically serious self-injury among state prison inmates. Presentation at the annual meeting of the American Academy of Psychiatry and the Law, Portland, Oregon.

**Canning, R.,** DiCiro, M., & Glenn, K. (2016, March). Medically serious self-injury in state prison: A case series. Poster presented at the annual meeting of the Forensic Mental Health Association of California, Monterey, California.

**Canning, R.D**. (2015**,** April). Suicide risk evaluation for mental health clinicians. Invited presentation, Annual Meeting of the California Psychological Association, San Diego, California.

**Canning, R.D.** & Horon, R. (2015, February). Improving suicide risk assessment with offenders: Collaboration and research to inform practice in the California Department of Corrections and Rehabilitation and the Department of State Hospitals. Presentation at the annual meeting of the Forensic Mental Health Association of California, Monterey, California.

Horon, R., **Canning, R**., McManus, T. (2014, April). Suicide Risk Assessment: Research, refinement and innovation within California prisons. Panel presentation at the annual meeting of the American Association of Suicidology, Los Angeles, California.

McDermott, B., Warburton, K., **Canning, R.,** & Scott, C. (2012, October). Safety and security across the continuum of care in psychiatry. Panel presentation at the annual meeting of the American Academy of Psychiatry and the Law, Montreal, Quebec, Canada.

**Canning, R.D.** (2011, October). Suicide among the elderly. Presentation to the Communities Taking Steps: Suicide Awareness and Prevention Conference, Sacramento, California.

Berman, A. & **Canning, R.D.** (2010, July). Standardized training for suicide risk assessment in correctional settings. Talk presented to the National Commission on Correctional Health Care meeting on Correctional Mental Health, Boston, Massachusetts.

## MEMBERSHIPS

| | |
|---|---|
| 2021 – Present | Forensic Mental Health Association of California |
| 2006 – Present | Academy of Correctional Health Care |

| 2005 – Present | American Association of Suicidology |
|---|---|
| 1997 – Present | Psychologists in Public Service, Division 18 of the American Psychological Association, |
| 1998 – Present | Society of Psychology and the Law, Division 41 of the American Psychological Association |
| 2013 – 2019 | Association for Psychological Science |
| 2006 – 2010 | American Association of Forensic & Correctional Psychology |

## CREDENTIALING

| 2006 – Present | California Correctional Health Care Services, Elk Grove, CA |
|---|---|
| 2001 – 2005 | Medical Staff, California Medical Facility, Vacaville, CA |
| 1998 – 2002 | Medical Staff, UC Davis Medical Center, Sacramento, CA |
| 1998 – 2001 | Medical Staff, Shriners' Hospital, Sacramento, CA |
| 1995 – 1997 | Medical Staff, Department of Veterans Affairs, Northern California Health Care System |

## PROFESSIONAL SERVICE

| 2021 - Present | Education Committee, Forensic Mental Health Association of California |
|---|---|
| 2018 – 2022 | *Ad hoc* Reviewer, *Psychological Services*, Division 18 – Psychologists in Public Service, American Psychological Association |
| 2009 – 2018 | *Ad hoc* Reviewer, American Association of Suicidology, Washington, DC |
| 2003 – 2005 | Preceptor, Second Year Medical Students, UC Davis Medical School |
| 2004 – 2005 | Chair, Department of Psychology, California Medical Facility |
| 2002 – 2005 | Instructor, Psychology Internship Program, California Medical Facility |
| 2002 – 2003 | Vice-Chair, Department of Psychology, California Medical Facility, Vacaville, CA |
| 2001 – 2003 | Bioethics Committee, California Medical Facility, Vacaville, CA |
| 2000 – 2001 | Bioethics Consultation Committee, UC Davis Medical Center, Sacramento, CA |
| 1995 – 1997 | Instructor, Psychology Internship, VA Medical Center, Martinez |
| 1998 – 2001 | *Ad hoc* reviewer, *Social Science & Medicine* and *Journal of Clinical & Consulting Psychology* |

## RESEARCH

| | |
|---|---|
| 2016 | Co-Principal Investigator, <u>Machine Learning to Forecast Self-Injury Among Prison Inmates</u>. American Foundation for Suicide Prevention, New York, NY (unfunded). |
| 2014 | Research Training Institute, Injury Control Research Center for Suicide, University of Rochester Medical Center, Rochester, NY. |
| 2008 – 2014 | Consultant, <u>Evaluation of Suicide Risk Among Incarcerated Psychiatric Patients</u>. Vacaville Psychiatric Program, California Department of State Hospitals, Vacaville, CA., Robert Horon, Ph.D., Principal Investigator |
| 2011 – 2012 | Consultant, <u>Screening for Depression and Suicide Risk</u>. UC Davis School of Medicine, Department of Psychiatry & Behavioral Sciences, William Jarrold, PhD, Principal Investigator. |
| 2000 – 2005 | Consultant, <u>Interferon Alpha and Ribavirin Rx for Recurrent HCV in Liver Transplant Patients</u>. UC Davis Transplant Center, Lorenzo Rossarro, MD, Principal Investigator |
| 1999 – 2000 | Consultant, <u>Decreasing Distress Among Newly Diagnosed Cancer Patients</u>. UC Davis Cancer Center, Fred Meyers, MD, Principal Investigator |
| 1998 – 2001 | Medical Education Research Group, Department of Psychiatry, UC Davis Medical Center |

## PUBLIC SERVICE

| | |
|---|---|
| 2021 – Present | Member & Chair, Police Accountability Commission, City of Davis, California. |
| 2007 – 2016 | Member & Vice-Chair, Mental Health Advisory Board, Yolo County, California. |

Exhibit 2

**CMC - California Men's Colony**

Patient:      **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years      / Male          CDCR: BC1293

## Social History

**Other**

 **Comment:** 1/13/2018 12:52 PST; Nguyen,Chan Psychiatrist;
 Per records pt was raised by his parents and grandparents in Pasadena.  He has 1 sister.  He has never been married
 and does not have children.

**Substance Abuse**

 **Detail:** Former, Marijuana (Last Update: 6/14/2017 10:10 PDT by Adair,Stacey Psychologist)

## Immunizations

| Vaccine | Date Given | Admin Person | Site | Route | Amount | Data Source | Expiration Date |
|---------|-----------|--------------|------|-------|--------|-------------|-----------------|
| influenza virus vaccine, inactivated | 12/13/2017 11:35 PST | Davidson, Douglas LVN | Right Deltoid | IM | 0.5mL | PowerChart | 6/30/2018 |

## Intake and Output

No data exists for this section

## Medication Administration Record

**Medications**

**Admin Date/Time:** 1/14/2018 20:20 PST
Medication Name: **OLANZapine (OLANZapine ODT)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Nguyen,Chan Psychiatrist 1/13/2018 15:08 PST; Perform: Meyers,Elaina Psych Tech 1/14/2018 20:21 PST; VERIFY: Meyers,Elaina Psych Tech 1/14/2018 20:21 PST

**Admin Date/Time:** 1/13/2018 20:13 PST
Medication Name: **OLANZapine (OLANZapine ODT)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Nguyen,Chan Psychiatrist 1/13/2018 15:08 PST; Perform: Meyers,Elaina Psych Tech 1/13/2018 20:13 PST; VERIFY: Meyers,Elaina Psych Tech 1/13/2018 20:13 PST

