ROB BONTA
Attorney General of California
TYLER V. HEATH
Supervising Deputy Attorney General
CORINNA S. ARBITER
Deputy Attorney General
State Bar No. 273074
  600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 321-5799
Fax: (619) 645-2061
E-mail: Corinna.Arbiter@doj.ca.gov
*Attorneys for Defendants*
*J. Gastelo*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| ESTATE OF ALEXANDRE TOULOUDJIAN, et al., <br><br> Plaintiff, <br><br> v. <br><br> J. GASTELO <br><br> Defendants. | 2:20-cv-00520-FLA-KS <br><br> **DECLARATION OF R. REGALADO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, R. Regalado declare:

    1.   I am a Lieutenant at California Men's Colony (CMC), a prison under the umbrella of the California Department of Corrections and Rehabilitation (CDCR). I have worked for CDCR for 17 years. Presently, I work in the In-Service Training (IST) department at CMC. I have worked in this position from 2018 to the present date. I have personal knowledge of the facts stated below and if called as a witness, I would competently testify to them.

1

2. IST provides in-service training for, among others, custody staff at CMC.

3. Custody staff are required to attend two hours of training each year regarding inmate mental health and suicide prevention measures.

4. IST maintains records of the trainings attended by custody staff in the regular course of business. These records are made at or near the time the custody staff attend the trainings.

5. I was requested by the Office of the Attorney General to determine if Officers Holman, Sedgwick, Fitzpatrick, Castillo, Esquivias, Borges, Jacobs, Kopcho, Cavan, Kestler, Kelly, Simpson, Marks, Salazar, Gonzales, Roinestad, Lomeli, Florentino, Romero, Perez, Wern, Webb, Scott, Cornejo, Soto, Strader, Zeno, Nelson, Leyva, Umphenour, Torres, and Kent custody staff were in compliance with their training requirements.

6. From my review of the training compliance records, officers Holman, Sedgwick, Fitzpatrick, Castillo, Esquivias, Jacobs, Kopcho, Cavan, Kestler, Kelly, Simpson, Marks, Gonzales, Lomeli, Florentino, Romero, Perez, Wern, Webb, Scott, Cornejo, Soto, Strader, Zeno, Nelson, Leyva, Umphenour, Torres, and Kent were in compliance with their suicide prevention measures training and inmate mental health trainings as of January 2018.

7. The training compliance records for Officers Salazar, Roinestad and Borges are no longer available as they have retired or resigned, and the records tracking their training compliance were purged from the system. However, from a review of **Exhibit 6** attached to the declaration of Litigation Coordinator S. Pennisi reflect at page 1, line 18, page 2, line 17, at page 4, line 6 that these officers were current on their mental health and suicide prevention training as of January 2018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on July __06__, 2023, in San Luis Obispo, California.

2

R. Regalado

SA2020101463/84037035.docx