1    ROB BONTA
     Attorney General of California
2    TYLER V. HEATH
     Supervising Deputy Attorney General
3    CORINNA S. ARBITER
     Deputy Attorney General
4    State Bar No. 273074
        600 West Broadway, Suite 1800
5       San Diego, CA 92101
        P.O. Box 85266
6       San Diego, CA 92186-5266
        Telephone: (619) 321-5799
7       Fax: (619) 645-2061
        E-mail: Corinna.Arbiter@doj.ca.gov
8    *Attorneys for Defendant J. Gastelo*

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                   LOS ANGELES DIVISION

12

13

14   **ESTATE OF ALEXANDRE**                2:20-cv-00520-FLA-KS
     **TOULOUDJIAN, et al.,**
15                                          **DECLARATION OF S. PENNISI IN**
                           Plaintiff,       **SUPPORT OF DEFENDANT'S**
16                                          **MOTION FOR SUMMARY**
                 v.                         **JUDGMENT**
17   **J. GASTELO**
18                         Defendants.

19

20       I, S. Pennisi declare:

21       1.      I am a Correctional Counselor II and the litigation coordinator at

22   California Men's Colony (CMC), a prison under the umbrella of the California

23   Department of Corrections and Rehabilitation (CDCR).  I have held this position

24   from June 2023, to the present date.  I have personal knowledge of the facts stated

25   below and if called as a witness, I would competently testify to them.

26       2.      As Litigation Coordinator, I am responsible for coordinating inmate

27   litigation activities at CMC.  I am familiar with CDCR's policies and procedures

28   regarding the maintenance and retention of prison records and have access to the

1  records of former inmate Alexandre Touloudjian, CDCR # BC9123.

2      3.     I am also authorized to access, obtain, and review CDCR's inmate

3  record-keeping systems ERMS (Electronic Records Management System) and

4  SOMS (Strategic Offender Management System) pertaining to former inmate

5  Alexandre Touloudjian, CDCR # BC9123.  ERMS and SOMS are a real-time

6  electronic database for various categories of information regarding the inmate

7  population. CDCR maintains ERMS and SOMS as a regularly-conducted activity,

8  and entries in ERMS and SOMS are made at or near the time of the occurrence by

9  CDCR employees with knowledge of the events being recorded and who have the

10 authority and responsibility to record the information accurately.

11     4.     At the request of the Office of the California Attorney General, I

12 reviewed ERMS and SOMS for information and documentation regarding inmate

13 former inmate Alexandre Touloudjian, BC9123.

14     5.     Attached as **Exhibit 1** is a true and correct copy of a the Abstract of

15 Judgment authored by M. Trager, Clerk of the Superior Court of California, County

16 of Los Angeles, Northeast District and the Plea and Sentencing recorded by Y.

17 Wallace, Official Reporter for Los Angeles County Superior Court regarding the

18 offense for which Mr. Touloudjian was incarcerated within CDCR.  These records

19 are maintained in ERMS and I attest to their authenticity.

20     6.     Attached as **Exhibit 2** is a true and correct copy of Mr. Touloudjian's

21 bed assignments from February 2, 2017, the date he arrived at prison until January

22 12, 2018, the date he was transferred to CMC.  This record is maintained in SOMS

23 and I attest to its authenticity.

24     7.     Attached as **Exhibit 3** is a true and correct copy of the Incident Report

25 (redacted for privacy) concerning Mr. Touloudjian's suicide attempt while at CMC.

26 This record is maintained in ERMS and I attest to its authenticity.

27     8.     I am authorized to access, obtain, and review records from the

28 personnel department relating to staffing at CMC.  Attached as **Exhibit 4** is a true

1   and correct copy of the Fair Labor Standards Act sign in and sign out sheets of

2   custody staff who were assigned to the Mental Health Crisis Bed unit (MHCB)

3   between January 12, 2018, and January 21, 2018.  These records are maintained by

4   the CMC personnel department and I attest to their authenticity.

5        9.    I also obtained from the personnel department the post orders for

6   officers assigned to MHCB Tier A, where Mr. Touloudjian was housed while he

7   was at CMC.  Attached as **Exhibit 5** are the post orders for officers assigned to

8   MHCB Tier A.  These records are maintained by the CMC personnel department

9   and I attest to their authenticity.

10       10.   I am authorized to access, obtain, and review records from the In

11  Service Training Department (IST) for CMC.  Attached as **Exhibit 6** are true and

12  correct copies of the training records for custody staff assigned to the MHCB on

13  Tier A between January 12, 2018, and January 21, 2018.  These records are

14  maintained by the CMC IST department and I attest to their authenticity.

15       I declare under penalty of perjury that the foregoing is true and correct to the

16  best of my knowledge and that this declaration was executed on July 6, 2023, in San

17  Luis Obispo, California.

18

19                                                S. Pennisi

20

21  SA2020101463
    Decl. Pennisi.docx

22

23

24

25

26

27

28

                                        3

Exhibit 1

**OK TO GO STWDN** NOTED
JAN 2 9 2017 mj

## FELONY ABSTRACT OF JUDGMENT—DETERMINATE
### SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
*(Not to be used for multiple count convictions or for 1/3 consecutive sentences)*

CR-290.1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF:
LOS ANGELES, NORTHEAST DISTRICT, PASADENA, CA 91101

PEOPLE OF THE STATE OF CALIFORNIA vs.   DOB: 01-27-1993
DEFENDANT:
TOULOUDJIAN, ALEXANDRE PIERRE
AKA: BRDASI TOULOUDJIAN, ALEX
CII NO.: A32508005
BOOKING NO. 4244963  440 - 3660
☐ NOT PRESENT

CASE NUMBER
GA095782-01

FELONY ABSTRACT OF JUDGMENT
☑ PRISON COMMITMENT  ☐ COUNTY JAIL COMMITMENT  ☐ AMENDED ABSTRACT

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 01-09-2017 | NE B | D SHUBIN |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER | ☑ IMMEDIATE SENTENCING |
|---|---|---|---|
| J OSDALE | Y WALLACE | X-2148869 | |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | ☑ APPOINTED |
|---|---|---|
| E ABRAMSON | C NILSSEN-VARGAS, DPD | |

1. Defendant was convicted of the commission of the following felony:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DATE/YEAR) | JURY | COURT | PLEA | TERM (L. M, U) | SERIOUS FELONY | VIOLENT FELONY | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | PC | 368(B)(1) | Willful cause pain/suffer of elder or dep. adult | 2015 | 01-09-2017 | | | x | M | X | | 3 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| COUNT | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL |
|---|---|---|---|---|---|---|---|
| 02 | 12022.7(A) | 3 | 12022(B)(1) | PS | | | 3 | 0 |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |

4. Defendant sentenced: ☐ to county jail per PC 1170(h)(1) or (2) ☐ per PC 667(b)-(i) or PC 1170.12 (strike prior)
☑ to prison per PC 1170(a) or 1170(h)(3) due to ☐ current or prior serious or violent felony ☐ PC 290 or ☐ PC 186.11 enhancement
☐ PC 1170(a)(3). Pre-confinement credits equal or exceed time imposed. ☐ Defendant ordered to report to local parole or probation office upon release.

5. FINANCIAL OBLIGATIONS (plus any applicable penalty assessments):
Restitution Fine(s): $300. per PC1202.4 (b) forthwith per PC 2085.5 if prison commitment $300. per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.
Restitution per PC1202.4 (f): ☐ $_____ ☐ Amount to be determined to _____ * victim(s) ☐ Restitution Fund
* ☐ Victim name(s), if known, and amount breakdown in item 8, below.   ☐ Victim name(s) in probation officer's report.
Fine(s): $_____ per PC 1202.5. $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ Includes: ☐ $_____ Lab Fee per HS 11372.5(a)  ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense.
☑ Court Operations Assess.: $ 40. per PC 1465.8. ☑ Conviction Assess.:30. per GC 70373. ☐ Other: $_____ per (specify):

6. TESTING:  a. ☑ Compliance with PC 296 verified  b. ☐ AIDS per PC 1202.1  c. ☐ other (specify):
7. IMMEDIATE SENTENCING: ☐ Probation to prepare and submit a post sentence report to CDCR per PC 1203c. Deft's Race / National Origin WHI
8. Other orders (specify): The court recommends housing in a state prison that has mental health treatment and defendant is able to take medication.

9. | TOTAL TIME IMPOSED: | 6 | 0 |

10. ☐ MANDATORY SUPERVISION: Execution of a portion of the total jail time imposed in item 9 is suspended and deemed a period of mandatory supervision under PC 1170(h)(5)(B) as follows: Suspended portion: _____ Served forthwith: _____

11. ☐ This sentence is to run concurrent with (specify): _____ per (specify code section): _____
12. Registration Required: ☐ per (specify code section): _____
13. Execution of sentence imposed: a. ☑ at initial sentencing hearing. b. ☐ at resentencing per decision on appeal. c. ☐ after revocation of probation.
d. ☐ at resentencing per recall of commitment. (PC 1170(d).) e. ☐ other (specify):

14.
| DATE SENTENCE PRONOUNCED | CREDIT FOR TIME SPENT IN CUSTODY TOTAL DAYS: | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | TIME SERVED IN STATE INSTITUTION |
|---|---|---|---|---|
| 01-09-2017 | 788 | 689 | 99 ☐ 2933 ☐ 2933.1 ☐ 4019 | DMH [ ] CDCR [ ] CRC [ ] |

15. The defendant is remanded to the custody of the sheriff  ☑ forthwith  ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to ☑ the reception center designated by the director of the California Department of Corrections and Rehabilitation.
☐ county jail  ☐ Other (specify):

**CLERK OF THE COURT:** I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE
M. Traeger  *(signature)*   DATE 01-13-2017

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR-290.1 [Rev. July 1, 2012]

**FELONY ABSTRACT OF JUDGMENT—DETERMINATE**
**SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM**



FILED
Superior Court of California
County of Los Angeles

FEB 23 2017

Sherri R. Carter, Executive Officer/Clerk
By_____Deputy
         Debbie Trieu

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

DEPARTMENT NE-B          HON. DOROTHY L. SHUBIN, JUDGE


THE PEOPLE OF THE STATE OF CALIFORNIA,  )   **ORIGINAL**
                                        )
                            PLAINTIFF,  )
                                        )
            VS.                         )   CASE NO. GA095782
                                        )
ALEXANDRE TOULOUDJIAN,                  )   PLEA AND SENTENCING
                                        )   (STATE PRISON)
                            DEFENDANT.  )
_____)


          PASADENA, CALIFORNIA; MONDAY, JANUARY 9, 2017

                        A.M. SESSION

      UPON THE ABOVE DATE, THE DEFENDANT BEING

      PRESENT, REPRESENTED BY CYNTHIA VARGAS,

      DEPUTY PUBLIC DEFENDER; THE PEOPLE BEING

      PRESENT AND REPRESENTED BY ELENA ABRAMSON,

      DEPUTY DISTRICT ATTORNEY, THE FOLLOWING

      PROCEEDINGS WERE HELD:


          (YURVINNA WALLACE, CSR NO. 6616,

            OFFICIAL REPORTER.)

1

1        THE COURT:  ALEXANDRE TOULOUDJIAN, GA095782.

2   MR. TOULOUDJIAN IS PRESENT IN CUSTODY.  GOOD MORNING.

3            PLEASE STATE YOUR APPEARANCES.

4        THE DEFENDANT:  GOOD MORNING.

5        MS. ABRAMSON:  GOOD MORNING, YOUR HONOR.  ELENA

6   ABRAMSON, DEPUTY DISTRICT ATTORNEY FOR THE PEOPLE.

7        MS. VARGAS:  AND DEPUTY PUBLIC DEFENDER, CYNTHIA VARGAS

8   FOR MR. TOULOUDJIAN WHO IS PRESENT IN COURT IN YELLOW.

9        THE COURT:  I UNDERSTAND THE PARTIES HAVE REACHED AN

10  AGREEMENT.  MS. ABRAMSON, PLEASE STATE THE TERMS AND ANY

11  AMENDMENT THE PEOPLE ARE MAKING TO THE INFORMATION.

12       MS. ABRAMSON:  YOUR HONOR, THE PEOPLE HAVE AMENDED THE

13  INFORMATION TO ALLEGE A COUNT 2, VIOLATION OF PENAL CODE

14  SECTION 368(B)(1) AND ALSO AMENDING THE GREAT BODILY INJURY

15  ALLEGATION TO A VIOLATION OF PENAL CODE SECTION 12022.7(A).

16            THE TERMS OF THE AGREEMENT IS THE DEFENDANT WILL

17  BE PLEADING TO THE AMENDED COUNT 2, ADMITTING THE G.B.I.

18  ALLEGATION UNDER SUBSECTION A, ADMITTING THE WEAPON

19  ALLEGATION PURSUANT TO PENAL CODE SECTION 12022(B)(1) FOR SIX

20  YEARS IN STATE PRISON.

21       THE COURT:  SINCE YOU'RE ADDING COUNT 2, YOU'RE ADDING

22  THE 12022 -- EXCUSE ME -- THE 12022(B)(1) ALLEGATION AS TO

23  COUNT 2; CORRECT?

24       MS. ABRAMSON:  YES.  IF THAT MAKES IT CLEANER, YES.

25       THE COURT:  MS. VARGAS, DO YOU WAIVE READING OF THE

26  AMENDED INFORMATION, ADVISEMENT OF RIGHTS?

27       MS. VARGAS:  YES, YOUR HONOR.

28       THE COURT:  ALL RIGHT.  LET'S PROCEED WITH THE PLEA

1    THEN.

2         MS. ABRAMSON:  IS YOUR TRUE AND CORRECT NAME ALEXANDRE

3    PIERRE TOULOUDJIAN?

4         THE DEFENDANT:  YES.

5         MS. ABRAMSON:  IS YOUR DATE OF BIRTH JANUARY 27TH, 1993?

6         THE DEFENDANT:  YES.

7         MS. ABRAMSON:  YOU'RE CHARGED IN INFORMATION

8    NO. GA095782 IN COUNT 2 WITH A VIOLATION OF PENAL CODE

9    SECTION ABOUT 368(B)(1).  AS TO THAT COUNT IT'S ALSO ALLEGED

10   THAT YOU INFLICTED GREAT BODILY INJURY PURSUANT TO 12022.7(A)

11   AND THAT YOU USED A WEAPON PURSUANT TO PENAL CODE SECTION

12   12022(B)(1).  THE MAXIMUM PERIOD OF CONFINEMENT FOR THAT

13   CHARGE AND THOSE ALLEGATIONS IS EIGHT YEARS IN STATE PRISON.

14         DO YOU UNDERSTAND THE CHARGE AGAINST YOU?

15         THE DEFENDANT:  YES.

16         MS. ABRAMSON:  AND THE MAXIMUM SENTENCE FOR THAT CHARGE?

17         THE DEFENDANT:  YES.

18         MS. ABRAMSON:  HAVE YOU HAD ENOUGH TIME TO SPEAK WITH

19   YOUR ATTORNEY TO DISCUSS THE FACTS OF THE CASE AND YOUR

20   RIGHTS AND DEFENSES?

21         THE DEFENDANT:  YES.

22         MS. ABRAMSON:  IF YOU AGREE TO CHANGE YOUR PLEA TO

23   GUILTY OR NO CONTEST TO THE AMENDED COUNT 2, AN ADMISSION OF

24   THE SPECIAL ALLEGATIONS, THE PEOPLE OFFER A SIX-YEAR PRISON

25   SENTENCE AND THE OTHER COUNT WILL BE DISMISSED.

26         DO YOU UNDERSTAND THE TERMS OF THE AGREEMENT?

27         THE DEFENDANT:  YES, I DO.

28         MS. ABRAMSON:  BEFORE YOU CHANGE YOUR PLEA, I HAVE TO

1   INFORM YOU OF YOUR CONSTITUTIONAL RIGHTS AND THE CONSEQUENCES

2   OF YOUR PLEA.

3          YOU HAVE A RIGHT TO A JURY TRIAL.  DURING A JURY

4   TRIAL, YOU HAVE THE RIGHT TO CONFRONT AND CROSS-EXAMINE

5   WITNESSES AGAINST YOU.

6          YOU HAVE THE RIGHT TO PRESENT A DEFENSE.

7          YOU HAVE A RIGHT TO SUBPOENA WITNESSES TO COURT

8   AT NO COST TO YOU.

9          AND YOU HAVE A RIGHT TO REMAIN SILENT WHICH MEANS

10  NO ONE CAN FORCE YOU TO TESTIFY.

11         DO YOU UNDERSTAND EACH ONE OF THESE RIGHTS?

12      THE DEFENDANT:  YES, I DO.

13      MS. ABRAMSON:  DO YOU GIVE THEM UP AT THIS TIME?

14      THE DEFENDANT:  YES.

15      MS. ABRAMSON:  UNDER THE TERMS OF THIS AGREEMENT, YOU

16  WILL BE SENT TO STATE PRISON.  WHEN YOU ARE RELEASED, YOU'LL

17  BE PLACED ON PAROLE OR POST-RELEASE COMMUNITY SUPERVISION FOR

18  UP TO THREE YEARS WITH VARIOUS TERMS AND CONDITIONS.  IF YOU

19  VIOLATE ANY OF THE TERMS OR CONDITIONS OF PAROLE OR

20  POST-RELEASE COMMUNITY SUPERVISION, YOU'LL BE SENT TO COUNTY

21  JAIL FOR UP TO 180 DAYS FOR EACH VIOLATION.

22         IF YOU VIOLATE ANY TERM OR CONDITION WHILE YOU'RE

23  ON PAROLE, YOUR TERM OF PAROLE CAN BE EXTENDED FOR UP TO FOUR

24  YEARS.

25      THE COURT:  AND YOU CAN BE RETURNED TO STATE PRISON FOR

26  UP TO ONE YEAR FOR EACH SUCH VIOLATION.

27         DO YOU UNDERSTAND ALL OF THAT?

28      THE DEFENDANT:  YES.

4

1    MS. ABRAMSON:  AS PART OF YOUR PAROLE OR POST-RELEASE

2  COMMUNITY SUPERVISION, YOU'LL BE REQUIRED TO SUBMIT YOUR

3  PERSON, RESIDENCE, VEHICLE, PERSONAL BELONGINGS TO SEARCH AND

4  SEIZURE AT ANY TIME OF THE DAY OR NIGHT WITH OR WITHOUT

5  PROBABLE CAUSE BY ANY LAW ENFORCEMENT OFFICER.

6         IF YOU'RE CURRENTLY ON PAROLE, POST-RELEASE

7  COMMUNITY SUPERVISION, PROBATION, OR MANDATORY SUPERVISION IN

8  ANY OTHER CASE, YOUR CONDITION TODAY WILL BE A VIOLATION OF

9  YOUR OTHER GRANT OF SUPERVISED RELEASE.

10        IF YOU'RE NOT A CITIZEN OF THE UNITED STATES,

11  BECAUSE OF YOUR PLEA TODAY, YOU'LL BE DEPORTED, EXCLUDED FROM

12  ADMISSION TO THE UNITED STATES, DENIED NATURALIZATION, AND

13  DENIED AMNESTY.

14        DO YOU UNDERSTAND YOUR IMMIGRATION CONSEQUENCES?

15        THE DEFENDANT:  YES.

16    MS. ABRAMSON:  HAVE YOU SPOKEN TO YOUR ATTORNEY ABOUT

17  YOUR IMMIGRATION CONSEQUENCES?

18        THE DEFENDANT:  YES, I HAVE.

19    MS. ABRAMSON:  THIS FELONY CONVICTION WILL PROHIBIT YOU

20  FROM OWNING, USING, OR POSSESSING A FIREARM.

21        IN THE FUTURE IF YOU COMMIT ANOTHER CRIME, YOUR

22  CONVICTION TODAY MAY BE USED TO MAKE YOUR SENTENCE IN YOUR

23  FUTURE CASE LONGER.

24        THE CHARGE TO WHICH YOU ARE PLEADING IS A VIOLENT

25  FELONY COMMONLY CALLED A STRIKE.  IN THE FUTURE IF YOU'RE

26  CONVICTION OF A NEW FELONY, YOUR SENTENCE IN THE NEW CASE

27  WILL BE DOUBLED.  IF YOU HAVE TWO SERIOUS OR VIOLENT PRIOR

28  CONVICTIONS, YOU MAY RECEIVE A LIFE SENTENCE IF YOU'RE

1    CONVICTED OF A THIRD OFFENSE.

2              DO YOU UNDERSTAND THIS?

3         THE DEFENDANT:  YES.

4         MS. ABRAMSON:  YOU'LL BE ORDERED TO PROVIDE A DNA SAMPLE

5    AND PALM AND FINGERPRINTS.

6              YOU'LL BE REQUIRED TO PAY RESTITUTION TO THE

7    VICTIM IN WILL THIS CASE.

8              DO YOU UNDERSTAND?

9         THE DEFENDANT:  YES.

10        MS. ABRAMSON:  YOU'LL HAVE TO PAY A VICTIMS RESTITUTION

11   FINE RANGING FROM $300 TO $10,000, A COURT SECURITY FEE OF

12   $40, A CRIMINAL CONVICTION FEE OF $30, AND A REVOCATION FEE

13   OF $300 THAT WILL NOT BE CHARGED UNLESS YOUR PAROLE OR

14   MANDATORY SUPERVISION IS REVOKED.

15             HAS ANYBODY PROMISED YOU ANYTHING IN ORDER TO GET

16   YOU TO PLEAD OTHER THAN WHAT I PUT ON THE RECORD TODAY?

17   IN ORDER TO GET YOU TO CHANGE YOUR PLEA?

18        THE DEFENDANT:  NO.

19        MS. ABRAMSON:  HAS ANYONE THREATENED YOU OR ANYONE CLOSE

20   TO YOU IN ORDER TO GET YOU TO CHANGE YOUR PLEA?

21        THE DEFENDANT:  NO.

22        MS. ABRAMSON:  ARE YOU CHANGING YOUR PLEA FREELY AND

23   VOLUNTARILY BECAUSE THAT IS WHAT YOU WISH TO DO?

24        THE DEFENDANT:  YES.

25        MS. ABRAMSON:  YOUR HONOR, DOES THE COURT HAVE ANY

26   FURTHER INQUIRIES?

27        THE COURT:  ARE YOU CHANGING YOUR PLEA -- WILL YOU BE

28   PLEADING GUILTY OR NO CONTEST?

1          THE DEFENDANT:  NO CONTEST.

2          THE COURT:  ARE YOU PLEADING NO CONTEST BECAUSE YOU

3    BELIEVE IT IS IN YOUR BEST INTERESTS TO DO SO?

4          THE DEFENDANT:  YES.

5          THE COURT:  MS. ABRAMSON, THE PROSECUTOR, MENTIONED THAT

6    YOU ARE PERMANENTLY PROHIBITED FROM OWNING, USING, OR

7    POSSESSING ANY FIREARMS.  YOU ARE ALSO PERMANENTLY PROHIBITED

8    FROM OWNING, USING, OR POSSESSING AMMUNITION AND DANGEROUS OR

9    DEADLY WEAPONS.

10               DO YOU UNDERSTAND THAT?

11         THE DEFENDANT:  YES.

12         THE COURT:  DO YOU HAVE ANYTHING YOU WANT TO ASK YOUR

13   ATTORNEY PRIVATELY BEFORE MS. ABRAMSON TAKES YOUR PLEA?

14         THE DEFENDANT:  NO.

15         THE COURT:  DO YOU HAVE ANY QUESTIONS BEFORE WE PROCEED

16   WITH YOUR PLEA?

17         THE DEFENDANT:  NO.

18         MS. ABRAMSON:  THANK YOU.

19               ALEXANDRE TOULOUDJIAN, IN CASE NO. GA095782 TO

20   THE CHARGE OF ELDER ABUSE IN VIOLATION OF PENAL CODE SECTION

21   368(B)(1), HOW DO YOU PLEAD?

22         THE DEFENDANT:  NO CONTEST.

23         MS. ABRAMSON:  NO CONTEST?

24         THE DEFENDANT:  NO CONTEST.

25         MS. ABRAMSON:  DO YOU UNDERSTAND THAT THE COURT WILL

26   TREAT YOUR NO CONTEST PLEA IN THE SAME MANNER AS A GUILTY

27   PLEA?

28         THE DEFENDANT:  YES.

7

1      MS. ABRAMSON:  IN CONNECTION WITH THAT CHARGE, DO YOU

2  ADMIT THAT YOU INFLICTED GREAT BODILY INJURY ON THE VICTIM

3  PURSUANT TO PENAL CODE SECTION 12022.7(A)?

4      THE DEFENDANT:  YES, MA'AM.

5      THE COURT:  AND THE VICTIM BEING JULIETTE TOULOUDJIAN?

6      THE DEFENDANT:  YES.

7      MS. ABRAMSON:  DO YOU ALSO ADMIT IN CONNECTION WITH THAT

8  CHARGE YOU USED A WEAPON ON THE VICTIM JULIETTE TOULOUDJIAN,

9  IN VIOLATION OF PENAL CODE SECTION 12022(B)(1)?

10      THE COURT:  AND, SPECIFICALLY, PERSONALLY USED A DEADLY

11  AND DANGEROUS WEAPON, TO WIT, A SLEDGE HAMMER.

12      THE DEFENDANT:  YES.

13      THE COURT:  MS. VARGAS, DO YOU JOIN IN THE WAIVERS,

14  CONCUR IN THE PLEA, AND STIPULATE TO A FACTUAL BASIS?  AND,

15  MS. ABRAMSON, IF YOU COULD STATE WHAT YOU'RE RELYING ON FOR

16  THE FACTUAL BASIS.

17      MS. ABRAMSON:  YOUR HONOR, IN THIS -- THE FACTS

18  SPECIFICALLY IN THIS CASE?

19      MS. VARGAS:  I DO STIPULATE TO A FACTUAL BASIS, YOUR

20  HONOR.

21      THE COURT:  BASED ON THE PRELIMINARY HEARING

22  TRANSCRIPT --

23      MS. ABRAMSON:  THE POLICE REPORTS, THE PRELIMINARY

24  HEARING TRANSCRIPT, AND THE PROBATION REPORT.

25      THE COURT:  AND SO, MS. VARGAS, YOU SO STIPULATE AND

26  JOIN?

27      MS. VARGAS:  YES.

28      THE COURT:  THE COURT ACCEPTS THE PLEA AND ADMISSIONS,

1  FINDS THEM TO BE FREELY AND VOLUNTARILY GIVEN AFTER A KNOWING

2  AND INTELLIGENT WAIVER OF THE DEFENDANT'S RIGHTS.

3          THE COURT FINDS THERE'S A FACTUAL BASIS FOR THE

4  PLEA AND FINDS THE DEFENDANT GUILTY UPON HIS PLEA, AND THE

5  ADMISSIONS TO BE TRUE.

6          AND, MS. ABRAMSON, IN CONNECTION WITH TODAY'S

7  PLEA, IS THERE ANY VICTIM WHO WISHED TO BE PRESENT OR TO

8  STATE ANY VIEWS?

9      MS. ABRAMSON:  NO, YOUR HONOR.  VICTIM WAS NOT SEEKING

10  RESTITUTION AND SHE DID NOT WANT TO BE PRESENT TO MAKE A

11  VICTIM IMPACT STATEMENT.

12          AND THE PEOPLE WOULD DISMISS THE REMAINING CHARGE

13  AND THE OTHER ALLEGATION PURSUANT TO PENAL CODE SECTION 1385.

14      THE COURT:  LET ME PROCEED WITH THE SENTENCING.

15      MS. VARGAS:  MAY I JUST ADD THE MITIGATING FACTORS I

16  WANTED TO ADD TO THE PROBATION REPORT ARE, ONE,

17  REMORSEFULNESS AT THE BEGINNING OF THE PROCEEDINGS.  THE

18  REASON IT TOOK SO LONG IS BECAUSE OF THE MENTAL HEALTH ISSUES

19  THAT WE HAD TO DEAL IT.

20          AND, SECONDLY, HE HAS A SIGNIFICANT MENTAL HEALTH

21  ISSUE WHICH CONTRIBUTED TO THE CRIME IN THIS PARTICULAR CASE,

22  NONDRUG RELATED.

23      THE COURT:  MS. ABRAMSON, DO YOU WISH TO BE HEARD?

24      MS. ABRAMSON:  NO.

25      THE COURT:  MS. VARGAS, DO YOU WAIVE ARRAIGNMENT FOR

26  JUDGMENT?

27      MS. VARGAS:  YES, YOUR HONOR.  AND I WOULD JUST ASK ONE

28  MORE THING THAT THE COURT MAKE A RECOMMENDATION THAT HE BE

9

1    TREATED FOR HIS MENTAL HEALTH ILLNESS AND BE ALLOWED TO STAY

2    ON HIS MENTAL HEALTH MEDICATION AS IT HAS STABILIZED HIM AND

3    ALLOWED HIM TO STAY COMPETENT.

4            THE COURT:  AND NO LEGAL CAUSE?

5            MS. VARGAS:  NO LEGAL CAUSE.

6            THE COURT:  PURSUANT TO THE PARTIES' AGREEMENT, THE

7    COURT IMPOSES SENTENCE AS FOLLOWS:

8                 ON COUNT 2 THE COURT SELECTS THE MIDTERM OF THREE

9    YEARS STATE PRISON.  THE COURT ADDS THREE YEARS CONSECUTIVE

10   PURSUANT TO PENAL CODE SECTION 12022.7(A) FOR A TOTAL OF SIX

11   YEARS STATE PRISON.

12                WITH RESPECT TO PENAL CODE SECTION 12022(B)(1),

13   THE COURT ADDS ONE YEAR CONSECUTIVE BUT STRIKES THE

14   PUNISHMENT PURSUANT TO THE PARTIES' AGREEMENT AND PENAL CODE

15   SECTION 1385.

16                SO THERE'S A TOTAL OF SIX YEARS STATE PRISON.

17                MS. VARGAS, PLEASE STATE THE CREDITS.

18           MS. VARGAS:  YOUR HONOR, HE WAS 661 ACTUAL PLUS 99

19   GOOD-TIME/WORK-TIME AND AN ADDITIONAL 28 DAYS ACTUAL AT

20   PATTON WHICH ARE NOT SUBJECT TO GOOD-TIME/WORK-TIME.  THE

21   TOTAL IS 788 DAYS.  AND THAT'S AT 15 PERCENT CREDIT AS IT

22   RELATES TO THE GOOD-TIME/WORK-TIME.

23           THE COURT:  THANK YOU.  THE COURT APPLIES THOSE CREDITS.

24                MR. TOULOUDJIAN, YOU'RE ORDERED TO PAY THE

25   FOLLOWING FINES AND FEES:  A $300 VICTIM RESTITUTION FINE;

26   $300 PAROLE REVOCATION FINE, SAID FINE IS STAYED AND ONLY

27   IMPOSED IF YOU VIOLATE PAROLE; A $40 COURT SECURITY FEE; $30

28   CRIMINAL CONVICTION ASSESSMENT.

1          YOU'RE ORDERED TO PROVIDE SAMPLES OF BLOOD,

2     SALIVA, AND FINGERPRINTS FOR LAW ENFORCEMENT IDENTIFICATION

3     ANALYSIS.

4          THE COURT ORDERS THAT YOU BE PROVIDED WITH A COPY

5     OF THE PROHIBITED PERSONS NOTICE AND POWER OF ATTORNEY FOR

6     FIREARMS RELINQUISHMENT, SALE, OR DISPOSAL FORM.

7          AND AT THE PEOPLE'S MOTION, THE COURT DISMISSES

8     ANY REMAINING COUNTS AND ALLEGATIONS.

9        MS. ABRAMSON:  PURSUANT TO PENAL CODE SECTION 1385.

10       THE COURT:  ALL RIGHT.  AND THE PARTIES' AGREEMENT.

11          AND THE COURT RECOMMENDS THAT WILL

12    MR. TOULOUDJIAN BE HELD AT A STATE PRISON THAT WILL PROVIDE

13    HIM WITH MENTAL HEALTH TREATMENT AND FURTHER RECOMMENDS THAT

14    HE RECEIVE ANY MEDICATION AS PRESCRIBED FOR MENTAL HEALTH.

15

16          (PROCEEDINGS WERE ADJOURNED.)

