IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF ALEXANDRE TOULOUDJIAN, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**J. GASTELO,**<br><br>Defendant. | Case No. 2:20-cv-00520-FLA-KS<br><br>**[PROPOSED] JUDGMENT** |

The Court has dismissed all claims against Defendant and granted her motion for summary judgment.  Judgment is entered in favor of Defendant.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: _____                      _____
                                                                                              Hon. Fernando L. Aenlle-Rocha
                                                                                              United States District Judge

SA2020101463

1