Keith Altman (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 W 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248) 987-8929
keithaltman@kaltmanlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ALEXANDRE TOULOUDJIAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSIE GASTELO, in her individual capacity,<br><br>Defendants. | 2:20-cv-0520-FLA-KS<br><br>**PLAINTIFFS' NOTICE AND UNOPPOSED MOTION REQUESTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: 08/11/2023<br>Time: 1:30 p.m.<br>Courtroom: 6B<br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Trial Date: 10/31/2023<br>Action Filed: 1/17/2020 |

    NOW COMES Plaintiffs Estate of Alexandre Touloudjian and Sarkis Touloudjian, by and through their counsel, and submit this Motion Requesting Extension of Time to Defendants' Motion for Summary Judgment. In support thereof, Plaintiffs state the following:

1. Defendants filed their Motion for Summary Judgment on July 7, 2023 (ECF 98).

2. Plaintiff's response to Defendants' Motion for Summary Judgment is current due July 28, 2023.

3. Plaintiffs' attorney is legally blind. While accommodations are in place, it takes Mr. Altman considerably longer to read, write and prepare documents.

4. Plaintiffs respectfully request an additional 30-day extension of time to file their Response to Defendants' Motion to Dismiss, making the Response due on or before August 25, 2023.

5. Pursuant to Local Rules, Plaintiffs met and conferred with Defendants regarding the subject matter and contents of this motion. Defendants have indicated that they will not oppose this motion.

6. This motion is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

7. Due to the nature of this motion, Plaintiffs request that the necessity for a separate memorandum of authorities be waived.

WHEREFORE, the Plaintiffs, by and through their undersigned counsel, respectfully request that the Court grant this Motion for Extension of Time.

Dated: July 12, 2023

Respectfully Submitted,

THE LAW OFFICE OF KEITH ALTMAN

By: /s/ Keith Altman
Keith Altman (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 W 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248) 987-8929
keithaltman@kaltmanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2023, I electronically filed the foregoing documents with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished via the CM/ECF system.

*/s/ Keith Altman*
Keith Altman, Esq.
