ROB BONTA
Attorney General of California
CHAD A. STEGEMAN
Supervising Deputy Attorney General
CORINNA S. ARBITER
Deputy Attorney General
State Bar No. 273074
Sarah E. Singer
Deputy Attorney General
State Bar No. 242841
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 321-5799
 Fax: (619) 645-2061
 E-mail: Corinna.Arbiter@doj.ca.gov
*Attorneys for Defendant*
*J. Gastelo*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| **ESTATE OF ALEXANDRE TOULOUDJIAN, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**J. GASTELO**<br><br>Defendant. | 2:20-cv-00520-FLA-KS<br><br>**DEFENDANT'S NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 99]**<br><br>Date: 8/11/2023<br>Time: 1:30 p.m.<br>Courtroom: 6B<br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Trial Date: 10/31/2023<br>Action Filed: 1/17/2020 |

1     Defendant Gastelo does not oppose Plaintiffs Request for Extension of Time
2 to Oppose her Motion for Summary Judgment. Defendant will be able to file their
3 reply within one week after the Court order's Plaintiff's Opposition to be filed and
4 served, pursuant to the Scheduling Order, ECF No. 78 at 3:14.

6   Dated: July 25, 2023                                         Respectfully submitted,

ROB BONTA
Attorney General of California
CHAD A. STEGEMAN
Supervising Deputy Attorney General

/s/*Corinna S. Arbiter*
CORINNA S. ARBITER
Deputy Attorney General
*Attorneys for Defendant
J. Gastelo*

SA2020101463
84062613.docx

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Defendant J. Gastelo certifies that this brief contains 279 words, which:

_x_ complies with the word limit of L.R. 11-6.1.

__ complies with the word limit set by court order dated    .

Dated: July 25, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California

*/s/ Corinna S. Arbiter*
CORINNA S. ARBITER
Deputy Attorney General
*Attorneys for Defendants J. Gastelo*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | Estate of Alexandre Touloudjian, et al. v. CDCR, et al. | No. | 2:20-cv-00520-FLA-KS |

I hereby certify that on July 25, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**[ECF NO. 99]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 25, 2023, at San Diego, California.

| | |
|---|---|
| N. Amansec | /s/ N. Amansec |
| Declarant | Signature |

SA2020101463
84064857.docx