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  33983256                              Print Date/Time:   10/5/2020 11:18 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**CMC - California Men's Colony**

Patient:     **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years    / Male          CDCR: BC1293

| *Orders* |
|---|

## Mental Health

**Order: MH Patient Issue**
Order Date/Time: 1/14/2018 10:31 PST
Order Start Date/Time: 1/14/2018 10:31 PST
Order Status: Discontinued            Department Status: Discontinued            Activity Type: Mental Health
End-state Date/Time: 1/15/2018 09:39 PST            End-state Reason: Duplicate Order
Ordering Physician: Laurel Olvera,Psychologist            Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/14/2018 10:31 PST
Order Details: 1/14/18 10:31:00 AM PST, 24 hr, 1/15/18 9:39:00 AM PST, Safety, Safety smock, (None), (None), Safety mattress | Safety blanket, Tooth powder, Books, Safety, May have extra blanket. No hard plastics or DME in cell
Order Comment:

**Order: MH Observation**
Order Date/Time: 1/14/2018 10:31 PST
Order Start Date/Time: 1/14/2018 19:17 PST
Order Status: Discontinued            Department Status: Discontinued            Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:03 PST            End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist            Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/14/2018 10:31 PST
Order Details: 1/14/18 7:17:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:03:42 AM PST
Order Comment:

**Order: MH Observation**
Order Date/Time: 1/14/2018 10:31 PST
Order Start Date/Time: 1/14/2018 19:39 PST
Order Status: Discontinued            Department Status: Discontinued            Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:03 PST            End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist            Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/14/2018 10:31 PST
Order Details: 1/14/18 7:39:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:03:42 AM PST
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

AGO 000019

**CMC - California Men's Colony**

Patient:      **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years    / Male          CDCR: BC1293

---

| *Orders* |
|:---:|

---

## Mental Health

Order: **MH Observation**
Order Date/Time: 1/14/2018 10:31 PST
Order Start Date/Time: 1/14/2018 20:56 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:03 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/14/2018 10:31 PST
Order Details: 1/14/18 8:56:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:03:47 AM PST
Order Comment:

Order: **MH Observation**
Order Date/Time: 1/14/2018 10:31 PST
Order Start Date/Time: 1/14/2018 20:45 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:03 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/14/2018 10:31 PST
Order Details: 1/14/18 8:45:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:03:47 AM PST
Order Comment:

Order: **MHCB Initial MHMD Contact**
Order Date/Time: 1/13/2018 16:58 PST
Order Start Date/Time: 1/13/2018 07:30 PST
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 1/20/2018 14:42 PST          End-state Reason:
Ordering Physician: Nguyen,Chan Psychiatrist          Consulting Physician:
Entered By: Nguyen,Chan Psychiatrist on 1/13/2018 16:58 PST
Order Details: 1/13/18 7:30:00 AM PST, 01/13/18 16:58:00 PST, 1 day, 1/13/2018, Dr. Nguyen, 0830-0929, nonconfidential due to refusal, 02/12/18 23:59:00 PST
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  33983256                                    Print Date/Time:  10/5/2020 11:18 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

AGO 000043

**CMC - California Men's Colony**

Patient:        **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years    / Male          CDCR: BC1293

| *Orders* |
| --- |

### Mental Health

Order: **MHCB Initial MHPC Contact**
Order Date/Time: 1/13/2018 10:17 PST
Order Start Date/Time: 1/13/2018 08:00 PST
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 1/16/2018 08:41 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/13/2018 10:17 PST
Order Details: 1/13/18 8:00:00 AM PST, 01/13/18 10:17:00 PST, 1 day, 01/13/17; Seen by Dr. Scherbinski from 0940 to 0950 hours in a confidential setting, 02/12/18 23:59:00 PST
Order Comment:

Order: **MH Patient Issue**
Order Date/Time: 1/13/2018 10:07 PST
Order Start Date/Time: 1/13/2018 10:07 PST
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 1/14/2018 10:06 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/13/2018 10:07 PST
Order Details: 1/13/18 10:07:00 AM PST, 24 hr, 1/14/18 10:06:00 AM PST, Safety, Safety smock, (None), (None), Safety mattress | Safety blanket, Tooth powder, Books, Safety, No hard plastics or DME in cell
Order Comment:

Order: **MH Observation**
Order Date/Time: 1/13/2018 10:07 PST
Order Start Date/Time: 1/13/2018 17:19 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:02 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/13/2018 10:07 PST
Order Details: 1/13/18 5:19:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:02:23 AM PST
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**CMC - California Men's Colony**

Patient:      **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years   / Male          CDCR: BC1293

| *Orders* |
|---|

### Mental Health

**Order: MHCB Initial MHPC Contact**
Plan Name: MHCB, Receiving Admit
Order Date/Time: 1/12/2018 13:10 PST
Order Start Date/Time: 1/14/2018 07:40 PST
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 1/14/2018 10:09 PST          End-state Reason:
Ordering Physician: Weilbacher,Katrina Psychologist          Consulting Physician:
Entered By: Lambatan,Charilyn RN on 1/12/2018 13:10 PST
Order Details: 1/14/18 7:40:00 AM PST, 01/12/18 13:10:00 PST, 1 day, 01/13/18 23:59:00 PST
Order Comment:

**Order: MHCB Suicide Risk Evaluation**
Plan Name: MHCB, Receiving Admit
Order Date/Time: 1/12/2018 13:10 PST
Order Start Date/Time: 1/13/2018 00:01 PST
Order Status: Canceled          Department Status: Canceled          Activity Type: Mental Health
End-state Date/Time: 1/17/2018 09:32 PST          End-state Reason:
Ordering Physician: Weilbacher,Katrina Psychologist          Consulting Physician:
Entered By: Lambatan,Charilyn RN on 1/12/2018 13:10 PST
Order Details: 1/13/18 12:01:00 AM PST, 01/12/18 13:10:00 PST, 24 hours, 24 hours, 01/13/18 23:59:00 PST
Order Comment:

**Order: MH Patient Issue**
Plan Name: MHCB, Receiving Admit
Order Date/Time: 1/12/2018 13:10 PST
Order Start Date/Time: 1/12/2018 13:10 PST
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 1/13/2018 13:09 PST          End-state Reason:
Ordering Physician: Weilbacher,Katrina Psychologist          Consulting Physician:
Entered By: Lambatan,Charilyn RN on 1/12/2018 13:10 PST
Order Details: 1/12/18 1:10:00 PM PST, 24 hr, 1/13/18 1:09:00 PM PST, Safety, Safety smock, (None), (None), Safety blanket | Safety mattress, Books, Regular
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**CMC - California Men's Colony**

Patient: **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex: 1/27/1993 / 25 years / Male          CDCR: BC1293

| *Orders* |
| --- |

## Mental Health

**Order: MH Observation**
Order Date/Time: 1/12/2018 13:10 PST
Order Start Date/Time: 1/13/2018 08:58 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:03 PST          End-state Reason:
Ordering Physician: Weilbacher,Katrina Psychologist          Consulting Physician:
Entered By: Lambatan,Charilyn RN on 1/12/2018 13:10 PST
Order Details: 1/13/18 8:58:00 AM PST, Precaution, Safety, Self harm behavior & suicidal statements, Recent jump from tier, 1/23/18 9:03:32 AM PST
Order Comment: This order is the staggered 15 minute checks. The frequency is q11 with a 4 minute grace period. This order are only active for 24 hours.