17

18

19

20

21

22

23

24

25

26

27

28

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA

2              FOR THE COUNTY OF LOS ANGELES

3   DEPARTMENT NE-B            HON. DOROTHY L. SHUBIN, JUDGE

4

5   THE PEOPLE OF THE STATE OF CALIFORNIA,  )
                                            )
6                      PLAINTIFF,           )
                                            ) NO. GA095782
7        VS.                                )
                                            )   REPORTER'S
8   ALEXANDRE TOULOUDJIAN,                  )   CERTIFICATE
                                            )
9                      DEFENDANT.           )
    _____)

10

11

12          I, YURVINNA WALLACE, CSR NO. 6616, OFFICIAL COURT

13   REPORTER OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,

14   FOR THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT THE

15   FOREGOING PAGES, 1 THROUGH 11, INCLUSIVE, COMPRISE A FULL,

16   TRUE, AND CORRECT TRANSCRIPT OF THE TESTIMONY AND PROCEEDINGS

17   HELD IN THE ABOVE-ENTITLED MATTER.

18

19          DATED THIS 21ST DAY OF FEBRUARY 2017.

20

21

22

23

24   _____
     YURVINNA WALLACE, CSR NO. 6616
25   OFFICIAL REPORTER

26

27

28

12

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br><br>v.<br><br>01  ALEXANDRE PIERRE TOULOUDJIAN<br>(DOB: 01/27/1993) (Bk# 4244963)<br><br>Defendant(s). | CASE NO. GA095782<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**JUN 03 2016**<br>Sherri R. Carter, Executive Officer/Clerk<br>By _Julie Osdale_ Deputy<br>Julie Osdale<br><br>*INFORMATION*<br><br>Arraignment Hearing<br>Date: 06/03/2016<br>Department: NE B |

### INFORMATION
### SUMMARY

| Ct.<br>No. | Charge | Charge<br>Range | Defendant | Allegation | Alleg.<br>Effect |
|---|---|---|---|---|---|
| 1 | PC 664/187(a) | Life State Prison | TOULOUDJIAN, ALEXANDRE PIERRE | PC 12022(b)(1) | +1 Yr State Prison |
| | | | | PC 12022(b)(1) | +1 Yr State Prison |
| | | | | PC 12022.7(c) | +5 Yrs State Prison |

The District Attorney of the County of Los Angeles, by this Information alleges that:

### COUNT 1

On or about February 20, 2015, in the County of Los Angeles, the crime of ATTEMPTED WILLFUL, DELIBERATE, AND PREMEDITATED MURDER, in violation of PENAL CODE SECTION 664/187(a), a Felony, was committed by ALEXANDRE PIERRE TOULOUDJIAN, who did unlawfully and with malice aforethought attempt to murder JULIET TOULOUDJIAN, a human being.

It is further alleged that the aforesaid attempted murder was committed willfully, deliberately and with premeditation within the meaning of Penal Code section 664(a) and is a serious felony pursuant to Penal Code section 1192.7(c).

Count 2    368(b)(1)
+ 12022.7 (A)
+ 12022.(b)(1)

It is further alleged that in the commission and attempted commission of the above offense, the said defendant(s), ALEXANDRE PIERRE TOULOUDJIAN, personally used a deadly and dangerous weapon(s), to wit, knife, said use not being an element of the above offense, within the meaning of Penal Code Section 12022(b)(1) and causing the above offense to be a serious felony within the meaning of Penal Code section 1192.7(c)(23).

It is further alleged that in the commission and attempted commission of the above offense, the said defendant(s), ALEXANDRE PIERRE TOULOUDJIAN, personally used a deadly and dangerous weapon(s), to wit, sledgehammer, said use not being an element of the above offense, within the meaning of Penal Code Section 12022(b)(1) and causing the above offense to be a serious felony within the meaning of Penal Code section 1192.7(c)(23).

It is further alleged pursuant to Penal Code section 12022.7(c) that in the commission of the above offense the said defendant(s), ALEXANDRE PIERRE TOULOUDJIAN, personally inflicted great bodily injury upon JULIET TOULOUDJIAN, not an accomplice, who was 70 years of age and older.

\* \* \* \* \*

NOTICE: Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1. Willful refusal to provide the samples and impressions is a crime.

NOTICE: Any allegation making a defendant ineligible to serve a state prison sentence in the county jail shall not be subject to dismissal pursuant to Penal Code § 1385.

THIS INFORMATION CONSISTS OF 1 COUNT(S).

Filed in Superior Court,
County of Los Angeles

DATED: _____

                           JACKIE LACEY
                           DISTRICT ATTORNEY
                           County of Los Angeles,
                           State of California

          BY: _____

                           ELENA ABRAMSON
                           DEPUTY DISTRICT ATTORNEY

/LH

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

Exhibit 2

**IPTS022A - Bed Assignments**

Name: TOULOUDJIAN, ALEXANDRE PIERRE                                          CDC#: BC1293

1 - 8 of 8

| Date | Time | Facility Name | Housing Area | Bed # | Housing Program | Status |
|------|------|---------------|--------------|-------|-----------------|--------|
| 01/12/2018 | 12:39 | CMC-Facility H | H 001A1 | 016001L | Mental Health Crisis Bed | Unassigned |
| 01/11/2018 | 15:44 | CCI-Facility B | B INF 1 | 014001L | Out-Patient Housing Unit | Unassigned |
| 01/11/2018 | 15:43 | CCI-Facility C | C 005 2 | 210001L | Sensitive Needs Yard | Unassigned |
| 01/10/2018 | 15:33 | CCI-Facility C | C 005 2 | 210001L | Sensitive Needs Yard | Unassigned |
| 01/05/2018 | 21:00 | CCI-Facility C | C 005 2 | 229001U | Sensitive Needs Yard | Unassigned |
| 06/07/2017 | 15:39 | CCI-Facility D | D 00251 | 000077U | Sensitive Needs Yard | Unassigned |
| 02/07/2017 | 15:58 | WSP-Facility C | C 001 2 | 000206L | Reception Center | Unassigned |
| 02/02/2017 | 15:42 | WSP-Facility C | C 001 2 | 000224U | Reception Center | Unassigned |

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Exhibit 3

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**

DEPAR TMENT OF CORRECTIONS AND REHABILITATION

| PART A - COVER SHEET | | | | INCIDENT LOG NUMBER | | INCIDENT DATE | | INCIDENT TIME |
|---|---|---|---|---|---|---|---|---|
| CDCR 837-A (Rev. 10/15) | | PAGE 1 Of 8 | | CMC-HFAC-18-01-0032A2 | | 01/21/2018 | | 13:46 |

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | PROGRAM | AD SEG | USE OF FORCE |
|---|---|---|---|---|---|---|---|
| CMC | HFAC - Mental Health Crisis Bed | LEVEL III | MENTAL HEALTH CRISIS BED | CELL A-016 | MHCB | N/A | ☐ Yes ☑ No |

| SPECIFIC CRIME / INCIDENT | | CCR ☐ PC ☐ N/A NUMBER / SUBSECTION |
|---|---|---|
| Attempted Suicide Inmate | | ☑ CCR ☐ PC ☐ N/A  N/A |

| D.A. REFERRAL ELIGIBLE | CRISIS RESPONSE TEAM ACTIVATED | MUTUAL AID | PIO / AA NOTIFIED |
|---|---|---|---|
| ☐ Yes ☑ No | ☐ Yes ☑ No | ☐ Yes ☑ No | ☑ Yes ☐ No |

| DEATH AND CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY |
|---|---|---|
| ☑ N/A | ☑ N/A | ☑ N/A |

| SERIOUS BODILY INJURY | INMATE WEAPONS | FORCE USED |
|---|---|---|
| ☐ N/A<br>1. Committed On: INMATE | ☑ N/A | ☑ N/A |

| ESCAPES |
|---|
| ☑ N/A |

| CONTROLLED SUBSTANCE | WEIGHT/ In Grams | EXTRACTION | EXCEPTIONAL ACTIVITY |
|---|---|---|---|
| ☑ N/A | | ☑ N/A | ☑ N/A |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES)

On January 21, 2018 at approximately 1445 hours, it was determined by Clinical Psychologist M. Scherbinski the actions by Inmate TOULOUDJIAN, Alexander (BC1293) on January 21, 2018 at approximately 1346 hours were deemed an attempted suicide.

COMPLETE SYNOPSIS / SUMMARY ON CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE)<br>J. LAMB | TITLE<br>CORRECTIONAL LIEUTENANT | ID #<br>14710550 | BADGE #<br>59799 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE<br>7904 | DATE<br>2/26/2018 |
| NAME OF WARDEN / AOD (PRINT / SIGN)<br>J. GASTELO | | TITLE<br>WARDEN | DATE |

AGO001589

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDCR 837-A1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | PAGE 2 Of 8 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032A2 |
|---|---|---|

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| CMC | HFAC - MENTAL HEALTH CRISIS BED | 01/21/2018 | 13:46 |

TYPE OF INFORMATION:

☐ SYNOPSIS OF INCIDENT      ☐ SUPPLEMENTAL INFORMATION      ☑ AMENDED INFORMATION      ☐ CLOSURE REPORT

SYNOPSIS:
On January 21, 2018 at approximately 1445 hours, it was determined by Clinical Psychologist M. Scherbinski the actions by Inmate TOULOUDJIAN, Alexander (BC1293) on January 21, 2018 at approximately 1346 hours were deemed an attempted suicide.  The circumstances are as follows:

On January 21, 2018, at approximately 1346 hours, while medical staff was conducting fifteen (15) minute welfare checks in the Mental Health Crisis Bed, Registered Nurse C. Mahler discovered Inmate TOULOUDJIAN unresponsive in his assigned cell A-16. Mahler verbally summoned custody staff to her location by shouting to nearby officers. Officer J. Cavan initiated a Code 1 response via institutional radio. Officer J. Cavan and Officer S. Castillo made an emergency entry into the cell with the poly-captor shield and Single Patient Use Resucitator (Ambu-Bag). Cardiopulmonary Resuscitation (CPR) was initiated by Nurse Mahler due to TOULOUDJIAN not having a pulse. RN K. Widger immediately responded and assisted with CPR. At approximately 1349 a Code 3 ambulance was requested via institutional radio. Foreign objects which appeared to be cellophane wrapped State issued bread was discovered and removed from his airway. Nurse Widger applied the Automated External Defibrillator (AED) and shock was advised by the AED. After one shock was applied by the AED, it advised to continue with CPR. Registered Nurses T. Tesfaye and D. Weikum responded and assisted with rotation of CPR.  San Luis Ambulance arrived at approximately 1402 hours. The paramedicas from SLO Ambulance assisted with CPR and at approximately 1410 TOULOUDJIAN began breathing and his pulse resumed.  SLO Ambulance departed CMC at approximately 1432 and transported TOULOUDJIAN to French Community Hospital for admittance into Intensive Care Unit (ICU) #11. Officers O. Medrano-Soto and D. Martinez provided custody escort in SLO Ambulance in route from CMC to French Hospital. At the conclusion of the incident, ISU Officer J. Montoya, at the instruction of Sgt. F. Briseno, photographed and processed cell A-16 as a crime scene.

A more descriptive account will be given by each reporting employee in their individual CDCR-837 Supplemental Crime/Incident Reports.

ALARM:
Officer J. Cavan initiated a Code 1 via institutional radio.

SUSPECTS:
None

VICTIM:
Inmate TOULOUDJIAN, Alexander BC1293

USE OF FORCE:
None

ESCORTS:
Officers O. Medrano Soto and D. Martinez provided escort on the ambulance in route to French Community Hospital

CRIME SCENE/EVIDENCE:
ISU Officer J. Montoya assessed the area, established and processed the crime scene. Officer Montoya took photos of the crime scene and included them in the Incident package. Sergeant F. Briseno took photos of the objects which were removed from TOULOUDJIAN's airway. The objects (which appeared to be State issued cellophane wrapped bread) were placed into evidence locker #15.

TEMPORARY HOLDING CELLS:
No Temporary Holding Cells were utilized.

☑ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) J. LAMB | TITLE CORRECTIONAL LIEUTENANT | ID # 14710550 | BADGE # 59799 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE 7904 | DATE 2/26/2018 |
| NAME OF WARDEN / AOD (PRINT / SIGN) J. GASTELO | | TITLE WARDEN | DATE AGO001590 |

STATE OF CALIFORNIA                                                                                  DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**

| PART A1 - SUPPLEMENT | | | INCIDENT LOG NUMBER |
|---|---|---|---|
| CDCR 837-A1 (Rev. 10/15) | | PAGE 3 Of 8 | CMC-HFAC-18-01-0032A2 |

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| CMC | HFAC - MENTAL HEALTH CRISIS BED | 01/21/2018 | 13:46 |

TYPE OF INFORMATION:

☐ SYNOPSIS OF INCIDENT      ☐ SUPPLEMENTAL INFORMATION      ☑ AMENDED INFORMATION      ☐ CLOSURE REPORT

MEDICAL/MENTAL HEALTH EVALUATION/TREATMENT:
A CDCR 7219 Medical Report of Injury or Unusual Occurrence was NOT completed as TOULOUDJIAN was immediately transported to French Community Hospital for higher level of medical care and admitted into Intensive care unit (ICU) #11. Clinical Psychologist M. Scherbinski deemed the action an attempted suicide on January 21, 2018 at approximately 1445 and completed a self-harm chrono.

SECURITY THREAT GROUP:
None

CONCLUSION: Inmate TOULOUDJIAN will be rehoused in the Mental Health Crisis Bed Unit on suicide precautions upon discharge from outside hospital.

NOTIFICATIONS:
As this incident occurred during non-business hours, Administrator of the Day (AOD) P. Meyers was notified of this incident and all appropriate notifications were completed including Departmental Administrator of the Day (AOD) and Public Information Officer (PIO) M. Ayon. Peer Support Program Services were offered to all staff involved. Attempts have been made to notify Next of Kin by Dr. J. Haar, however contacts have been unsuccessful thus far.
The Current Amendment Record Number is CMC-HFAC-18-01-0032A1 Created on 01/30/2018'
Crime scene was established and photos were taken by ISU Officer J. Montoya and added to the 837-A1.
Admitted into intensive care unit (ICU) #11 was added to the "Medical/Mental Health Evaluation/Treatment" section of the 837-A1.
ISU Officer J. Montoya was added to the 837-B2.
Cause of Death and Deceased Date information added to 837-B1: Dr. Patel pronounced TOULOUDJIAN deceased (brain dead) on January 27, 2018 at 0945 hours. Refer to IR Log# CMC-HCA-18-01-0042.
Officers O. Medrano Soto and D. Martinez were added to the Escort section of 837-A1 and B-2.
Cause of Death was changed from suicide to anoxic brain injury on the 837-B1
The Current Amendment Record Number is CMC-HFAC-18-01-0032A2 Created on 02/26/2018'
Clinical Psychologist M. Scherbinski was added to the 837-B2.
The determination of attempted suicide deemed by Dr. Scherbinski was added to the 837-A and A1.
The determination of attempted suicide deemed by Dr. Scherbinski and the inclusion of the self-harm chrono completed by Dr. Scherbinski was added to the MEDICAL/MENTAL HEALTH EVALUATION/ TREATMENT section of the 837-A1.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| J. LAMB (4t) | CORRECTIONAL LIEUTENANT | 14710550 | 59799 |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. INCIDENT SITE | DATE |
|---|---|---|
| | 7904 | 2/26/2018 |

| NAME OF WARDEN / AOD (PRINT / SIGN) | TITLE | DATE |
|---|---|---|
| J. GASTELO | WARDEN | |

AGO001591

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART B1 - INMATE**
CDCR 837-B1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE 4 Of 8 |
|---|

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CMC | HFAC - MENTAL HEALTH CRISIS BED | CMC-HFAC-18-01-0032A2 |

| INMATE (ENTIRE SHEET) | | | | | | | |
|---|---|---|---|---|---|---|---|

| NAME: LAST | FIRST | MI | CDCR # | GEN | ETHNICITY | DOB |
|---|---|---|---|---|---|---|
| TOULOUDJIAN | ALEXANDRE | P. | B-C1293 | M | WHI | 01/27/1993 |

| SECURITY LEVEL | CLASSIFICATION SCORE | CONTROL DATE TYPE | CONTROL DATE | DATE REC'D BY CDCR | DATE REC'D BY INST |
|---|---|---|---|---|---|
| II | 24 | EPRD | 02/13/2020 | 02/02/2017 | 01/12/2018 |

| HOUSING | PARTICIPANT TYPE | MHSDS LEVEL OF CARE |
|---|---|---|
| HA-016 | VICTIM | EOP |

| N/A DESCRIPTION OF INJURIES: |
|---|

IS THERE SERIOUS BODILY INJURY  ☑ Yes  ☐ No
LOSS OF CONCSIOUSNESS/PULSE
1, INJURY LOCATION: OTHER, CAUSED BY: SELF

| N/A NAME/LOCATION OF HOSP/TREATMENT FACILITY | | N/A DEATH | |
|---|---|---|---|
| ☐ REFUSED TREATMENT ☐ TREATED AND RELEASED ☐ HOSPITALIZED | | CAUSE OF DEATH | DECEASED DATE |
| FRENCH HOSPITAL SAN LUIS OBISPO | | Anoxic Brain Injury | 01/27/2018 |

AGO001592

STATE OF CALIFORNIA

# CRIME / INCIDENT REPORT
## PART B2 - STAFF
CDCR 837-B2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE 5 Of 8

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CMC | HFAC - MENTAL HEALTH CRISIS BED | CMC-HFAC-18-01-0032A2 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| LAMB | J. | C. | CORRECTIONAL LIEUTENANT | M | WHI |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| INCIDENT COMMANDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| T/F | 280100 | WATCH COMMANDER | 14710550 | 59799 |

☑ N/A  DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes  ☑ No

☑ N/A  NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY     ☑ N/A  DEATH

| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASE   ☐ HOSPITALIZED: | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|

---

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| BRISENO | F. | C. | CORRECTIONAL SERGEANT | M | HIS |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| M/T | 350300 | HCA H PROGRAM SGT | 14710920 | 64412 |

☑ N/A  DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes  ☑ No

☑ N/A  NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY     ☑ N/A  DEATH

| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASE   ☐ HOSPITALIZED: | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|

---

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| CASTILLO | S. | P. | CORRECTIONAL OFFICER | F | HIS |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| W/T | 252002 | HCA H ESCORT 2 MHCB | 1476196 | 76736 |

☑ N/A  DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes  ☑ No

☑ N/A  NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY     ☑ N/A  DEATH

| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASE   ☐ HOSPITALIZED: | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## CRIME / INCIDENT REPORT
## PART B2 - STAFF
CDCR 837-B2 (Rev. 10/15)

PAGE 6 Of 8

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CMC | HFAC - MENTAL HEALTH CRISIS BED | CMC-HFAC-18-01-0032A2 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| CAVAN | J, | L. | CORRECTIONAL OFFICER | M | WHI |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| T/W | 252012 | HCA H INPAT A 2 MHCB | 1477210 | 83447 |

☑ N/A DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY   ☑ N/A DEATH

| ☐ REFUSED TREATMENT ☐ TREATED AND RELEASE ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| MARTINEZ | D. | J. | CORRECTIONAL OFFICER | M | HIS |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| M/T | 351442 | HCA-D SEC PAT 2 | 1478167 | 88206 |

☑ N/A DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY   ☑ N/A DEATH

| ☐ REFUSED TREATMENT ☐ TREATED AND RELEASE ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| MEDRANO SOTO | O. | J. | CORRECTIONAL OFFICER | M | HIS |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| T/F | 352011 | HCA-H INPAT A 1-MHCB | 14710049 | 86759 |

☑ N/A DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY   ☑ N/A DEATH

| ☐ REFUSED TREATMENT ☐ TREATED AND RELEASE ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|

AGO001594

STATE OF CALIFORNIA

# CRIME / INCIDENT REPORT
## PART B2 - STAFF
CDCR 837-B2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE 7 Of 8

| INSTITUTION | FACILITY | | INCIDENT LOG NUMBER |
|---|---|---|---|
| CMC | HFAC – MENTAL HEALTH CRISIS BED | | CMC-HFAC-18-01-0032A2 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|---|
| MONTOYA | J. | | A. | CORRECTIONAL OFFICER | M | HIS. |

| PARTICIPANT TYPE | | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|---|
| RESPONDER | | ☐ Yes ☑ No | | ☑ Yes ☐ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| F/S | 281910 | S ISU 10 | 14709636 | 81508 |

☑ N/A DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A NAME/LOCATION OF HOSPITAL/TREATMENT FACILITY ☑ N/A DEATH

| ☐ REFUSED TREATMENT ☐ TREATED AND RELEASE ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|

| NAME: LAST | FIRST | | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|---|
| SCHERBINSKI | M. | | | PSYCHOLOGIST | M | WHI |

| PARTICIPANT TYPE | | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|---|
| OBSERVER, MH | | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| F/S | N/A | CLINICAL PSYCHOLOGIST | 14710826 | N/A |

☑ N/A DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A NAME/LOCATION OF HOSPITAL/TREATMENT FACILITY ☑ N/A DEATH

| ☐ REFUSED TREATMENT ☐ TREATED AND RELEASE ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|

| NAME: LAST | FIRST | | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|---|
| MAHLER | C. | | M. | REGISTERED NURSE | F | WHI |

| PARTICIPANT TYPE | | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|---|
| PRIMARY | | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| T/W | R006 | SUICIDE PRECAUTION NURSE | 1478927 | N/A |

☑ N/A DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A NAME/LOCATION OF HOSPITAL/TREATMENT FACILITY ☑ N/A DEATH

| ☐ REFUSED TREATMENT ☐ TREATED AND RELEASE ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|

AGO001595

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART B2 - STAFF
CDCR 837-B2 (Rev. 10/15)

PAGE 8 Of 8

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CMC | HFAC - MENTAL HEALTH CRISIS BED | CMC-HFAC-18-01-0032A2 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| TESFAYE | T. | A. | REGISTERED NURSE | M | BLA |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| S/M | R010 | SUICIDE PRECAUTION NURSE | 14711161 | N/A. |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY   ☑ N/A   DEATH

| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASE   ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| WEIKUM | D. | S. | REGISTERED NURSE | M | WHI |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| M/T | N059 | B-SIDE CHARGE NURSE | 14710951 | NA |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY   ☑ N/A   DEATH

| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASE   ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| WIDGER | K. | E. | REGISTERED NURSE | F | WHI |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| T/F | N053 | PRIMARY RN | 14710521 | N/A |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY   ☑ N/A   DEATH

| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASE   ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|

AGO001596

STATE OF CALIFORNIA                                                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

| | | |
|---|---|---|
| PAGE **1** Of **1** | | INCIDENT LOG NUMBER<br>CMC-HFAC-18-01-0032 |

| NAME: LAST<br>BRISENO | FIRST<br>F. | MI<br>C. |
|---|---|---|

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: __02/03/2018__     RETURN TO: __CAPTAIN (A) S. WILHITE__

NARRATIVE:

Sergeant Briseno the following are clarification questions regarding your written report for incident CMC-HCA-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. In your Crime/Incident Report 837-C you state the paramedics arrived at 1422 hours. Other reports indicate the paramedics arrived at 1402 hours. Please explain the discrepancy.

Q2. In your Crime/Incident Report 837-C you state, "RN Mahler yelled for more medical assistance and yelled for a code 2 ERV". You additionally state you requested a code two outside ambulance. Please clarify; did RN Mahler request an ERV or outside ambulance? Explain the discrepancy.

Q3. In your report you state, "Officer Castillo was relieved from ventilation." Who relieved Officer Castillo?

Q4. Who provided custody escort with TOULOUDJIAN when TOULOUDJIAN was transported off prison grounds via ambulance?

Q5. In your report you state, "At 1423 hours inmate TOULOUDJIAN was wheeled to the ambulance with escorting custody." Was TOULOUDJIAN wheeled to the ambulance on a gurney? If so, who placed TOULOUDJIAN on the gurney?

Q6. Upon conclusion of the incident what happened to the AED?

Q7. Your Crime/Incident Report makes no mention of the cell being searched after the incident. Was the cell searched after the incident? If so, who searched the cell and what were the results of the cell search? Additionally request an 837-C1 Supplement describing the results of the cell search from the Officer who searched the cell.

Q8. Was a crime scene established? If so, by who?

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT)<br>S. WILHITE | TITLE<br>CAPTAIN (A) | REVIEWER SIGNATURE | DATE<br>1/30/2018 |
|---|---|---|---|

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

AGO001597

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**

**PART C1 - SUPPLEMENT**

CDCR 837-C1 (Rev. 10/15)

| PAGE | 1 | Of | 1 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |

| LAST BRISENO | FIRST F. | | MI C. |

TYPE OF INFORMATION:
☐ CONTINUATION OF REPORT          ☒ CLARIFICATION OF REPORT          ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

Sergeant Briseno the following are clarification questions regarding your written report for incident CMC-HCA-18-0032. Rewrite the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1) In your Crime/Incident Report 837-C you state the paramedics arrived at 1422 hours. Other reports indicate the paramedics arrived at 1402 hours. Please explain the discrepancy.

A1) The paramedics arrived at 1402 hours it was a typing error on my part that I did not catch.

Q2) In your Crime/Incident Report 837-C you state, "RN Mahler yelled for more medical assistance and yelled for a code 2 ERV." You additionally state you requested a code two outside ambulance. Please clarify; did Mahler request an ERV or outside ambulance? Explain the discrepancy.

A2) RN Mahler yelled for more medical assistance. Initially, I thought RN Mahler called for an ambulance, but due to the nature of the incident I do not recall exactly who called for it but I called for one when I heard the request shouted. In my report I mixed Ambulance and ERV up, but reported via radio to East Control that I was requesting a Code 2 outside Ambulance.

Q3) In your report you state, "Officer Castillo was relieved from ventilation." Who relieved Officer Castillo?

A3) Officer Castillo was relieved by RN Widger.

Q4) Who provided custody escort with TOULOUDJIAN when TOULOUDJIAN was transported off prison grounds via ambulance?

A4) Officer Medrano-Soto and Officer D. Martinez provided escort of Inmate TOULDJIAN off prison grounds in the Ambulance.

Q5) In your report you state, "At 1423 hours Inmate TOULOUDJIAN was wheeled to the ambulance with escorting custody." Was TOULOUDJIAN wheeled to the ambulance on a gurney? If so, who placed TOULOUDJIAN on the gurney?

A5) Inmate TOULOUDJIAN was wheeled to the ambulance on a gurney. Do to the nature of the incident I do not recall who assisted the two paramedics, place Inmate TOULOUDJIAN on the gurney.

Q6) Upon conclusion of the incident what happened to the AED? A6) Upon conclusion of the incident I took possession of the AED and secured it in the Sergeants Office for replacement of pads.

Q7) Your Crime/Incident Report makes no mention of the cell being searched after the incident. Was the cell searched after the incident? If so, who searched the cell and what were the results of the cell search? Additionally request an 837-C1 Supplement describing the results of the cell search from the Officer who searched the cell.

A7) After ISU Officer Montoya took his photographs of the scene I personally searched the cell with negative results. No contraband or other items of note were located in the cell.

Q8) Was a crime scene established? If so, by who?

A8) No crime scene was established.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C1

| SIGNATURE OF REPORTING STAFF *F. Briseno* | TITLE CORRECTIONAL SERGEANT | BADGE # / ID.# 64412 / 14710920 | DATE 1/31/2018 |
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) *S. White* | DATE RECEIVED 1/31/18 | CLARIFICATION NEEDED ☒ YES   ☐ NO | APPROVED ☐ YES ☒ NO | DATE 1/31/18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | | | | |
|---|---|---|---|---|
| PAGE **1** Of **1** | | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 | | |

| NAME: LAST BRISENO | FIRST F. | | MI C. |
|---|---|---|---|

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: <u>02/11/2018</u>   RETURN TO: <u>CAPTAIN (A) S. WILHITE</u>

**NARRATIVE:**

Sergeant Briseno the following are clarification questions regarding your written report 837-C1 Clarification of Report dated January 31, 2018, for incident CMC-HFAC-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. In your 837-C1 Crime/Incident Report Part C-1 question 8, you were asked, "Was a crime scene established? If so, by whom?" You responded to the question stating, "No crime scene was established." Other reports indicate a crime scene was established. Additionally, you took evidentiary photos and processed those photos into CMC evidence locker #15. CMC Investigative Services Unit Officer J. Montoya also reported to the incident site and took evidentiary photos which were process into evidence as well. Please explain the discrepancy.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) S. WILHITE | TITLE CAPTAIN (A) | REVIEWER SIGNATURE | DATE 2/8/2018 |
|---|---|---|---|

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001599

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

| | | | |
|---|---|---|---|
| | PAGE **1** Of **1** | | INCIDENT LOG NUMBER<br>CMC-HFAC-18-01-0032 |

| LAST<br>BRISENO | FIRST<br>F. | | MI<br>C. |
|---|---|---|---|

**TYPE OF INFORMATION:**
☐ CONTINUATION OF REPORT          ☒ CLARIFICATION OF REPORT          ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

Sergeant Briseno the following are clarification questions regarding your written report 837-C1 Clarification of Report dated January 31, 2018, for incident CMC-HFAC-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1) In your 837-C1 Crime/Incident Report Part C-1 question 8, you were asked "Was a crime scene established? If so, by whom?" You responded to the question stating, "No crime scene was established." Other reports indicate the area was as a crime scene, Please explain the discrepancy.

A1) My clarification states that no crime scene was established. Due to the nature of the incident I did not establish a crime scene. Officer Montoya who was from the Investigative Service Unit (ISU) decided to treat the scene and location of the incident as a Crime Scene as a precaution.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C1

| SIGNATURE OF REPORTING STAFF<br>*J. Briseno* | TITLE<br>CORRECTIONAL SERGEANT | BADGE # / ID #<br>64412 / 14710920 | DATE<br>2/10/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE)<br>*J. Wilmut  S.Wilhite* | DATE RECEIVED<br>2｜11｜18 | CLARIFICATION NEEDED<br>☐ YES  ☒ NO | APPROVED<br>☒ YES  ☐ NO | DATE<br>2/11/18 |

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001600

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE **1** Of **1** | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|

| NAME:  LAST BRISENO | FIRST F. | MI C. |
|---|---|---|

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: __2/28/18__     RETURN TO: __M. ROCHA, ASSOCIATE WARDEN (A), HCA__

**NARRATIVE:** Sergeant Briseno, the following is a clarification question regarding your written report for incident CMC-HFAC-18-01-0032. Rewrite the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. In your Crime/ Incident Report 837-C, you state, "Upon departure of (the) ambulance, I went back to cell H-A-16 where I recovered the obstruction removed from TOULOUDJIAN's airway."

When you returned to cell H-A-16, where was the obstruction (cellophane wrapped bread) located?

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) M. ROCHA | TITLE AW (A) | REVIEWER SIGNATURE *Wilburt (c/)* | DATE 2/27/2018 |
|---|---|---|---|

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001601

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | PAGE **1** Of **1** | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|---|

| LAST BRISENO | FIRST F. | MI C. |
|---|---|---|

TYPE OF INFORMATION:
☐ CONTINUATION OF REPORT          ☒ CLARIFICATION OF REPORT          ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

Sergeant Briseno, the following is a clarification question regarding your written report for incident CMC-HCA-18-0032. Rewrite the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1) In your Crime/Incident Report 837-C you state, "Upon departure of the ambulance, I went back to cell H-A-16 where I recovered the obstruction removed from TOULOUDJIAN's airway."

When you returned to cell H-A-16, where was the obstruction (cellophane wrapped bread) located?