**Order: MH Observation**
Order Date/Time: 1/12/2018 13:10 PST
Order Start Date/Time: 1/13/2018 09:09 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:03 PST          End-state Reason:
Ordering Physician: Weilbacher,Katrina Psychologist          Consulting Physician:
Entered By: Lambatan,Charilyn RN on 1/12/2018 13:10 PST
Order Details: 1/13/18 9:09:00 AM PST, Precaution, Safety, Self harm behavior & suicidal statements, Recent jump from tier, 1/23/18 9:03:32 AM PST
Order Comment: This order is the staggered 15 minute checks. The frequency is q11 with a 4 minute grace period. This order are only active for 24 hours.

**Order: MH Observation**
Order Date/Time: 1/12/2018 13:10 PST
Order Start Date/Time: 1/13/2018 09:20 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:03 PST          End-state Reason:
Ordering Physician: Weilbacher,Katrina Psychologist          Consulting Physician:
Entered By: Lambatan,Charilyn RN on 1/12/2018 13:10 PST
Order Details: 1/13/18 9:20:00 AM PST, Precaution, Safety, Self harm behavior & suicidal statements, Recent jump from tier, 1/23/18 9:03:32 AM PST
Order Comment: This order is the staggered 15 minute checks. The frequency is q11 with a 4 minute grace period. This order are only active for 24 hours.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 33983256          Print Date/Time: 10/5/2020 11:18 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

AGO 000090

**CMC - California Men's Colony**

Patient: **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex: 1/27/1993  / 25 years    / Male          CDCR: BC1293

## Social History

### Other
**Comment:** 1/13/2018 12:52 PST; Nguyen,Chan Psychiatrist;
Per records pt was raised by his parents and grandparents in Pasadena.  He has 1 sister.  He has never been married and does not have children.

### Substance Abuse
**Detail:** Former, Marijuana (Last Update: 6/14/2017 10:10 PDT by Adair,Stacey Psychologist)

## Immunizations

| Vaccine | Date Given | Admin Person | Site | Route | Amount | Data Source | Expiration Date |
|---|---|---|---|---|---|---|---|
| influenza virus vaccine, inactivated | 12/13/2017 11:35 PST | Davidson, Douglas LVN | Right Deltoid | IM | 0.5mL | PowerChart | 6/30/2018 |

## Intake and Output

No data exists for this section

## Medication Administration Record

**Medications**

**Admin Date/Time:** 1/17/2018 18:20 PST
Medication Name: **hydrOXYzine (hydrOXYzine pamoate)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Jardine,Sarah Psych Tech 1/17/2018 18:20 PST; VERIFY: Jardine,Sarah Psych Tech 1/17/2018 18:20 PST

**Admin Date/Time:** 1/17/2018 18:20 PST
Medication Name: **risperiDONE (risperiDONE ODT)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Jardine,Sarah Psych Tech 1/17/2018 18:20 PST; VERIFY: Jardine,Sarah Psych Tech 1/17/2018 18:20 PST

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33984374                                    Print Date/Time:   10/5/2020 11:24 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

AGO 000138

**CMC - California Men's Colony**

Patient:       **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years      / Male          CDCR: BC1293

| *Medication Administration Record* |
|---|

**Medications**

**Admin Date/Time:** 1/16/2018 18:39 PST
Medication Name: **hydrOXYzine (hydrOXYzine pamoate)**
**Admin Details: (Not Done)** Task Duplication
hydrOXYzine
**Action Details:** Perform: Acosta,Christina Psych Tech 1/16/2018 18:39 PST
**Result Note:** Acosta,Christina Psych Tech 1/16/2018 18:40 PST
med order in 2 times

**Admin Date/Time:** 1/16/2018 18:21 PST
Medication Name: **risperiDONE (risperiDONE ODT)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:07 PST; Perform: Acosta,Christina Psych Tech 1/16/2018 18:22 PST; VERIFY: Acosta,Christina Psych Tech 1/16/2018 18:22 PST
**Result Comment:** Acosta,Christina Psych Tech 1/16/2018 18:22 PST
i don't take medication

**Admin Date/Time:** 1/16/2018 18:20 PST
Medication Name: **hydrOXYzine (hydrOXYzine pamoate)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:06 PST; Perform: Acosta,Christina Psych Tech 1/16/2018 18:21 PST; VERIFY: Acosta,Christina Psych Tech 1/16/2018 18:21 PST
**Result Comment:** Acosta,Christina Psych Tech 1/16/2018 18:21 PST
i don't medication

**Admin Date/Time:** 1/15/2018 20:23 PST
Medication Name: **OLANZapine (OLANZapine ODT)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Nguyen,Chan Psychiatrist 1/13/2018 15:08 PST; Perform: Meyers,Elaina Psych Tech 1/15/2018 20:23 PST; VERIFY: Meyers,Elaina Psych Tech 1/15/2018 20:23 PST

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33984374                              Print Date/Time:  10/5/2020 11:24 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

AGO 000140

**CMC - California Men's Colony**

Patient:        **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years    / Male          CDCR: BC1293

| *Orders* |
|---|

### Mental Health

**Order: MHCB Routine MHPC Contact**
Order Date/Time: 1/23/2018 11:19 PST
Order Start Date/Time: 1/15/2018 08:00 PST

| Order Status: Discontinued | Department Status: Discontinued | Activity Type: Mental Health |
|---|---|---|
| End-state Date/Time: 1/23/2018 12:01 PST | End-state Reason: | |
| Ordering Physician: | Consulting Physician: | |

Entered By: Martin,Lynell HPS on 1/23/2018 11:19 PST
Order Details: 1/15/18 8:00:00 AM PST, 01/15/18 9:17:00 PST, 1 day, 01/15/2018 was seen on from 0901-0905 cell-side in MHCB with Ms. Ruth, 01/16/18 23:59:00 PST
Order Comment:

**Order: MH Patient Issue**
Order Date/Time: 1/17/2018 11:15 PST
Order Start Date/Time: 1/17/2018 11:15 PST

| Order Status: Completed | Department Status: Completed | Activity Type: Mental Health |
|---|---|---|
| End-state Date/Time: 1/18/2018 11:14 PST | End-state Reason: | |
| Ordering Physician: Scherbinski,Michael Psychologist | Consulting Physician: | |

Entered By: Scherbinski,Michael Psychologist on 1/17/2018 11:15 PST
Order Details: 1/17/18 11:15:00 AM PST, 24 hr, 1/18/18 11:14:00 AM PST, Safety, Safety smock, (None), (None), Safety mattress | Safety blanket, Tooth powder, Books | Treatment material, Safety, No hard plastics or DME in cell
Order Comment:

**Order: MH Observation**
Order Date/Time: 1/17/2018 11:15 PST
Order Start Date/Time: 1/17/2018 23:37 PST

| Order Status: Discontinued | Department Status: Discontinued | Activity Type: MH Comunication/Legal Orders |
|---|---|---|
| End-state Date/Time: 1/23/2018 09:04 PST | End-state Reason: | |
| Ordering Physician: Scherbinski,Michael Psychologist | Consulting Physician: | |

Entered By: Scherbinski,Michael Psychologist on 1/17/2018 11:15 PST
Order Details: 1/17/18 11:37:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:04:06 AM PST
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   33984374                                    Print Date/Time:   10/5/2020 11:24 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