A1) When I returned to cell H-A-16, the obstruction (bread wrapped in cellophane), was located inside the doorway, to the right as you entered and on the ground.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C1

| SIGNATURE OF REPORTING STAFF *J. Briseno* | TITLE CORRECTIONAL SERGEANT | BADGE # / ID # 64412 / 14710920 | | DATE 3-2-18 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) *C. Withur* | DATE RECEIVED 3/5/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 3/5/18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001602

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE 1 Of 2 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|

| NAME: LAST BRISENO | FIRST F. | | MI C. | DATE OF INCIDENT 1/21/2018 | TIME OF INCIDENT 1346 |
|---|---|---|---|---|---|

| POST # 350300 | POSITION H PROGRAM SGT | YEARS OF SERVICE 16YRS. 2MO. | DATE OF REPORT 1/21/2018 | LOCATION OF INCIDENT CELL A-16 |
|---|---|---|---|---|

| RDO'S M/T | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT Attempted Suicide Inmate | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ Primary | (S) RN. C. Mahler | (S) RN. T. Tesfaye | (V) Touloudjian (BC1293) |
| ☒ Responder | (S) C/O J. Cavan | (S) D. Martinez | |
| ☐ Witness | (S) C/O S. Castillo | (S) O. Medrano-Soto | |
| ☐ Camera | S) RN. K. Widger | | |
| ☐ Victim | (S) RN. D. Weikum | | |
| ☐ Other: | | | |

| ☒ N/A | FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | ☐ OC | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ CN | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CS | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES | State Issued bread in plastic cellophane, Photos CTC 1, CTC 2 | Bread wrapped in cellophanein Evidence Locker 15, Photos included in incident package.. | ☐ YES | ☐ YES |
| ☐ NO | ☐ N/A | ☐ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED. |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☐ UNKOWN ☐ Other: | ☒ N/A |
| | | | | ☐ YES ☒ NO |

NARRATIVE: On Sunday, January 21, 2018 at approximately 1346 hours, while working as the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB) Program Sergeant, I was alerted by radio by Officer J. Cavan that Inmate TOULOUDJIAN, A. (BC1293) in cell H-A-16 was unresponsive. Upon arriving to the cell I observed RN. C. Mahler performing CPR on Inmate TOULOUDJIAN inside the cell with the assistance of Officer S. Castillo providing ventilation. RN Mahler yelled for more medical assistance and yelled for a Code 2 ERV. I immediately notified East Control that I was requesting a Code 2 outside ambulance. Arriving medical staff arrived and started assisting RN Mahler with CPR. Officer Castillo was relieved from ventilation. RN Mahler then requested a Code 3 and the AED. I notified East Control that we needed a Code 3 outside ambulance. RN Mahler then tried to remove an obstruction from Inmate TOULOUDJIAN's mouth. She finally was able to remove the obstruction. Assistance with CPR was provided by RN's K. Widger, D. Weikum, and T. Tesfaye all rotating to assist with chest compressions. Officer Cavan arrived back with the AED. The Nurses proceeded to apply the AED while continuing with CPR. At 1422 hours the paramedics arrived. At 1423 Inmate TOULOUDJIAN was wheeled to the Ambulance with escorting custody. At 1431 the Ambulance departed CTC. Upon departure of the Ambulance I went back to cell H-A-16 where I the recovered the obstruction removed from Inmate TOULOUDJIAN's airway. The obstruction appeared to be state issued bread

☑ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF *Briseno* | TITLE CORRECTIONAL SERGEANT | BADGE # / ID # 64412 / 14710920 | DATE 1/21/2018 |
|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) D. Hot | DATE RECEIVED 1/22/18 | CLARIFICATION NEEDED ☐ YES ☑ NO | APPROVED ☑ YES ☐ NO | DATE 1/22/18 |
|---|---|---|---|---|

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

AGO001603

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPAR'T OF CORRECTIONS AND REHABILITATION

| | | |
|---|---|---|
| PAGE 2 Of 2 | INCIDENT LOG NUMBER | |
| | CMC-HFAC-18-01-0032 | |

| NAME: LAST | FIRST | MI |
|---|---|---|
| BRISENO | F. | C. |

TYPE OF INFORMATION:
☒ CONTINUATION OF REPORT      ☐ CLARIFICATION OF REPORT      ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

wrapped in plastic cellophane. I photographed the bread and had photographs printed for inclusion for incidence package.  The bread with cellophane was processed and entered into evidence in CMC evidence locker 15.  I then went to all staff involved and individually offered each one Peer Support Program (PSP). This concludes my report.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID # | DATE |
|---|---|---|---|
| *J. Briseno* | CORRECTIONAL SERGEANT | 64412 / 14710920 | 1/21/2018 |

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| | 1/22/18 | ☐ YES ☒ NO | ☒ YES ☐ NO | 1/22/18 |

DISTRIBUTION:  Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

AGO001604

Incident Report Log# CMC-HFAC-18-01-0032   CTC-01
January 21, 2018, 1346 hours
Photos by F. Briseno
Initials *FB*

# EVIDENCE PHOTOGRAPH
## CALIFORNIA MEN'S COLONY
### FACILITY H

| DATE | 01/21/2015 | TIME | 1346 HRS |
| NAME | TOULOUDJIAN | CDCR# | BC1293 |
| NAME | N/A | CDCR# | N/A |
| TYPE OF INCIDENT | | | |

ATTEMPTED SUICIDE
BREAD ROLLED UP IN PLASTIC BAGS
PHOTO TAKEN BY: SGT. F. BRISENO

INCIDENT LOG #: CMC-HFAC-18-01-0032





Incident Report Log# **CMC-HFAC-18-01-0032**   **CTC-02**
January 21, 2018, 1346 hours
Photos by F. Briseno

Initials *Sb*

# EVIDENCE PHOTOGRAPH
## CALIFORNIA MEN'S COLONY
### FACILITY H

| DATE | 01/21/2015 | TIME | 1346 HRS |
|------|-----------|------|----------|
| NAME | TOULOUDJIAN | CDCR# | BC1293 |
| NAME | N/A | CDCR# | N/A |

### TYPE OF INCIDENT

**ATTEMPTED SUICIDE**
**BREAD ROLLED UP IN PLASTIC BAGS**
**PHOTO TAKEN BY: SGT. F. BRISENO**

INCIDENT LOG #: CMC-HFAC-18-01-0032

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**

**PART C2 - REVIEW NOTICE**

CDCR 837-C2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE | **1** | Of | **1** | INCIDENT LOG NUMBER |
|---|---|---|---|---|
| | | | | CMC-HFAC-18-01-0032 |

| NAME:  LAST | FIRST | MI |
|---|---|---|
| CASTILLO | S. | P. |

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 – Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 – Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY:  02/11/2018      RETURN TO:  CAPTAIN (A) S. WILHITE

**NARRATIVE:**

Officer Castillo the following is a Clarification question regarding your written report for incident CMC-HFAC-18-01-0032.  Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1.  In your 837-C Crime/Incident Report you indicate you were relieved by medical staff and positioned yourself outside the cell door.  Prior to being relieved did you observe staff remove an object from Touloudjian's throat? If so, can you identify the object that was removed from his throat and who removed it?

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) | TITLE | REVIEWER SIGNATURE | DATE |
|---|---|---|---|
| S. WILHITE | CAPTAIN (A) | | 2/8/2018 |

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001607

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE **1** Of **1**

INCIDENT LOG NUMBER
CMC-HFAC-18-01-0032

| NAME: LAST CASTILLO | FIRST S. | MI P. |

**TYPE OF INFORMATION:**
☐ CONTINUATION OF REPORT    ☒ CLARIFICATION OF REPORT    ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

Q1, In your 837-C Crime/Incident Report you were relieved by medical staff and positioned yourself outside the cell door. Prior to being relieved did you observe staff remove an object from Touloudjian throat? If so, can you identify the object that was removed from his throat and who removed it?

A Q1:  I did not observe staff remove an object from Touloudjian throat. My view was obstructed due to nursing staff in the area.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # 76736/1476196 | DATE 2/11/2018 |
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) F. Bustbud Sergeant | DATE RECEIVED 2-11-18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 2-16-18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001608

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE | 1 | Of | 1 | INCIDENT LOG NUMBER: CMC-HFAC-18-01-0032 |
|---|---|---|---|---|

| NAME:  LAST CASTILLO | FIRST S | | MI P | DATE OF INCIDENT 1/21/2018 | TIME OF INCIDENT 1346 |
|---|---|---|---|---|---|

| POST # 252002 | POSITION HCA-H ESCORT 2-MHCB | YEARS OF SERVICE 10YRS. 0.MO | DATE OF REPORT 1/21/2018 | LOCATION OF INCIDENT CELL A-16 |
|---|---|---|---|---|

| RDO'S W/TH | DUTY HOURS 0600-1400 | DESCRIPTION OF CRIME / INCIDENT ATTEMPTED SUICIDE INMATE | CCR SECTION / RULE    ☐ N/A |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|
| ☐ Primary | (S) RN C. MAHLER | (V)TOULOUDJIAN, A | BC1293 |
| ☒ Responder | (S) RN. K. WIDGER | | |
| ☐ Witness | (S) C/O J. CAVAN | | |
| ☐ Camera | | | |
| ☐ Victim | | | |
| ☐ Other | | | |

| ☒ N/A | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Physical | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | ☐ OC | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ CN | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm | | | ☐ 40 mm Multi | | | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | |

| ☐ Non-Conventional or Force Not Listed Above: |
|---|

| FORCE OBSERVED BY YOU | ☒ N/A  ☐ Physical  ☐ Hand-Held Baton  ☐ Chemical Agent  ☐ X-10  ☐ Less Lethal  ☐ Lethal  ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☒ YES ☐ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ Other: | ☐ YES ☒ NO |

**NARRATIVE:** On 01/21/2018 at approximately 1346 hours, while performing my duties as HCA-H-ESCORT 2-MHCB Officer. Correctional Officer (C/O) J. Cavan and I were at the officers' desk on the A-side when Registered Nurse (RN) C. Mahler contacted us by shouting to respond to cell A-16 the inmate was on the floor unresponsive. Upon arriving at the cell door, I could see Inmate **TOULOUDJIAN, Alexandre (BC1293)** laying on his right side with his head toward the door and his legs back toward the rear of the cell. I observed that his hands were blue in color. TOULOUDJIAN was unresponsive and appeared to not be breathing. C/O J. Cavan announced the code 1 emergency response over the institutional radio. C/O J. Cavan retrieved the poly-captor shield and we made entry into the cell. RN C. Mahler checked for vital signs and immediately started chest compressions on TOULOUDJIAN. C/O J. Cavan handed me the Single-Patient Use Resuscitator (Ambu-bag) I removed it from the plastic bag to assemble it by connecting the CPR mask to the ventilator and handed it to nursing staff. RN K. Widger assisted RN Mahler with CPR. Due to multiple medical staff in the area I positioned myself outside the cell waiting to provide further assistance as needed. The outside ambulance medical personnel arrived and assisted medical staff with CPR on TOULOUDJIAN. TOULOUDJIAN was transported to an outside hospital for further medical attention. This concludes my participation in this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C.1

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # 76736/1476196 | DATE 1/21/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) SERGEANT | DATE RECEIVED 11 21 2018 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 1/21/2018 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | INCIDENT LOG NUMBER |
|---|---|
| PAGE **1** Of **1** | CMC-HFAC-18-01-0032 |

| NAME: LAST CAVAN | FIRST J. | MI L. |
|---|---|---|

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: _02/03/2018_   RETURN TO: _CAPTAIN (A) S. WILHITE_

**NARRATIVE:**

Officer Cavan the following are clarification questions regarding your written report for incident CMC-HFAC-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. In your Crime/Incident Report 837-C you state you were contacted by RN C. MAHLER and informed that inmate TOULOUDJIAN was laying down on the ground unresponsive. How did RN MAHLER contact you?

Q2. Where did you respond from after being contacted by RN MAHLER?

Q3. In your Crime/Incident Report 837-C you state, "I found that inmate TOULOUJIAN was not breathing." How did you determine TOULOUDJIAN was not breathing?

Q4. In your Crime/Incident Report 837-C you state, "Due to the high influx of medical staff, I cleared from the cell." Who entered the cell?

Q5. 5. In your Crime/Incident Report 837-C you state, "Due to the high influx of medical staff, I cleared from the cell." Please describe what you did between the time you exited the cell and the ambulance arrived.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) S. WILHITE | TITLE CAPTAIN (A) | REVIEWER SIGNATURE | DATE 1/30/2018 |
|---|---|---|---|

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001610

STATE OF CALIFORNIA
DEPT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

| | | | |
|---|---|---|---|
| PAGE **1** Of **1** | | INCIDENT LOG NUMBER CMC-HCA-18-01-00552 | |

| NAME: LAST CAVAN | FIRST J. | | MI L |
|---|---|---|---|

**TYPE OF INFORMATION:**
☐ CONTINUATION OF REPORT  ☒ CLARIFICATION OF REPORT  ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

Q1. In your Crime/Incident Report 827-C you state you were contacted by RN C. MAHLER and informed that inmate TOULOUDJIAN was lay on down on the ground unresponsive. How did RN. MAHLER contact you?

A Q1. RN. MAHLER began yelling out that she needed help at cell 16.

Q2. Where did you respond from after being contacted by RN. MAHLER?

A Q2. I responded from the A side officers desk.

Q3. In your crime/Incident Report 837-C you stated, "I found that inmate TOULOUJIAN was not breathing." How did You determine TOULOUJIAN was not breathing?

A Q3. Looking through the glass in the cell door I could not see any rise or fall of his chest or side of his chest. His hands were also turning blue in color suggesting to me that he was not circulating oxygen.

Q4. In your Crime/Report 837-C you stated, "Due to the high influx of medical staff, I cleared from the cell." Who entered the cell?

A Q4. I observed RN MAHLER, RN. WEIKUM and RN. WIDGER.

Q5. In your Crime/Incident Report 837-C you stated, "due to the high influx of medical staff, I cleared from the cell." Please describe what you did between the time you exited the cell and the ambulance arrived.

A Q5. I went to the Equipment storage room to get the Code-3 Hospital kit and helped Correctional Officer Sotto prepare to go with inmate TOULOUJIAN. I then went back to A side and watched from the nurses station in case I was needed further.

---

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE #/ ID # 83447/1477210 | DATE 2/1/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) F. BRISENO SERGEANT J. Brown | DATE RECEIVED 2-1-19 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 2-1-19 |

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

AGO0001611

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE | **1** | Of | **1** | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |

| NAME:  LAST  CAVAN | FIRST  J. | | MI  L. |

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: __02/11/2018__          RETURN TO: __CAPTAIN (A) S. WILHITE__

**NARRATIVE:**

Officer Cavan the following is a clarification question regarding your written report dated January 21, 2018 for incident CMC-HFAC-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. In your 837-C Crime/Incident Report you state, "Due to the high influx of medical staff, I cleared from the cell." Prior to exiting the cell did you observe staff remove an object from Touloudjians throat? If so, can you identify the item removed from his throat and identify the person who removed it.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT)  S. WILHITE | TITLE  CAPTAIN (A) | REVIEWER SIGNATURE | DATE  2/8/2018 |

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001612

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPAR...'T OF CORRECTIONS AND REHABILITATION

| PAGE | 1 | Of | 1 | INCIDENT LOG NUMBER CMC-HCA-18-01-0032 |

| NAME:   LAST CAVAN | FIRST J | *HFAc* | MI L |

TYPE OF INFORMATION:
☐ CONTINUATION OF REPORT      ☒ CLARIFICATION OF REPORT      ☐ ADDITIONAL INFORMATION

NARRATIVE:

Q1.  In your 837-C Crime/Report you stated, "Due to the high influx of medical staff, I cleared from the cell." Prior to exiting the cell did you observe staff remove an object from Touloudjians throat?  If so, can you identify the item removed from his throat and identify the person who removed it.

A1,  I did not see staff remove anything from Touloudjians throat.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # 83447/1477210 | DATE 2/11/2018 |

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) F. BEISEND   SERGEANT  *signature* | DATE RECEIVED 2-11-18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 2-11-18 |

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001613

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE | 1 | Of | 1 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|---|---|---|

| NAME: LAST CAVAN | FIRST J. | MI L. | DATE OF INCIDENT 1/21/2018 | TIME OF INCIDENT 1346 |
|---|---|---|---|---|

| POST # 252012 | POSITION HCA-H ESCORT 2-MHCB | YEARS OF SERVICE 19YRS. 3MO. | DATE OF REPORT 1/21/2018 | LOCATION OF INCIDENT CELL A-16 |
|---|---|---|---|---|

| RDO'S T/W | DUTY HOURS 0600-1400 | DESCRIPTION OF CRIME / INCIDENT ATTEMPTED SUICIDE INMATE | | CCR SECTION / RULE ☐ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ Primary | (S) C/O S. Castillo | (S) TOULOUDJIAN BC1295 |
| ☒ Responder | (S) RN C. MAHLER | |
| ☐ Witness | | |
| ☐ Camera | | |
| ☐ Victim | | |
| ☐ Other: | | |

| ☒ N/A | FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Physical | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | ☐ OC | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ CN | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm | | | ☐ 40 mm Multi | | | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A | ☐ Physical | ☐ Hand-Held Baton | ☐ Chemical Agent | ☐ X-10 | ☐ Less Lethal | ☐ Lethal | ☐ Non-Conventional |
|---|---|---|---|---|---|---|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY  ☒ N/A ☐ UNKNOWN ☐ Other: | ☐ YES ☒ NO |

**NARRATIVE:** On 01/21/18 at approxiamently 1346 HRS, I was working my assigned post as HCA-H ESCORT 2 MHCB. Correctional Officer (C/O) S. Castillo and I were contacted by Registered Nurse (RN) C. Mahler who told us that the Inmate in cell A-16 was laying down on the ground unresponsive. At the cell I observed the sole occupant of the cell Inmate TOULOUDJIAN lying on the floor. He would not respond to my voice. I noticed that he was laying on his right side with his head pointing toward the door and his legs straight pointing to the rear of the cell. I observed that his fingers and palm had a blue tint to them. Fearing a life threatening emergency, I announced a Code 1 Medical Emergency over the institutional radio and summoned help from the nurse's station. I retrieved the Poly-carbon shield and Ambu bag. I opened the cell door. C/O S. Castillo and I entered followed by RN. C Mahler. I found that TOULOUDJIAN was not breathing. RN C. Mahler rolled TOULOUDJIAN on his back and began chest compressions while C/O S. Castillo ventilated. Due to the high influx of medical staff, I cleared from the cell. Once the outside ambulance arrived I went back to cell A-16. After TOULOUDJIN was placed on the gurney I secured his arms with waist restraints and he was taken to the ambulance. This concludes my participation in the incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER. | BADGE # / ID # 83447/1477210 | DATE 1/21/2018 |
|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) F. BLISENO SERGEANT | DATE RECEIVED 1-21-18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 1-21-18 |
|---|---|---|---|---|

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001614

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE | 1 | Of | 1 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|---|---|---|

| NAME:   LAST MARTINEZ | FIRST D. | MI J. | DATE OF INCIDENT 1/21/2018 | TIME OF INCIDENT 1346 |
|---|---|---|---|---|

| POST # 351442 | POSITION D HCA SEC PAT 2 | YEARS OF SERVICE 2YRS. 6 MO. | DATE OF REPORT 1/21/2018 | LOCATION OF INCIDENT CELL A-16 |
|---|---|---|---|---|

| RDO'S M/T | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT Inmate Attempted Suicide | CCR SECTION / RULE ☒ N/A |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ Primary | (s) SGT Briseno | (v) Touloudjian (BC1293) |
| ☒ Responder | (s) C/O Medrano-Soto | |
| ☐ Witness | | |
| ☐ Camera | | |
| ☐ Victim | | |
| ☐ Other: | | |

| ☒ N/A | FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | | Projector: | #Deployed: |
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal. | | | ☐ 40 mm | | ☐ OC | | | |
| | ☐ .40 Cal. | | | ☐ L8 | | ☐ CN | | | |
| ☐ X-10 BRD w/ OC | ☐ 9mm | | | ☐ 40 mm Multi | | ☐ CS | | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | | |
| ☐ Non-Conventional or Force Not Listed Above: | | | | | | | | | |

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ Other: | ☐ YES ☒ NO |

**NARRATIVE:** On Sunday, January 21, 2018, at approximately 1346 hours, while working my post as HCA – D Sec Pat 2, via institutional radio a call for a code 1 response for a unresponsive inmate was made from the Correctional Treatment Center (CTC), for INMATE TOULOUDJIAN, A. (BC1293, Cell H-A-16). Over institutional radio a medical code 3 was made for an outside ambulance to be called. I responded to the CTC were I received instructions from Sergeant Briseno for myself and C/O Medrano-Soto to ride inside the SLO Ambulance Medical Transport. As the outside paramedics wheeled INMATE Touloudjian out to the ambulance, they asked for assistance. C/O O. Medrano Soto aided paramedics with the ambulatory-bag, at approximately 1432 we departed CTC. Once processed out of the institution Tower 7 sally port. The Slo Ambulance departed and continued in a Code 3 until we arrived at French Hospital ER, at approximately 1455. Inmate Touloudjian was subsequently admitted in ICU room 11, wherein I provided custody with C/O Medrano-Soto until approximately 2200 hours.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # / ID # 86206 / 1478167 | DATE 1/21/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) F. BRISENO SERGEANT | DATE RECEIVED 1-21-18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 1-21-18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001615

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE **1** Of **1**

| INCIDENT LOG NUMBER |
|---|
| CMC-HFAC-18-01-0032 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| MEDRANO SOTO | O. | J. | 1/21/2018 | 1346 HOURS |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 352011 | HCA-H INPAT A 1-MHCB | 1YRS. 2MO. | 1/21/2018 | CELL A-16 |

| RDO'S | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| TH/F | 1400-2200 | Attempted Suicide Inmate | | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ Primary | (S) Sgt. F. Briseno | (S) Touloudjian (BC1293) |
| ☒ Responder | (S) C/O J. Cavan | |
| ☐ Witness | (S) C/O D. Martinez | |
| ☐ Camera | | |
| ☐ Victim | | |
| ☒ Other | | |

☒ N/A   **FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE**

| ☐ Physical | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| ☐ X-10 BRD w/o OC | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD: | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ Other: | |

**NARRATIVE:** On Sunday, January 21, 2018 at approximately 1346 hours, a code one was initiated via institutional radio for an unresponsive inmate. Who was later identified as inmate, TOULOUDJIAN, A. (BC1293), At this time I was entering the Correctional Treatment Center (CTC) to report to my post as HCA-H INPAT A 1-MHCB officer, I was instructed by Sergeant (Sgt.) Briseno, F. to get myself prepared to go out on a Code 3 ambulance escort. I retrieved the hospital gear box out of the equipment room, at which this time Correctional Officer Cavan J., approached me to grab the mechanical waist restraints from the hospital gear box while I stood by for further instruction. It was at this time medical staff and the EMT's wheeled inmate Touloudjian on the gurney out to the ambulance. Once at the ambulance the EMT turned towards me and stated "If I tell you what to do would you be ok?" In return I stated "Yes", the EMT then instructed me on using the ambubag ventilating air to the inmate; I ventilated Touloudjian while transporting him from CTC to French hospital, Correctional Officer Martinez, D. sat to the right of me towards the front of the ambulance, upon arriving to the ER medical staff took over, this concludes my involvement with this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID # | DATE |
|---|---|---|---|
| *[signature]* | CORECCTIONAL OFFICER | 89759/14710049 | 1/21/2018 |

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| F. BRISENO SERGEANT *[signature]* | 1-24-18 | ☐ YES ☒ NO | ☒ YES ☐ NO | 1-21-18 |

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

AGO001616

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

| | | | |
|---|---|---|---|
| PAGE **1** | Of **1** | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 | |

| NAME: LAST MONTOYA | FIRST J. | | MI A. |
|---|---|---|---|

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: 02/11/2018     RETURN TO: CAPTAIN (A) S. WILHITE

**NARRATIVE:**

Officer Montoya the following is a clarification question regarding your 837-C Crime/Incident Report dated February 5, 2018, for incident CMC-HFAC-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. In your 837-C Crime/Incident Report you state, "After the remaining medical personnel exited Touloudjian's assigned cell, I secured the area as a crime scene, and took a series of evidentiary photographs, which are labeled IMG-4361 through IMG-4396." Upon completion of your evaluation of the incident site what was the conclusion of your evaluation? Was the area released from its initial establishment as a crime scene?

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) S. WILHITE | TITLE CAPTAIN (A) | REVIEWER SIGNATURE | DATE 2/8/2018 |
|---|---|---|---|

DISTRIBUTION: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001617

STATE OF CALIFORNIA

## CRIME / INCIDENT REPORT
## PART C1 - SUPPLEMENT
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE **1** Of **1**

INCIDENT LOG NUMBER
CMC-HFAC-18-01-0032

| NAME: LAST | FIRST | MI |
|---|---|---|
| MONTOYA | J | A |

TYPE OF INFORMATION:
☐ CONTINUATION OF REPORT   ☒ CLARIFICATION OF REPORT   ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

Q1. In your 837-C Crime/Incident Report you state, "After the remaining medical personnel exited Touloudjian's assigned cell, I secured the area as a crime scene, and took a series of evidentiary photographs, which are labeled IMG-4361 through IMG-4396." Upon completion of your evaluation of the incident site what was the conclusion of your evaluation? Was the area released from its initial establishment as a crime scene?

A1. Upon completion of the evidentiary photographs, the crime scene was released to the Correctional Treatment Center (CTC) custody staff. It should also be noted, based on my observations, it appeared there were no signs of foul play involved in the attempted suicide.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID # | DATE |
|---|---|---|---|
| | CORRECTIONAL OFFICER | 81608/14709636 | 2/12/2018 |

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| J. Hill Sgt | 2-12-18 | ☐ YES ☒ NO | ☒ YES ☐ NO | 2-12-18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001618

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | | | | INCIDENT LOG NUMBER |
|---|---|---|---|---|
| PAGE | 1 | Of | 1 | CMC-HFAC-18-01-0032 |

| NAME: LAST | FIRST | | MI. |
|---|---|---|---|
| MONTOYA | J. | | A. |

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: 02/21/2018        RETURN TO: CAPTAIN (A) S. WILHITE

**NARRATIVE:**

Officer Montoya the following are clarification questions regarding your 837-C Crime/Incident Report dated February 5, 2018, for incident CMC-HFAC-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1 Upon arrival at the CTC who apprised you of the incident?

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) | TITLE | REVIEWER SIGNATURE | DATE |
|---|---|---|---|
| S. WILHITE | CAPTAIN (A) | *[signature]* | 2/20/2018 |

DISTRIBUTION: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001619

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE **1** Of **1**

INCIDENT LOG NUMBER
CMC-HFAC-18-01-0032

| NAME: LAST | FIRST | MI |
|---|---|---|
| MONTOYA | J. | A. |

TYPE OF INFORMATION:
☐ CONTINUATION OF REPORT   ☒ CLARIFICATION OF REPORT   ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

Q1. Upon arrival at the CTC who apprised you of the incident?

A1. Upon arrival my arrival to the CTC I was briefed by Sergeant F. Briseno..

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID # | DATE |
|---|---|---|---|
| | CORRECTIONAL OFFICER | 81608/14709636 | 2/21/2018 |

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| J. Hill Sgt. | 2-21-18 | ☐ YES ☒ NO | ☒ YES ☐ NO | 2-21-18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001620

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE | **1** | Of | **4** | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|---|---|---|

| NAME: LAST MONTOYA | FIRST J. | MI A. | DATE OF INCIDENT 1/21/2018 | TIME OF INCIDENT 1346 |
|---|---|---|---|---|

| POST # 281910 | POSITION S ISU 10 | YEARS OF SERVICE 7YRS: 0MO. | DATE OF REPORT 2/5/2018 | LOCATION OF INCIDENT CMC FACILITY H, CELL A-016 |
|---|---|---|---|---|

| RDO'S F, S, H | DUTY HOURS 0730-1530 | DESCRIPTION OF CRIME / INCIDENT Attempted Suicide of Inmate | CCR SECTION / RULE ☒ N/A |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ Primary<br>☒ Responder<br>☐ Witness<br>☐ Camera<br>☐ Victim<br>☐ Other: | (S) SGT. F. BRISENO   2/2/18 06 JM | (V) TOULOUDJIAN, A. (BC1293) |

| ☒ N/A | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE |
|---|---|

| ☐ Physical:<br>☐ Hand-Held Baton<br>☐ X-10 BRD w/o OC<br>☐ X-10 BRD w/ OC | Lethal Weapons:<br>☐ Mini 14<br>☐ .38 Cal<br>☐ 40 Cal<br>☐ 9 mm<br>☐ Shotgun | Warning: | Effect: | Less Lethal Weapons:<br>☐ 37 mm<br>☐ 40 mm<br>☐ L8<br>☐ 40 mm Multi<br>☐ HFWRS | # Effect: | Chemical Agent:<br>☐ OC<br>☐ CN<br>☐ CS | Projector: | #Deployed: |
|---|---|---|---|---|---|---|---|---|

| ☐ Non-Conventional or Force Not Listed Above: |
|---|

| FORCE OBSERVED BY YOU | ☒ N/A  ☐ Physical  ☐ Hand-Held Baton  ☐ Chemical Agent  ☐ X-10  ☐ Less Lethal  ☐ Lethal  ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES<br><br>☐ NO | (38) digital photographs<br><br>☐ N/A | The (38) digital photographs were downloaded into the digital casefile regarding this incident. A copy of those photographs will be submitted in the form of a contact sheet and a CD-R with copies of all (38) photographs.<br>☐ N/A | ☐ YES<br><br>☒ NO | ☐ YES<br><br>☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES<br>☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY  ☒ N/A<br>☐ UNKNOWN<br>☐ Other: | ☐ YES<br>☒ NO |

**NARRATIVE:** On Sunday, January 21, 2018, at approximately 1346 hours, California Men's Colony (CMC) Correctional Treatment Center (CTC) staff observed Inmate TOULOUDJIAN, Alexandre (BC1293, H01A-016) unresponsive in his assigned cell of A-016. CTC staff initiated a Medical Code 1 via the CMC institutional radio system and began life saving measures. As a result, the Investigative Services Unit (ISU) was contacted at approximately 1400 hours and apprised of the attempted suicide.

I responded to the CTC, and upon my arrival, San Luis Obispo (SLO) Ambulance medical personnel were attending to TOULOUDJIAN, who appeared to be unconscious. Subsequently, TOULOUDJIAN was transported to French Medical Center via SLO Ambulance. After the remaining medical personnel exited TOULOUDJIAN's assigned cell, I secured the area as a crime scene, and took a series of thirty eight (38) evidentiary photographs, which are labeled IMG_4361 through IMG_4398.

IMG_4361 and IMG_4362 Depict the entrance to the CTC.

IMG_4363 Depicts an image of the CTC foyer area located just inside the entrance to the CTC.

IMG_4364 Depict the entrance to Housing Units A&B in CTC.

IMG_4365 Depicts the entrance to Housing Unit A.

☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # 81608/14709636 | DATE 2/5/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) J. Hill Sgt. | DATE RECEIVED 2-5-18 | CLARIFICATION NEEDED ☐ YES  ☒ NO | APPROVED ☒ YES  ☐ NO | DATE 2-5-18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001621

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT
PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE | 2 | Of | 4 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|---|---|---|

| NAME: LAST MONTOYA | FIRST J. | | MI A. |
|---|---|---|---|

**TYPE OF INFORMATION:**
☒ CONTINUATION OF REPORT ☐ CLARIFICATION OF REPORT ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

IMG_4366 Depicts the hallway located within Housing Unit A near the officers desk. The image also depicts the hallway leading toward cells A-013 through A-025.

IMG_4367 Depicts the entrance to the Housing Unit A cells A-013 through A-025.

IMG_4368 Depicts an overview of the entrance to Housing Unit A tier, cells A-013 through A-25.

IMG_4369 Depicts an overview image of the Housing Unit A tier, just inside the tier entrance.

IMG_4370 Depicts used medical supplies and clothing located near the entrance to cell A-016.

IMG_4371 Depicts the front of cell A-016.

IMG_4372 Depicts an overview image of blood located near the entrance to cell A-016.

IMG_4373 Depicts a close view image of clothing and used medical supplies located near the entrance to cell A-016.

IMG_4374 Depicts the front of cell A-016.

IMG_4375 Depicts an overview image of the blood smear located near the entrance to cell A-016.

IMG_4376 through IMG_4377 Depict a close view image of the blood smear located near the entrance to cell A-016.

IMG_4378 through IMG_4379 Depict cell A-016 with the cell door open.

IMG_4380 through IMG_4382 is a series of three (3) photographs, from right to left, as seen from the inside of cell A-016.

IMG_4383 Depicts an overview image of cell A-016, as seen from the rear portion of the cell.

IMG_4384 Depicts an image of a blood smear and clear plastic, located on the cell wall near the cell toilet.

IMG_4385 Depicts a close view image of the blood smear located near the cell toilet.

IMG_4386 through IMG_4389 is a series of three (3) photographs, depicting three blood smears in the area surrounding the cell mirror and toilet.

IMG_4390 Depicts a state issued paper cup with blood smears, located with the cell sink.

IMG_4391 Depicts the inside of the cell toilet.

IMG_4392 Depicts a close view image of the inside of the cell toilet which contained a bloody piece of tissue paper.

IMG_4393 Depicts an image of used medical supplies and food trays located in the interior corner of the cell near the cell toilet.

IMG_4394 Depicts a close view image of the used medical packing and food trays.

IMG_4395 Depicts an overview image of the cell, as seen from the back corner of the cell.

IMG_4396 Depicts used medical equipment and packaging located near the area in which TOULOUDJIAN was located.