AGO 000142

**CMC - California Men's Colony**

Patient: **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex: 1/27/1993 / 25 years / Male   CDCR: BC1293

| *Orders* |
| --- |

## Mental Health

Order: **MH Patient Issue**
Order Date/Time: 1/16/2018 16:23 PST
Order Start Date/Time: 1/16/2018 16:23 PST
Order Status: Completed    Department Status: Completed    Activity Type: Mental Health
End-state Date/Time: 1/17/2018 16:22 PST    End-state Reason:
Ordering Physician: Chernow,Elizabeth Psychologist    Consulting Physician:
Entered By: Chernow,Elizabeth Psychologist on 1/16/2018 16:23 PST
Order Details: 1/16/18 4:23:00 PM PST, 24 hr, 1/17/18 4:22:00 PM PST, Safety, Safety smock, (None), (None), Safety mattress | Safety blanket, Tooth powder, Books | Treatment material, Safety, Continue SP - safety. I/P may have extra no-tear blanket. Items limited to ensure I/P's safety due to recent DTS. No hard plastics or DME in cell. Re-assess issue daily.
Order Comment:

Order: **MH Observation**
Order Date/Time: 1/16/2018 16:23 PST
Order Start Date/Time: 1/17/2018 10:50 PST
Order Status: Discontinued    Department Status: Discontinued    Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:04 PST    End-state Reason:
Ordering Physician: Chernow,Elizabeth Psychologist    Consulting Physician:
Entered By: Chernow,Elizabeth Psychologist on 1/16/2018 16:23 PST
Order Details: 1/17/18 10:50:00 AM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:04:00 AM PST
Order Comment:

Order: **MH Observation**
Order Date/Time: 1/16/2018 16:23 PST
Order Start Date/Time: 1/17/2018 10:39 PST
Order Status: Discontinued    Department Status: Discontinued    Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:04 PST    End-state Reason:
Ordering Physician: Chernow,Elizabeth Psychologist    Consulting Physician:
Entered By: Chernow,Elizabeth Psychologist on 1/16/2018 16:23 PST
Order Details: 1/17/18 10:39:00 AM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:04:00 AM PST
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   33984374                          Print Date/Time:   10/5/2020 11:24 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**CMC - California Men's Colony**

Patient:          **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years    / Male          CDCR: BC1293

| *Orders* |
|---|

**Mental Health**

**Order: MH Group Recreation Therapy**
Order Date/Time: 1/16/2018 11:45 PST
Order Start Date/Time: 1/16/2018 12:30 PST
Order Status: Completed          Department Status: Completed          Activity Type: Structured Therapeutic Activities
End-state Date/Time: 1/16/2018 15:03 PST          End-state Reason:
Ordering Physician:          Consulting Physician:
Entered By: on 1/16/2018 11:45 PST
Order Details: 1/16/18 12:30:00 PM PST, 1/16/18 3:03:57 PM PST, 01/30/18 23:59:00 PST
Order Comment:

**Order: MHCB Routine MHMD Contact**
Order Date/Time: 1/16/2018 08:54 PST
Order Start Date/Time: 1/16/2018 07:30 PST
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 1/16/2018 13:33 PST          End-state Reason:
Ordering Physician: Khoo,Patricia Psychiatrist          Consulting Physician:
Entered By: Khoo,Patricia Psychiatrist on 1/16/2018 08:54 PST
Order Details: 1/16/18 7:30:00 AM PST, 01/16/18 8:54:00 PST, 3 days, Once every 3 days, 01/19/18 23:59:00 PST
Order Comment:

**Order: MH Patient Issue**
Order Date/Time: 1/15/2018 09:37 PST
Order Start Date/Time: 1/15/2018 09:37 PST
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 1/16/2018 09:37 PST          End-state Reason:
Ordering Physician: Laurel Olvera,Psychologist          Consulting Physician:
Entered By: Laurel Olvera,Psychologist on 1/15/2018 09:37 PST
Order Details: 1/15/18 9:37:00 AM PST, 1/16/18 9:37:00 AM PST, Safety, Safety smock, (None), (None), Safety mattress | Safety blanket, Tooth powder, Treatment material | Books, Safety, Continue SP Smock. NO Hard plastics or DME in cell.
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  33984374                    Print Date/Time:  10/5/2020 11:24 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**CMC - California Men's Colony**

Patient: **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex: 1/27/1993 / 25 years / Male          CDCR: BC1293

| *Orders* |
|---|

### Mental Health

Order: **MH Observation**
Order Date/Time: 1/15/2018 09:36 PST
Order Start Date/Time: 1/15/2018 18:06 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:02 PST          End-state Reason:
Ordering Physician: Laurel Olvera,Psychologist          Consulting Physician:
Entered By: Laurel Olvera,Psychologist on 1/15/2018 09:36 PST
Order Details: 1/15/18 6:06:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:02:35 AM PST
Order Comment: This order is the staggered 15 minute checks. The frequency is q11 with a 4 minute grace period. This order are only active for 24 hours.

Order: **MH Observation**
Order Date/Time: 1/15/2018 09:36 PST
Order Start Date/Time: 1/15/2018 17:44 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:02 PST          End-state Reason:
Ordering Physician: Laurel Olvera,Psychologist          Consulting Physician:
Entered By: Laurel Olvera,Psychologist on 1/15/2018 09:36 PST
Order Details: 1/15/18 5:44:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:02:35 AM PST
Order Comment: This order is the staggered 15 minute checks. The frequency is q11 with a 4 minute grace period. This order are only active for 24 hours.

Order: **MH Observation**
Order Date/Time: 1/15/2018 09:36 PST
Order Start Date/Time: 1/15/2018 18:39 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:02 PST          End-state Reason:
Ordering Physician: Laurel Olvera,Psychologist          Consulting Physician:
Entered By: Laurel Olvera,Psychologist on 1/15/2018 09:36 PST
Order Details: 1/15/18 6:39:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:02:37 AM PST
Order Comment: This order is the staggered 15 minute checks. The frequency is q11 with a 4 minute grace period. This order are only active for 24 hours.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   33984374                              Print Date/Time:   10/5/2020 11:24 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**CMC - California Men's Colony**

Patient:          **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:   1/27/1993  / 25 years    / Male          CDCR: BC1293

## Social History

**Other**
   Comment: 1/13/2018 12:52 PST; Nguyen,Chan Psychiatrist;
   Per records pt was raised by his parents and grandparents in Pasadena.  He has 1 sister.  He has never been married
   and does not have children.