IMG_4397 Depicts an overview image of a blood smear located on the interior cell wall near the entrance to the cell.

IMG_4398 Depicts a close view image of the blood smear located on the interior cell wall near the entrance to the cell.

Upon completion of the photographic documentation cell A-016, I relinquished control of the cell A-016 to CTC staff.

I downloaded the thirty eight (38) digital photographs into a digital casefile regarding this incident, and ended my immediate involvement in this matter.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # 81608/14709636 | DATE 2/5/2018 |
|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) J. Hill Sgt. | DATE RECEIVED 2-5-18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 2/5/18 |
|---|---|---|---|---|

AGO001622

PAGE 3 OF 4



IMG_4361   IMG_4362   IMG_4363   IMG_4364   IMG_4365

IMG_4366   IMG_4367   IMG_4368   IMG_4369   IMG_4370

IMG_4371   IMG_4372   IMG_4373   IMG_4374   IMG_4375

IMG_4376   IMG_4377   IMG_4378   IMG_4379   IMG_4380

IMG_4381   IMG_4382   IMG_4383   IMG_4384   IMG_4385

IMG_4386   IMG_4387   IMG_4388   IMG_4389   IMG_4390

IMG_4391   IMG_4392   IMG_4393   IMG_4394   IMG_4395

C/O J MONTOYA   2/5/18   CMC-HFAC-1B-01-0032

AGO001623

PAGE 4 of 4

  

IMG_4396          IMG_4397          IMG_4398

c/o J. MONTOYA  2/5/18     CMC-HFAC-18-01-0032

AGO001624

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE 1 Of 1 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|

| NAME: LAST MAHLER | FIRST C. | MI M. |
|---|---|---|

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: 02/11/2018     RETURN TO: CAPTAIN (A) S. WILHITE

**NARRATIVE:**

Registered Nurse Mahler the following are clarification questions regarding your written report for incident CMC-HFAC-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. In your Crime/Incident 837-C1 Supplement Report you state, "I applied the AMBU bag and either RN Widger or RN Welkum continued CPR, my focus was on the inmate." Prior to applying the AMBU Bag and administering rescue breaths was Touloudjian's airway/breathing checked? If so, describe what you saw/observed while checking Touloujians airway.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) S. WILHITE | TITLE CAPTAIN (A) | REVIEWER SIGNATURE | DATE 2/8/2018 |
|---|---|---|---|

DISTRIBUTION: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001625

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE 2 Of 3 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |

| NAME:   LAST   MAHLER | FIRST   CHRISTINA | MI   M |

| TYPE OF INFORMATION: |
| ☐ CONTINUATION OF REPORT | ☒ CLARIFICATION OF REPORT | ☐ ADDITIONAL INFORMATION |

**NARRATIVE:**

Q1. In your 837-C1 Supplement Report you state, " I applied the AMBU bag and either RN Widger or RN Weikum continued CPR , my focus was on the inmate, " Prior to applying the AMBU Bag and administering rescue breaths was Touloudjian's airway/breathing checked? If so, describe what you saw/observed while checking Touloudjian's airway.

A1. Before I applied the ambu bag I checked inside his mouth.  I did not see an obstruction.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF   *Christina Mahler* | TITLE   R.N. | BADGE # / ID #   1478927 | DATE   2/11/18 |
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE)   F. BRISENO  Lieutenant  SERGEANT | DATE RECEIVED   2-11-18 | CLARIFICATION NEEDED   ☐ YES  ☒ NO | APPROVED   ☒ YES  ☐ NO | DATE   2-11-18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001626

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE **1** Of **1**

INCIDENT LOG NUMBER
**CMC-HFAC-18-01-0032**

| NAME: LAST | FIRST | MI. |
|---|---|---|
| MAHLER | C. | M. |

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: __02/03/2018__   RETURN TO: __CAPTAIN (A) S. WILHITE__

**NARRATIVE:**

RN Mahler the following are clarification questions regarding your written report for Incident CMC-HFAC-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. In your Crime/Incident Report 837-C you state, "The inmate was unresponsive and not breathing and did not have a pulse." Who checked inmate TOULOUDJIANS vital signs and determined TOULOUDJIAN did not have a pulse?

Q2. In your Crime/Incident Report 837-C you state, "I yelled for custody staff. Custody staff responded and opened cell A-16." Who were the custody staff that responded and opened cell A-16?

Q3. In your Crime/Incident Report 837-C you state, "At approximately 1349 a Code 3 ambulance was requested." Who requested the code three ambulance?

Q4. Other reports indicate you requested a code two ERV response. Did you request a code two response from the ERV?

Q5. In your Crime/Incident Report 837-C you state, "Medical staff arrived and the Single Patient Use Resuscitator (AMBU bag was applied and CPR continued." Please identify the medical staff that arrived? Who applied the AMBU bag and who continued CPR?

Q6. In your Crime/Incident Report you state, "At approximately 1350 hours, I pulled intact plastic object from TOULOUDJIANS throat." Where you able to identify the plastic object pulled from TOULOUDJIANS throat? If so, please describe.

Q7. While the AED was connected to TOULOUDJIAN, at any time was shock advised? If so, was a shock delivered and what were the results.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) | TITLE | REVIEWER SIGNATURE | DATE |
|---|---|---|---|
| S. WILHITE | CAPTAIN (A) | | 1/30/2018 |

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

AGO001627

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

| PAGE **1** Of **1** | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |

| NAME: LAST MAHLER | FIRST C. | MI M. |

TYPE OF INFORMATION:
☐ CONTINUATION OF REPORT      ☒ CLARIFICATION OF REPORT      ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

Q1. In your Crime/Incident Report 837-C you state, "the inmate was unresponsive and not breathing and did not have a pulse." Who checked inmate TOULOUDJIANS vital signs and determined TOULOUDJIAN did not have a pulse?
A1. When I entered cell A-16 at approximately 1345 hours I checked TOULOUDJIAN'S pulse and he did not have a pulse.

Q2. In your Crime/Incident Report 837-C you state, "I yelled for custody staff. Custody staff responded and opened cell A-16". Who were the custody staff that responded and opened cell A-16?
A2. Officer J. Cavan and Officer S. Castillo.

Q3. In your Crime Incident Report 837-C you state, "At approximately 1349 a code 3 ambulance was requested". Who requested the code three ambulance?
A3. Officer Cavan.

Q4. Other reports indicate you requested a code two ERV response. Did you request a code two response from the ERV?
A4. I did not request a code two response.

Q5. In your Crime Incident report 837-C you state, "Medical staff arrived and the Single Patient Use Resuscitator (AMBU bag was applied and CPR continued". Please identify the medical staff that arrived? Who applied the AMBU bag and who continued CPR?
A5. RN Widger. I applied the AMBU bag and either RN Widger or RN Weikum continued CPR, my focus was on the inmate.

Q6. In your Crime Incident report 837-C you state, "At approximately 1350 hours, I pulled intact plastic object from TOULOUDJIANS throat." Were you able to identify the plastic object pulled from TOULOUDJIANS throat? If so, please describe?
A6. I saw a long plastic bag with contents I cannot identify what they were.

Q7. While the AED was connected to TOULOUDIJIAN, at any time was shock advised? If so, was a shock delivered and what were the results?
A7. Yes. One shock was advised and delivered. AED response prompt advised to continue CPR.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE REGISTERED NURSE | BADGE # / ID # ~~447827~~ 1477 8727 | DATE 2/2/2018 |

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) F. BRISENO   SERGEANT | DATE RECEIVED 2-2-18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 2-2-18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO0001628

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C2 – REVIEW NOTICE
CDCR 837-C2 (Rev. 10/15)

| | PAGE **1** Of **1** | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|---|

| NAME:  LAST MAHLER | FIRST C. | MI M. |
|---|---|---|

**Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:**

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY:  __2/28/18__     RETURN TO:  __M. ROCHA, ASSOCIATE WARDEN (A), HCA__

**NARRATIVE:** RN Mahler, the following is a clarification question regarding your written report for incident CMC-HFAC-18-01-0032. Rewrite the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. In your Crime/ Incident Report 837-C, you state, "At approximately 1350 I pulled intact plastic object from TOULOUDJIAN's throat."

When you removed the object from TOULOUDJIAN's throat, what did you do with it?

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) M. ROCHA | TITLE AW (A) | REVIEWER SIGNATURE | DATE 2/27/2018 |
|---|---|---|---|

DISTRIBUTION:   Original: Incident Package     Copy: Reporting Employee     Copy: Reviewing Supervisor

AGO001629

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| STATE OF CALIFORNIA **CRIME / INCIDENT REPORT PART C1 - SUPPLEMENT** CDCR 837-C1 (Rev. 10/15) | PAGE 1 Of 1 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 | |
|---|---|---|---|
| NAME: LAST MAHLER | FIRST CHRISTINA | | MI M |

| TYPE OF INFORMATION: | | |
|---|---|---|
| ☐ CONTINUATION OF REPORT | ☒ CLARIFICATION OF REPORT | ☐ ADDITIONAL INFORMATION |

**NARRATIVE:**

Q1. In your Crime/Incident Report 837-C, you state, " At approximately 1350 I pulled intact plastic object from TOULOUDIJIAN'S throat".

When you removed the object from TOULOUDIJAN'S throat, what did you do with it?

A1. I dropped the intact plastic object on a food tray with my right hand. Then I continued CPR per protocol.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE RN | BADGE # / ID # 1478927 | DATE 3/1/18 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) S. White | DATE RECEIVED 3/5/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 3/5/18 |

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

AGO001630

STATE OF CALIFORNIA      DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE 1 Of 1 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|

| NAME: LAST MAHLER | FIRST C. | MI M | DATE OF INCIDENT 1/21/2018 | TIME OF INCIDENT 1346 |
|---|---|---|---|---|

| POST # R006 | POSITION SUICIDE PRECAUTION NURSE | YEARS OF SERVICE YRS. 4 .MO.5 | DATE OF REPORT 1/21/2018 | LOCATION OF INCIDENT CELL A-016 |
|---|---|---|---|---|

| RDO'S TUES. WED | DUTY HOURS 0600-1400 | DESCRIPTION OF CRIME / INCIDENT ATTEMPTED SUICIDE INMATE | CCR SECTION / RULE ☒ N/A |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|
| ☒ Primary | (S) RN. K. Widger | (V) A. Touloudjian | BC1293 |
| ☐ Responder | | | |
| ☐ Witness | | | |
| ☐ Camera | | | |
| ☐ Victim | | | |
| ☐ Other: | | | |

| ☒ N/A | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☒ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ Other: | ☐ YES ☒ NO |

**NARRATIVE:**

On January 21st 2018 at approximately 1346 hours while I was working in the Mental Health Crisis bed unit as a suicide precaution nurse I came upon cell A-16. Housed in cell A-16 was Inmate TOULOUDJIAN, Alexandre (BC1293) who was lying on the ground unresponsive. I yelled for Custody staff. Custody staff responded and opened cell A-16. The Inmate was unresponsive and not breathing and did not have a pulse. I called for additional medical help and began CPR. Medical staff arrived and the Single-Patient Use Resuscitator (Ambu bag) was applied and CPR continued. At approximately 1349 Code 3 Ambulance was requested. At approximately 1350 hours I pulled intact plastic object from TOULOUDJIAN's throat. An AED was applied by RN Widger and CPR was continued per AED prompts. At 1402 Paramedics arrived and I gave a brief verbal of Inmates status. Paramedics assumed and directed medical care at this time. At approximately 1410 Inmate's breathing and heart rate resumed. .At approximately 1423 paramedics departed scene with Inmate gurney enroute to ambulance. This concludes my involvement and I resumed my post duties.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE REGISTERED NURSE | BADGE # / ID # 747827 1178927 | DATE 1/21/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) J. Bruno Sergent | DATE RECEIVED 1-21-18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 1-21-18 |

DISTRIBUTION: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001631

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE 1 Of 1 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|

| NAME: LAST TESFAYE | FIRST T. | MI A. |
|---|---|---|

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: _02/03/2018_     RETURN TO: _CAPTAIN (A) S. WILHITE_

**NARRATIVE:**

RN Tesfaye the following are clarification questions regarding your written report for incident CMC-HFAC-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. In your Crime/Incident Report 837-C you state, "As soon as I approached the cell A-16 I observed several nurses providing CPR on inmate TOULOUDJIAN." Please describe who was performing CPR on TOULOUDJIAN and specifically what you observed.

Q2. In your Crime/Incident Report 837-C You state you entered the cell and started to assist with chest compressions and ventilations, taking turns until the paramedics arrived. Who did you take turns with while performing chest compressions and ventilations?

Q3. In your Crime/Incident Report 837-C you state, "I continued with taking turns providing chest compressions and ventilations until the paramedics arrived." Did the paramedics continue with CPR? If not, why was CPR discontinued?

Q4. While the AED was connected to TOULOUDJIAN, at any time was shock advised? If so, was a shock delivered and what were the results.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) S. WILHITE | TITLE CAPTAIN (A) | REVIEWER SIGNATURE | DATE 1/30/2018 |
|---|---|---|---|

AGO001632

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT
PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE | 1 | Of | 1 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |

| NAME: LAST TESFAYE | FIRST T. | MI A. |

**TYPE OF INFORMATION:**
☐ CONTINUATION OF REPORT    ☒ CLARIFICATION OF REPORT    ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

Q1. In your Crime/Incident Report 837- C1 you state," As soon as I approached the cell A-16 I observed several nurses providing CPR on inmate Touloudjian". Please describe who was performing CPR on Touloudjian and specifically what you observed.
A1. RN Widger was doing chest compressions and RN Weikum was doing ventilations when I arrived on site.

Q2. In your Crime/Incident Report 837-C You state you entered the cell and started to assist with the chest compressions and ventilations until the paramedics arrived. Who did you take turns with while performing chest compressions and ventilations?
A2. For chest compressions took turn with RN Widger, Kim and for the ventilations took turn with RN Weikum, David.

Q3.In your Crime/Incident Report 837-C you state,"I continued with taking turns providing chest compressions and ventilations until the paramedics arrived." Did the paramedics continue with CPR? If not why was the CPR discontinued?
A3. After the paramedics arrived we continued with the CPR. And the CPR was stopped because the inmate started breathing and had a pulse.

Q4. While the AED was connected to inmate Touloudjian, at any time was shock advised? If so, was a shock delivered and what was the results?
A4. Yes shock was advised once and delivered. After the shock was delivered the advised was to continue CPR.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE RN | BADGE # / ID # 147.111.61 | DATE 02/01/2018 |
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 2/2/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 2/2/18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001633

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE 1 Of 1 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|

| NAME: LAST TESFAYE | FIRST T. | MI A. |
|---|---|---|

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: 02/11/2018      RETURN TO: CAPTAIN (A) S. WILHITE

**NARRATIVE:**

Registered Nurse Tesfaye the following are clarification questions regarding your Crime/Incident Report 837-C dated January 21, 2018 for CMC-HFAC-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. Other reports indicate an object was removed from Touloudjian's throat. Did you observe staff remove an object from Touloudjian's throat? If so, can you describe the item that was removed?

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) S. WILHITE | TITLE CAPTAIN (A) | REVIEWER SIGNATURE | DATE 2/8/2018 |
|---|---|---|---|

DISTRIBUTION:   Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

AGO001634

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE 2 Of 2 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|

| NAME: LAST TESFAYE | FIRST T. | MI A. |
|---|---|---|

**TYPE OF INFORMATION:**

☐ CONTINUATION OF REPORT      ☒ CLARIFICATION OF REPORT      ☐ ADDITIONAL INFORMATION

Q1. Other reports indicate an object was removed from Touloudjian's throat. Did you observe staff remove an object from Touloudjian's throat? If so, can you describe the item that was removed?

A1. Didn't not witnessed removal of object from the I/P Touloudjian throat. I was not in the cell at the time.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE RN | BADGE # / ID # 1047116 | DATE 02/13/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) S. Wilhite | DATE RECEIVED 2/13/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 2/13/18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001635

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE 1 Of 1 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|

| NAME: LAST TESFAYE | FIRST T. | MI A | DATE OF INCIDENT 1/21/2018 | TIME OF INCIDENT 1346 |
|---|---|---|---|---|

| POST # R010 | POSITION RN- SUICIDE PRECAUTION NURSE | YEARS OF SERVICE YRS. 10MO.6 | DATE OF REPORT 1/21/2018 | LOCATION OF INCIDENT A-16 |
|---|---|---|---|---|

| RDO'S S/M | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT ATTEMPTED SUICIDE BY INMATE | CCR SECTION / RULE N/A ☐ |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|
| ☐ Primary | | (V) A.TOULOUDJIAN | BC1293 |
| ☒ Responder | | | |
| ☐ Witness | | | |
| ☐ Camera | | | |
| ☐ Victim | | | |
| ☐ Other: | | | |

☒ N/A — FORCE USED BY YOU — TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ Other: | ☐ YES ☒ NO |

NARRATIVE:

On January 21, 2018 at approximately 1400 hours as I was coming in for my 3rd watch shift, I was informed is a medical code on the A side of CTC-MHCB. As soon as I approached cell A-16 I observed several nurses providing CPR on Inmate TOULOUDJIAN (BC1293). I entered the cell and started to assist with chest compressions and ventilations with the Single-Patient Use Resuscitator (AMBU Bag). I continued with taking turns providing chest compressions and ventilation until the paramedics arrived. At approximately 1423 hours the paramedics departed the cell with the inmate on the gurney to the ambulance. This concludes my involvement and I resumed my duties.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF T. Tesfaye | TITLE REGISTERED NURSE | BADGE #/ ID # 1471161 | DATE 1/21/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) D. Hitz | DATE RECEIVED 1/22/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 1/22/18 |

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

AGO001636

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

PAGE: **1**  Of  **1**

INCIDENT LOG NUMBER
CMC-HFAC-18-01-0032

| NAME: LAST WEIKUM | FIRST D. | MI S. | DATE OF INCIDENT 1/21/2018 | TIME OF INCIDENT 1346 |
|---|---|---|---|---|

| POST # N059 | POSITION REGISTERED NURSE B-Side Charge Nurse | YEARS OF SERVICE 10 YRS. 1 MO. | DATE OF REPORT 1/21/2018 | LOCATION OF INCIDENT CELL A-16 |
|---|---|---|---|---|

| RDO'S M/T | DUTY HOURS 0600-1400 | DESCRIPTION OF CRIME / INCIDENT ATTEMPTED SUICIDE INMATE | CCR SECTION / RULE ☐ N/A |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ Primary | (S) RN C. MAHLER | S-TOULOUDJIAN, A.          BC1293 |
| ☒ Responder | (S) RN K. WIDGER | |
| ☐ Witness | | |
| ☐ Camera | | |
| ☐ Victim | | |
| ☒ Other: | | |

☒ N/A — FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | # Deployed: |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | ☐ OC | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ CN | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm | | | ☐ 40 mm Multi | | | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A | ☐ Physical | ☐ Hand-Held Baton | ☐ Chemical Agent | ☐ X-10 | ☐ Less Lethal | ☐ Lethal | ☐ Non-Conventional |
|---|---|---|---|---|---|---|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☐ UNKNOWN ☐ Other: ☒ N/A | ☐ YES ☒ NO |

NARRATIVE:

On January 21, 2018 at approximately 1348 hours while working in the CTC-MHCB as B-Side Charge Nurse, I responded to a medical code at Cell A-16. Housed inside was inmate TOULOUDJIAN, ALEXANDRE BC1293. TOULOUDJIAN was lying unresponsive on the floor and CPR was in progress by RN Mahler and RN Widger. I assisted with giving chest compressions and providing ventilations using the AMBU bag. At approximately 1350 hours, a plastic bag was removed from TOULOUDJIAN'S oral airway by RN Mahler and AED pads were applied by RN Widger. CPR was continued following the voice prompts from the AED. At approximately 1402 hours, paramedics arrived on scene and directed medical care. At approximately 1410 hours, TOULOUDJIAN resumed spontaneous breathing and pulse. At approximately 1423 hours, Paramedics departed the cell with TOULOUDJIAN on the gurney and was then taken by ambulance to an outside hospital. This concludes my involvement and I then resumed my regular post duties in CTC-MHCB.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE REGISTERED NURSE | BADGE # / ID.# 14710951 | DATE 1/21/2018 |
|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) F. Briseno Sergeant | DATE RECEIVED 1-21-18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 1-21-18 |
|---|---|---|---|---|

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | | |
|---|---|---|
| PAGE **1** Of **1** | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 | |

| NAME: LAST WIDGER | FIRST K. | MI E. |
|---|---|---|

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: __02/03/2018__     RETURN TO: __CAPTAIN (A) S. WILHITE__

**NARRATIVE:**

RN Widger the following are clarification questions regarding your written report for incident CMC-HFAC-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. Other Crime/Incident Reports 837-C indicate you applied the Automated External Defibrillator (AED). Did you apply the AED?

Q2. While the AED was connected to TOULOUDJIAN, at any time was shock advised? If so, was a shock delivered and what were the results.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) S. WILHITE | TITLE CAPTAIN (A) | REVIEWER SIGNATURE | DATE 1/30/2018 |
|---|---|---|---|

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001638

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | |
|---|---|
| PAGE **1** Of **1** | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |

| LAST WIDGER | FIRST K. | MI E. |
|---|---|---|

**TYPE OF INFORMATION:**
☐ CONTINUATION OF REPORT   ☒ CLARIFICATION OF REPORT   ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

Q1. Other Crime/Incident Report 837-C1 indicate you applied the Automated External Defibrillator (AED). Did you apply the AED?

A1. Yes I did.

Q2. While the AED was connected to Touloudjian, at any time was shock advised? If so, was a shock delivered and what were the results?

A2. Yes, a shock was advised and delivered once. After shock was given, AED prompts were followed, until heart rate and spontaneous breathing was resumed.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C1

| SIGNATURE OF REPORTING STAFF | TITLE REGISTERED NURSE | BADGE # / ID # 14710521 | DATE 2/3/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 2/3/18 | CLARIFICATION NEEDED ☐ YES  ☒ NO | APPROVED ☒ YES  ☐ NO | DATE 2/3/18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001639

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE 1 Of 1

| INCIDENT LOG NUMBER |
| CMC-HFAC-18-01-0032 |

| NAME:  LAST | FIRST | MI |
| WIDGER | K. | E. |

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY:  02/11/2018     RETURN TO:  CAPTAIN (A) S. WILHITE

**NARRATIVE:**

Registered Nurse Widger the following is a clarification question regarding your Crime/Incident Report 837-C dated January 21, 2018 for CMC-HFAC-18-01-0032. Re-write the question and answer on a CDCR 837-C1 Supplement as a Clarification of Report and return by the date listed above.

Q1. In your Crime/Incident Report 837-C you state, "There was no pulse, so CPR was immediately started, ambu bag applied."

Who started CPR? Who applied the AMBU Bag?

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) | TITLE | REVIEWER SIGNATURE | DATE |
| S. WILHITE | CAPTAIN (A) | | 2/8/2018 |

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001640

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

| PAGE | 1 | Of | 1 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |

| LAST WIDGER | FIRST K. | | MI E. |

**TYPE OF INFORMATION:**
☐ CONTINUATION OF REPORT    ☒ CLARIFICATION OF REPORT    ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

Q1. In your Crime/Incident Report 837-C1 you state, "There was no pulse, so CPR was immediately started, ambu bag applied." Who started CPR? Who applied the AMBU Bag?

A1. I began chest compressions. Mahler applied Ambu bag, Welkum also helped with Ambu bag during CPR. Due to the nature of the incident, this is what I recall.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C1

| SIGNATURE OF REPORTING STAFF | TITLE REGISTERED NURSE | BADGE # / ID # 14710521 | DATE 2/10/2018 |
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) S. Wilson | DATE RECEIVED 2/11/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 2/12/18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001641

STATE OF CALIFORNIA

DE____MENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (Rev. 10/15)

| PAGE 1 Of 1 | INCIDENT LOG NUMBER CMC-HFAC-18-01-0032 |
|---|---|

| NAME: LAST WIDGER | FIRST K. | MI E. | 1-21-2018 *Date of incident* | TIME OF INCIDENT 1346 |
|---|---|---|---|---|

| POS N053 | POSITION RN | YEARS OF SERVICE YRS.10 .MO. | DATE OF REPORT 1/21/2018 | LOCATION OF INCIDENT A-016 |
|---|---|---|---|---|

| RDO'S TH, FR | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT Attempted Suicide Inmate | CCR SECTION / RULE ☒ N/A |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|
| ☐ Primary | RN Mahler, C. -S | A.Touloudijan -S v | BC1293 |
| ☒ Responder | | | |
| ☐ Witness | | | |
| ☐ Camera | | | |
| ☐ Victim | | | |
| ☐ Other: | | | |

| ☒ N/A | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

| ☐ Non-Conventional or Force Not Listed Above: |
|---|

| FORCE OBSERVED BY YOU | ☒ N/A  ☐ Physical  ☐ Hand-Held Baton  ☐ Chemical Agent  ☐ X-10  ☐ Less Lethal  ☐ Lethal  ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☐ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☐ NO | | | ☐ UNKNOWN | ☒ NO |
| | ☒ N/A | ☒ N/A | ☐ Other: | |

NARRATIVE:

On January 21, 2018 at approximately 1346 while I was arriving to my post in the Mental Health Crisis bed unit as a Primary RN, I heard a call for help and a call for a nurse. I responded to cell A-16 , Inmate TOULOUDIJAN, Alexandre, CDCR #BC1293. He was lying face up on his cell floor, unresponsive, bluish skin tone, and both hands were blue, no spontaneous respirations. I immediately called for someone to call the ambulance. There was no pulse, so CPR was immediately started, ambu bag applied. At approximately 1349 Code 3 was called. At approximately 1350 RN Mahler removed foreign object from airway. CPR continued, good chest rise resumed with ambu bag, AED applied to inmate's chest walls. CPR was continued according to AED prompts. At approximately 1402 Paramedics arrived. Report given to paramedics and they directed care at this time. At approximately 1410 breathing and heart rate resumed. At approximately 1423 paramedics departed scene with inmate on gurney enroute to ambulance. This concludes my involvement and I resumed my post duties.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE RN | BADGE # / ID # 14710521 | DATE 1/21/18 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) F. Belisario Sergeant | DATE RECEIVED 1-21-18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 1-21-18 |

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001642

## Emergency Medical Response Event Checklist

| Type of Event: | Drill ☐ | Emergency Care ☒ | Urgent Care ☐ | Non Urgent ☐ |
|---|---|---|---|---|

CDCR#:  BC1293   Name: Touloudjian, Alexandre

Date of Event: 01-21-2018      *Time: 1345*        *Suicide Entent*

Location of Event: CTC MHCB A-16                     *Dead 1/21/18 @ 0945*

CPR in progress possible suicide attempt

Initial reviewer/Staff conducting drill: Mahler RN, Widger RN, Keliner SRNII

| | | Time | Yes | No | Not Applicable | |
|---|---|---|---|---|---|---|
| 1 | Alarm sounded by discovering staff (note actual time)? | 1345 | x | | | |
| 2 | General nature of emergency communicated to medical staff? | | | | x | |
| 3 | First Aid including CPR initiated by first responder (note actual time)? | 1345 | x | | | |
| 4 | Medical staff responded with equipped man down bag (note actual time of arrival)? | 1345 | x | | | |
| 5 | Patient moved prior to arrival of health care staff?    If yes why? | | | | x | |
| 6 | First Responder Data Collection Tool completed? | | | | x | |
| 7 | RN or provider has contact with patient or communicates with first responder at scene within 8 minutes of alarm (note actual time)? | | | | x | |
| 8 | Additional health care staff requested? | | | | x | |
| 9 | Transporting of inmate was timely?                Method of transportation? Transported to?  ☐TTA ☐ EMS ☐ Other | | | | x | |
| 10 | TTA staff given report by medical responder (note actual time)? | | | | x | |
| 11 | Assessment completed in TTA (note actual time)? | | | | x | |
| 12 | Provider notified (note actual time)? | 1355 | x | | | |
| 13 | Provider responded (note actual time)? | 1416 | x | | | |
| 14 | Documentation complete? | | x | | | |
| 15 | EMS called without unnecessary delay? | | x | | | |
| 16 | Transportation team ready when EMS arrives? | | x | | | |
| 17 | Written or verbal report given to EMS / ER? | 1436 | x | | | |
| 18 | EMS arrives to patient location without delay (note actual time) | 1400 | x | | | |
| 19 | EMS leaves the final sally port without delay (note actual time) | 1435 | x | | | |
| **Clinical Review:** | | Date: | | | | |
| 1 | RN or provider disposition decision appropriate | | x | | | |
| 2 | Policies and procedures followed | | x | | | |
| 3 | Method of transporting of inmate was appropriate | | x | | | |
| 4 | Adherence to RN Protocol | | x | | | |
| 5 | TTA equipment and supplies present | | X | | ⊗ | |
| 6 | Adherence to policies and procedures in the TTA | | X | | ⊗ | |

**Summary of Event (Include discussion of system or process errors or departures from above indicators from the standard of care)**
**Continue on additional pages if necessary.**

E. Spring, M.D., CPCS

1



TOULOUDJIAN, ALEXANDRE PIERRE

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

TOULOUDJIAN, ALEXANDRE PIERRE

444059ND4        A32507005        01/27/93

AGO001644

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

DEATH

1 27 18

CA440450C
CA MENS COLONY W FAC
SAN LUIS OBISPO, CA

FRANCE

UNITED STATES

R.W. SHANNON

BC 1293

AGO001645

TOULOUDJIAN, ALEXANDRE PIERRE

821 68 4654

TOULOUDJIAN, ALEXANDRE PIERRE

A325 07005

444 05 9 NP4

01/27/93

M   OTH   5'8"   157   BRN   BRN

AGO001646

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV  26306

CA040045C
CA MENS COLONY W FAC
SAN LUIS OBISPO, CA

FRANCE                    UNITED STATES

R.W. SHANNON        BC 1293

AGO001647

AGO001648

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTIC... FORMATION SERVICES DIVISION, CLARKS... G, WV 26306

DEATH

1 27 18

CARDEDEC
CARMEL COLONY BY FAC
SAN LUIS OBISPO, CA

FRANCE

UNITED STATES

R.W. SHANNON

BC 1293

AGO001649

LEAVE BLANK

CRIMINAL

TOULOUDJIAN, ALEXANDRE PIERRE

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

TOULOUDJIAN, ALEXANDRE PIERRE

01/27/93   M   OTH   5'8"   157   BRN   BRN

TOULOUDJIAN, ALEXANDRE PIERRE

A3250700 5

444059 ND4

AGO001650

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

FRANCE

UNITED STATES

CANADA/SSC
CA MENS COLONY W-FAC
SAN LUIS OBISPO, CA

R W SHERMAN

BC 1293

AGO001651

State of California                                                                              Department of Corrections and Rehabilitation

# Memorandum

Date:   February 4, 2018

To:     S. Wilhite
        Health Care Access Captain (A)
        California Men's Colony

Subject:  **ON THE JOB TRAINING FOR INMATE DEATH-PHOTOGRAPH EVIDENCE**

On February 4, 2018, training was given to Correctional Sergeant R. Cohen on inmate
death photograph evidence. Sergeant Cohen took three (3) frontal, three (3) right side,
and three (3) left side pictures of a deceased inmate for a total of nine (9) pictures. The
required photographs are four (4) frontal pictures and two (2) side pictures. Sergeant
Cohen and I reviewed DOM supplement CMC 51070 and gave him the expectations of
the needed photographs. Sergeant Cohen was receptive and acknowledged the error.

M. Fernandez
Correctional Lieutenant
California Men's Colony

CDC 1617 (07/06)

AGO001652

STATE OF CALIFORNIA

**TRAINING PARTICIPATION SIGN-IN SHEET**

CDCR 844 (Rev. 06/14)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| TITLE Inmate Death - Photograph Evidence (DOM 51070) | TIME 1400 - 1430 | DATE 2/4/15 |
| --- | --- | --- |

| AUDIENCE Custody | INSTRUCTOR M. Fernandez | LENGTH (IN HOURS) .5 | LOCATION East watch |
| --- | --- | --- | --- |

BET ID (list all applicable) 11054132

| | PERSONNEL NUMBER (PERNR) | PRINT FULL NAME (LAST, FIRST) | WORK CLASS | TODAY'S WORK HOURS | CLASS | | MEAL BREAK Y or N. | OVER TIME HOURS | SIGNATURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | IN | OUT | | | |
| 1 | 17908 | COHON R | SCII | 1400-2200 | 1400 | 1430 | N | N | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |

ALL COLUMNS MUST BE COMPLETED

INSTRUCTOR'S SIGNATURE

PERNR 38570

AGO001653

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## MEMORANDUM

*Weekends, holidays, and after hours the memorandum shall be completed by the House Supervisor.