**Substance Abuse**
   Detail: Former, Marijuana (Last Update: 6/14/2017 10:10 PDT by Adair,Stacey Psychologist)

## Immunizations

| Vaccine | Date Given | Admin Person | Site | Route | Amount | Data Source | Expiration Date |
|---|---|---|---|---|---|---|---|
| influenza virus vaccine inactivated | 12/13/2017 11:35 PST | Davidson, Douglas LVN | Right Deltoid | IM | 0.5mL | PowerChart | 6/30/2018 |

## Intake and Output

No data exists for this section

## Medication Administration Record

**Medications**

**Admin Date/Time:** 1/20/2018 18:22 PST
**Medication Name:** hydrOXYzine (hydrOXYzine pamoate)
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Meyers,Elaina Psych Tech 1/20/2018 18:22
PST; VERIFY: Meyers,Elaina Psych Tech 1/20/2018 18:22 PST

**Admin Date/Time:** 1/20/2018 18:22 PST
**Medication Name:** risperiDONE (risperiDONE ODT)
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Meyers,Elaina Psych Tech 1/20/2018 18:22
PST; VERIFY: Meyers,Elaina Psych Tech 1/20/2018 18:22 PST

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab
---

Report Request ID:   33985217                                    Print Date/Time:   10/5/2020 11:33 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

AGO 000279

**CMC - California Men's Colony**

Patient: **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex: 1/27/1993  / 25 years   / Male          CDCR: BC1293

---

### *Medication Administration Record*

---

## Medications

**Admin Date/Time:** 1/20/2018 12:06 PST
Medication Name: **hydrOXYzine (hydrOXYzine pamoate)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Morin,Kimberley Psych Tech 1/20/2018 12:06 PST; VERIFY: Morin,Kimberley Psych Tech 1/20/2018 12:06 PST

**Admin Date/Time:** 1/20/2018 08:36 PST
Medication Name: **risperiDONE (risperiDONE ODT)**
**Ingredients:** risp1.T.5624 1 mg 1 tab-dis
**Admin Details: (Auth)** Oral
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Morin,Kimberley Psych Tech 1/20/2018 08:36 PST; VERIFY: Morin,Kimberley Psych Tech 1/20/2018 08:36 PST

**Admin Date/Time:** 1/20/2018 07:36 PST
Medication Name: **hydrOXYzine (hydrOXYzine pamoate)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Morin,Kimberley Psych Tech 1/20/2018 07:36 PST; VERIFY: Morin,Kimberley Psych Tech 1/20/2018 07:36 PST

**Admin Date/Time:** 1/19/2018 18:10 PST
Medication Name: **hydrOXYzine (hydrOXYzine pamoate)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Meyers,Elaina Psych Tech 1/19/2018 18:10 PST; VERIFY: Meyers,Elaina Psych Tech 1/19/2018 18:10 PST

**Admin Date/Time:** 1/19/2018 18:10 PST
Medication Name: **risperiDONE (risperiDONE ODT)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Meyers,Elaina Psych Tech 1/19/2018 18:11 PST; VERIFY: Meyers,Elaina Psych Tech 1/19/2018 18:11 PST

**Admin Date/Time:** 1/19/2018 12:11 PST
Medication Name: **hydrOXYzine (hydrOXYzine pamoate)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Morin,Kimberley Psych Tech 1/19/2018 12:11 PST; VERIFY: Morin,Kimberley Psych Tech 1/19/2018 12:11 PST

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33985217                    Print Date/Time:  10/5/2020 11:33 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**CMC - California Men's Colony**

Patient:  **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex: 1/27/1993 / 25 years   / Male   CDCR: BC1293

---

### *Medication Administration Record*

---

**Medications**

**Admin Date/Time:** 1/18/2018 07:31 PST
Medication Name: **risperiDONE (risperiDONE ODT)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Jardine,Sarah Psych Tech 1/18/2018 07:31 PST; VERIFY: Jardine,Sarah Psych Tech 1/18/2018 07:31 PST

---

### *Orders*

---

**Admit/Transfer/Discharge**

Order: **MH Discharge Patient**
Plan Name: MHCB, Discharge
Order Date/Time: 1/18/2018 09:51 PST
Order Start Date/Time: 1/18/2018 00:01 PST
Order Status: Discontinued        Department Status: Discontinued        Activity Type: Admit/Transfer/Discharge
End-state Date/Time: 1/23/2018 09:02 PST        End-state Reason:
Ordering Physician: Joung,Jinhwa Psychologist        Consulting Physician:
Entered By: Joung,Jinhwa Psychologist on 1/18/2018 09:51 PST
Order Details: 1/18/18 12:01:00 AM PST, ACUTE
Order Comment:

**Consults**

Order: **Consult to Primary Care Provider**
Plan Name: MH Acute/ICF, Refer
Order Date/Time: 1/18/2018 09:52 PST
Order Start Date/Time: 1/18/2018 09:52 PST
Order Status: Discontinued        Department Status: Discontinued        Activity Type: Provider Consults
End-state Date/Time: 1/23/2018 09:02 PST        End-state Reason:
Ordering Physician: Joung,Jinhwa Psychologist        Consulting Physician:
Entered By: Joung,Jinhwa Psychologist on 1/18/2018 09:52 PST
Order Details: 1/18/18 9:52:00 AM PST, Urgent, Please evaluate stability for transfer to an ACU/ICF Facility from a medical perspeictive., 01/20/18 23:59:00 PST, CMC H 001A1
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33985217                                Print Date/Time:  10/5/2020 11:33 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

AGO 000282

**CMC - California Men's Colony**

Patient:          **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:   1/27/1993  / 25 years   / Male          CDCR: BC1293

| *Orders* |
| --- |

## Mental Health

**Order: MH Observation**
Order Date/Time: 1/20/2018 09:05 PST
Order Start Date/Time: 1/20/2018 23:50 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders

End-state Date/Time: 1/23/2018 09:04 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/20/2018 09:05 PST
Order Details: 1/20/18 11:50:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:04:28 AM PST
Order Comment:

**Order: MH Observation**
Order Date/Time: 1/20/2018 09:05 PST
Order Start Date/Time: 1/20/2018 23:39 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders

End-state Date/Time: 1/23/2018 09:04 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/20/2018 09:05 PST
Order Details: 1/20/18 11:39:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:04:26 AM PST
Order Comment:

**Order: MH Observation**
Order Date/Time: 1/20/2018 09:05 PST
Order Start Date/Time: 1/20/2018 23:06 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders

End-state Date/Time: 1/23/2018 09:04 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/20/2018 09:05 PST
Order Details: 1/20/18 11:06:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:04:26 AM PST
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33985217                          Print Date/Time:   10/5/2020 11:33 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**CMC - California Men's Colony**

Patient:      **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years    / Male          CDCR: BC1293

| *Orders* |
|---|

**Mental Health**

Order: **MHCB Routine MHMD Contact**
Order Date/Time: 1/19/2018 14:12 PST
Order Start Date/Time: 1/19/2018 08:30 PST
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 1/19/2018 18:02 PST          End-state Reason:
Ordering Physician: Rosales,Peter Psychiatrist          Consulting Physician:
Entered By: Rosales,Peter Psychiatrist on 1/19/2018 14:12 PST
Order Details: 1/19/18 8:30:00 AM PST, 01/19/18 14:12:00 PST, 3 days, 01/19/18 1100 prosales, 01/22/18 23:59:00 PST
Order Comment:

Order: **MH Patient Issue**
Order Date/Time: 1/19/2018 10:39 PST
Order Start Date/Time: 1/19/2018 10:39 PST
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 1/20/2018 10:38 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/19/2018 10:39 PST
Order Details: 1/19/18 10:39:00 AM PST, 24 hr, 1/20/18 10:38:00 AM PST, Partial, Undershirt | Socks | Boxers, (None), (None), Safety mattress | Safety blanket, Tooth powder, Treatment material | Books, Regular, May have his reading glasses in cell.
Order Comment:

Order: **MH Observation**
Order Date/Time: 1/19/2018 10:39 PST
Order Start Date/Time: 1/19/2018 19:39 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:03 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/19/2018 10:39 PST
Order Details: 1/19/18 7:39:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:03:04 AM PST
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33985217                              Print Date/Time:  10/5/2020 11:33 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**CMC - California Men's Colony**