**Date:** __January 29, 2018__

**To:** **Warden and CEO-Health Care, CMC**

**Subject:** **Death of Patient/Inmate**

Patient/Inmate Name: __Touloudjian, Alexandre P.__          CDCR#: __BC1293__
                        Last            First            M.I.

Date of Death __~~01/26/2018~~ error~~HR~~     Time of Death __09:45__     Place of Death: __French Hospital, San Luis Obispo__
                    ( error HR
                    1/27/2018

| Yes | No | Contacts and Notifications | Date | Time |
|-----|-----|---------------------------|------|------|
| ✓ | | Complete EHRS PowerForm Initial Inmate Death Report, print out and walk it to the CME office along with this memo. (During EHRS downtown use Form 7229A) | 1/29/18 | 11:35 |
| N/A | | Complete the Dr. Worksheet and walk the original to the CME office (After hours place in the CME mailbox in the East Clinic) | done at French | |
| ✓ | ~~N/A~~ | Contact Watch Commander at extension 7904 | already notified | |
| ✓ | | Walk a copy of this memo to the Watch Office. | 1/29/18 | 11:55 |
| N/A | | Call the Coroner at 805-781-4513 | done per French | |
| ✓ | | In case of suspected suicide contact POD (599-0269) | already done | |
| N/A | | Directed to inform funeral director that decedent suffered from indicated reportable diseases:<br>☐ HIV/AIDS ☐ Hepatitis C ☐ Coccidioidomycosis ☐ Active TB<br>☐ Other Reportable Disease | done per French Hospital | |

Medical Checklist for Mortuary: Battery Powered or Radioactive Implants
Present   Absent   Unknown
  O      O      O      Pacemaker, implanted defibrillator, implanted pumps or any implanted battery powered device
  O      O      O      Radioactive implant

```
In the event of a death possibly meeting Adverse Event or Unusual Occurrence criteria,
please follow Policy and Procedure 14-0004 CMC Adverse Events and Unusual Occurrences
```

J. Haar, MD
Chief Medical Executive, CMC

**Initial distribution on the day of death:**
· A printed copy of the EHRS PowerForm, Initial Inmate Death Report, Dr. Worksheet and the original of this Memo shall be to be walked immediately to CME office (if after hours, place in the CME Mailbox located in the East Clinic)
· Copy of memo (without the Initial Inmate Death Report) shall be walked immediately to the Watch office.

CMC Rev: 1/2016, 12/2017          ATTACHMENT B to 14-0007 Death Reporting

State of California

**DEATH IN CUSTODY REPORTING FORM**

BCIA 713 (rev 11/05)

Department of Justice

☑ ORIGINAL   ☐ AMENDMENT

**DOJ USE ONLY**

RECORD KEY

**AGENCY TYPE**
☐ Police
☐ Sheriff
☐ Probation
☐ State
☐ Other Local

AGENCY NCIC NUMBER

COUNTY

**DOJ USE ONLY**

**CUSTODY OFFENSE**

Injury to Elder GBI

**DATE OF DEATH**

1 / 27 / 2018
MM   DD   YYYY

**CII NUMBER**

A32507005

**GENDER**
☑ Male
☐ Female

**SUBJECT NAME**

Touloudjian, Alexandre P.
Last                    First                    Middle

**DATE OF BIRTH**

1 / 27 / 1993
MM   DD   YYYY

**RACE/ETHNICITY** (Check One)
☐ Other Asian        ☐ Korean
☐ Black              ☐ Laotian
☐ Chinese            ☑ Other
☐ Cambodian          ☐ Pacific Islander
☐ Filipino           ☐ Samoan
☐ Guamanian          ☐ Hawaiian
☐ Hispanic           ☐ Vietnamese
☐ American Indian    ☐ White
☐ Japanese           ☐ Asian Indian

**CUSTODY STATUS**
(Check One)
☐ Process of Arrest
☐ In Transit
☐ Awaiting Booking
☐ Booked - No Charges Filed
☐ Booked - Awaiting Trial
☐ Sentenced
☐ Out to Court
☑ Other

**CUSTODIAL RESPONSIBILITY AT TIME OF DEATH**
(Check One)
☐ Process of Arrest
☐ City Jail
☐ County Jail
☐ Adult Camp or Ranch
☐ Local Juvenile Facility/Camp
☑ Adult Operations and Adult Programs (formerly CDC)
☐ Division of Juvenile Justice (formerly CYA)
☐ State Hospital
☐ Other

**LOCATION WHERE CAUSE OF DEATH OCCURRED**
(Check One)
☐ Not Applicable (Natural)
☐ Crime/Arrest Scene
☐ Facility -- Administrative
☐ Facility -- Booking
☐ Facility -- Living
☐ Facility -- Common
☐ Facility -- Holding
☐ Facility -- Medical Treatment
☑ Other

**FACILITY OF DEATH**
(Check One)
☐ Crime/Arrest Scene
☑ Local Hospital
☐ City Jail
☐ County Jail
☐ Adult Camp or Ranch
☐ Local Juvenile Facility/Camp
☐ Adult Operations and Adult Programs (formerly CDC)
☐ Division of Juvenile Justice (formerly CYA)
☐ State Hospital
☐ Other

**MANNER OF DEATH**
(Check One)
☐ Pending Investigation
☐ Natural
☐ Accidental -- Injury to Self
☐ Accidental -- Injury by Other
☑ Suicide
☐ Homicide Willful (Law Enforcement Staff)
☐ Homicide Willful (Other Inmate)
☐ Homicide Justified (Law Enforcement Staff)
☐ Homicide Justified (Other Inmate)
☐ Execution
☐ Cannot Be Determined
☐ Other

**MEANS OF DEATH**
(Check One)
☐ Pending Investigation
☐ Not Applicable (Natural)
☐ Handgun
☐ Rifle/Shotgun
☐ Club, Blunt Instrument
☐ Hands, Feet, Fists
☐ Knife, Cutting Instrument
☐ Hanging, Strangulation
☐ Alcohol/Drug Overdose
☐ Execution: Lethal Gas/Injection
☐ Cannot Be Determined
☑ Other

**DATA SUPPLIED BY** (Please print the following information):

Name: M. FERNANDEZ                    Title: Correctional Lieutenant

Agency: California Department of Corrections        Telephone: (805) 547-7904

Address: highway 1, San Luis Obispo CA  93422

Send completed form to: Department of Justice
Criminal Justice Statistics Center
P.O. Box 903427
Sacramento, CA  94203-4270
Facsimile: (916) 227-0427 or 227-3561
Telephone: (916) 227-3545

AGO001655

WHITE - - - Records Office
GREEN - - - Control
CANARY - - Gate
PINK - - - - Transport
GOLDNRD R&R/Watch Office

State of California—Department of Corrections

**BODY RECEIPT**

OUT: _____
X IN: 1638

FRENCH HOSPITAL (SLO) Date: 1-27-18 MMF

I have this date received from: Sierra Vista Community Hospital

TO California Men's Colony

Person Received: Touloudjian, Alexandre BC-1293 Room: ICU #11

Received from Court: _____ Returned from Escape: _____ Returned from Other: _____

Property: _____

Cash: _____

The above listed is all the property and cash I had in my possession.

Person Received: Touloudjian, A

On RM FOWLOS

R. LINN, SLO CORONERS OFFICE
Receiving Officer
Releasing Officer
Institution: LMC

CMC-RR-001 (11/99) 0510

---

State of California—Department of Corrections

**BODY RECEIPT**

OUT: 1420 HR
1639 Hrs SVCH

Date 1-27-18

I have this date received from:

CALIFORNIA MEN'S COLONY TO SLO CORONERS OFFICE
Person Received TOULOUDJIAN, ALEXANDRE (BC1293) (DEATH)

Received from Court _____ Returned from Escape _____ Returned from Other _____

Property _____

Cash _____

The above listed is all the property and cash I had in my possession.

RELEASING OFFICER
X _____

Person Received TOULOUDJIAN, A.
(DET.) R. LINN
(Receiving Officer)
Institution SLO SHERRIF CORONERS OFFICE

CDC-0123 (3/97)

AGO001656

STATE OF CALIFORNIA

# CRIME / INCIDENT REPORT
## PART A - COVER SHEET
CDCR 837-A (Rev. 10/15)

| | |
|---|---|
| PAGE 1 Of 6 | |

| INCIDENT LOG NUMBER | INCIDENT DATE | INCIDENT TIME |
|---|---|---|
| CMC-HCA-18-01-0042A1 | 01/27/2018 | 09:45 |

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | PROGRAM | AD SEG. | USE OF FORCE |
|---|---|---|---|---|---|---|---|
| CMC | HCA - Hospital | LEVEL III | OUTSIDE HOSPITAL | FRENCH HOSPITAL | OHTU | N/A | ☐ Yes ☑ No |

SPECIFIC CRIME / INCIDENT
Death in Custody

☐ CCR ☐ PC ☑ N/A   NUMBER / SUBSECTION

| D.A. REFERRAL ELIGIBLE | CRISIS RESPONSE TEAM ACTIVATED | MUTUAL AID | PIO / AA NOTIFIED |
|---|---|---|---|
| ☐ Yes ☑ No | ☐ Yes ☑ No | ☐ Yes ☑ No | ☑ Yes ☐ No |

| DEATH AND CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY |
|---|---|---|
| ☐ N/A | ☑ N/A | ☑ N/A |
| 1. Subject of Death Report: INMATE, Cause of Death: SUICIDE | | |

| SERIOUS BODILY INJURY | INMATE WEAPONS | FORCE USED |
|---|---|---|
| ☐ N/A | ☑ N/A | ☑ N/A |
| 1. Committed On: INMATE | | |

| ESCAPES | | |
|---|---|---|
| ☑ N/A | | |

| CONTROLLED SUBSTANCE | WEIGHT / In Grams | EXTRACTION | EXCEPTIONAL ACTIVITY |
|---|---|---|---|
| ☑ N/A | | ☑ N/A | ☑ N/A |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES)
On Saturday, January 27, 2018, at approximately 0945 hours, Inmate TOULOUDJIAN BC1293 was pronounced deceased at French Community Hospital (FCH).

COMPLETE SYNOPSIS / SUMMARY ON CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| M. FERNANDEZ | CORRECTIONAL LIEUTENANT | 14711300 | 75724 |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. INCIDENT SITE | DATE |
|---|---|---|
| | 7904 | 2/4/2018 |

| NAME OF WARDEN / AOD (PRINT / SIGN) | TITLE | DATE |
|---|---|---|
| J. GASTELO | WARDEN | |

AGO001657

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## CRIME / INCIDENT REPORT
## PART A1 - SUPPLEMENT
CDCR 837-A1 (Rev. 10/15)

| | PAGE 2 Of 6 | INCIDENT LOG NUMBER CMC-HCA-18-01-0042A1 |
|---|---|---|

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| CMC | HCA - HOSPITAL | 01/27/2018 | 09:45 |

| TYPE OF INFORMATION: | | | |
|---|---|---|---|
| ☐ SYNOPSIS OF INCIDENT | ☐ SUPPLEMENTAL INFORMATION | ☑ AMENDED INFORMATION | ☐ CLOSURE REPORT |

This report is a synopsis of written reports submitted by involved staff. A more detailed account will be given by each involved employee's individual CDCR 837-C Crime/Incident Report.

On January 27, 2018, at approximately 1100 hours, Officer R. Shannon was informed Inmate Touloudjian, Alexandre (BC1293) was pronounced brain dead at French Community Hospital (FCH) in the Intensive Care Unit room #11. Officer R. Shannon requested the name of the Medical Doctor making the determination and the time of death. Officer Shannon was told FCH M.D. R. Patel pronounced Touloudjian brain dead after Touloudjian succumbed to an Anoxic brain injury at 0945 hours. Due to, Touloudjian remaining on life support, Senior Registered Nurse (SRN) II T. Nettleton informed the Medical Officer of the Day Dr. Ward and with Lieutenant M. Fernandez, were awaiting further information if time of death was definite due to necessitating two (2) medical doctors to pronounce time of death when brain activity is not present. Life saving measures was not initiated due to Touloudjian remaining on life support for his organs to be donated. Sheriff's Department Coroner Detective Roy Linn contacted Lieutenant Fernandez at approximately 1400 hours stating he received confirmation of Touloudjian determination of deceased. Detective Linn states this is an unusual situation since two (2) medical doctors need to pronounce the inmate/patient brain dead before establishing death. Detective Linn informed Lieutenant Fernandez and SRN Nettleton that Dr. T. Vendenga pronounced Touloudjian brain dead on January 26, 2018, at approximately 1825 hours. CMC was not notified of this decision. Detective Linn stated the second determination of Dr. Patel noting no brain activity of Touloudjian was the final determination of declaring him deceased even though Touloudjian was kept alive through an artificial respirator. Sergeant R. Cohen responded from the California Men's Colony to FCH where Officers R. Shannon and R. Fowlds where assigned medical guard duty of Touloudjian. At 1420 hours, Detective Linn took possession of the deceased and the remains of the deceased departed with the Donor Network West Company at the direction of the Coroner Detective Linn.

ALARMS:
Not Applicable

SUSPECT(S):
Not Applicable

VICTIM:
Touloudjian, Alexandre (BC1293)

USE OF FORCE:
No force was used as a result of this incident

ESCORTS:
Officers R. Shannon and R. M. Fowlds were assigned medical guard duty of Touloudjian at FCH.

CRIME SCENE / EVIDENCE:
Correctional Sergeant R. Cohen collected nine (9) photographs, three (3) front and six (6) side photos with a placard bearing Inmate Touloudjian's name, CDCR number and date of death. Six (6) fingerprint cards (FBI Form FD-249) were processed of inmate Touloudjian's fingerprints. Two (2) fingerprint cards were forwarded to CMC Business Services Offices.

TEMPORARY HOLDING CELLS:
No Temporary Holding Cells were utilized in association with this incident.

MEDICAL/ MENTAL HEALTH EVALUATION/ TREATMENT:
The cause of death as reported by FCH M.D. Vendenga and Patel were noted as Anoxic Brain Injury. Life saving measures were not initiated by FCH Medical Staff as Touloudjian was placed in life support to harvest his organs.

☑ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) M. FERNANDEZ | TITLE CORRECTIONAL LIEUTENANT | ID # 14711300 | BADGE # 75724 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE 7904 | DATE 2/4/2018 |
| NAME OF WARDEN / AOD (PRINT / SIGN) J. GASTELO | | TITLE WARDEN | DATE |

AGO001658

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDCR 837-A1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | | | |
|---|---|---|---|
| | | PAGE 3 Of 6 | INCIDENT LOG NUMBER CMC-HCA-18-01-0042A1 |

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| CMC | HCA - HOSPITAL | 01/27/2018 | 09:45 |

TYPE OF INFORMATION:

☐ SYNOPSIS OF INCIDENT    ☐ SUPPLEMENTAL INFORMATION    ☑ AMENDED INFORMATION    ☐ CLOSURE REPORT

SECURITY THREAT GROUP RELATED:
This incident is not Security Threat Group related.

CONCLUSION:
On January 27, 2018, Coroner Detective R. Linn took possession of the remains of the deceased at approximately 1420 hours. Coroner R. Linn stated an autopsy will not be conducted due to harvesting Touloudjian's organs. All required follow up reports, including an Inmate Report of Death (CDCR 7229) and Death in Custody Report (BCIA 713) were submitted by appropriate staff.

NOTIFICATIONS:
First pronouncement of no brain activity was on January 26, 2018, at approximately 1825 hours by FCH M. D. T. Vendenga. CMC was not notified until January 27, 2018 at approximately 1400 hours

The following events occurred on January 27, 2018:

0945 hours, second and final pronouncement of no brain activity of Inmate Touloudjian determined by FCH M.D. R. Patel.

1100 hours, California Men's Colony Watch Commander Lieutenant M. Fernandez was informed by Officer Shannon of Inmate Touloudjian was pronounced brain dead by Dr. Patel.

1100 hours, California Men's Colony Administrative Officer of the Day (AOD) F. Shaw apprised of Touloudjian's passing.

1106 hours, Office of the Inspector General (OIG) P. Hayashida contacted and apprised by Lieutenant M. Fernandez.

1117 hours, California Men's Colony Warden, Health Care Access Captain, Health Care Access Associate Warden, ISU Lieutenant were contacted via email

1120 hours, Senior Registered Nurse (SRN) T. Nettleton was apprised of Touloudjian's condition and reported to the Physician on Duty and the Medical Officer of the Day.

1130 hours, the San Luis Obispo Sheriffs Coroner was contacted by Lieutenant M. Fernandez.

1140 hours, SRN T. Nettleton contacted French Hospital (I.C.U.) to complete the CDCR 7229 form and spoke to Registered Nurse (RN) Robin Rader.

1400 hours, San Luis Obispo County Sheriff Department Coroner Detective R. Linn arrived at French Community Hospital.

1420 hours, San Luis Obispo County Sheriff Department Coroner Detective R. Linn notified Lieutenant M. Fernandez they will not be conducting an autopsy, took possession of the remains, and subsequently released the remains to the Organ Donor Network.

On January 27, 2018, at approximately 1500 Hours Next of Kin (NOK) notification was made by Incident Commander Lieutenant M. Fernandez via telephone to Sophie Touloudjian who was listed as Touloudjian's NOK in Touloudjian's Strategic Offender Management System (SOMS) file.

1533 hours, California Men's Colony Administrative Officer of the Day (AOD) F. Shaw contacted the Departmental

☑ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) M. FERNANDEZ | TITLE CORRECTIONAL LIEUTENANT | ID # 14711300 | BADGE # 75724 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE 7904 | DATE 2/4/2018 |
| NAME OF WARDEN / AOD (PRINT / SIGN) J. GASTELO | | TITLE WARDEN | DATE AGO001659 |

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDCR 837-A1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE 4 Of 6 | INCIDENT LOG NUMBER<br>CMC-HCA-18-01-0042A1 |
|---|---|

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| CMC | HCA - HOSPITAL | 01/27/2018 | 09:45 |

TYPE OF INFORMATION:

☐ SYNOPSIS OF INCIDENT   ☐ SUPPLEMENTAL INFORMATION   ☑ AMENDED INFORMATION   ☐ CLOSURE REPORT

AOD and CMC's Warden of Touloudjian's confirmation of deceased.

.The Current Amendment Record Number is CMC-HCA-18-01-0042A1 Created on 02/04/2018'
minor grammatical changes.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE)<br>M. FERNANDEZ | TITLE<br>CORRECTIONAL LIEUTENANT | ID #<br>14711300 | BADGE #<br>75724 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE<br>7904 | DATE<br>2/4/2018 |
| NAME OF WARDEN / AOD (PRINT / SIGN)<br>J. GASTELO | | TITLE<br>WARDEN | DATE |

AGO001660

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART B1 - INMATE**
CDCR 837-B1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE 4 Of 6

| INSTITUTION | FACILITY | | | INCIDENT LOG NUMBER | | |
|---|---|---|---|---|---|---|
| CMC | HCA - HOSPITAL | | | CMC-HCA-18-01-0042A1 | | |

| INMATE (ENTIRE SHEET) | | | | | | |
|---|---|---|---|---|---|---|

| NAME   LAST | FIRST | MI | CDCR # | GEN | ETHNICITY | DOB |
|---|---|---|---|---|---|---|
| TOULOUDJIAN | ALEXANDRE | P. | B-C1293 | M | WHI | 01/27/1993 |

| SECURITY LEVEL | CLASSIFICATION SCORE | CONTROL DATE TYPE | CONTROL DATE | DATE REC'D BY CDCR | DATE REC'D BY INST |
|---|---|---|---|---|---|
| II | 24 | EPRD | 02/13/2020 | 02/02/2017 | 01/12/2018 |

| HOUSING | PARTICIPANT TYPE | MHSDS LEVEL OF CARE |
|---|---|---|
| H-A-16L | VICTIM | MHCB |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY   ☐ Yes   ☑ No

| ☐ N/A   NAME / LOCATION OF HOSP / TREATMENT FACILITY | ☐ N/A DEATH | |
|---|---|---|
| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASED   ☑ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
| FRENCH COMMUNITY HOSPITAL. | Anoxic Brain Injury | 01/27/2018 |

AGO001661

STATE OF CALIFORNIA           DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART B2 - STAFF**
CDCR 837-B2 (Rev. 10/15)

PAGE 5 Of 6

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CMC | HCA - HOSPITAL | CMC-HCA-18-01-0042A1 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| FERNANDEZ | MARIO | | CORRECTIONAL LIEUTENANT | M | HIS |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| INCIDENT COMMANDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| M/T | 380100 | WATCH COMMANDER | 14711300 | 75724 |

☑ N/A   **DESCRIPTION OF INJURIES:**

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A   **NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY**     ☑ N/A   **DEATH**

| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASE   ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|
| | | |

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| COHEN | R. | NMI | CORRECTIONAL SERGEANT | M | WHI |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☑ Yes ☐ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| T/W | 350504 | HCA SERGEANT | 1478462 | 51916 |

☑ N/A   **DESCRIPTION OF INJURIES:**

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A   **NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY**     ☑ N/A   **DEATH**

| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASE   ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|
| | | |

| NAME: LAST | FIRST | MI. | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| FOWLDS | R. | M. | CORRECTIONAL OFFICER | F | WHI |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| PRIMARY | ☐ Yes ☑ No | | ☑ Yes ☐ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| T/F | HOS 310 | HOSPITAL COVERAGE | 14709998 | 88985 |

☑ N/A   **DESCRIPTION OF INJURIES:**

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A   **NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY**     ☑ N/A   **DEATH**

| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASE   ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|
| | | |

AGO001662

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART B2 - STAFF**
CDCR 837-B2 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE 6 Of 6

| INSTITUTION | FACILITY | | | INCIDENT LOG NUMBER |
|---|---|---|---|---|
| CMC | HCA - HOSPITAL | | | CMC-HCA-18-01-0042A1 |

| STAFF (ENTIRE SHEET) | | | | | | |
|---|---|---|---|---|---|---|

| NAME:  LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| SHANNON | R. | W | CORRECTIONAL OFFICER | M | WHI |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| PRIMARY | ☐ Yes  ☑ No | | ☑ Yes  ☐ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| S/S | HOS 209 | HOSPITAL COVERAGE | 1476984 | 53196 |

☑ N/A  DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes  ☑ No

☑ N/A  NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY     ☑ N/A  DEATH

| ☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|
| | | |

AGO001663

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C – STAFF REPORT**
CDCR 837-C (Rev. 10/15)

| PAGE | 1 | Of | 2 | INCIDENT LOG NUMBER CMC-HCA-18-01-0042 |
|------|---|----|---|---|

| NAME: LAST COHEN | FIRST R. | MI NMI | DATE OF INCIDENT 1/27/2018 | TIME OF INCIDENT 0945 |
|---|---|---|---|---|

| POST # 350504 | POSITION HCA CHS ADMIN SGT | YEARS OF SERVICE 17 YRS. 6 MO. | DATE OF REPORT 1/27/2018 | LOCATION OF INCIDENT FRENCH HOSPITAL ICU #11 |
|---|---|---|---|---|

| RDO'S T/W | DUTY HOURS 1400/2200 | DESCRIPTION OF CRIME / INCIDENT Death in Custody | CCR SECTION / RULE | ☒ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ Primary | (S) C/O Shannon, R | (V) Touloudjian (BC1293) |
| ☒ Responder | (S) C/O Fowlds, R | |
| ☐ Witness | | |
| ☐ Camera | | |
| ☐ Victim | | |
| ☐ Other: | | |

| ☒ N/A | FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Physical | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect; | Chemical Agent: | Projector: | #Deployed: |
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal ☐ .40 Cal ☐ 9 mm | | | ☐ 40 mm ☐ L8 ☐ 40 mm Multi | | ☐ OC ☐ CN | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | ☐ CS | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES ☐ NO | 9 Photographs ☐ N/A | SD Card Placed in ISU Evidence Locker #17 Nine (9) Photographs placed with Incident Package. 2 Fingerprint cards to Business Services ☐ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ Other: | ☐ YES ☒ NO |

NARRATIVE: On Saturday, January 27, 2018, at approximately 0945 hours, Inmate Touloudjian, Alexandre (BC1293) was pronounced brain dead at French Community Hospital (FCH) in the Intensive Care Unit room #11 due to an Anoxic Brain Injury. The following events are what occurred during this occurrence:

On Saturday, January 27, 2018, at approximately 1400 hours while assigned as the HCA-CHB-ADMIN SGT, I was informed by Lieutenant Fernandez that Inmate TOULOUDJIAN, A (BC1293) was pronounced by Dr. R. Patel from French Hospital at 0945 hours. Upon notification, the Watch Commander advised me to respond to French Hospital Intensive Care Unit (ICU) #11. Upon arrival, Correctional Officer R. Fowlds apprised me of the circumstances, and stated that TOULOUDJIAN was under artificial life support for organ donation purposes. I instructed Correctional Officer R. Shannon to finger print Inmate TOULOUDJIAN using six (6) Federal Bureau of Investigation (FBI) (FD-249) fingerprint cards. I took nine (9) photographs of Inmate TOULOUDJIAN. The photographs were to include three (3) frontal head area photographs and three (3) right side profile area photographs, and (3) left side profile area

☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL SERGEANT | BADGE # / ID # 61916/1478462 | DATE 1/27/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 1/27/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 1/27/18 |

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001664

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE **2** Of **2** | INCIDENT LOG NUMBER CMC-HCA-18-01-0042 |
|---|---|

| NAME: LAST COHEN | FIRST R. | MI NMI |
|---|---|---|

TYPE OF INFORMATION:
☒ CONTINUATION OF REPORT          ☐ CLARIFICATION OF REPORT          ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

photographs. I took the nine (9) photographs of Inmate TOULOUDJIAN, which included an identification placard with Inmate TOULOUDJIAN's name, California Department of Corrections and Rehabilitation (CDCR) number, and the date of death. TOULOUDJIAN's body was released at 1420 hours to Detective R. Linn of the San Luis Obispo Sheriff's Coroner's office. I labeled the photographs P-1 through P-9. Nine (9) photos were submitted into Incident Report #CMC-HCA-18-01-0042. I took possession of two (2) of the six (6) FBI fingerprint cards and I submitted them to the CMC Business Services Office while the remaining (4) were submitted into Incident Report #CMC-HCA-18-01-0042 by Officer Shannon. No crime scene was necessary due to Dr. Patel's assessment of TOULOUDJIAN's death being anoxic brain injury from a prior suicide attempt. I took the SD Card which contained the photos of inmate TOULANDJIAN to the East ISU evidence room and placed it in locker #17.

Following Photos depict

Photo 1 Depicts: Frontal Photo of Inmate TOULOUDJIAN BC1293

Photo 2 Depicts: Frontal Photo of Inmate TOULOUDJIAN BC1293

Photo 3 Depicts: Frontal Photo of Inmate TOULOUDJIAN BC1293

Photo 4 Depicts: Right Side Photo of Inmate TOULOUDJIAN BC1293

Photo 5 Depicts: Right Side Photo of Inmate TOULOUDJIAN BC1293

Photo 6 Depicts: Right Side Photo of Inmate TOULOUDJIAN BC1293

Photo 7 Depicts: Left Side Photo of Inmate TOULOUDJIAN BC1293

Photo 8 Depicts: Left Side Photo of Inmate TOULOUDJIAN BC1293

Photo 9 Depicts: Left Side Photo of Inmate TOULOUDJIAN BC1293

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL SERGEANT | BADGE # / ID # 61916/1478462 | DATE 1/27/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 1/27/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 1/27/18 |

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001665



01/27/2018 15:38

Incident Report Log# **CMC-HCA-18-01-0042**   **RC-01**
January 27, 2018, 0945 hours
Photos by R. Cohen

Initials
ACO001666



01/27/2018 15:38

Incident Report Log# **CMC-HCA-18-01-0042** **RC-02**
January 27, 2018, 0945 hours
Photos by R. Cohen

Initials

AGO001667



01/27/2018 15:37

Incident Report Log# **CMC-HCA-18-01-0042**   **RC-03**
January 27, 2018, 0945 hours.
Photos by R. Cohen

Initials *RC*

AGO001668

CALIFORNIA MENS
COLONY

BC1293

TOULOUDJIAN, A.

CMC

01/27/2018  15:39

1/27/18

Incident Report Log# **CMC-HCA-18-01-0042**   **RC-04**
January 27, 2018, 0945 hours
Photos by R. Cohen

**Initials** RC

AGO001669



CALIFORNIA MENS
COLONY

BC1293

TOULOUDJIAN,A.

CMC

01/27/2018 15:39

1/27/18

Incident Report Log# CMC-HCA-18-01-0042    RC-05
January 27, 2018, 0945 hours
Photos by R. Cohen

Initials RC

AGO001670



Incident Report Log# **CMC-HCA-18-01-0042**    RC-06
January 27, 2018, 0945 hours
Photos by R. Cohen

Initials

AGO001671



Incident Report Log# CMC-HCA-18-01-0042    RC-07
January 27, 2018, 0945 hours
Photos by R. Cohen

Initials ℛℭ

AGO001672



CALIFORNIA MENS COLONY

BC1293

TOULOUDJIAN,A.

CMC 1/27/18

01/27/2018 15:39

Incident Report Log# **CMC-HCA-18-01-0042** RC-08
January 27, 2018, 0945 hours
Photos by R. Cohen

Initials

AGO001673



CALIFORNIA MENS
COLONY

BC1293

TOULOUDJIAN,A.