Patient: **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex: 1/27/1993 / 25 years / Male          CDCR: BC1293

| *Orders* |
|---|

## Mental Health

Order: **MH Observation**
Order Date/Time: 1/19/2018 10:39 PST
Order Start Date/Time: 1/19/2018 22:35 PST

| Order Status: Discontinued | Department Status: Discontinued | Activity Type: MH Comunication/Legal Orders |
|---|---|---|

End-state Date/Time: 1/23/2018 09:03 PST                    End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/19/2018 10:39 PST
Order Details: 1/19/18 10:35:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:03:05 AM PST
Order Comment:

Order: **MH Observation**
Order Date/Time: 1/19/2018 10:39 PST
Order Start Date/Time: 1/19/2018 22:24 PST

| Order Status: Discontinued | Department Status: Discontinued | Activity Type: MH Comunication/Legal Orders |
|---|---|---|

End-state Date/Time: 1/23/2018 09:03 PST                    End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/19/2018 10:39 PST
Order Details: 1/19/18 10:24:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:03:05 AM PST
Order Comment:

Order: **MH Observation**
Order Date/Time: 1/19/2018 10:39 PST
Order Start Date/Time: 1/19/2018 22:57 PST

| Order Status: Discontinued | Department Status: Discontinued | Activity Type: MH Comunication/Legal Orders |
|---|---|---|

End-state Date/Time: 1/23/2018 09:03 PST                    End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/19/2018 10:39 PST
Order Details: 1/19/18 10:57:00 PM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:03:05 AM PST
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   33985217                                    Print Date/Time:   10/5/2020 11:33 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

AGO 000349

**CMC - California Men's Colony**

Patient:        **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years      / Male            CDCR: BC1293

| *Orders* |
|---|

### Mental Health

**Order: MH Notify C&PR**
Plan Name: MHCB, Discharge
Order Date/Time: 1/18/2018 09:51 PST
Order Start Date/Time: 1/18/2018 09:51 PST
Order Status: Discontinued          Department Status: Discontinued        Activity Type: MH Communication Order
End-state Date/Time: 1/23/2018 09:02 PST                    End-state Reason:
Ordering Physician: Joung,Jinhwa Psychologist          Consulting Physician:
Entered By: Joung,Jinhwa Psychologist on 1/18/2018 09:51 PST
Order Details: 1/18/18 9:51:00 AM PST, ACUTE
Order Comment:

**Order: MH Notify HCPOP Return**
Plan Name: MHCB, Discharge
Order Date/Time: 1/18/2018 09:51 PST
Order Start Date/Time: 1/18/2018 09:51 PST
Order Status: Discontinued          Department Status: Discontinued        Activity Type: MH Communication Order
End-state Date/Time: 1/23/2018 09:02 PST                    End-state Reason:
Ordering Physician: Joung,Jinhwa Psychologist          Consulting Physician:
Entered By: Joung,Jinhwa Psychologist on 1/18/2018 09:51 PST
Order Details: 1/18/18 9:51:00 AM PST, ACUTE, Prior LOC Changed in MHCB
Order Comment:

**Order: MH Patient Issue**
Order Date/Time: 1/18/2018 09:48 PST
Order Start Date/Time: 1/18/2018 09:48 PST
Order Status: Completed          Department Status: Completed        Activity Type: Mental Health
End-state Date/Time: 1/19/2018 09:48 PST                    End-state Reason:
Ordering Physician: Joung,Jinhwa Psychologist          Consulting Physician:
Entered By: Joung,Jinhwa Psychologist on 1/18/2018 09:48 PST
Order Details: 1/18/18 9:48:00 AM PST, 1/19/18 9:48:00 AM PST, Partial, Undershirt | Socks | Shoes | Safety smock | Boxers, (None), (None), Safety blanket | Safety mattress, Tooth powder, Loose Paper | Books, Regular, May have eyeglasses in cell
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**CMC - California Men's Colony**

Patient:          **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years      / Male            CDCR: BC1293

| *Orders* |
|---|

**Mental Health**

Order: **MH Observation**
Order Date/Time: 1/18/2018 09:48 PST
Order Start Date/Time: 1/19/2018 03:15 PST

Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders

End-state Date/Time: 1/23/2018 09:04 PST          End-state Reason:
Ordering Physician: Joung,Jinhwa Psychologist          Consulting Physician:
Entered By: Joung,Jinhwa Psychologist on 1/18/2018 09:48 PST
Order Details: 1/19/18 3:15:00 AM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:04:06 AM PST
Order Comment: This order is the staggered 15 minute checks. The frequency is q11 with a 4 minute grace period. This order are only active for 24 hours.

Order: **MH Observation**
Order Date/Time: 1/18/2018 09:48 PST
Order Start Date/Time: 1/19/2018 03:04 PST

Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders

End-state Date/Time: 1/23/2018 09:04 PST          End-state Reason:
Ordering Physician: Joung,Jinhwa Psychologist          Consulting Physician:
Entered By: Joung,Jinhwa Psychologist on 1/18/2018 09:48 PST
Order Details: 1/19/18 3:04:00 AM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:04:21 AM PST
Order Comment: This order is the staggered 15 minute checks. The frequency is q11 with a 4 minute grace period. This order are only active for 24 hours.

Order: **MH Observation**
Order Date/Time: 1/18/2018 09:48 PST
Order Start Date/Time: 1/19/2018 02:53 PST

Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders

End-state Date/Time: 1/23/2018 09:04 PST          End-state Reason:
Ordering Physician: Joung,Jinhwa Psychologist          Consulting Physician:
Entered By: Joung,Jinhwa Psychologist on 1/18/2018 09:48 PST
Order Details: 1/19/18 2:53:00 AM PST, Precaution, Safety, Self harm behavior & suicidal statements, 1/23/18 9:04:21 AM PST
Order Comment: This order is the staggered 15 minute checks. The frequency is q11 with a 4 minute grace period. This order are only active for 24 hours.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  33985217                          Print Date/Time:  10/5/2020 11:33 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**CMC - California Men's Colony**

Patient: **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex: 1/27/1993  / 25 years    / Male         CDCR: BC1293

---

### *Medication Administration Record*

---

**Medications**

**Admin Date/Time:** 1/21/2018 07:27 PST
Medication Name: **hydrOXYzine (hydrOXYzine pamoate)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Pelcher,Seth Psych Tech 1/21/2018 07:27 PST; VERIFY: Pelcher,Seth Psych Tech 1/21/2018 07:27 PST

**Admin Date/Time:** 1/21/2018 07:27 PST
Medication Name: **risperiDONE (risperiDONE ODT)**
**Admin Details: (Not Given)** Patient Refused
**Action Details:** Order: Khoo,Patricia Psychiatrist 1/16/2018 14:16 PST; Perform: Pelcher,Seth Psych Tech 1/21/2018 07:27 PST; VERIFY: Pelcher,Seth Psych Tech 1/21/2018 07:27 PST

---

### *Orders*

---

**Admit/Transfer/Discharge**

Order: **Transfer to Higher Level of Care**
Order Date/Time: 1/21/2018 14:48 PST
Order Start Date/Time: 1/21/2018 14:48 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: Admit/Transfer/Discharge
End-state Date/Time: 1/23/2018 09:03 PST          End-state Reason:
Ordering Physician: Ward,Mark P&S          Consulting Physician:
Entered By: Ward,Mark P&S on 1/21/2018 14:48 PST
Order Details: 1/21/18 2:48:00 PM PST, Acute Care, Emergent (911), ACLS/ALS Ambulance
Order Comment:

Order: **Transfer to Higher Level of Care**
Order Date/Time: 1/21/2018 13:51 PST
Order Start Date/Time: 1/21/2018 13:51 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: Admit/Transfer/Discharge
End-state Date/Time: 1/23/2018 09:03 PST          End-state Reason:
Ordering Physician: Ward,Mark P&S          Consulting Physician:
Entered By: Newport,Shawna RN on 1/21/2018 13:51 PST
Order Details: 1/21/18 1:51:00 PM PST, Acute Care, Emergent (911), ACLS/ALS Ambulance, Unresponsive
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  33985907                                   Print Date/Time:   10/5/2020 11:38 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

AGO 000429

CMC - California Men's Colony

Patient:        **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years    / Male          CDCR: BC1293

| *Orders* |
|---|

## Mental Health

Order: **MH Patient Issue**
Order Date/Time: 1/21/2018 15:12 PST
Order Start Date/Time: 1/21/2018 15:12 PST
Order Status: Completed          Department Status: Completed          Activity Type: Mental Health
End-state Date/Time: 1/22/2018 15:11 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/21/2018 15:12 PST
Order Details: 1/21/18 3:12:00 PM PST, 24 hr, 1/22/18 3:11:00 PM PST, Safety, Safety smock, (None), (None), Safety mattress | Safety blanket, Safety, No hard plastics or DME in cell. No plastics allowed in cell.
Order Comment:

Order: **MH Observation**
Order Date/Time: 1/21/2018 15:12 PST
Order Start Date/Time: 1/22/2018 15:10 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:03 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/21/2018 15:12 PST
Order Details: 1/22/18 3:10:00 PM PST, Watch 1:1, Safety, Self harm behavior & suicidal statements, 1/23/18 9:03:31 AM PST
Order Comment:

Order: **MH Observation**
Order Date/Time: 1/21/2018 15:12 PST
Order Start Date/Time: 1/22/2018 08:56 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: MH Comunication/Legal Orders
End-state Date/Time: 1/23/2018 09:04 PST          End-state Reason:
Ordering Physician: Scherbinski,Michael Psychologist          Consulting Physician:
Entered By: Scherbinski,Michael Psychologist on 1/21/2018 15:12 PST
Order Details: 1/22/18 8:56:00 AM PST, Watch 1:1, Safety, Self harm behavior & suicidal statements, 1/23/18 9:04:37 AM PST
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  33985907                              Print Date/Time:  10/5/2020 11:38 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**CMC - California Men's Colony**

Patient:     **TOULOUDJIAN, ALEXANDRE PIERRE**
DOB/Age/Sex:  1/27/1993  / 25 years     / Male          CDCR: BC1293

---

### *Mental Health Documentation*

---

Document Type:            MHPC Inpatient Progress Note
Document Subject:         Free Text Note
Service Date/Time:        1/21/2018 15:12 PST
Result Status:            Auth (Verified)
Perform Information:      Weilbacher,Katrina Psychologist (1/21/2018 15:24 PST)
Sign Information:         Weilbacher,Katrina Psychologist (1/21/2018 15:40 PST)
Authentication Information:  Weilbacher,Katrina Psychologist (1/21/2018 15:40 PST);
                          Weilbacher,Katrina Psychologist (1/21/2018 15:40 PST)

This writer accompanied IP's primary clinician to the nursing office after receiving call IP had recently "coded." This writer assisted clinician in protocol for suicide attempt documentation and notification. This is a non-contact note.

Per nursing staff, IP had been found on the ground in his cell unconscious and not responding. Per nursing CPR was conducted on IP for approximately twenty minutes, at one point the IP was declared dead but resuscitation efforts continued. Per nursing staff they were eventually able to see packages of food in his airway and remove them (Per nursing these were full packages of carrots and crackers). Per nursing, IP began to have a heart beat prior to his transfer to the outside medical hospital at approximately five heartbeats per minute. Per nursing staff IP may have brain or heart damage after such a lengthy time of unconsciousness. IP has been transferred to an outside hospital.

Local operating protocol was followed per mental health standards including notifying the clinical director verbally/in writing. Custody and nursing staff were notified this would be deemed a suicide attempt. Self-harm chrono submitted. This writer also consulted with chief of mental health when he arrived on grounds.

---

Document Type:            MHPC Inpatient Progress Note
Document Subject:         MH PC Note
Service Date/Time:        1/21/2018 10:41 PST
Result Status:            Auth (Verified)
Perform Information:      Scherbinski,Michael Psychologist (1/21/2018 10:45 PST)
Sign Information:         Scherbinski,Michael Psychologist (1/21/2018 10:45 PST)
Authentication Information:  Scherbinski,Michael Psychologist (1/21/2018 10:45 PST)

**Inmate's Program and Level of Care**          **Problem List/Past Medical History**
MHCB                                            Ongoing
                                                  Schizophrenia, undifferentiated
**New Issues/Complaints**                         Unintended weight loss
Presenting Problem MH                           Historical
                                                  No qualifying data
01/13/18 13:25:15
I/P refused to meet with PC to complete MHPC Initial Assessment. Information obtained via   **IPOC Goals**
chart review.                                   **Current IPOCs**
24 y/o Armenian male, EOP, dx'd with undifferentiated schizophrenia, not on psych meds   **Goals(Activated):**
due to noncompliance, was admitted from CCI after jumping off the tier in his housing   Treatment Non-Adherance IPOC(Initiated)
unit. He was sent to outside hospital 1/11/2018 after the event and when interviewed upon   01/18/2018 13:20
his return to CCI he reported continued SI with undisclosed plan and wavering desire to die.   **Indicators & Orders**
                                                Treatment Non-Adherance IPOC(Initiated)
Today nursing and custody staff report that pt had repeatedly said this morning that he   01/18/2018 13:20
needed to speak to psych and he wanted to get out of here, but then pt refuses when called   **Outcomes & Interventions**
for confidential intake interview with psychologist and psychiatrist. Provider goes to pt's cell   Outcomes(Initiated):

---

Report Request ID:   33974691                      Print Date/Time:  10/5/2020 09:05 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

AGO 000660

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDCR 837-A1 (Rev. 10/15)

| | | PAGE 2 Of 8 | INCIDENT LOG NUMBER<br>CMC-HFAC-18-01-0032A2 | |
|---|---|---|---|---|
| INSTITUTION<br>CMC | FACILITY<br>HFAC - MENTAL HEALTH CRISIS BED | INCIDENT DATE<br>01/21/2018 | INCIDENT TIME<br>13:46 | |

TYPE OF INFORMATION:

☐ SYNOPSIS OF INCIDENT    ☐ SUPPLEMENTAL INFORMATION    ☑ AMENDED INFORMATION    ☐ CLOSURE REPORT

SYNOPSIS:
On January 21, 2018 at approximately 1445 hours, it was determined by Clinical Psychologist M. Scherbinski the actions by Inmate TOULOUDJIAN, Alexander (BC1293) on January 21, 2018 at approximately 1346 hours were deemed an attempted suicide. The circumstances are as follows:

On January 21, 2018, at approximately 1346 hours, while medical staff was conducting fifteen (15) minute welfare checks in the Mental Health Crisis Bed, Registered Nurse C. Mahler discovered Inmate TOULOUDJIAN unresponsive in his assigned cell A-16. Mahler verbally summoned custody staff to her location by shouting to nearby officers. Officer J. Cavan initiated a Code 1 response via institutional radio. Officer J. Cavan and Officer S. Castillo made an emergency entry into the cell with the poly-captor shield and Single Patient Use Rescucitator (Ambu-Bag). Cardiopulmonary Resuscitation (CPR) was initiated by Nurse Mahler due to TOULOUDJIAN not having a pulse. RN K. Widger immediately responded and assisted with CPR. At approximately 1349 a Code 3 ambulance was requested via institutional radio. Foreign objects which appeared to be cellophane wrapped State issued bread was discovered and removed from his airway. Nurse Widger applied the Automated External Defibrillator (AED) and shock was advised by the AED. After one shock was applied by the AED, it advised to continue with CPR. Registered Nurses T. Tesfaye and D. Weikum responded and assisted with rotation of CPR. San Luis Ambulance arrived at approximately 1402 hours. The paramedicas from SLO Ambulance assisted with CPR and at approximately 1410 TOULOUDJIAN began breathing and his pulse resumed. SLO Ambulance departed CMC at approximately 1432 and transported TOULOUDJIAN to French Community Hospital for admittance into Intensive Care Unit (ICU) #11. Officers O. Medrano-Soto and D. Martinez provided custody escort in SLO Ambulance in route from CMC to French Hospital. At the conclusion of the incident, ISU Officer J. Montoya, at the instruction of Sgt. F. Briseno, photographed and processed cell A-16 as a crime scene.

A more descriptive account will be given by each reporting employee in their individual CDCR-837 Supplemental Crime/Incident Reports.

ALARM:
Officer J. Cavan initiated a Code 1 via institutional radio.

SUSPECTS:
None

VICTIM:
Inmate TOULOUDJIAN, Alexander BC1293

USE OF FORCE:
None

ESCORTS:
Officers O. Medrano Soto and D. Martinez provided escort on the ambulance in route to French Community Hospital

CRIME SCENE/EVIDENCE:
ISU Officer J. Montoya assessed the area, established and processed the crime scene. Officer Montoya took photos of the crime scene and included them in the incident package. Sergeant F. Briseno took photos of the objects which were removed from TOULOUDJIAN's airway. The objects (which appeared to be State issued cellophane wrapped bread) were placed into evidence locker #15.

TEMPORARY HOLDING CELLS:
No Temporary Holding Cells were utilized.

☑ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE)<br>J. LAMB | TITLE<br>CORRECTIONAL LIEUTENANT | ID #<br>14710550 | BADGE #<br>59799 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE<br>7904 | DATE<br>2/26/2018 |
| NAME OF WARDEN / AOD (PRINT / SIGN)<br>J. GASTELO | | TITLE<br>WARDEN | DATE |

AGO 001590

Patient Name:
Date of Birth: 1/27/1993
FIN: 7800362295 4

* Auth (Verified) *



**Dignity Health.**
French Hospital Medical Center

## FRENCH HOSPITAL MEDICAL CENTER
## AUTHORIZATIONS AND DEATH RECORD

| | |
|---|---|
| Name of Deceased: TOULOUDJIAN ALEXAND | Date Expired: 1/27/18   Hour: 0945 (24 Hour Clock) |
| Medical Record Number: 3000687966 | Next of Kin:   Relationship: |
| Room Number: 110 - 11   Phone Number: | |

Physician to Sign Death Certificate: / Process Ongoing

| | | | |
|---|---|---|---|
| Coroner notified: /27 1400 | Date: 1/27/18 | Hour: 1400 (24 Hour Clock) | By: Robin Roden |
| Police notified: NA | Date: | Hour: | By: |
| Mortuary notified: | Date: | Hour: (24 Hour Clock) | By: |
| Name of Mortuary called: | | Individual notified: | |
| Was the patient in restraints within 24 hours prior to death? Yes ☐   No ☒   If yes, please notify Risk Manager | | | |

### Organ and Tissue Donation
### CALL ON ALL DEATHS (1800-553-6667)

Date/time Transplant Network Called: 1/24/18 1025   Coordinator's Name: Jess Katie DN#: 180177

Outcome if possible: transfer to San Ramon Hospital for procurement

Transplant Coordinators are available 24 hours per day to assist nursing staff in any aspect of the donation process. They will approve potential donor families to discuss their options.

#### Authority for Release of Remains

This is to certify that I, as the nearest kin to the deceased, hereby authorize French Hospital Medical Center to release the remains to the before named mortuary ofthe San Luis Obispo County Coroner's Office, as appropriate and required by law.

| | |
|---|---|
| Print Name: | Signature:   Relationship: |
| Address: | |
| Date:   Hour:   (24 Hour Clock) | |
| Witness:   Release to: | Mortuary |

#### Coroner's Release

The San Luis Obispo County Coroner's Office does hereby release the remains of the above named deceased.

By: Rory Linn   I.D. #: 1243   Date: 1/27/2018   Hour: 1000 (24 Hour Clock)
Witness: Athamoonan   Donor Network West

#### Receipt for Remains

RECEIVED FROM French Hospital Medical Center: the remains of the above named deceased.

| | | |
|---|---|---|
| Released by: | Date:   Hour:   (24 Hour Clock) | |
| Hospital Representative | | |
| Received by:   ☐ Coroner   ☐ Mortuary   Autopsy Requested:  ☐ YES  ☐ NO | | |

#### Receipt for Valuables and Personal Property

I HEREBY CERTIFY THAT I HAVE RECEIVED CUSTODY OF THE FOLLOWING VALUABLES AND/OR PERSONAL BELONGINGS

| | |
|---|---|
| Money: $ 0   Jewelry: 0 | |
| Personal Belongings: 0 | |
| Date:   Hour:   (24 Hour Clock) | |
| Released by: | |
| RECEIVED BY:   Relationship to Deceased: | |

#### Permission for Autopsy

In the hope and with the expectation that this authorization will lead to the advancement of medical knowledge and progress, the undersigned being the legally recognized next of kin and authorized by law to direct disposition of the remains of the above-named patient, does hereby authorize the performance of a postmortem examination upon the said patient.

| | |
|---|---|
| Signature: | Autopsy Limited to: |
| Relationship to Deceased: | Date:   Hour:   (24 Hour Clock) |
| Witness: | Pathologic Notified |
| Witness: | Chart to |
| | Label: |

**TOULOUDJIAN, ALEXAND**   DOB: 1/27/1993
M# 3000687966   Age: 024Y   Sex: M
DOS: 1/21/2018
LOC: MSG   A# 7800362295 - 4

6-7010-103 (9/13) Death Record   DTHCERT
White: Chart   Yellow: Pathologist   Pink: Mortician

Exhibit 3

**Touloudjian BC1293 Initial Inmate Death Record from EHRS, Dated 1/29/2018**







**Details of any treatment at an outside medical facility preceding death, including dates of transfer, procedures, level of care.**

Please see notes from French Hospital. My understanding was that the patient never became conscious at French Hospital and was receiving full supportive care until he was pronounced brain dead.

**Pertinent history and other information contained in the health record.**

Past history of deadly suicide attempts in the past.

Modified