CMC                              1/27/18

01/27/2018 15:39

Incident Report Log# CMC-HCA-18-01-0042   RC-09
January 27, 2018, 0945 hours
Photos by R. Cohen

Initials

AGO001674

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (Rev. 10/15)

| PAGE | 1 | Of | 1 | INCIDENT LOG NUMBER CMC-HCA-18-01-0042 |

| NAME: LAST FOWLDS | FIRST R | | MI M | DATE OF INCIDENT 1/27/2018 | TIME OF INCIDENT 0945 |

| POST # HOS 310 | POSITION HOSPITAL | YEARS OF SERVICE 1 YRS. 10 MO. | DATE OF REPORT 1/27/2018 | LOCATION OF INCIDENT FRENCH HOSPITAL ICU ROOM 11 |

| RDO'S TH/F | DUTY HOURS 0600-1400 | DESCRIPTION OF CRIME / INCIDENT DEATH IN CUSTODY | | CCR SECTION / RULE | ☒ N/A |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|---|
| ☒ Primary | (S) SGT R. COHEN | | (S) TOULOUDJIAN, A. | BC1293 |
| ☐ Responder | (S) C/O R. SHANNON | | | |
| ☐ Witness | | | | |
| ☐ Camera | | | | |
| ☐ Victim | | | | |
| ☐ Other: | | | | |

**☒ N/A   FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE**

| ☐ Physical | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A  ☐ Physical  ☐ Hand-Held Baton  ☐ Chemical Agent  ☐ X-10  ☐ Less Lethal  ☐ Lethal  ☐ Non-Conventional |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ Other: | ☐ YES ☒ NO |

NARRATIVE:   On Saturday, January 27, 2018, at approximately 0945 hours, Inmate Touloudjian, Alexandre (BC1293) was pronounced brain dead at French Community Hospital (FCH) in the Intensive Care Unit room #11 due to an Anoxic Brain Injury. The following events are what occurred during this occurrence:

On Saturday, January 27, 2018 at approximately 1400 hours, while performing my duties as Hospital Coverage Officer #310 at French Hospital Intensive Care Unit Room 11, it was determined that Inmate TOULOUDJIAN, A. (BC1293) was pronounced deceased at 0945 hours by Physician, Doctor R. Patel. TOULOUDJIAN was under artificial life support for organ donation purposes after succumbing to anoxic brain injury from a prior suicide attempt on Sunday, January 21, 2018. I immediately notified Watch Commander of the updated status of TOULOUDJIAN and the Watch Commander stated Sergeant Cohen was reporting to French Community Hospital. Correctional Officer R. Shannon completed the fingerprint cards and Sergeant Cohen took photographs of TOULOUDJIAN. At approximately 1420 hours, I released TOULOUDJIAN's body to Detective R. Linn from the San Luis Obispo County Coroner's Office by having him sign a CDCR 123 Body Receipt. This concludes my involvement in this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # 88985/14709998 | DATE 1/27/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 1/22/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 1/27/18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001675

STATE OF CALIFORNIA                     DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE | 1 | Of | 1 | INCIDENT LOG NUMBER CMC-HCA-18-01-0042 |
|---|---|---|---|---|

| NAME: LAST SHANNON | FIRST R. | MI W. | DATE OF INCIDENT 1/27/2018 | TIME OF INCIDENT 0945 |
|---|---|---|---|---|

| POST # HOS 209 | POSITION HOSPITAL | YEARS OF SERVICE 22 YRS. 5 MO. | DATE OF REPORT 1/27/2018 | LOCATION OF INCIDENT FRENCH HOSPITAL ICU ROOM 11 |
|---|---|---|---|---|

| RDO'S S/S | DUTY HOURS 0600-1400 | DESCRIPTION OF CRIME / INCIDENT DEATH IN CUSTODY | | CCR SECTION / RULE ☒ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|
| ☒ Primary | (S) Sgt R. Cohen | (S) Touloudjian, A. | BC1293 |
| ☐ Responder | (S) C/O R. Fowlds | | |
| ☐ Witness | | | |
| ☐ Camera | | | |
| ☐ Victim | | | |
| ☐ Other: | | | |

☒ N/A     FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

| ☐ Physical | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | ☐ OC | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ CN | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CS | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A | ☐ Physical | ☐ Hand-Held Baton | ☐ Chemical Agent | ☐ X-10 | ☐ Less Lethal | ☐ Lethal | ☐ Non-Conventional |
|---|---|---|---|---|---|---|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES | Six (6) FBI cards – FD-249 | Four (4) FBI cards attached to the Incident Package. Two (2) FBI cards were given to Sgt. Cohen | ☐ YES | ☒ YES |
| ☐ NO | ☐ N/A | ☐ N/A | ☒ NO | ☐ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|---|
| ☐ YES | | | ☐ N/A | | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☐ UNKNOWN ☐ Other: | | ☒ NO |

NARRATIVE: On Saturday, January 27, 2018, at approximately 0945 hours, Inmate Touloudjian, Alexandre (BC1293) was pronounced brain dead at French Community Hospital (FCH) in the Intensive Care Unit room #11 due to an Anoxic Brain Injury. The following events are what occurred during this occurrence:

On Saturday, January 27, 2018 at approximately 1100 hours, while performing my duties as Hospital Coverage Officer #209 at French Hospital Intensive Care Unit Room 11, I was informed by a charge nurse that Inmate TOULOUDJIAN, A, (BC1293) was pronounced brain dead. I further asked if it was determined Inmate TOULOUDJIAN was deceased since he was still on a respirator and I was told at approximately 0945 hours, Physician, Doctor R. Patel had pronounced him deceased. I notified the Watch Commander of this event. At approximately 1400 hours, the Watch Commander informed me Inmate TOULOUDJIAN was pronounced brain dead initially by a doctor on January 26 and a secondary doctor needed to make an additional determination of no brain activity which was Doctor Patel made earlier today at 0945 hours. Sergeant R. Cohen arrived to ICU # 11 and I completed the finger print process of Inmate TOULOUDJIAN by printing his finger prints on six (6) FBI cards FD-249 and attached them to the Incident Package. Once complete, Sergeant Cohen took pictures of Inmate TOULDOUDJIAN. At approximately 1420 hours, San Luis Obispo County Coroner's County Detective Linn arrived and signed a CDCR 123 body receipt, taking custody of the remains. Sergeant Cohen took two (2) finger print cards and I submitted the remainder four (4) into the incident package. This concludes my involvement in this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # 53196 / 1476964 | DATE 1/27/2018 |
|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) R. Cohen | DATE RECEIVED 1/27/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 1/27/18 |
|---|---|---|---|---|

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO001676

Exhibit 4

Case 2:20-cv-00520-FLA-KS   Document 98-9   Filed 07/07/23   Page 113 of 165   Page ID #:1054

**CMC - California Mens Colony**
**1w z h fac**
**Friday, January 12, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 150300 HCA H PROGRAM SGT-MHCB | Thompson, B. P | 24223 | 2200 | BLISENO F | 0600 | BLISENO F | | IP_IST |
| | | BLISENO F. | 23777 | 2200 | | 0600 | J Benn | | IP_PBTC |
| Officer | 152000 RO180 HCA-H SEC-MHCB | Sedgwick, P. W | 86055 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152011 HCA-H INPAT A 1-MHCB | Holman, T. L | 13774 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152021 HCA-H INPAT B 1-MHCB | Zimmerman, M. P | 105316 | 2200 | | 0600 | | | |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature:   x

Supervisor Check-Out Print / Signature:   x

Final Review Print / Signature:   x

Administrator Review Print / Signature:   x

Date & Time Printed:   01/11/2018      21:24                      Page 1 of 1

**CMC - California Mens Colony**
**2w z h fac**
**Friday, January 12, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Lieutenant | 250100 HCA H HCAU LT MHCB | Smith, E. J | 24511 | 0700 | | 1500 | | | |
| Sergeant | 250300 HCA H PROGRAM SGT MHCB | Miranda, M. A | 14548 | 0600 | | 1400 | | | |
| Officer | 252000 HCA-H SEC-MHCB | Wern, R. J | 25537 | 0600 | | 1400 | | | |
| Officer | 252001 HCA-H ESCORT 1-MHCB | Fitzpatrick, P. J | 25508 | 0600 | | 1400 | | | |
| Officer | 252002 HCA-H ESCORT 2-MHCB | Castillo, S. | 19370 | 0600 | | 1400 | | | |
| Officer | 252003 HCA H ESCRT 3 MHCB | Esquivias, D. M | 17989 | 0800 | | 1600 | | W_V | |
| Officer | 252004 HCA H ESCRT 4 MHCB | Borges, T. E | 10315 | 0730 | | 1530 | | | |
| Officer | 252005 HCA H ESCORT 5-MHCB | Jacobs, J. L | 9778 | 0730 | | 1530 | | | |
| Officer | 252011 RO280 HCA-H INPAT A 1-MHCB | Kopcho, K. | 95113 | 0600 | | 1400 | | | |
| Officer | 252012 HCA-H INPAT A 2-MHCB | Cavan, J. L | 15422 | 0600 | | 1400 | | | |

**Comments:**

Supervisor Check-In Print / Signature:  x

Supervisor Check-Out Print / Signature:  x

Final Review Print / Signature:  x

Administrator Review Print / Signature:  x

Date & Time Printed:   01/12/2018       04:24

Page 1 of 2

**CMC - California Mens Colony**
**2w z h fac**
**Friday, January 12, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Officer | 252021 HCA-H INPAT B 1-MHCB | Umphenour, D. A | 24313 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252022 RO238 HCA-H INPAT B 2-MHCB | Stokes, M. | 17154 | 0600 | | 1400 | | | |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature: x

Supervisor Check-Out Print / Signature: x

Final Review Print / Signature: x

Administrator Review Print / Signature: x

Date & Time Printed: 01/12/2018    04:24          Page 2 of 2

# CMC - California Mens Colony
## 3w z h fac
### Friday, January 12, 2018



| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 350300 HCA H PROGRAM SGT MHCB | Stone, A. C | 74180 | 1400 | | 2200 | | | W_IST |
| Officer | 352000 RO323 HCA-H SEC-MHCB | Montoya, D. A | 108756 | 1400 | | 2200 | | | |
| Officer | 352001 HCA-H ESCORT 1-MHCB | Florentino, O. | 25237 | 1400 | | 2200 | | | |
| Officer | 352002 HCA-H ESCORT 2-MHCB | Romero, J. L | 104915 | 1400 | | 1530 | | | VP_MANUA |
| Officer | 352002 HCA-H ESCORT 2-MHCB | Jacobs, J. L | 9778 | 1530 | | 2200 | | | VP_MANUA |
| Officer | 352011 RO381 HCA-H INPAT A 1-MHCB | Perez, I. S | 105312 | 1400 | | 2200 | | | |
| Officer | 352012 HCA-H INPAT A 2-MHCB | ~~Strader, M. B~~ | ~~21347~~ | 1400 | | 2200 | | | |
| | | WERN. R | 25537 | 1400 | | 2200 | | | SSW |
| Officer | 352021 HCA-H INPAT B 1-MHCB | ~~Jones, D. S~~ | 99692 | 1400 | | 2200 | | | |
| | | Alcarez | 97114 | 1400 | | 2200 | | | SSW |
| Officer | 352022 HCA-H INPAT B 2-MHCB | Cortes, J. A | 101246 | 1400 | | 2200 | | | |

| Comments: | |
|-----------|--|
| | Supervisor Check-In Print / Signature:    x   STONE |
| | Supervisor Check-Out Print / Signature:   x   Lwestphl gst |
| | Final Review Print / Signature:    x |
| | Administrator Review Print / Signature:   x |

**CMC - Califo 1w z h fac Mens Colony**

**Saturday, January 13, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Officer | 152000 HCA-H SEC-MHCB | Beckett, A. C | 15374 | 2200 | | 0600 | | | |
| Officer | 152011 RO180 HCA-H INPAT A 1-MHCB | Sedgwick, P. W | 86055 | 2200 | | 0600 | | | |
| Officer | 152021 HCA-H INPAT B 1-MHCB | Zimmerman, M. P | 105316 | 2200 | | 0600 | | | |
| CC I | 150300 HCA H PROGRAM SGT-MHCB | Westphal, L. M | 12318 | 2200 | | 0600 | | ✓ | VP_PVS |

| Comments: | Supervisor Check-In Print / Signature: | x |
|-----------|----------------------------------------|---|
| | Supervisor Check-Out Print / Signature: | x |
| | Final Review Print / Signature: | x |
| | Administrator Review Print / Signature: | x |



### CMC - California Mens Colony
**2w z h fac**
**Saturday, January 13, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Lieutenant | 250100 HCA H HCAU LT MHCB | Smith, E. J | 24511 | 0700 | | 1500 | | | |
| Sergeant | 250300 RS201 HCA H PROGRAM SGT M | Blagg, H. N | 68802 | 0600 | | 1400 | | | |
| Officer | 252000 HCA-H SEC-MHCB | Wern, R. J | 25537 | 0600 | | 1400 | | | |
| Officer | 252001 HCA-H ESCORT 1-MHCB | Fitzpatrick, P. J | 25508 | 0600 | | 1400 | | | |
| Officer | 252002 HCA-H ESCORT 2-MHCB | Castillo, S. | 19370 | 0600 | | 1400 | | | |
| Officer | 252011 HCA-H INPAT A 1-MHCB | Kestler, C. W | 24178 | 0600 | | 1400 | | | |
| Officer | 252012 HCA-H INPAT A 2-MHCB | Cavan, J. L | 15422 | 0600 | | 1400 | | | |
| Officer | 252021 HCA-H INPAT B 1-MHCB | Umphenour, D. A | 24313 | 0600 | | 1400 | | | |
| Officer | 252022 RO265 HCA-H INPAT B 2-MHCB | Dolida, A. | 21442 | 0600 | | 1400 | | | |

**Comments:**

Supervisor Check-In Print / Signature: x

Supervisor Check-Out Print / Signature: x

Final Review Print / Signature: x

Administrator Review Print / Signature: x

Date & Time Printed: 01/13/2018    04:35

Page 1 of 1

# CMC - California Mens Colony
3w z h fac
**Saturday, January 13, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 350300 RS303 HCA H PROGRAM SGT M | Briseno, F. C | 23777 | 1400 | | 2200 | | | |
| Officer | 352000 RO323 HCA-H SEC-MHCB | Montoya, D. A | 108756 | 1400 | | 2200 | | | |
| Officer | 352001 RO380 HCA-H ESCORT 1-MHCB | Webb, R. J | 104951 | 1400 | | 2200 | | | |
| Officer | 352011 HCA-H INPAT A 1-MHCB | Scott, T. J | 104285 | 1400 | | 2200 | | | |
| Officer | 352012 RO381 HCA-H INPAT A 2-MHCB | Perez, I. S | 105312 | 1400 | | 2200 | | | |
| Officer | 352021 HCA-H INPAT B 1-MHCB | Figueroa, J. | 98796 | 1400 | | 2200 | | ✓ | SSW |
| Officer | 352022 HCA-H INPAT B 2-MHCB | Cortes, J. A | 101246 | 1400 | | 2200 | | | |

**Comments:**

Supervisor Check-In Print / Signature: x

Supervisor Check-Out Print / Signature: x  A. ARUTYUNYAN

Final Review Print / Signature: x

Administrator Review Print / Signature: x

Date & Time Printed: 01/13/2018    12:48

Page 1 of 1

**CMC - California Mens Colony**
1w z h fac
**Sunday, January 14, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Officer | 150300 HCA H PROGRAM SGT-MHCB | Arutyunyan, A. | 77727 | 2200 | | 0600 | | | W_ISH |
| | | | | | | | | | |
| Officer | 152000 HCA-H SEC-MHCB | Beckett, A. C | 15374 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152011 RO180 HCA-H INPAT A 1-MHCB | Sedgwick, P. W | 86055 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152021 HCA-H INPAT B 1-MHCB | Zimmerman, M. P | 105316 | 2200 | | 0600 | | | |
| | | | | | | | | | |

| Comments: | Supervisor Check-In Print / Signature: | x |
|-----------|----------------------------------------|---|
| | Supervisor Check-Out Print / Signature: | x |
| | Final Review Print / Signature: | x |
| | Administrator Review Print / Signature: | x |

Date & Time Printed: 01/13/2018    20:57     Page 1 of 1

# CMC - California Mens Colony
## 2w z h fac
### Sunday, January 14, 2018



| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 250300 RS201 HCA H PROGRAM SGT M | Garcia, M. J | 85903 | 0600 | | 1400 | | | SSW ✓ |
| | | | | | | | | | |
| Officer | 252000 HCA-H SEC-MHCB | Wern, R. J | 25537 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252001 HCA-H ESCORT 1-MHCB | Fitzpatrick, P. J | 25508 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252002 HCA-H ESCORT 2-MHCB | Castillo, S. | 19370 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252011 HCA-H INPAT A 1-MHCB | Kestler, C. W | 24178 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252012 HCA-H INPAT A 2-MHCB | Cavan, J. L | 15422 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252021 RO239 HCA-H INPAT B 1-MHCB | Simpson, D. S | 22936 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252022 HCA-H INPAT B 2-MHCB | Gilbert, A. L | 10544 | 0600 | | 1400 | | | |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature: **x** SGT M. GARCIA M. J

Supervisor Check-Out Print / Signature: **x** SGT F. BRISEÑO

Final Review Print / Signature: **x**

Administrator Review Print / Signature: **x**

Date & Time Printed:   01/14/2018      05:33

Page 1 of 1

# CMC - California Mens Colony
## 3w z h fac
### Sunday, January 14, 2018



| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 350300 RS303 HCA H PROGRAM SGT M | Briseno, F. C | 23777 | 1400 | *(signature)* | 2200 | *(signature)* | | |
| Officer | 352000 HCA-H SEC-MHCB | Mcauliffe, C. A | 24144 | 1400 | *(signature)* | 2200 | *(signature)* | | |
| Officer | 352001 RO323 HCA-H ESCORT 1-MHCB | Cornejo, V. O | 85829 | 1400 | *(signature)* | 2200 | *(signature)* | | VP_S ✓ |
| Officer | 352011 HCA-H INPAT A 1-MHCB | Scott, T. J | 104285 | 1400 | *(signature)* | 2200 | *(signature)* | | |
| Officer | 352012 RO381 HCA-H INPAT A 2-MHCB | Perez, I. S | 105312 | 1400 | *(signature)* | 2200 | *(signature)* | | |
| Officer | 352021 HCA-H INPAT B 1-MHCB | Dolida, A. | 21442 | 1400 | *(signature)* | 2200 | *(signature)* | | SSW ✓ |
| Officer | 352022 HCA-H INPAT B 2-MHCB | Cortes, J. A | 101246 | 1400 | *(signature)* | 2200 | *(signature)* | | |

**Comments:**

Supervisor Check-In Print / Signature:  x *(signature)*

Supervisor Check-Out Print / Signature:  x *(signature)*

Final Review Print / Signature:  x *(signature)*

Administrator Review Print / Signature:  x *(signature)*

**CMC - California Mens Colony**
**1w z h fac**
**Monday, January 15, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Officer | 150300 RS104 HCA H PROGRAM SGT M | Montgomery, M. A | 43109 | 2200 | | 0600 | | ✓ | VP_PVC |
| | | | | | | | | | |
| Officer | 152000 HCA-H SEC-MHCB | Beckett, A. C | 15374 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152011 HCA-H INPAT A 1-MHCB | Holman, T. L | 13774 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152021 RO180 HCA-H INPAT B 1-MHCB | Sedgwick, P. W | 86055 | 2200 | | 0600 | | | |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature: x _____ Montgomery SGT. (A)

Supervisor Check-Out Print / Signature: x _____ Montgomery SGT. (A)

Final Review Print / Signature: x _____

Administrator Review Print / Signature: x _____

# CMC - California Mens Colony
## 2w z h fac
### Monday, January 15, 2018

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 250300 HCA H PROGRAM SGT MHCB | Miranda, M. A | 14548 | 0600 | | 1400 1145 | | ✓ | |
| Officer | 252000 RO265 HCA-H SEC-MHCB | Dolida, A. | 21442 | 0600 | | 1400 | | | |
| Officer | 252001 RO280 HCA-H ESCORT 1-MHCB | Kopcho, K. | 95113 | 0600 | | 1400 | | | |
| Officer | 252002 HCA-H ESCORT 2-MHCB | Castillo, S. | 19370 | 0600 | | 1400 | | | |
| Officer | 252011 HCA-H INPAT A 1-MHCB | Kestler, C. W | 24178 | 0600 | | 1400 | | | |
| Officer | 252012 HCA-H INPAT A 2-MHCB | Cavan, J. L | 15422 | 0600 | | 1400 | | | |
| Officer | 252021 RO239 HCA-H INPAT B 1-MHCB | Simpson, D. S | 22936 | 0600 | | 1400 | | | |
| Officer | 252022 HCA-H INPAT B 2-MHCB | Gilbert, A. L | 10544 | 0600 | | 1400 | | | |

**Comments:**

Supervisor Check-In Print / Signature:  x

Supervisor Check-Out Print / Signature:  x

Final Review Print / Signature:  x

Administrator Review Print / Signature:  x

Date & Time Printed:   01/15/2018      04:41

Page 1 of 1



**CMC - California Mens Colony**
3w z h fac
**Monday, January 15, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 350300 HCA H PROGRAM SGT MHCB | Settlemire, R. L | 13964 | 1400 | | 2200 | | | |
| Officer | 352000 HCA-H SEC-MHCB | Mcauliffe, C. A | 24144 | 1400 | | 2200 | | | |
| Officer | 352001 HCA-H ESCORT 1-MHCB | Florentino, O. | 25237 | 1400 | | 2200 | | | |
| Officer | 352011 HCA-H INPAT A 1-MHCB | Soto, O. J | 105309 | 1400 | | 2200 | | | |
| Officer | 352012 HCA-H INPAT A 2-MHCB | Strader, M. B | 21347 | 1400 | | 2200 | | | |
| Officer | 352021 HCA-H INPAT B 1-MHCB | Jones, D. S | 99692 | 1400 | | 2200 | | | |
| Officer | 352022 HCA-H INPAT B 2-MHCB | Zepeda, A. J | 108796 | 1400 | | 2200 | | | |

**Comments:**

Supervisor Check-In Print / Signature: x

Supervisor Check-Out Print / Signature: x

Final Review Print / Signature: x

Administrator Review Print / Signature: x

Date & Time Printed:   01/15/2018      12:28                      Page 1 of 1

## CMC - California Mens Colony
### 1w z h fac
**Tuesday, January 16, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 150300 RS104 HCA H PROGRAM SGT M | Cohen, R. | 17908 | 2200 | | 0600 | | | VP_PVS |
| | | | | | | | | | |
| Officer | 152000 HCA-H SEC-MHCB | Beckett, A. C | 15374 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152011 HCA-H INPAT A 1-MHCB | Holman, T. L | 13774 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152021 RO121 HCA-H INPAT B 1-MHCB | Castillo, M. D | 105955 | 2200 | | 0600 | | | DRW_PVS |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature: x

Supervisor Check-Out Print / Signature: x

Final Review Print / Signature: x

Administrator Review Print / Signature: x



# CMC - California Mens Colony
## 2w z h fac
### Tuesday, January 16, 2018

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Lieutenant | 250100 HCA H HCAU LT MHCB | Bracknell, K. J | 8843 | 0700 | | 1500 | | | W_SA8 |
| | | | | | | | | | |
| Sergeant | 250300 HCA H PROGRAM SGT MHCB | Goodman, B. J | 61580 | 0600 | B. Goodm | 1400 | | | W_SF |
| | | | | 1400 | Sloen | 1500 | Slen | | H_ECR |
| Officer | 252000 RO265 HCA-H SEC-MHCB | Dolida, A. | 21442 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252001 RO280 HCA-H ESCORT 1-MHCB | Kopcho, K. | 95113 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252002 HCA-H ESCORT 2-MHCB | Castillo, S. | 19370 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252003 HCA H ESCRT 3 MHCB | Kelly, J. M | 22868 | 0800 | J Kelly | 1600 | J Kelly | | |
| | | | | | | | | | |
| Officer | 252004 HCA H ESCRT 4 MHCB | Borges, T. E | 10315 | 0730 | | 1530 | | | |
| | | | | | | | | | |
| Officer | 252005 HCA-H ESCORT 5-MHCB | Jacobs, J. L | 9778 | 0730 | Jacobs | 1530 | Jacobs | | |
| | | | | | | | | | |
| Officer | 252011 HCA-H INPAT A 1-MHCB | Kestler, C. W | 24178 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252012 RO239 HCA-H INPAT A 2-MHCB | Simpson, D. S | 22936 | 0600 | | 1400 | | | |
| | | | | | | | | | |

**Comments:** 1400-1500
250300 IP-ECR- video tape
Interview per Lt. K Bracknell

| | |
|---|---|
| Supervisor Check-In Print / Signature: | x |
| Supervisor Check-Out Print / Signature: | x |
| Final Review Print / Signature: | x |
| Administrator Review Print / Signature: | x |

# CMC - California Mens Colony
## 2w z h fac
### Tuesday, January 16, 2018

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Officer | 252021 HCA-H INPAT B 1-MHCB | Umphenour, D. A | 24313 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252022 HCA-H INPAT B 2-MHCB | Herrera, J. | 101739 | 0600 | | 1400 | | | W_BL |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature: x

Supervisor Check-Out Print / Signature: x

Final Review Print / Signature: x

Administrator Review Print / Signature: x

Date & Time Printed:   01/16/2018      04:58

Page 2 of 2




# CMC - California Mens Colony
### 3w z h fac
**Tuesday, January 16, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|---|---|---|---|---|---|---|---|---|---|
| Sergeant | 350300 HCA H PROGRAM SGT MHCB | Settlemire, R. L | 13964 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352000 HCA-H SEC-MHCB | Mcauliffe, C. A | 24144 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352001 HCA-H ESCORT 1-MHCB | Florentino, O. | 25237 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352002 HCA-H ESCORT 2-MHCB | Zeno, E. A | 13265 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352011 HCA-H INPAT A 1-MHCB | Soto, O. J | 105309 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352012 HCA-H INPAT A 2-MHCB | Strader, M. B | 21347 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352021 HCA-H INPAT B 1-MHCB | Jones, D. S | 99692 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352022 HCA-H INPAT B 2-MHCB | Zepeda, A. J | 108796 | 1400 | | 2200 | | | |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature: x

Supervisor Check-Out Print / Signature: x

Final Review Print / Signature: x

Administrator Review Print / Signature: x

**CMC - California Mens Colony**

1w z h fac

**Wednesday, January 17, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature/Start | End | Signature/End | Lunch | Code |
|------|----------------|------|-------|-------|----------------|-----|--------------|-------|------|
| Sergeant | 150300 HCA H PROGRAM SGT-MHCB | Irwin, D. P | 17481 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152000 HCA-H SEC-MHCB | Beckett, A. C | 15374 | 2200 | A. Dytt | 0600 | A. Dytt | | |
| | | | | | | | | | |
| Officer | 152011 HCA-H INPAT A 1-MHCB | Holman, T. L | 13774 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152021 HCA-H INPAT B 1-MHCB | Flores, D. | 101313 | 2200 | D. 7P | 0600 | D. 7P | | |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature:   x

Supervisor Check-Out Print / Signature:   x

Final Review Print / Signature:   x

Administrator Review Print / Signature:   x

**CMC - California Mens Colony**
**2w z h fac**
**Wednesday, January 17, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Lieutenant | 250100 HCA H HCAU LT MHCB | Smith, E. J | 24511 | 0700 | | 1500 | | | |
| Officer | 250300 HCA H PROGRAM SGT MHCB | Garcia, V. R | 33495 | 0600 | | 1400 | | ✓ | VP_SF |
| Officer | 252000 HCA-H SEC-MHCB | Wern, R. J | 25537 | 0600 | | 1400 | | ✓ | SST |
| | | M. Strader | 21347 | 0600 | | 1400 | | ✓ | SSW |
| Officer | 252001 HCA-H ESCORT 1-MHCB | Fitzpatrick, P. J | 25508 | 0600 | | 1400 | | | |
| Officer | 252002 RO240 HCA-H ESCORT 2-MHCB | Marks, Z. R | 20394 | 0600 | | 1400 | | | |
| Officer | 252003 HCA H ESCRT 3 MHCB | Kelly, J. M | 22868 | 0800 | | 1600 | | | |
| Officer | 252004 HCA H ESCRT 4 MHCB | Borges, T. E | 10315 | 0730 | | 1530 | | | |
| Officer | 252005 HCA-H ESCORT 5-MHCB | Jacobs, J. L | 9778 | 0730 | | 1530 | | | |
| Officer | 252011 HCA-H INPAT A 1-MHCB | Kestler, C. W | 24178 | 0600 | | 1400 | | | |
| Officer | 252012 RO239 HCA-H INPAT A 2-MHCB | Simpson, D. S | 22936 | 0600 | | 1400 | | | |

**Comments:**

Supervisor Check-In Print / Signature: x

Supervisor Check-Out Print / Signature: x

Final Review Print / Signature: x

Administrator Review Print / Signature: x

# CMC - California Mens Colony
## 2w z h fac
### Wednesday, January 17, 2018

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Officer | 252021 HCA-H INPAT B 1-MHCB | Umphenour, D. A | 24313 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252022 HCA-H INPAT B 2-MHCB | Schow, J. V | 15242 | 0600 | | 1400 | | ✓ | VP_BL |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature: x _____ SGT

Supervisor Check-Out Print / Signature: x _____ SGT

Final Review Print / Signature: x _____ LT

Administrator Review Print / Signature: x _____ CAPT/A

**CMC - California Mens Colony**
3w z h fac
**Wednesday, January 17, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 350300 HCA H PROGRAM SGT MHCB | Settlemire, R. L | 13964 | 1400 | | 2200 | | | |
| Officer | 352000 HCA-H SEC-MHCB | Mcauliffe, C. A | 24144 | 1400 | | 2200 | | | |
| Officer | 352001 HCA-H ESCORT 1-MHCB | Florentino, O. | 25237 | 1400 | | 2200 | | | |
| Officer | 352002 HCA-H ESCORT 2-MHCB | Zeno, E. A | 13265 | 1400 | | 2200 | | | |
| Officer | 352011 HCA-H INPAT A 1-MHCB | Soto, O. J | 105309 | 1400 | | 2200 | | | |
| Officer | 352012 HCA-H INPAT A 2-MHCB | Strader, M. B | 21347 | 1400 | | 2200 | | | |
| Officer | 352021 RO324 HCA-H INPAT B 1-MHCB | Perez, M. A | 80191 | 1400 | | 2200 | | | |
| Officer | 352022 RO381 HCA-H INPAT B 2-MHCB | Nelson, C. | 104247 | 1400 | | 2200 | | | |

**Comments:**

Supervisor Check-In Print / Signature:   x

Supervisor Check-Out Print / Signature:   x

Final Review Print / Signature:   x

Administrator Review Print / Signature:   x

Date & Time Printed:   01/17/2018      12:29

Page 1 of 1

**CMC - California Mens Colony**
**1w z h fac**
**Thursday, January 18, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 150300 HCA H PROGRAM SGT-MHCB | Irwin, D. P | 17481 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152000 RO180 HCA-H SEC-MHCB | Sedgwick, P. W | 86055 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152011 HCA-H INPAT A 1-MHCB | Holman, T. L | 13774 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152021 HCA-H INPAT B 1-MHCB | Flores, D. | 101313 | 2200 | | 0600 | | | |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature:  x

Supervisor Check-Out Print / Signature:  x

Final Review Print / Signature:  x

Administrator Review Print / Signature:  x

Date & Time Printed:   01/17/2018      20:17

Page 1 of 1

## CMC - California Mens Colony
### 2w z h fac
### Thursday, January 18, 2018

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Lieutenant | 250100 HCA H HCAU LT MHCB | Smith, E. J | 24511 | 0700 | | 1500 | | | |
| Sergeant | 250300 HCA H PROGRAM SGT MHCB | Wood, S. R | 33687 | 0600 | | 1400 | | | W_SF |
| Officer | 252000 HCA-H SEC-MHCB | Wern, R. J | 25537 | 0600 | | 1400 | | | |
| Officer | 252001 HCA-H ESCORT 1-MHCB | Fitzpatrick, P. J | 25508 | 0600 | | 1400 | | | |
| Officer | 252002 RO240 HCA-H ESCORT 2-MHCB | Marks, Z. R | 20394 | 0600 | | 1400 | | | |
| Officer | 252003 HCA H ESCRT 3 MHCB | Kelly, J. M | 22868 | 0800 | | 1600 | | | |
| Officer | 252004 HCA H ESCRT 4 MHCB | Borges, T. E | 10315 | 0730 | | 1530 | | | |
| Officer | 252005 HCA-H ESCORT 5-MHCB | Jacobs, J. L | 9778 | 0730 | | 1530 | | | |
| Officer | 252011 RO239 HCA-H INPAT A 1-MHCB | Simpson, D. S | 22936 | 0600 | | 1400 | | | |
| Officer | 252012 HCA-H INPAT A 2-MHCB | Salazar, R. R | 15748 | 0600 | | 1400 | | | VP_S |

**Comments:**

Supervisor Check-In Print / Signature:  x   Wood

Supervisor Check-Out Print / Signature:  x

Final Review Print / Signature:  x

Administrator Review Print / Signature:  x

Date & Time Printed:   01/18/2018      04:30                     Page 1 of 2

# CMC - California Mens Colony
## 2w z h fac
### Thursday, January 18, 2018



| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Officer | 252021 HCA-H INPAT B 1-MHCB | Umphenour, D. A | 24313 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252022 HCA-H INPAT B 2-MHCB | Harlan, R. T | 20113 | 0600 | | 1400 | | | DRW_BL |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature:   x

Supervisor Check-Out Print / Signature:   x

Final Review Print / Signature:   x

Administrator Review Print / Signature:   x

Date & Time Printed:   01/18/2018     04:30

**CMC - Calif. Mens Colony**
3w z h fac
Thursday, January 18, 2018



| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 350300 HCA H PROGRAM SGT MHCB | Settlemire, R. L | 13964 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352000 HCA-H SEC-MHCB | Mcauliffe, C. A | 24144 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352001 HCA-H ESCORT 1-MHCB | Florentino, O. | 25237 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352002 HCA-H ESCORT 2-MHCB | Zeno, E. A | 13265 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352011 RO381 HCA-H INPAT A 1-MHCB | Nelson, C. | 104247 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352012 HCA-H INPAT A 2-MHCB | Strader, M. B | 21347 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352021 RO324 HCA-H INPAT B 1-MHCB | Perez, M. A | 80191 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352022 RO322 HCA H INPAT B 2 MHCB | Rogers, E. E | 74172 | 1400 | | 2200 | | | |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature: x

Supervisor Check-Out Print / Signature: x

Final Review Print / Signature: x

Administrator Review Print / Signature: x

Date & Time Printed: 01/18/2018    12:17                    Page 1 of 1

**CMC - California Mens Colony**
**1w z h fac**
**Friday, January 19, 2018**



| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 150300 HCA H PROGRAM SGT-MHCB | Irwin, D. P | 17481 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152000 RO180 HCA-H SEC-MHCB | Sedgwick, P. W | 86055 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152011 HCA-H INPAT A 1-MHCB | Holman, T. L | 13774 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152021 HCA-H INPAT B 1-MHCB | Flores, D. | 101313 | 2200 | | 0600 | | | |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature: x

Supervisor Check-Out Print / Signature: x

Final Review Print / Signature: x

Administrator Review Print / Signature: x

**CMC - California Mens Colony**
**2w z h fac**
**Friday, January 19, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Lieutenant | 250100 HCA H HCAU LT MHCB | Smith, E. J | 24511 | 0700 | | 1500 | | | |
| Officer | 250300 HCA H PROGRAM SGT MHCB | Scorse, S. R | 86045 | 0600 | | 1400 | | ✓ | VP_SF |
| Officer | 252000 HCA-H SEC-MHCB | Wern, R. J | 25537 | 0600 | | 1400 | | | |
| Officer | 252001 HCA-H ESCORT 1-MHCB | Fitzpatrick, P. J | 25508 | 0600 | | 1400 | | | |
| Officer | 252002 HCA-H ESCORT 2-MHCB | Gonzales, M. A | 100247 | 0600 | | 1400 | | ✓ | DRW_SF |
| Officer | 252003 HCA H ESCRT 3 MHCB | Kelly, J. M | 22868 | 0800 | | 1600 | | | |
| Officer | 252004 HCA H ESCRT 4 MHCB | Borges, T. E | 10315 | 0730 | | 1530 | | | |
| Officer | 252005 HCA-H ESCORT 5-MHCB | Jacobs, J. L | 9778 | 0730 | | 1530 | | | |
| Officer | 252011 RO280 HCA-H INPAT A 1-MHCB | Roinestad, D. A | 25091 | 0600 | | 1400 | | ✓ | W_BL |
| Officer | 252012 HCA-H INPAT A 2-MHCB | Cavan, J. L | 15422 | 0600 | | 1400 | | | |

**Comments:**

Supervisor Check-In Print / Signature:  x

Supervisor Check-Out Print / Signature:  x

Final Review Print / Signature:  x

Administrator Review Print / Signature:  x

Date & Time Printed:   01/19/2018      04:34

Page 1 of 2

# CMC - California Mens Colony
## 2w z h fac
### Friday, January 19, 2018

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|----------------|------|-------|-------|----------------|-----|--------------|-------|------|
| Officer | 252021 HCA-H INPAT B 1-MHCB | Umphenour, D. A | 24313 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252022 RO238 HCA-H INPAT B 2-MHCB | Pierce, A. | 37347 | 0600 | | 1400 | | ✓ | VP_S |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature: x

Supervisor Check-Out Print / Signature: x

Final Review Print / Signature: x

Administrator Review Print / Signature: x

## CMC - California Mens Colony
### 3w z h fac
### Friday, January 19, 2018

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 350300 HCA H PROGRAM SGT MHCB | Settlemire, R. L | 13964 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352000 RO323 HCA-H SEC-MHCB | Arutyunyan, A. | 77727 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352001 HCA-H ESCORT 1-MHCB | Florentino, O. | 25237 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352002 HCA-H ESCORT 2-MHCB | Jacobs, J. L | 9778 | 1530 | | 2200 | | ✓ | VP_MTI |
| | | Leyra, A.M | 95751 | 1400 | | 1530 | | | IP_MTI |
| Officer | 352011 RO381 HCA-H INPAT A 1-MHCB | Nelson, C. | 104247 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352012 HCA-H INPAT A 2-MHCB | Umphenour, D. A | 24313 | 1400 | | 2200 | | ✓ | VP_SF |
| | | | | | | | | | |
| Officer | 352021 HCA-H INPAT B 1-MHCB | Jones, D. S | 99692 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352022 HCA-H INPAT B 2-MHCB | Zepeda, A. J | 108796 | 1400 | | 2200 | | | |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature:    x

Supervisor Check-Out Print / Signature:   x

Final Review Print / Signature:    x

Administrator Review Print / Signature:   x

Date & Time Printed:   01/19/2018      12:53

Page 1 of 1

**CMC - California Mens Colony**
1w z h fac
**Saturday, January 20, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|---|---|---|---|---|---|---|---|---|---|
| Sergeant | 150300 HCA H PROGRAM SGT-MHCB | Irwin, D. P | 17481 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152000 HCA-H SEC-MHCB | Beckett, A. C | 15374 | 2200 | A. Smith | 0600 | A. Smith | | |
| | | | | | | | | | |
| Officer | 152011 RO180 HCA-H INPAT A 1-MHCB | Sedgwick, P. W | 86055 | 2200 | Palls | 0600 | Palls | | |
| | | | | | | | | | |
| Officer | 152021 HCA-H INPAT B 1-MHCB | Borges, T. E | 10315 | 2200 | | 0600 | | | VP_S. ✓ |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature: x

Supervisor Check-Out Print / Signature: x

Final Review Print / Signature: x

Administrator Review Print / Signature: x

Date & Time Printed: 01/19/2018   20:31          Page 1 of 1

**CMC - California Mens Colony**
**2w z h fac**
**Saturday, January 20, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Lieutenant | 250100 HCA H HCAU LT MHCB | Smith, E. J | 24511 | 0700 | | 1500 | | | |
| Sergeant | 250300 RS201 HCA H PROGRAM SGT M | Blagg, H. N | 68802 | 0600 | | 1400 | | | |
| Officer | 252000 HCA-H SEC-MHCB | Wern, R. J | 25537 | 0600 | | 1400 | | | |
| Officer | 252001 HCA-H ESCORT 1-MHCB | Fitzpatrick, P. J | 25508 | 0600 | | 1400 | | | |
| Officer | 252002 HCA-H ESCORT 2-MHCB | Castillo, S. | 19370 | 0600 | | 1400 | | | |
| Officer | 252011 HCA-H INPAT A 1-MHCB | Kestler, C. W | 24178 | 0600 | | 1400 | | | |
| Officer | 252012 HCA-H INPAT A 2-MHCB | Lomeli, C. | 15462 | 0600 | | 1400 | | | VP_SF ✓ |
| Officer | 252021 HCA-H INPAT B 1-MHCB | Umphenour, D. A | 24313 | 0600 | | 1400 | | | |
| Officer | 252022 RO265 HCA-H INPAT B 2-MHCB | Dolida, A. | 21442 | 0600 | | 1400 | | | |

| Comments: | | |
|-----------|---|---|
| | Supervisor Check-In Print / Signature: | x |
| | Supervisor Check-Out Print / Signature: | x  F. Briseno |
| | Final Review Print / Signature: | x D. Hist |
| | Administrator Review Print / Signature: | x D. Hist |



**CMC - Califo Mens Colony**
3w z h fac
Saturday, January 20, 2018

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 350300 RS303 HCA H PROGRAM SGT M | Briseno, F. C | 23777 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352000 RO323 HCA-H SEC-MHCB | Arutyunyan, A. | 77727 | 1400 | | 2200 | | | SST |
| | | UMPHENOUR, D | 24313 | | | | | | SSW |
| Officer | 352001 RO380 HCA-H ESCORT 1-MHCB | Torres, J. L | 103970 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352011 HCA-H INPAT A 1-MHCB | Soto, O. J | 105309 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352012 RO381 HCA-H INPAT A 2-MHCB | Kent, K. M | 100654 | 1400 | | 2200 | | | DRW_V |
| | | | | | | | | | |
| Officer | 352021 HCA-H INPAT B 1-MHCB | Jones, D. S | 99692 | 1400 | | 2200 | | | |
| | | | | | | | | | |
| Officer | 352022 HCA-H INPAT B 2-MHCB | Zepeda, A. J | 108796 | 1400 | | 2200 | | | |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature:    x   F. Briseno

Supervisor Check-Out Print / Signature:    x   F Brisen

Final Review Print / Signature:    x   D. Hil

Administrator Review Print / Signature:    x   D. Hil

Date & Time Printed:   01/20/2018      12:23

Page 1 of 1

**CMC - California Mens Colony**
**1w z h fac**
**Sunday, January 21, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|-----------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Officer | 150300 HCA H PROGRAM SGT-MHCB | Guel, L. C | 22737 | 2200 | | 0600 | | ✓ | VP_S |
| | | | | | | | | | |
| Officer | 152000 HCA-H SEC-MHCB | Beckett, A. C | 15374 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152011 RO180 HCA-H INPAT A 1-MHCB | Sedgwick, P. W | 86055 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 152021 HCA-H INPAT B 1-MHCB | Carlson, S. | 100673 | 2200 | | 0600 | | ✓ | SSW |
| | | | | | | | | | |

| Comments: | Supervisor Check-In Print / Signature: | x  J Benson  F. Brisen |
|-----------|----------------------------------------|-------------------------|
| | Supervisor Check-Out Print / Signature: | x  SGT M. Garcia M. |
| | Final Review Print / Signature: | x  D. Hig |
| | Administrator Review Print / Signature: | x  D. Hig |

Date & Time Printed:    01/20/2018      20:04                                        Page 1 of 1

# CMC - California Mens Colony
## 2w z h fac
### Sunday, January 21, 2018

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 250300 RS201 HCA H PROGRAM SGT M | Garcia, M. J | 85903 | 0600 | | 1400 | | ✓ | SSW |
| | | | | | | | | | |
| Officer | 252000 HCA-H SEC-MHCB | Wern, R. J | 25537 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252001 HCA-H ESCORT 1-MHCB | Fitzpatrick, P. J | 25508 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252002 HCA-H ESCORT 2-MHCB | Castillo, S. | 19370 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252011 HCA-H INPAT A 1-MHCB | Kestler, C. W | 24178 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252012 HCA-H INPAT A 2-MHCB | Cavan, J. L | 15422 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252021 RO239 HCA-H INPAT B 1-MHCB | Simpson, D. S | 22936 | 0600 | | 1400 | | | |
| | | | | | | | | | |
| Officer | 252022 HCA-H INPAT B 2-MHCB | Gilbert, A. L | 10544 | 0600 | | 1400 | | | |
| | | | | | | | | | |

**Comments:**

Supervisor Check-In Print / Signature:  x SGT M. GARCIA  M. 

Supervisor Check-Out Print / Signature:  x F. GLISENO

Final Review Print / Signature:  x D. Hit

Administrator Review Print / Signature:  x D. Hit

Date & Time Printed:  01/21/2018    04:38

Page 1 of 1

**CMC - California Mens Colony**
**3w z h fac**
**Sunday, January 21, 2018**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|------|------------------|------|-------|-------|-----------------|-----|---------------|-------|------|
| Sergeant | 350300 RS303 HCA H PROGRAM SGT M | Briseno, F. C | 23777 | 1400 | | 2200 | | | |
| Officer | 352000 HCA-H SEC-MHCB | Mcauliffe, C. A | 24144 | 1400 | | 2200 | | | |
| Officer | 352001 RO323 HCA-H ESCORT 1-MHCB | Arutyunyan, A. | 77727 | 1400 | | 2200 | | | |
| Officer | ~~352011 HCA-H INPAT A 1-MHCB~~ | ~~Soto, O. J~~ | ~~165305~~ | ~~1400~~ | | ~~2200~~ | | | |
| | | Castillo, S. | 19370 | 1400 | | 2200 | | ✓ | VP-MT 1 |
| Officer | 352012 RO381 HCA-H INPAT A 2-MHCB | Cavan, J. L | 15422 | 1400 | | 2200 | | ✓ | VP |
| Officer | 352021 HCA-H INPAT B 1-MHCB | Jones, D. S | 99692 | 1400 | | 2200 | | | |
| Officer | 352022 HCA-H INPAT B 2-MHCB | Zepeda, A. J | 108796 | 1400 | | 2200 | | | |

F EEL: LOG CMC-HFAC-18-01-0032   C/O SOTO WENT OUT WITH Y/M ON CODE 3.

C/O CASTILLO TOOK HIS PLACE.

1400   X _____   2200  X _____   ✓

| Comments: | | |
|-----------|--|--|
| | Supervisor Check-In Print / Signature: | x F. BEISEN |
| | Supervisor Check-Out Print / Signature: | x F. BEISEN |
| | Final Review Print / Signature: | x D. Hfz |
| | Administrator Review Print / Signature: | x D. Hfz |

Date & Time Printed:   01/21/2018   12:50          Page 1 of 1

Exhibit 5

| | |
|---|---|
| **REVISION DATE:** | July 1, 2020 |
| **INSTITUTION:** | California Men's Colony |
| **POSITION DESCRIPTION:** | HCA H 1 A INPAT MHCB 1 |
| **POST ORDER NUMBER** | 152011 |
| **WATCH:** | First Watch |
| **HOURS OF WORK:** | 2200 – 0600 Hours |
| **REGULAR DAYS OFF:** | Saturday / Sunday |
| **DIRECT SUPERVISOR:** | Health Care Access CTC MHCB Sergeant |
| **INDIRECT SUPERVISOR:** | CMC East Facility Watch Commander |

## AREA OF RESPONSIBILITY

Your primary area of responsibility is Housing A of the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB). Although you are assigned to this specific area, you are charged with the responsibility of reporting and acting upon any irregularities and emergencies you notice.

Respond to all emergencies within your area of responsibility. When any Code is announced within your assigned work area, you will respond to the designated Assembly Area and/or establish an Assembly Area proximate to the emergency/disturbance.

> This post will normally not be redirected for assignment to any other duties outside of Health Care Operations if there remains a health care related workload requiring utilization of this post. However, this post may be redirected to other Health Care Operations duties whenever it is deemed necessary by your immediate supervisor. In addition, this post may be redirected for assignment outside of Health Care Operations during emergency situations as determined by the Warden. This post may also be redirected to non-Health Care Operations duties by your immediate supervisor when there is no health care related workload requiring utilization of this post.

## GENERAL DUTIES AND RESPONSIBLITIES

This post plays a significant role in providing services to inmate-patients in the Mental Health Services Delivery System. As a reminder, regularly assigned staff working with inmate-patients that have been identified with mental health concerns should utilize their knowledge, skills and training. Your role in collaboration between custody, nursing and mental health staff in assisting with interventions and strategies to work with the mental health population is critical to the success of the program.

You are responsible for maintaining the order, security and supervision of inmates. You are charged with upholding the California Department of Corrections and Rehabilitation (CDCR) rules and regulations. All peace officers have the responsibility to take appropriate action during an emergency (including physical restraint) and to work assignments as necessitated. During emergency situations, you will report to and receive orders/instructions from your supervisor. You will inform your supervisors of any situation that could jeopardize institutional security, and/or the safety of staff, inmates or the public. You must conduct visual and physical inspections of your work areas. You will monitor inmate behavior and appropriately document rule violations and/or behavior that could lead to violence or disorder.

You are responsible for reporting to work properly dressed and fully equipped, including a flashlight, whistle, stab resistant vest (following departmental guidelines), micro-shield and being physically capable of remaining fully alert during your shift. You will pass along pertinent information to the officer who relieves you. Your safety and that of fellow staff and inmates in your charge depends upon your alertness, good judgment and professionalism.

Your job performance is to be consistent with your Post Orders, institutional policies/procedures, and departmental rules/regulations. Immediately contact your supervisor if you have any questions or need clarification relative to your job performance requirements. It is your responsibility to attend all classes required by In-Service Training and to fulfill the annual training requirements mandated by the institution and the department. You will familiarize yourself with the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), Mental Health Services Delivery System (MHSDS), Americans with Disabilities Act (ADA), Institution's Injury Illness Prevention Program, Staff Accountability Plan and post pertinent Operational Procedures. You may be called upon to fulfill other duties or obligations as required or as directed by your supervisor.

REVISION DATE:                July 1, 2020

INSTITUTION:                  California Men's Colony

POSITION DESCRIPTION:         HCA H 1 A INPAT MHCB 1

POST ORDER NUMBER             252011

WATCH:                        Second Watch

HOURS OF WORK:                0600 – 1400 Hours

REGULAR DAYS OFF:             Thursday / Friday

DIRECT SUPERVISOR:            Health Care Access CTC MHCB Sergeant

INDIRECT SUPERVISOR:          Health Care Access CTC MHCB Lieutenant

### AREA OF RESPONSIBILITY

Your primary area of responsibility is Housing A of the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB). Although you are assigned to this specific area, you are charged with the responsibility of reporting and acting upon any irregularities and emergencies you notice.

Respond to all emergencies within your area of responsibility. When any Code is announced within your assigned work area, you will respond to the designated Assembly Area and/or establish an Assembly Area proximate to the emergency/disturbance.

This post will normally not be redirected for assignment to any other duties outside of Health Care Operations if there remains a health care related workload requiring utilization of this post. However, this post may be redirected to other Health Care Operations duties whenever it is deemed necessary by your immediate supervisor. In addition, this post may be redirected for assignment outside of Health Care Operations during emergency situations as determined by the Warden. This post may also be redirected to non-Health Care Operations duties by your immediate supervisor when there is no health care related workload requiring utilization of this post.

### GENERAL DUTIES AND RESPONSIBLITIES

This post plays a significant role in providing services to inmate-patients in the Mental Health Services Delivery System. As a reminder, regularly assigned staff working with inmate-patients that have been identified with mental health concerns should utilize their knowledge, skills and training. Your role in collaboration between custody, nursing and mental health staff in assisting with interventions and strategies to work with the mental health population is critical to the success of the program.

You are responsible for maintaining the order, security and supervision of inmates. You are charged with upholding the California Department of Corrections and Rehabilitation (CDCR) rules and regulations. All peace officers have the responsibility to take appropriate action during an emergency (including physical restraint) and to work assignments as necessitated. During emergency situations, you will report to and receive orders/instructions from your supervisor. You will inform your supervisors of any situation that could jeopardize institutional security, and/or the safety of staff, inmates or the public. You must conduct visual and physical inspections of your work areas. You will monitor inmate behavior and appropriately document rule violations and/or behavior that could lead to violence or disorder.

You are responsible for reporting to work properly dressed and fully equipped, including a flashlight, whistle, stab resistant vest (following departmental guidelines), micro-shield and being physically capable of remaining fully alert during your shift. You will pass along pertinent information to the officer who relieves you. Your safety and that of fellow staff and inmates in your charge depends upon your alertness, good judgment and professionalism.

Your job performance is to be consistent with your Post Orders, institutional policies/procedures, and departmental rules/regulations. Immediately contact your supervisor if you have any questions or need clarification relative to your job performance requirements. It is your responsibility to attend all classes required by In-Service Training and to fulfill the annual training requirements mandated by the institution and the department. You will familiarize yourself with the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), Mental Health Services Delivery System (MHSDS), Americans with Disabilities Act (ADA), Institution's Injury Illness Prevention Program, Staff Accountability Plan and post pertinent Operational Procedures. You may be called upon to fulfill other duties or obligations as required or as directed by your supervisor.

| | |
|---|---|
| **REVISION DATE:** | July 1, 2020 |
| **INSTITUTION:** | California Men's Colony |
| **POSITION DESCRIPTION:** | HCA H 1 A INPAT MHCB 2 |
| **POST ORDER NUMBER** | 252012 |
| **WATCH:** | Second Watch |
| **HOURS OF WORK:** | 0600 – 1400 Hours |
| **REGULAR DAYS OFF:** | Tuesday / Wednesday |
| **DIRECT SUPERVISOR:** | Health Care Access CTC MHCB Sergeant |
| **INDIRECT SUPERVISOR:** | Health Care Access CTC MHCB Lieutenant |

## AREA OF RESPONSIBILITY

Your primary area of responsibility is Housing A of the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB). Although you are assigned to this specific area, you are charged with the responsibility of reporting and acting upon any irregularities and emergencies you notice.

Respond to all emergencies <u>within</u> your area of responsibility. When any **Code** is announced <u>within</u> your assigned work area, you will respond to the designated Assembly Area and/or establish an Assembly Area proximate to the emergency/disturbance.

> This post will normally not be redirected for assignment to any other duties outside of Health Care Operations if there remains a health care related workload requiring utilization of this post. However, this post may be redirected to other Health Care Operations duties whenever it is deemed necessary by your immediate supervisor. In addition, this post may be redirected for assignment outside of Health Care Operations during emergency situations as determined by the Warden. This post may also be redirected to non-Health Care Operations duties by your immediate supervisor when there is no health care related workload requiring utilization of this post.

## GENERAL DUTIES AND RESPONSIBLITIES

This post plays a significant role in providing services to inmate-patients in the Mental Health Services Delivery System. As a reminder, regularly assigned staff working with inmate-patients that have been identified with mental health concerns should utilize their knowledge, skills and training. Your role in collaboration between custody, nursing and mental health staff in assisting with interventions and strategies to work with the mental health population is critical to the success of the program.

You are responsible for maintaining the order, security and supervision of inmates. You are charged with upholding the California Department of Corrections and Rehabilitation (CDCR) rules and regulations. All peace officers have the responsibility to take appropriate action during an emergency (including physical restraint) and to work assignments as necessitated. During emergency situations, you will report to and receive orders/instructions from your supervisor. You will inform your supervisors of any situation that could jeopardize institutional security, and/or the safety of staff, inmates or the public. You must conduct visual and physical inspections of your work areas. You will monitor inmate behavior and appropriately document rule violations and/or behavior that could lead to violence or disorder.

You are responsible for reporting to work properly dressed and fully equipped, including a flashlight, whistle, stab resistant vest (following departmental guidelines), micro-shield and being physically capable of remaining fully alert during your shift. You will pass along pertinent information to the officer who relieves you. Your safety and that of fellow staff and inmates in your charge depends upon your alertness, good judgment and professionalism.

Your job performance is to be consistent with your Post Orders, institutional policies/procedures, and departmental rules/regulations. Immediately contact your supervisor if you have any questions or need clarification relative to your job performance requirements. It is your responsibility to attend all classes required by In-Service Training and to fulfill the annual training requirements mandated by the institution and the department. You will familiarize yourself with the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), Mental Health Services Delivery System (MHSDS), Americans with Disabilities Act (ADA), institution's Injury Illness Prevention Program, Staff Accountability Plan and post pertinent Operational Procedures. You may be called upon to fulfill other duties or obligations as required or as directed by your supervisor.



| | |
|---|---|
| **REVISION DATE:** | July 1, 2020 |
| **INSTITUTION:** | California Men's Colony |
| **POSITION DESCRIPTION:** | HCA H ESCRT MHCB 1 |
| **POST ORDER NUMBER** | 252001 |
| **WATCH:** | Second Watch |
| **HOURS OF WORK:** | 0600 – 1400 Hours |
| **REGULAR DAYS OFF:** | Saturday / Sunday |
| **DIRECT SUPERVISOR:** | Health Care Access CTC MHCB Sergeant |
| **INDIRECT SUPERVISOR:** | Health Care Access CTC MHCB Lieutenant |

## AREA OF RESPONSIBILITY

Your primary area of responsibility is Housing "A" and Housing "B" of the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB); specifically performing escorts as required. You will assist the CTC MHCB staff in the supervision of all other areas that fall into your range of vision. Although you are assigned to this specific area, you are charged with the responsibility of reporting and acting upon any irregularities and emergencies you notice.

Respond to all emergencies _within_ your area of responsibility. When any **Code** is announced _within_ your assigned work area, you will respond to the designated Assembly Area and/or establish an Assembly Area proximate to the emergency/disturbance.

This post will normally not be redirected for assignment to any other duties outside of Health Care Operations if there remains a health care related workload requiring utilization of this post. However, this post may be redirected to other Health Care Operations duties whenever it is deemed necessary by your immediate supervisor. In addition, this post may be redirected for assignment outside of Health Care Operations during emergency situations as determined by the Warden. This post may also be redirected to non-Health Care Operations duties by your immediate supervisor when there is no health care related workload requiring utilization of this post.

## GENERAL DUTIES AND RESPONSIBLITIES

This post plays a significant role in providing services to inmate-patients in the Mental Health Services Delivery System. As a reminder, regularly assigned staff working with inmate-patients that have been identified with mental health concerns should utilize their knowledge, skills and training. Your role in collaboration between custody, nursing and mental health staff in assisting with interventions and strategies to work with the mental health population is critical to the success of the program.

You are responsible for maintaining the order, security and supervision of inmates. You are charged with upholding the California Department of Corrections and Rehabilitation (CDCR) rules and regulations. All peace officers have the responsibility to take appropriate action during an emergency (including physical restraint) and to work assignments as necessitated. During emergency situations, you will report to and receive orders/instructions from your supervisor. You will inform your supervisors of any situation that could jeopardize institutional security, and/or the safety of staff, inmates or the public. You must conduct visual and physical inspections of your work areas. You will monitor inmate behavior and appropriately document rule violations and/or behavior that could lead to violence or disorder.

You are responsible for reporting to work properly dressed and fully equipped, including a flashlight, whistle, stab resistant vest (following departmental guidelines), micro-shield and being physically capable of remaining fully alert during your shift. You will pass along pertinent information to the officer who relieves you. Your safety and that of fellow staff and inmates in your charge depends upon your alertness, good judgment and professionalism.

Your job performance is to be consistent with your Post Orders, institutional policies/procedures, and departmental rules/regulations. Immediately contact your supervisor if you have any questions or need clarification relative to your job performance requirements. It is your responsibility to attend all classes required by In-Service Training and to fulfill the annual training requirements mandated by the institution and the department. You will familiarize yourself with the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), Mental Health Services Delivery System (MHSDS), Americans with Disabilities Act (ADA), Institution's Injury Illness Prevention Program, Staff Accountability Plan, and post pertinent Operational Procedures. You may be called upon to fulfill other duties or obligations as required or as directed by your supervisor.



| | |
|---|---|
| **REVISION DATE:** | July 1, 2020 |
| **INSTITUTION:** | California Men's Colony |
| **POSITION DESCRIPTION:** | HCA H ESCORT MHCB 2 |
| **POST ORDER NUMBER** | 252002 |
| **WATCH:** | Second Watch |
| **HOURS OF WORK:** | 0600 – 1400 Hours |
| **REGULAR DAYS OFF:** | Wednesday / Thursday |
| **DIRECT SUPERVISOR:** | Health Care Access CTC MHCB Sergeant |
| **INDIRECT SUPERVISOR:** | Health Care Access CTC MHCB Lieutenant |

## AREA OF RESPONSIBILITY

Your primary area of responsibility is Housing "A" and Housing "B" of the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB); specifically performing escorts as required. You will assist the CTC MHCB staff in the supervision of all other areas that fall into your range of vision. Although you are assigned to this specific area, you are charged with the responsibility of reporting and acting upon any irregularities and emergencies you notice.

Respond to all emergencies within your area of responsibility. When any **Code** is announced within your assigned work area, you will respond to the designated Assembly Area and/or establish an Assembly Area proximate to the emergency/disturbance.

This post will normally not be redirected for assignment to any other duties outside of Health Care Operations if there remains a health care related workload requiring utilization of this post. However, this post may be redirected to other Health Care Operations duties whenever it is deemed necessary by your immediate supervisor. In addition, this post may be redirected for assignment outside of Health Care Operations during emergency situations as determined by the Warden. This post may also be redirected to non-Health Care Operations duties by your immediate supervisor when there is no health care related workload requiring utilization of this post.

## GENERAL DUTIES AND RESPONSIBILITIES

This post plays a significant role in providing services to inmate-patients in the Mental Health Services Delivery System. As a reminder, regularly assigned staff working with inmate-patients that have been identified with mental health concerns should utilize their knowledge, skills and training. Your role in collaboration between custody, nursing and mental health staff in assisting with interventions and strategies to work with the mental health population is critical to the success of the program.

You are responsible for maintaining the order, security and supervision of inmates. You are charged with upholding the California Department of Corrections and Rehabilitation (CDCR) rules and regulations. All peace officers have the responsibility to take appropriate action during an emergency (including physical restraint) and to work assignments as necessitated. During emergency situations, you will report to and receive orders/instructions from your supervisor. You will inform your supervisors of any situation that could jeopardize institutional security, and/or the safety of staff, inmates or the public. You must conduct visual and physical inspections of your work areas. You will monitor inmate behavior and appropriately document rule violations and/or behavior that could lead to violence or disorder.

You are responsible for reporting to work properly dressed and fully equipped, including a flashlight, whistle, stab resistant vest (following departmental guidelines), micro-shield and being physically capable of remaining fully alert during your shift. You will pass along pertinent information to the officer who relieves you. Your safety and that of fellow staff and inmates in your charge depends upon your alertness, good judgment and professionalism.

Your job performance is to be consistent with your Post Orders, institutional policies/procedures, and departmental rules/regulations. Immediately contact your supervisor if you have any questions or need clarification relative to your job performance requirements. It is your responsibility to attend all classes required by In-Service Training and to fulfill the annual training requirements mandated by the institution and the department. You will familiarize yourself with the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), Mental Health Services Delivery System (MHSDS), Americans with Disabilities Act (ADA), Institution's Injury Illness Prevention Program, Staff Accountability Plan, and post pertinent Operational Procedures. You may be called upon to fulfill other duties or obligations as required or as directed by your supervisor.



| | |
|---|---|
| **REVISION DATE:** | July 1, 2020 |
| **INSTITUTION:** | California Men's Colony |
| **POSITION DESCRIPTION:** | HCA H ESCRT MHCB 3 |
| **POST ORDER NUMBER** | 252003 |
| **WATCH:** | Second Watch |
| **HOURS OF WORK:** | 0800 – 1600 Hours |
| **REGULAR DAYS OFF:** | Saturday / Sunday / Holiday |
| **DIRECT SUPERVISOR:** | Health Care Access CTC MHCB Sergeant |
| **INDIRECT SUPERVISOR:** | Health Care Access CTC MHCB Lieutenant |

**AREA OF RESPONSIBILITY**

Your primary area of responsibility is Housing "A" and Housing "B" of the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB); specifically performing escorts as required. You will assist the CTC MHCB staff in the supervision of all other areas that fall into your range of vision. Although you are assigned to this specific area, you are charged with the responsibility of reporting and acting upon any irregularities and emergencies you notice.

Respond to all emergencies <u>within</u> your area of responsibility. When any <u>Code</u> is announced <u>within</u> your assigned work area, you will respond to the designated Assembly Area and/or establish an Assembly Area proximate to the emergency/disturbance.

> This post will normally not be redirected for assignment to any other duties outside of Health Care Operations if there remains a health care related workload requiring utilization of this post. However, this post may be redirected to other Health Care Operations duties whenever it is deemed necessary by your immediate supervisor. In addition, this post may be redirected for assignment outside of Health Care Operations during emergency situations as determined by the Warden. This post may also be redirected to non-Health Care Operations duties by your immediate supervisor when there is no health care related workload requiring utilization of this post.

**GENERAL DUTIES AND RESPONSIBLITIES**

This post plays a significant role in providing services to inmate-patients in the Mental Health Services Delivery System. As a reminder, regularly assigned staff working with inmate-patients that have been identified with mental health concerns should utilize their knowledge, skills and training. Your role in collaboration between custody, nursing and mental health staff in assisting with interventions and strategies to work with the mental health population is critical to the success of the program.

You are responsible for maintaining the order, security and supervision of inmates. You are charged with upholding the California Department of Corrections and Rehabilitation (CDCR) rules and regulations. All peace officers have the responsibility to take appropriate action during an emergency (including physical restraint) and to work assignments as necessitated. During emergency situations, you will report to and receive orders/instructions from your supervisor. You will inform your supervisors of any situation that could jeopardize institutional security, and/or the safety of staff, inmates or the public. You must conduct visual and physical inspections of your work areas. You will monitor inmate behavior and appropriately document rule violations and/or behavior that could lead to violence or disorder.

You are responsible for reporting to work properly dressed and fully equipped, including a flashlight, whistle, stab resistant vest (following departmental guidelines), micro-shield and being physically capable of remaining fully alert during your shift. You will pass along pertinent information to the officer who relieves you. Your safety and that of fellow staff and inmates in your charge depends upon your alertness, good judgment and professionalism.

Your job performance is to be consistent with your Post Orders, institutional policies/procedures, and departmental rules/regulations. Immediately contact your supervisor if you have any questions or need clarification relative to your job performance requirements. It is your responsibility to attend all classes required by In-Service Training and to fulfill the annual training requirements mandated by the institution and the department. You will familiarize yourself with the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), Mental Health Services Delivery System (MHSDS), Americans with Disabilities Act (ADA), Institution's Injury Illness Prevention Program, Staff Accountability Plan, and post pertinent Operational Procedures. You may be called upon to fulfill other duties or obligations as required or as directed by your supervisor.



| | |
|---|---|
| **REVISION DATE:** | July 1, 2020 |
| **INSTITUTION:** | California Men's Colony |
| **POSITION DESCRIPTION:** | HCA H ESCRT MHCB 4 |
| **POST ORDER NUMBER** | 252004 |
| **WATCH:** | Second Watch |
| **HOURS OF WORK:** | 0730 – 1530 Hours |
| **REGULAR DAYS OFF:** | Saturday / Sunday / Holiday |
| **DIRECT SUPERVISOR:** | Health Care Access CTC MHCB Sergeant |
| **INDIRECT SUPERVISOR:** | Health Care Access CTC MHCB Lieutenant |

### AREA OF RESPONSIBILITY

Your primary area of responsibility is Housing "A" and Housing "B" of the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB); specifically performing escorts as required. You will assist the CTC MHCB staff in the supervision of all other areas that fall into your range of vision. Although you are assigned to this specific area, you are charged with the responsibility of reporting and acting upon any irregularities and emergencies you notice.

Respond to all emergencies **within** your area of responsibility. When any **Code** is announced **within** your assigned work area, you will respond to the designated Assembly Area and/or establish an Assembly Area proximate to the emergency/disturbance.

> This post will normally not be redirected for assignment to any other duties outside of Health Care Operations if there remains a health care related workload requiring utilization of this post. However, this post may be redirected to other Health Care Operations duties whenever it is deemed necessary by your immediate supervisor. In addition, this post may be redirected for assignment outside of Health Care Operations during emergency situations as determined by the Warden. This post may also be redirected to non-Health Care Operations duties by your immediate supervisor when there is no health care related workload requiring utilization of this post.

### GENERAL DUTIES AND RESPONSIBLITIES

This post plays a significant role in providing services to inmate-patients in the Mental Health Services Delivery System. As a reminder, regularly assigned staff working with inmate-patients that have been identified with mental health concerns should utilize their knowledge, skills and training. Your role in collaboration between custody, nursing and mental health staff in assisting with interventions and strategies to work with the mental health population is critical to the success of the program.

You are responsible for maintaining the order, security and supervision of inmates. You are charged with upholding the California Department of Corrections and Rehabilitation (CDCR) rules and regulations. All peace officers have the responsibility to take appropriate action during an emergency (including physical restraint) and to work assignments as necessitated. During emergency situations, you will report to and receive orders/instructions from your supervisor. You will inform your supervisors of any situation that could jeopardize institutional security, and/or the safety of staff, inmates or the public. You must conduct visual and physical inspections of your work areas. You will monitor inmate behavior and appropriately document rule violations and/or behavior that could lead to violence or disorder.

You are responsible for reporting to work properly dressed and fully equipped, including a flashlight, whistle, stab resistant vest (following departmental guidelines), micro-shield and being physically capable of remaining fully alert during your shift. You will pass along pertinent information to the officer who relieves you. Your safety and that of fellow staff and inmates in your charge depends upon your alertness, good judgment and professionalism.

Your job performance is to be consistent with your Post Orders, institutional policies/procedures, and departmental rules/regulations. Immediately contact your supervisor if you have any questions or need clarification relative to your job performance requirements. It is your responsibility to attend all classes required by In-Service Training and to fulfill the annual training requirements mandated by the institution and the department. You will familiarize yourself with the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), Mental Health Services Delivery System (MHSDS), Americans with Disabilities Act (ADA), Institution's Injury Illness Prevention Program, Staff Accountability Plan, and post pertinent Operational Procedures. You may be called upon to fulfill other duties or obligations as required or as directed by your supervisor.

| | |
|---|---|
| **REVISION DATE:** | July 1, 2020 |
| **INSTITUTION:** | California Men's Colony |
| **POSITION DESCRIPTION:** | HCA H ESCRT MHCB 5 |
| **POST ORDER NUMBER** | 252005 |
| **WATCH:** | Second Watch |
| **HOURS OF WORK:** | 0730 – 1530 Hours |
| **REGULAR DAYS OFF:** | Saturday / Sunday / Holiday |
| **DIRECT SUPERVISOR:** | Health Care Access CTC MHCB Sergeant |
| **INDIRECT SUPERVISOR:** | Health Care Access CTC MHCB Lieutenant |

### AREA OF RESPONSIBILITY

Your primary area of responsibility is Housing "A" and Housing "B" of the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB); specifically performing escorts as required. You will assist the CTC MHCB staff in the supervision of all other areas that fall into your range of vision. Although you are assigned to this specific area, you are charged with the responsibility of reporting and acting upon any irregularities and emergencies you notice.

Respond to all emergencies <u>within</u> your area of responsibility. When any Code is announced <u>within</u> your assigned work area, you will respond to the designated Assembly Area and/or establish an Assembly Area proximate to the emergency/disturbance.

> This post will normally not be redirected for assignment to any other duties outside of Health Care Operations if there remains a health care related workload requiring utilization of this post. However, this post may be redirected to other Health Care Operations duties whenever it is deemed necessary by your immediate supervisor. In addition, this post may be redirected for assignment outside of Health Care Operations during emergency situations as determined by the Warden. This post may also be redirected to non-Health Care Operations duties by your immediate supervisor when there is no health care related workload requiring utilization of this post.

### GENERAL DUTIES AND RESPONSIBILITIES

This post plays a significant role in providing services to Inmate-patients in the Mental Health Services Delivery System. As a reminder, regularly assigned staff working with inmate-patients that have been identified with mental health concerns should utilize their knowledge, skills and training. Your role in collaboration between custody, nursing and mental health staff in assisting with interventions and strategies to work with the mental health population is critical to the success of the program.

You are responsible for maintaining the order, security and supervision of inmates. You are charged with upholding the California Department of Corrections and Rehabilitation (CDCR) rules and regulations. All peace officers have the responsibility to take appropriate action during an emergency (including physical restraint) and to work assignments as necessitated. During emergency situations, you will report to and receive orders/instructions from your supervisor. You will inform your supervisors of any situation that could jeopardize institutional security, and/or the safety of staff, inmates or the public. You must conduct visual and physical inspections of your work areas. You will monitor inmate behavior and appropriately document rule violations and/or behavior that could lead to violence or disorder.

You are responsible for reporting to work properly dressed and fully equipped, including a flashlight, whistle, stab resistant vest (following departmental guidelines), micro-shield and being physically capable of remaining fully alert during your shift. You will pass along pertinent information to the officer who relieves you. Your safety and that of fellow staff and inmates in your charge depends upon your alertness, good judgment and professionalism.

Your job performance is to be consistent with your Post Orders, institutional policies/procedures, and departmental rules/regulations. Immediately contact your supervisor if you have any questions or need clarification relative to your job performance requirements. It is your responsibility to attend all classes required by In-Service Training and to fulfill the annual training requirements mandated by the Institution and the department. You will familiarize yourself with the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), Mental Health Services Delivery System (MHSDS), Americans with Disabilities Act (ADA), Institution's Injury Illness Prevention Program, Staff Accountability Plan, and post pertinent Operational Procedures. You may be called upon to fulfill other duties or obligations as required or as directed by your supervisor.



| | |
|---|---|
| **REVISION DATE:** | July 1, 2020 |
| **INSTITUTION:** | California Men's Colony |
| **POSITION DESCRIPTION:** | HCA-H 1 A INPAT MHCB 1 |
| **POST ORDER NUMBER** | 352011 |
| **WATCH:** | Third Watch |
| **HOURS OF WORK:** | 1400 – 2200 Hours |
| **REGULAR DAYS OFF:** | Thursday / Friday |
| **DIRECT SUPERVISOR:** | HCA CTC MHCB Sergeant |
| **INDIRECT SUPERVISOR:** | HCA CTC MHCB Lieutenant / CMC East Facility Watch Commander |

## AREA OF RESPONSIBILITY

Your primary area of responsibility is Housing A of the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB). Although you are assigned to this specific area, you are charged with the responsibility of reporting and acting upon any irregularities and emergencies you notice.

Respond to all emergencies within your area of responsibility. When any **Code** is announced within your assigned work area, you will respond to the designated Assembly Area and/or establish an Assembly Area proximate to the emergency/disturbance.

> This post will normally not be redirected for assignment to any other duties outside of Health Care Operations if there remains a health care related workload requiring utilization of this post. However, this post may be redirected to other Health Care Operations duties whenever it is deemed necessary by your immediate supervisor. In addition, this post may be redirected for assignment outside of Health Care Operations during emergency situations as determined by the Warden. This post may also be redirected to non-Health Care Operations duties by your immediate supervisor when there is no health care related workload requiring utilization of this post.

## GENERAL DUTIES AND RESPONSIBILITIES

This post plays a significant role in providing services to inmate-patients in the Mental Health Services Delivery System. As a reminder, regularly assigned staff working with inmate-patients that have been identified with mental health concerns should utilize their knowledge, skills and training. Your role in collaboration between custody, nursing and mental health staff in assisting with interventions and strategies to work with the mental health population is critical to the success of the program.

You are responsible for maintaining the order, security and supervision of inmates. You are charged with upholding the California Department of Corrections and Rehabilitation (CDCR) rules and regulations. All peace officers have the responsibility to take appropriate action during an emergency (including physical restraint) and to work assignments as necessitated. During emergency situations, you will report to and receive orders/instructions from your supervisor. You will inform your supervisors of any situation that could jeopardize institutional security, and/or the safety of staff, inmates or the public. You must conduct visual and physical inspections of your work areas. You will monitor inmate behavior and appropriately document rule violations and/or behavior that could lead to violence or disorder.

You are responsible for reporting to work properly dressed and fully equipped, including a flashlight, whistle, stab resistant vest (following departmental guidelines), micro-shield and being physically capable of remaining fully alert during your shift. You will pass along pertinent information to the officer who relieves you. Your safety and that of fellow staff and inmates in your charge depends upon your alertness, good judgment and professionalism.

Your job performance is to be consistent with your Post Orders, institutional policies/procedures, and departmental rules/regulations. Immediately contact your supervisor if you have any questions or need clarification relative to your job performance requirements. It is your responsibility to attend all classes required by In-Service Training and to fulfill the annual training requirements mandated by the institution and the department. You will familiarize yourself with the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), Mental Health Services Delivery System (MHSDS), Americans with Disabilities Act (ADA), Institution's Injury Illness Prevention Program, Staff Accountability Plan and post pertinent Operational Procedures. You may be called upon to fulfill other duties or obligations as required or as directed by your supervisor.

> You are responsible for maintaining various logs within your area of responsibility.



| | |
|---|---|
| **REVISION DATE:** | July 1, 2020 |
| **INSTITUTION:** | California Men's Colony |
| **POSITION DESCRIPTION:** | HCA H 1 A INPAT MHCB 2 |
| **POST ORDER NUMBER** | 352012 |
| **WATCH:** | Third Watch |
| **HOURS OF WORK:** | 1400 – 2200 Hours |
| **REGULAR DAYS OFF:** | Saturday / Sunday |
| **DIRECT SUPERVISOR:** | HCA CTC MHCB Sergeant |
| **INDIRECT SUPERVISOR:** | HCA CTC MHCB Lieutenant / CMC East Facility Watch Commander |

## AREA OF RESPONSIBILITY

Your primary area of responsibility is Housing A of the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB). Although you are assigned to this specific area, you are charged with the responsibility of reporting and acting upon any irregularities and emergencies you notice.

Respond to all emergencies within your area of responsibility. When any Code is announced within your assigned work area, you will respond to the designated Assembly Area and/or establish an Assembly Area proximate to the emergency/disturbance.

> This post will normally not be redirected for assignment to any other duties outside of Health Care Operations if there remains a health care related workload requiring utilization of this post. However, this post may be redirected to other Health Care Operations duties whenever it is deemed necessary by your immediate supervisor. In addition, this post may be redirected for assignment outside of Health Care Operations during emergency situations as determined by the Warden. This post may also be redirected to non-Health Care Operations duties by your immediate supervisor when there is no health care related workload requiring utilization of this post.

## GENERAL DUTIES AND RESPONSIBILITIES

This post plays a significant role in providing services to inmate-patients in the Mental Health Services Delivery System. As a reminder, regularly assigned staff working with inmate-patients that have been identified with mental health concerns should utilize their knowledge, skills and training. Your role in collaboration between custody, nursing and mental health staff in assisting with interventions and strategies to work with the mental health population is critical to the success of the program.

You are responsible for maintaining the order, security and supervision of inmates. You are charged with upholding the California Department of Corrections and Rehabilitation (CDCR) rules and regulations. All peace officers have the responsibility to take appropriate action during an emergency (including physical restraint) and to work assignments as necessitated. During emergency situations, you will report to and receive orders/instructions from your supervisor. You will inform your supervisors of any situation that could jeopardize institutional security, and/or the safety of staff, inmates or the public. You must conduct visual and physical inspections of your work areas. You will monitor inmate behavior and appropriately document rule violations and/or behavior that could lead to violence or disorder.

You are responsible for reporting to work properly dressed and fully equipped, including a flashlight, whistle, stab resistant vest (following departmental guidelines), micro-shield and being physically capable of remaining fully alert during your shift. You will pass along pertinent information to the officer who relieves you. Your safety and that of fellow staff and inmates in your charge depends upon your alertness, good judgment and professionalism.

Your job performance is to be consistent with your Post Orders, institutional policies/procedures, and departmental rules/regulations. Immediately contact your supervisor if you have any questions or need clarification relative to your job performance requirements. It is your responsibility to attend all classes required by In-Service Training and to fulfill the annual training requirements mandated by the institution and the department. You will familiarize yourself with the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), Mental Health Services Delivery System (MHSDS), Americans with Disabilities Act (ADA), Institution's Injury Illness Prevention Program, Staff Accountability Plan and post pertinent Operational Procedures. You may be called upon to fulfill other duties or obligations as required or as directed by your supervisor.

> You are responsible for maintaining various logs within your area of responsibility.

| | |
|---|---|
| **REVISION DATE:** | July 1, 2020 |
| **INSTITUTION:** | California Men's Colony |
| **POSITION DESCRIPTION:** | HCA H ESCRT MHCB 1 |
| **POST ORDER NUMBER** | 352001 |
| **WATCH:** | Third Watch |
| **HOURS OF WORK:** | 1400 – 2200 Hours |
| **REGULAR DAYS OFF:** | Saturday / Sunday |
| **DIRECT SUPERVISOR:** | HCA CTC MHCB Sergeant |
| **INDIRECT SUPERVISOR:** | HCA CTC MHCB Lieutenant / CMC East Facility Watch Commander |

## AREA OF RESPONSIBILITY

Your primary area of responsibility is Housing "A" and Housing "B" of the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB); specifically performing escorts as required. You will assist the CTC MHCB staff in the supervision of all other areas that fall into your range of vision. Although you are assigned to this specific area, you are charged with the responsibility of reporting and acting upon any irregularities and emergencies you notice.

Respond to all emergencies within your area of responsibility. When any **Code** is announced within your assigned work area, you will respond to the designated Assembly Area and/or establish an Assembly Area proximate to the emergency/disturbance.

This post will normally not be redirected for assignment to any other duties outside of Health Care Operations if there remains a health care related workload requiring utilization of this post. However, this post may be redirected to other Health Care Operations duties whenever it is deemed necessary by your immediate supervisor. In addition, this post may be redirected for assignment outside of Health Care Operations during emergency situations as determined by the Warden. This post may also be redirected to non-Health Care Operations duties by your immediate supervisor when there is no health care related workload requiring utilization of this post.

## GENERAL DUTIES AND RESPONSIBLITIES

This post plays a significant role in providing services to inmate-patients in the Mental Health Services Delivery System. As a reminder, regularly assigned staff working with inmate-patients that have been identified with mental health concerns should utilize their knowledge, skills and training. Your role in collaboration between custody, nursing and mental health staff in assisting with interventions and strategies to work with the mental health population is critical to the success of the program.

You are responsible for maintaining the order, security and supervision of inmates. You are charged with upholding the California Department of Corrections and Rehabilitation (CDCR) rules and regulations. All peace officers have the responsibility to take appropriate action during an emergency (including physical restraint) and to work assignments as necessitated. During emergency situations, you will report to and receive orders/instructions from your supervisor. You will inform your supervisors of any situation that could jeopardize institutional security, and/or the safety of staff, inmates or the public. You must conduct visual and physical inspections of your work areas. You will monitor inmate behavior and appropriately document rule violations and/or behavior that could lead to violence or disorder.

You are responsible for reporting to work properly dressed and fully equipped, including a flashlight, whistle, stab resistant vest (following departmental guidelines), micro-shield and being physically capable of remaining fully alert during your shift. You will pass along pertinent information to the officer who relieves you. Your safety and that of fellow staff and inmates in your charge depends upon your alertness, good judgment and professionalism.

Your job performance is to be consistent with your Post Orders, institutional policies/procedures, and departmental rules/regulations. Immediately contact your supervisor if you have any questions or need clarification relative to your job performance requirements. It is your responsibility to attend all classes required by In-Service Training and to fulfill the annual training requirements mandated by the institution and the department. You will familiarize yourself with the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), Mental Health Services Delivery System (MHSDS), Americans with Disabilities Act (ADA), Institution's Injury Illness Prevention Program, Staff Accountability Plan, and post pertinent Operational Procedures. You may be called upon to fulfill other duties or obligations as required or as directed by your supervisor.



| | |
|---|---|
| **REVISION DATE:** | July 1, 2020 |
| **INSTITUTION:** | California Men's Colony |
| **POSITION DESCRIPTION:** | HCA H ESCRT MHCB 2 |
| **POST ORDER NUMBER** | 352002 |
| **WATCH:** | Third Watch |
| **HOURS OF WORK:** | 1400 – 2200 Hours |
| **REGULAR DAYS OFF:** | Saturday / Sunday / Holiday |
| **DIRECT SUPERVISOR:** | HCA CTC MHCB Sergeant |
| **INDIRECT SUPERVISOR:** | HCA CTC MHCB Lieutenant / CMC East Facility Watch Commander |

**AREA OF RESPONSIBILITY**

Your primary area of responsibility is Housing "A" and Housing "B" of the Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB); specifically performing escorts as required. You will assist the CTC MHCB staff in the supervision of all other areas that fall into your range of vision. Although you are assigned to this specific area, you are charged with the responsibility of reporting and acting upon any irregularities and emergencies you notice.

Respond to all emergencies <u>within</u> your area of responsibility. When any **Code** is announced <u>within</u> your assigned work area, you will respond to the designated Assembly Area and/or establish an Assembly Area proximate to the emergency/disturbance.

This post will normally not be redirected for assignment to any other duties outside of Health Care Operations if there remains a health care related workload requiring utilization of this post. However, this post may be redirected to other Health Care Operations duties whenever it is deemed necessary by your immediate supervisor. In addition, this post may be redirected for assignment outside of Health Care Operations during emergency situations as determined by the Warden. This post may also be redirected to non-Health Care Operations duties by your immediate supervisor when there is no health care related workload requiring utilization of this post.

**GENERAL DUTIES AND RESPONSIBLITIES**

This post plays a significant role in providing services to inmate-patients in the Mental Health Services Delivery System. As a reminder, regularly assigned staff working with inmate-patients that have been identified with mental health concerns should utilize their knowledge, skills and training. Your role in collaboration between custody, nursing and mental health staff in assisting with interventions and strategies to work with the mental health population is critical to the success of the program.

You are responsible for maintaining the order, security and supervision of inmates. You are charged with upholding the California Department of Corrections and Rehabilitation (CDCR) rules and regulations. All peace officers have the responsibility to take appropriate action during an emergency (including physical restraint) and to work assignments as necessitated. During emergency situations, you will report to and receive orders/instructions from your supervisor. You will inform your supervisors of any situation that could jeopardize institutional security, and/or the safety of staff, inmates or the public. You must conduct visual and physical inspections of your work areas. You will monitor inmate behavior and appropriately document rule violations and/or behavior that could lead to violence or disorder.

You are responsible for reporting to work properly dressed and fully equipped, including a flashlight, whistle, stab resistant vest (following departmental guidelines), micro-shield and being physically capable of remaining fully alert during your shift. You will pass along pertinent information to the officer who relieves you. Your safety and that of fellow staff and inmates in your charge depends upon your alertness, good judgment and professionalism.

Your job performance is to be consistent with your Post Orders, institutional policies/procedures, and departmental rules/regulations. Immediately contact your supervisor if you have any questions or need clarification relative to your job performance requirements. It is your responsibility to attend all classes required by In-Service Training and to fulfill the annual training requirements mandated by the institution and the department. You will familiarize yourself with the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), Mental Health Services Delivery System (MHSDS), Americans with Disabilities Act (ADA), Institution's Injury Illness Prevention Program, Staff Accountability Plan, and post pertinent Operational Procedures. You may be called upon to fulfill other duties or obligations as required or as directed by your supervisor.

Exhibit 6

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**TRAINING PARTICIPATION SIGN-IN SHEET**

CDCR 844 (Rev. 06/14)

| TITLE Vol. IM Prog. / Suicide Prev. / Escape Prev. / Emg.Ops. / Cultrl Div. / EEO-SH | TIME 0730-1530 | DATE (THURSDAY) May 11, 2017 |
|---|---|---|
| AUDIENCE (Custody) BLOCK TRAINING | INSTRUCTOR See Attached Instructor Sheet | LENGTH (IN HOURS) 8-Hrs | LOCATION CMC-IST Colony Clubhouse |

BET ID (list all applicable) 11056075 / 11053393 / 11053163 / 11053155 / 11055987 / 11056000

| | PERSONNEL NUMBER (PERNR) | PRINT FULL NAME (LAST, FIRST) | WORK CLASS | TODAY'S WORK HOURS | CLASS IN | CLASS OUT | MEAL BREAK Y or N | OVER TIME HOURS | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10234 | TOMPKINS Jr., Robert W. | Lt. | 0730-1530 | --- | --- | N | N | RESCHEDULE |
| 2 | 61234 | BRAVO, Moises H. | Sgt. | 0730-1530 | 0730 | 1530 | N | N | |
| 3 | 08432 | SCHEIFFELE, David G. | Sgt. | 0730-1530 | 0730 | 153o | N | N | |
| 4 | 19018 | CANISALEZ, Nancy B. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 5 | 19370 | CASTILLO, Sandra P. | C/O | 0730-1530 | 0730 | 1550 | N | N | |
| 6 | 25681 | CLOWARD, Ryan J. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 7 | 25951 | DELGADILLO, Regino R. | C/O | 0730-1530 | 0730 | 153o | N | N | |
| 8 | 20590 | GOFFERMAN, Joseph A. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 9 | 12638 | GRAY, Michael E. | C/O | 0730-1530 | 6730 | 1531 | N | N | |
| 10 | 10025 | GUERRERO, Debbie L. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 11 | 22777 | KILLINGSWORTH, Gina K. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 12 | 13749 | LLAMAS, Fernando | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 13 | 11163 | MAGDALLENO, Joseph D. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 14 | 25198 | PIATTI, Jacob R. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 15 | 11907 | RAYBON Sr., Phillip C. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 16 | 21585 | REGALADO, Rosemary V. | C/O | 0730-1530 | 1730 | 1530 | N | N | |
| 17 | 104915 | ROMERO, Jose L. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 18 | 15748 | SALAZAR, Rick R. | C/O | 0730-1530 | 0730 | 530 | N | N | |
| 19 | 21751 | SANCHEZ, Phillip O. | C/O | 0730-1530 | 730 | 1530 | N | N | |
| 20 | 17889 | SANDOVAL, Deanna | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 21 | 25268 | SCHLUND, Jerry G. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 22 | 13389 | WHITE, Craig J. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 23 | 09569 | WILLIAMS, Duane C. (Chrg TRN to SE) | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 24 | 24498 | HOGGARD, Manuel J. | CC-I(Sup) | 0730-1530 | 730 | 1530 | N | N | |

ALL COLUMNS MUST BE COMPLETED

INSTRUCTOR'S SIGNATURE

PERNR

12075

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**TRAINING PARTICIPATION SIGN-IN SHEET**

CDCR 844 (Rev. 06/14)

| TITLE | TIME | DATE |
|---|---|---|
| Annl Trng Req. / UOF / LEF / Staff Suicide Prev. / Suicide Prev. | 0730-1530 | (WEDNESDAY) April 12, 2017 |

| AUDIENCE | INSTRUCTOR | LENGTH (IN HOURS) | LOCATION |
|---|---|---|---|
| (Custody) BLOCK TRAINING | See Attached Instructor Sheet | 8-Hrs | CMC-IST Colony Clubhouse |

BET ID (list all applicable) 11053703 / 11053412 / 11053233 / 11053385 / 11053393

| | PERSONNEL NUMBER (PERNR) | PRINT FULL NAME (LAST, FIRST) | WORK CLASS | TODAY'S WORK HOURS | CLASS IN | CLASS OUT | MEAL BREAK Y or N | OVER TIME HOURS | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N | N | (S) - RASCHELLE 70 4-26-17 |
| 1 | 20558 | MARSH, Timothy S. | Lt. | 0730-1530 | 0730 | 1530 | N | N | |
| 2 | 62753 | BOLTON, Dustin C. | Sgt. | 0730-1530 | 0730 | 1530 | N | N | |
| 3 | 14548 | MIRANDA, Michael A. | Sgt. | 0730-1530 | 0730 | 1530 | N | N | |
| 4 | 13340 | BUCK, Michael | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 5 | 24850 | COSTA, David S. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 6 | 14100 | DIAZ, Jeffrey M. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 7 | 21787 | GILLHAM, Michael C. | C/O | 0730-1530 | 0730 | 1630 | N | N | |
| 8 | 23401 | KREIG, Jill A. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 9 | 25684 | KUBEL, Michael J. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 10 | 33313 | LANDWEHR, Joseph D. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 11 | 15462 | LOMELI, Cesar | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 12 | 02535 | MACK, Otis W. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 13 | 12128 | MARTINEZ, Paul J. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 14 | 23787 | RAMIREZ, Juan M. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 15 | 08276 | REIDEL, Laurie W. | C/O | 0730-1530 | | | N | N | |
| 16 | 15756 | RICE, Thomas A. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 17 | 25091 | ROINESTED, David A. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 18 | 10551 | ROKES, Todd J. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 19 | 19322 | RUBIO, Adrian I. | C/O | 0730-1530 | 0730 | 1570 | N | N | |
| 20 | 13496 | SIMARD, Paul | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 21 | 14681 | VASQUEZ, Steve T. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 22 | 17825 | QUINTERO, Maria G. | CC-IIISpec | 0730-1530 | | | N | N | Indent 1-17-17 (4-10°) |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |

ALL COLUMNS MUST BE COMPLETED

INSTRUCTOR'S SIGNATURE

PERNR  18937

20     (36)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**TRAINING PARTICIPATION SIGN-IN SHEET**

CDCR 844 (Rev. 08/14)

| TITLE Annl Trng Req. / UOF / LEF / Staff Suicide Prev. / Suicide Prev. | TIME 0730-1530 | DATE (WEDNESDAY) April 26, 2017 |
|---|---|---|

| AUDIENCE (Custody) BLOCK TRAINING | INSTRUCTOR See Attached Instructor Sheet | LENGTH (IN HOURS) 8-Hrs | LOCATION CMC-IST Colony Clubhouse |
|---|---|---|---|

BET ID (list all applicable) 11053703 / 11053412 / 11053233 / 11053385 / 11053393

| | PERSONNEL NUMBER (PERNR) | PRINT FULL NAME (LAST, FIRST) | WORK CLASS | TODAY'S WORK HOURS | CLASS IN | CLASS OUT | MEAL BREAK Y or N | OVER TIME HOURS | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 59284 | GREGORY, Ernest G. | Lt. | 0730-1530 | 0730 | 1530 | N | N | |
| 2 | 20558 | MARSH, Timothy S. (Chrg TRN to SF) | Lt. | 0730-1530 | 0730 | 1530 | N | N | |
| 3 | 24601 | GARCIA-AYARD, Susan | Sgt. | 0730-1530 | 0730 | 1530 | N | N | |
| 4 | 12305 | ROBINSON, Shawna D. | Sgt. | 0730-1530 | 0730 | 1530 | N | N | |
| 5 | 17947 | BAUMGARDNER, Stephen | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 6 | 20945 | BUFFALOE, Lucrezia B. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 7 | 18628 | CHAUSSE, Thomas A. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 8 | 23281 | ESPINOZA, Manuel J. | C/O | 0730-1530 | 0730 | 1500 | N | N | |
| 9 | 25206 | FARLEY, Richard J. | C/O | 0730-1530 | ~750 | 530 | N | N | |
| 10 | 25508 | FITZPATRICK, Peter J. | C/O | 0730-1530 | ~730 | 1550 | N | N | |
| 11 | 11695 | FORD, Donald R. | C/O | 0730-1530 | 0730 | 150 | N | N | |
| 12 | 10591 | GARCIA Jr., Felix (Chrg TRN to BL) | C/O | 0730-1530 | 0731 | 1530 | N | N | |
| 13 | 10544 | GILBERT, Aaron L. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 14 | 18345 | HAMM, Laura M. | C/O | 0730-1530 | 0730 | 1550 | N | N | |
| 15 | 18456 | HENRY, Patrick B. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 16 | 13562 | JOHN, Donald E. | C/O | 0730-1530 | — | — | N | N | (SF) Rescheduled TO 5.3.17 |
| 17 | 16522 | MATTHIESEN, Harold D. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 18 | 21299 | REYNOSO, Damon F. | C/O | 0730-1530 | 0730 | 1550 | N | N | |
| 19 | 18773 | ROBICHAUD, Dave R. | C/O | 0730-1530 | 730 | 1530 | N | N | |
| 20 | 10702 | SCOTT, Jimmie N. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 21 | 21347 | STRADER, Moses B. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 22 | 22274 | WALLACE, Edward | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 23 | 25249 | STERKEL, Jeffre J | CC-I | 0730-1530 | 0730 | 150 | N | N | |
| 24 | | | | | | | | | |

ALL COLUMNS MUST BE COMPLETED

(31)

INSTRUCTOR'S SIGNATURE

PERNR 12875

22

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**TRAINING PARTICIPATION SIGN-IN SHEET**

CDCR 844 (Rev. 06/14)

| TITLE Annl Trng Req. / UOF / LEF / Staff Suicide Prev. / Suicide Prev. | TIME 0730-1530 | DATE (WEDNESDAY) April 5, 2017 |
|---|---|---|
| AUDIENCE (Custody) BLOCK TRAINING | INSTRUCTOR See Attached Instructor Sheet | LENGTH (IN HOURS) 8-Hrs | LOCATION CMC-IST Colony Clubhouse |

BET ID (list all applicable) 11053703 / 11053412 / 11053233 / 11053385 / 11053393

| | PERSONNEL NUMBER (PERNR) | PRINT FULL NAME (LAST, FIRST) | WORK CLASS | TODAY'S WORK HOURS | CLASS IN | CLASS OUT | MEAL BREAK Y or N | OVER TIME HOURS | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 17065 | FORD, Gordon L. | Lt. | 0730-1530 | 0730 | 1630 | N | N | |
| 2 | 16471 | CABREROS, Efren C. | Sgt. | 0730-1530 | 0730 | 1630 | N | N | |
| 3 | 18674 | SCHNORE, Robert B. | Sgt. | 0730-1530 | 0730 | 1630 | N | N | |
| 4 | 105306 | ARMSTRONG, Brent C. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 5 | 89492 | BALLEW, Jacob A. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 6 | 10315 | BORGES, Timothy E. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 7 | 95436 | CRAVY, Joel D. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 8 | 10591 | GARCIA Jr., Felix | C/O | 0730-1530 | | | N | N | (B/L) :Reschedule to 4-26-17 |
| 9 | 68788 | HAGSTROM, Krystal | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 10 | 86880 | HOIDA, Ryan A. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 11 | 20020 | KELLER, Chad J. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 12 | 25673 | KOPPER, Matthew P. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 13 | 13638 | MARTIN, James A. | C/O | 0730-1530 | 0730 | 1530 | N | N | J. Mot |
| 14 | 12049 | McADAMS, Terrence M. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 15 | 25381 | MONTES, Blanca P. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 16 | 29618 | OFFILL, Roger L. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 17 | 11251 | OSBORN, Adam C. (SCC Employee) | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 18 | 16938 | RAMOS, Eric R. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 19 | 86874 | RAMOS, Jaime D. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 20 | 74250 | RYAN, Peter J. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 21 | 25537 | WERN, Ryan J. | C/O | 0730-1530 | 0730 | 1530 | N | N | |
| 22 | 18015 | GARZA, Mark D. | CC-1 | 0730-1530 | 0730 | 1530 | N | N | |
| 23 | 21205 | Castillo M. G. | C/O | 0730 1530 | 0730 | 1530 | N | N | M Castillo |
| 24 | | | | | | | | | |

ALL COLUMNS MUST BE COMPLETED

INSTRUCTOR'S SIGNATURE

PERNR

