# EXHIBIT B

# Transcript of the Testimony of

# **Manuel Rocha, Jr.**

**Date:** July 19, 2023

**Case:** Touloudjian v. Gastelo

American Reporting, Inc.
Phone:248-559-6750
Fax:248-559-9918
Email:scheduling@american-reporting.com
Internet: american-reporting.com

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION


THE ESTATE OF ALEXANDRE TOULOUDJIAN,

by and through its administrator

Ad Prosequendum, SARKIS TOULOUDJIAN and

SARKIS TOULOUDJIAN, in his own right,


    Plaintiff,                    Case No.: 2:20-CV-00520-FLA-KS


                                  Hon. Fernando L. Aenlle-Rocha

vs


JOSIE GASTELO, in her individual capacity,


    Defendant.

_____/


DEPOSITION VIA REMOTE VIDEOCONFERENCE OF:

MANUEL ROCHA, JR.

DATE:  July 19, 2023

TIME:  9:00 a.m. (PT)/12:00 p.m. (ET)

American Reporting, Inc.
248-559-6750

Page 2

Taken in the above-entitled cause, before James A. Hengstebeck, Certified Electronic Recorder, CER #4623, and Notary Public for the County of Oakland.


APPEARANCES:

    KEITH ALTMAN, ESQUIRE
    The Law Office of Keith Altman
    33228 W 12 Mile Rd Ste 375
    Farmington Hills, MI 48334-3309
    Appearing on behalf of the Plaintiff.
    kaltman@lawampmmt.com


    CORINNA ARBITER, ESQUIRE
    SARAH SINGER, ESQUIRE
    California Department of Justice
    600 W. Broadway
    San Deigo, CA 92101-4270
    Appearing on behalf of the Defendant.
    Corinna.Arbiter@doj.ca.gov


    Present:  Trista Larson

Page 3

I N D E X

WITNESS:                                              PAGE:
MANUEL ROCHA, JR.
    Examination by Mr. Altman                           5

Page 4

1          Remote videoconference
2          July 19, 2023, 11:55 a.m. (ET)
3       (Whereupon counsel stipulated to the remote
4       swearing-in of the witness.)
5       MR. ALTMAN:  Good morning, Mr. Rocha.  How are you?
6       THE WITNESS:  I'm good.  Thank you.
7       MR. ALTMAN:  If I seem a little crackly or whatever,
8    unfortunately, I am sick in bed while I am doing this.
9    You'll have to forgive me.  I'm going to do my best to be
10   nice and clear.
11      THE WITNESS:  Okay.
12      MR. ALTMAN:  Have you ever had your deposition taken
13   before?
14      THE WITNESS:  No, I have not.
15      MR. ALTMAN:  Okay.  So before we begin, I just want
16   to go over a few things to make sure that we get the best
17   deposition.  One of the things that is going to take some
18   practice is for you to wait for me to finish asking my
19   questions and for me to wait for you to finish answering
20   my questions so we get a nice clean record.  Okay?
21      THE WITNESS:  Yes.
22      MR. ALTMAN:  You have to use verbal responses.  Nods
23   of the head, shakes of the head, uh-huhs, huh-uhs don't
24   work.  Yes, no, please.  Okay?
25      THE WITNESS:  Yes.

Page 5

1       MR. ALTMAN:  If I ask you a question and you don't
2    understand it, please tell me.  Okay?
3       THE WITNESS:  Yes.
4       MR. ALTMAN:  And if you don't tell me that you don't
5    understand my question, I'll assume that you did.  Okay?
6       THE WITNESS:  Yes.
7       MR. ALTMAN:  Lastly, if you need a break during these
8    proceedings, then please just let us know.  As long as
9    there is no question pending, we'll be happy to
10   accommodate your needs.  Okay?
11      THE WITNESS:  Yes.
12      MR. ALTMAN:  Lastly, you understand that you're here
13   today not testifying as yourself, but you are testifying
14   on behalf of the prison, correct?
15      THE WITNESS:  Yes.
16      MR. ALTMAN:  That the answers you give are binding on
17   the prison, correct?
18      THE WITNESS:  Yes.
19          MANUEL ROCHA, JR.,
20   a witness herein, after having first been duly sworn, testified
21   as follows:
22          EXAMINATION
23   BY MR. ALTMAN:
24   Q.  What did you do to prepare for today's deposition?
25   **A.  I reviewed the incident package.**

2  (Pages  2  to  5)

Manuel Rocha, Jr.                                                    Touloudjian v. Gastelo

Page 6

1  Q.  Okay.  Anything else?
2  A.  I also met with the attorneys in preparation.
3  Q.  Okay.  And I may ask you some questions.  I want to be
4      very careful.  I don't want you to tell me anything you
5      spoke about with your attorneys.  That's privileged
6      information, but I may ask these questions about the
7      meetings.  Okay?
8  A.  Yes.
9  Q.  How many times did you meet with the attorneys?
10 A.  Once.
11 Q.  When did you meet with them?
12 A.  Last week.
13 Q.  Okay.  How long did you meet for?
14 A.  Maybe an hour.
15 Q.  Who was there in the meeting?
16 A.  I believe it was Corinna and Sarah, Sarah Singer.
17 Q.  Okay.  Was there anybody else in those meetings other than
18     the two attorneys?
19 A.  No.
20 Q.  Okay.  Did they show you any documents during that
21     meeting?
22 A.  No.
23 Q.  Other than logistical issues, did you discuss today's
24     deposition with anybody else?
25 A.  No.

Page 7

1  Q.  What is your current title with the prison?
2  A.  I am a correctional administrator.
3  Q.  Okay.  And are you based at one particular prison or are
4      you with the prison system itself?
5  A.  One prison.
6  Q.  And which prison is that?
7  A.  California Men's Colony.
8  Q.  How long have you been there?
9  A.  Approximately 17 years.
10 Q.  And in 2018, what was your title at the prison?
11 A.  Can you repeat that question?
12 Q.  In 2018, what was your title at the prison?
13 A.  It was correctional administrator, acting.
14 Q.  Okay.  And in the structure of the prison, where was that
15     in relationship to the warden?
16 A.  I don't understand the question.
17 Q.  Well, were you under the warden, over the warden, the same
18     level as the warden?
19 A.  The structure is the warden is the highest ranking at the
20     prison followed by the chief deputy warden, followed by
21     correctional administrators also known as associate
22     wardens.
23 Q.  So you were directly under Warden Gastelo?
24 A.  That's incorrect.
25 Q.  Not directly under, but you were under her, correct?

Page 8

1  A.  Correct.
2  Q.  There was somebody between you and her, correct?
3  A.  Correct.
4  Q.  All right.  And the prison guards, where do they stand in
5      that structure?
6  A.  The prison guards are at the lowest level in the
7      structure.
8  Q.  Okay.  Who was between you and the prison guards?
9  A.  You have a correctional captain, followed by a
10     correctional lieutenant, followed by a correctional
11     sergeant, then correctional officers.
12 Q.  Okay.  So the correctional captains, did they come under
13     your structure?
14 A.  Correct.
15 Q.  And so what about the medical staff, where does the
16     medical staff fit within the prison?
17 A.  They have their own entity.  They are referred to CCHCS,
18     which is --
19 Q.  What does that stand for?  You predicted my question.
20 A.  Go ahead one more time.
21 Q.  I said what does that abbreviation stand for?
22 A.  Correctional -- I have to write it out, so I apologize.
23 Q.  That's okay.
24 A.  California Correctional Health Care System.
25 Q.  Okay.  And what is the structure of that entity at the

Page 9

1      Men's Colony?
2  A.  I don't know their structure.  I am aware of their
3      structure, but I am not comfortable providing that
4      information because I am not familiar, nor do I have
5      direct knowledge of their structure pyramid.
6          MR. ALTMAN:  Corinna, are we going to be having a
7      witness to talk about that?
8          MS. ARBITER:  Yes.
9          MR. ALTMAN:  Okay.  Which witness?
10         MS. ARBITER:  Either Dr. Comperini or Dr. Elliot will
11     testify to that.
12         MR. ALTMAN:  Okay.  Then we will leave that alone
13     right now.
14 Q.  (By Mr. Altman)  Now, in terms of above the warden, how
15     does it work above the warden?
16 A.  I believe they have a deputy director followed by their
17     own headquarter chain of command which without looking at
18     their structure, I don't want to speculate headquarter
19     chain of command.
20 Q.  So the chain of command that we're talking about here, we
21     are not going to talk about the medical command.
22 A.  Okay.
23 Q.  What are essentially the functions of the warden down?
24     What are they essentially responsible for?
25 A.  I can give you an overview.

3 (Pages 6 to 9)

Manuel Rocha, Jr.                                                    Touloudjian v. Gastelo

Page 10

1   Q.  Yes, please.  That would be great.
2   A.  However, I would like to say that I am not a warden, nor a
3       chief deputy.  I am currently an associate warden.  So
4       it's going to be just a very vague overview.
5   Q.  I understand, but keep in mind, Mr. Rocha, that you are
6       not here testifying as you.  You are here testifying as
7       the prison.
8   A.  Okay.
9   Q.  So I just want to be very clear on that.  I mean, as a
10      practical nature it's limited to your knowledge, but in
11      terms of the responsibility to respond, that's the
12      responsibility of the prison itself, so just do the best
13      you can.
14  A.  Absolutely.  And I can only give you what I know each
15      entity does.
16  Q.  Understood.
17  A.  Thank you.  The warden is responsible for the overall
18      operations of the institution.  The chief deputy warden
19      answers directly to the warden and oversees the operations
20      of the institution.  The associate wardens all have part
21      of the institution that they are responsible and answer
22      directly to the chief deputy warden.
23  Q.  Okay.  And working further down?
24  A.  Correct.  Further down, each captain works directly under
25      an associate warden and is responsible for subordinate

Page 11

1       staffs in that particular area in relation to their area
2       of responsibility.  So the captain supervises the
3       lieutenant who then supervises sergeants who then
4       subsequently supervises the officers.
5           The captain also is responsible for being the first-
6       line manager of that particular area.  The associate
7       warden is the second-line manager and ultimately
8       responsible, answers directly to the chief deputy warden
9       who then in return speaks directly to the warden.
10  Q.  Is it fair to say that managing the custody of the
11      prisoners is the responsibility of this entity?
12          MS. ARBITER:  Vague and ambiguous.
13  Q.  (By Mr. Altman)  You can answer.
14  A.  I don't understand your question.
15  Q.  Well, who is responsible for prisoner movement within the
16      prison?
17  A.  That is vague.  I don't understand the question.
18  Q.  Okay.  When a prisoner is moved between cells, let's say
19      for example, is it this entity that's responsible, is that
20      the correction officers who effectuate that transfer?
21  A.  It depends on when you say movement.  There's a lot --
22      that statement in itself, I don't understand what you are
23      wanting because when we say movement, we have movement
24      from institution to institution all the way down to a cell
25      move.  So --

Page 12

1   Q.  We are only talking about within the California Men's
2       Colony.
3   A.  Okay.
4   Q.  So let's be clear on that.  If a prisoner moves from one
5       cell to another cell as in that is where they are going to
6       live, is it the warden's entity that ultimately manages
7       that?
8   A.  No.
9   Q.  What entity manages that?
10  A.  Again, you are asking a question that is vague because if
11      it's a move that as a result of a medical issue, then
12      medical would be involved.  If it is a move regarding a
13      mental health issue, then mental health is involved.  If
14      it is a custody-related move, then custody is solely
15      involved, so it just depends.  When you say entity,
16      Custody oversees the movement of inmates within the
17      prison.  However, there are multiple factors when moving
18      inmates.
19  Q.  Okay.  I think you have answered my question.  Custody,
20      the officers, they are the ones who effectuate the move,
21      correct?
22  A.  A move can be initiated --
23  Q.  We are missing each other.
24  A.  We are.
25  Q.  Who literally handles the movement of the prisoner from

Page 13

1       one cell to the other cell?
2   A.  Custody does.
3   Q.  Thank you.  That's what I was getting at.
4   A.  You're welcome.
5   Q.  Now, when a prisoner comes into the prison the first time,
6       who handles the movement of the prisoner within the prison
7       when they first come into the prison?
8           MS. ARBITER:  Vague and ambiguous.
9           You can answer if you know.
10          THE WITNESS:  The inmate is transferred into what is
11      referred to as receiving and release.  The inmate is then
12      medically and mentally cleared and then subsequently
13      deemed for housing, at which time Custody will initiate a
14      bed move and the inmate will be moved from that receiving
15      and release area and housed accordingly based upon his
16      level of care and custody.
17  Q.  (By Mr. Altman)  Okay.  That's fine.
18          Now, in terms of the food service in the prison, is
19      the food service in the prison under the purview of the
20      warden?
21  A.  Food service as a whole, it is.  However, there are areas
22      within the prison such as our hospital and our
23      Correctional Treatment Center that is -- they have their
24      own food services and prepare their own food in those
25      particular areas and that would fall under CCHCS.  They

4 (Pages 10 to 13)

Manuel Rocha, Jr.                                                                 Touloudjian v. Gastelo

Page 14

1    have their own kitchens and diners and dietitians separate
2    from the general population.
3    Q.  Okay.  Now, if a prisoner is on suicide protocol, is
4        Custody involved in the management of that prisoner at
5        all?
6        MS. ARBITER:  Vague and ambiguous to the term
7    management.
8        You can answer if you know.
9        THE WITNESS:  It is everybody's responsibility,
10   Q.  (By Mr. Altman)  I didn't ask if it was everybody's
11       responsibility.  I asked specifically is Custody, is
12       Custody involved in the management of prisoners who are
13       under the suicide protocol?
14       MS. ARBITER:  Same objection as to the term
15   management.
16       THE WITNESS:  Again, your question is vague.  It's
17   vague.
18   Q.  (By Mr. Altman)  Does Custody have anything to do with the
19       prisoner who is under suicide protocols?
20   A.  Yes.
21   Q.  Who delivers the food to prisoners who are kept in
22       isolation who are on suicide protocols?
23       MS. ARBITER:  Incomplete hypothetical.
24       MR. ALTMAN:  Strike that.
25   Q.  (By Mr. Altman)  Do prisoners who are on suicide protocol,

Page 15

1    are they fed?
2    A.  Yes, they are.
3    Q.  Okay.  Who is responsible for delivering food to prisoners
4        who are on suicide protocol?
5        MS. ARBITER:  Vague and ambiguous as to time.
6        MR. ALTMAN:  We are talking about 2018.  I didn't
7    know that was a question here.
8    Q.  (By Mr. Altman)  In early 2018, who was responsible for
9        the delivery of food to prisoners who were on suicide
10       protocols?
11   A.  Is there a particular area in the prison in which you are
12       referring to?
13   Q.  Where are prisoners who are on suicide protocols kept?
14   A.  Okay.  It just depends because it's a multiple-level
15       process.  An individual who is initially placed on suicide
16       watch is medically cleared and then is determined
17       appropriate housing and if need be, that individual is
18       rehoused in our Correctional Treatment Center.  He may be
19       rehoused in our hospital.  He may be rehoused in
20       alternative housing.  So it just depends.  It's not a
21       blanket statement, but to offer a response medical is.
22   Q.  Okay.  If a prisoner is supposed to be monitored on a
23       periodic basis because they are on a suicide protocol is
24       Custody involved in the monitoring?
25   A.  At times, yes.

Page 16

1    Q.  When are they involved in the monitoring and when aren't
2        they?
3    A.  Again, a suicide precaution and a suicide watch mean two
4        different things.  It may be a one-to-one direct
5        observation, it may be a precautionary where it's
6        15-minute welfare checks.  It just depends.  Typically,
7        medical covers the one-to-one.  At times, Custody can
8        temporarily, however, it falls under medical.
9    Q.  Okay.  The 15-minute watches, is that done by Custody?
10   A.  Custody conducts security checks.
11   Q.  So I just want to be clear.  Security checks.  The
12       15-minute checks of somebody -- of a prisoner under
13       suicide watch are those conducted by Custody?
14   A.  If he is under suicide watch, it will be a direct
15       observation, a one-to-one.
16   Q.  Okay.  If a prisoner is under a 15-minute -- is supposed
17       to be checked every 15 minutes, is it Custody that does
18       those checks?
19   A.  That would be considered as a welfare check and I would
20       say yes along with a security check.
21   Q.  Okay.  Would a prisoner who is under 15-minute checks,
22       would they be housed in the hospital?
23   A.  Not necessarily.  We have security housing units.  Again,
24       there's multiple places based on that inmate's current
25       need where that individual will be housed.

Page 17

1    Q.  I'm sorry.  I lost you.  Could you answer the question
2        again?
3    A.  We have a security housing unit.  We have a hospital.  We
4        have a Correctional Treatment Center.  There are multiple
5        areas in which an individual may be housed based upon his
6        level of care and need.
7    Q.  Okay.  In the hospital units, would Custody be doing
8        15-minute checks in the hospital unit?
9        MS. ARBITER:  Vague on time.
10       MR. ALTMAN:  I said in the early 2018 time period.
11   That is when we are talking about.
12       THE WITNESS:  I need clarification.  I -- we have a
13   hospital and then we have a Correctional Treatment Center
14   Mental Health Building.  What are you referring to?  What
15   area?
16   Q.  (By Mr. Altman)  The hospital.  If a prisoner is housed in
17       the hospital, would Custody be doing 15-minute checks
18       there?
19   A.  In our hospital which is separate from our Correctional
20       Treatment Center Mental Health Unit, Custody does security
21       checks in our hospital.
22   Q.  Okay.  Now, before a prisoner who is being kept in a cell
23       is given their food, does Custody examine the food at all
24       to see if there are any issues with the food?
25   A.  Custody does not handle inmate's food in a hospital and/or

5 (Pages 14 to 17)

Manuel Rocha, Jr.                                                                Touloudjian v. Gastelo

Page 18

1    **Correctional Treatment Center Mental Health Unit.**
2    Q.   What about if they are not in those units but still being
3         given food directly in their cell?
4    A.   **So you are referring to a general population?**
5    Q.   Yes.  In general population for prisoners who are given
6         food in their cell, is Custody involved in the delivery of
7         that food?
8    A.   **Yes.**
9    Q.   And I apologize, Mr. Rocha, if I seem impatient.  It's
10        just my illness.  That's getting the better of me.  I just
11        didn't want you to think that I was -- I am having a hard
12        time talking.
13   A.   **Thank you.  I didn't take it that way.  Thank you.**
14   Q.   Now, when a prisoner comes into the prison, is the warden
15        made aware of that?
16   A.   **Not necessarily, no.**
17   Q.   If it was a prisoner who had attempted suicide in the last
18        few days before being transferred, would the warden be
19        made aware of that?
20   A.   **Not necessarily, no.**
21   Q.   When would they be made aware and when wouldn't they?
22   A.   **There are multiple movements inside the institution as**
23        **well as inmates coming and leaving.  Typically, if an**
24        **individual is going from one prison to another to be**
25        **housed in our Correctional Treatment Center, that move is**

Page 19

1    **made and the inmate is then appropriately housed.  The**
2    **warden would not have any direct knowledge of that.**
3    Q.   Even if coming from another prison?
4    A.   **No.  Typically, that is a mental health to mental health**
5    **clinician discussion and those are generated by Mental**
6    **Health Services and then subsequently that information is**
7    **passed onto Custody and then Custody provides coverage and**
8    **makes that move occur.**
9    Q.   Now, what if a prisoner -- is there any difference if a
10        prisoner has just attempted suicide before being
11        transferred to the prison?
12   A.   **The hiring authority or the warden at that prison would**
13   **certainly be aware of that suicide attempt.  However, the**
14   **receiving institution not necessarily.  Again, that is**
15   **clinician-to-clinician discussions and that's all handled**
16   **under the mental health umbrella.  We are housing inmates**
17   **based on their level of care and need.**
18   Q.   I understand that, but doesn't somebody from Custody have
19        to be made aware that a prisoner is coming into the
20        prison?
21   A.   **Absolutely, but I believe your question was was the warden**
22   **made aware or is the warden made aware of every move**
23   **coming in and out and, again, that response would be no.**
24   Q.   All right.  What's the highest level of individual who
25        would be aware of a prisoner coming into the prison?

Page 20

1    A.   **Correctional sergeant and then possibly a correctional**
2         **lieutenant.**
3    Q.   So nobody above them typically knows that the prisoner is
4         coming in?
5    A.   **All that is generated from institution to institution.**
6         **You have a variety of correctional staff.  We have a**
7         **classification, staff service -- again, these acronyms,**
8         **I've got to write them down, but we have a slew of**
9         **correctional staff and people involved in the movement,**
10        **but the highest ranking, if it is just a movement to**
11        **movement from institution to institution, it's generally**
12        **the highest level would be a correctional lieutenant**
13        **unless there is some extraordinary circumstances.  A high**
14        **notoriety or possibly an escape concern, then it is**
15        **elevated accordingly, but an individual just being moved**
16        **to our institution, your highest ranking is going to be a**
17        **lieutenant.**
18   Q.   What about when that individual has just recently
19        attempted suicide by jumping off a balcony, is that
20        something that would --
21        MS. ARBITER:  Asked and answered.
22        MR. ALTMAN:  Can I finish my question?
23        MS. ARBITER:  Go ahead.
24   Q.   (By Mr. Altman)  What about an individual whose just
25        jumped off of a balcony, is that something that would

Page 21

1         generate some interest on the part of the upper management
2         of the prison?
3         MS. ARBITER:  Asked and answered.
4    Q.   (By Mr. Altman)  You can answer.
5    A.   **That occurrence happened -- for the hypothetical question**
6         **that was posed, that situation happened at that**
7         **institution.  The individual received mental and medical**
8         **care.  There will be individuals discussing and initiating**
9         **movements.  Those individuals would all be stemming from**
10        **mental health and/or medical, based on the inmate's level**
11        **of care and/or need and then subsequently that information**
12        **would be passed on to Custody.  So to answer the question**
13        **not necessarily.**
14        **If someone jumping off attempting to commit suicide,**
15        **obviously, we're receiving him based on he needs an**
16        **elevated level of care, but to have -- to bring that up to**
17        **a management team and anything above a lieutenant**
18        **facilitating the move, my response remains the same.**
19   Q.   Okay.
20        MR. ALTMAN:  Can we take a couple minutes?  Like a
21        five-minute break, please?
22        MS. ARBITER:  Sure.
23        (Brief recess, 12:25 to 12:29 p.m.)
24   Q.   (By Mr. Altman)  Okay.  During the break, Mr. Rocha, your
25        counsel informed us that you wanted to make a

6  (Pages  18  to  21)

Manuel Rocha, Jr.                                                    Touloudjian v. Gastelo

|  | Page 22 | | Page 23 |
|---|---|---|---|

**Page 22**

1    clarification, so please do so.

2    **A.   Perfect.  With regards to the medical rounding and I**

3    **believe we talked about the hospital and the Correctional**

4    **Treatment Center, in our hospital, it's different than the**

5    **Correctional Treatment Center Mental Health Building, so**

6    **if we are talking about the Correctional Treatment Center**

7    **Mental Health Building conducting welfare rounds, the RNs**

8    **and/or medical staff conducts those medical welfare**

9    **checks.  Custody in that building does security checks.**

10   Q.   Okay.  Now, when you say security checks, though, so that

11   would not be the every 15-minute checks?

12   **A.   It would not be the welfare checks or the suicide**

13   **precaution checks.  The 15-minute rounding would be by**

14   **medical.**

15        MR. ALTMAN:  Okay.  At this time I have no further

16   questions for this witness on this topic with respect to

17   the Custody command structure.

18        MS. ARBITER:  We have no questions for this witness.

19        (Whereupon the deposition was concluded at

20        about 12:31 p.m.)

21

22

23

24

25

**Page 23**

CERTIFICATE OF NOTARY - COURT RECORDER

STATE OF MICHIGAN)
                 )
COUNTY OF OAKLAND)

        I, James A. Hengstebeck, a Notary
Public in and for the above county and state, do hereby certify
that witness MANUEL ROCHA, JR., remotely appeared before me at
the time hereinbefore set forth; that the witness was by me
first duly sworn to testify to the truth, the whole truth and
nothing but the truth; that thereupon the foregoing questions
were asked and foregoing answers made by the witness which were
duly recorded by me; that it was later reduced to written form
under my direction and supervision, and that this is, to the
best of my knowledge and belief, a true and correct transcript.
        I further certify that I am
neither of counsel to either party nor interested in the e
of this case.

_____
James A. Hengstebeck, CER 4623,
Notary Public, Oakland County,
Michigan
My Commission Expires:  10-30-2028

American Reporting, Inc.
248-559-6750

Manuel Rocha, Jr.                                    Touloudjian v. Gastelo

Page 24

---

**A**

**a.m** 1:23 4:2
**abbreviation** 8:21
**above-entitled** 2:1
**Absolutely** 10:14 19:21
**accommodate** 5:10
**acronyms** 20:7
**acting** 7:13
**Ad** 1:6
**administrator** 1:5 7:2,13
**administrators** 7:21
**Aenlle-Rocha** 1:12
**ahead** 8:20 20:23
**ALEXANDRE** 1:4
**alternative** 15:20
**Altman** 2:7,8 3:4 4:5,7,12,15 4:22 5:1,4,7,12 5:16,23 9:6,9 9:12,14 11:13 13:17 14:10,18 14:24,25 15:6 15:8 17:10,16 20:22,24 21:4 21:20,24 22:15
**ambiguous** 11:12 13:8 14:6 15:5
**and/or** 17:25 21:10,11 22:8
**answer** 10:21 11:13 13:9 14:8 17:1 21:4 21:12
**answered** 12:19

20:21 21:3
**answering** 4:19
**answers** 5:16 10:19 11:8 23:11
**anybody** 6:17,24
**apologize** 8:22 18:9
**APPEARAN...** 2:6
**appeared** 23:7
**Appearing** 2:11 2:19
**appropriate** 15:17
**appropriately** 19:1
**Approximately** 7:9
**ARBITER** 2:14 9:8,10 11:12 13:8 14:6,14 14:23 15:5 17:9 20:21,23 21:3,22 22:18
**area** 11:1,1,6 13:15 15:11 17:15
**areas** 13:21,25 17:5
**asked** 14:11 20:21 21:3 23:11
**asking** 4:18 12:10
**associate** 7:21 10:3,20,25 11:6
**assume** 5:5
**attempt** 19:13
**attempted** 18:17 19:10 20:19
**attempting** 21:14
**attorneys** 6:2,5

6:9,18
**authority** 19:12
**aware** 9:2 18:15 18:19,21 19:13 19:19,22,22,25

---

**B**

**balcony** 20:19 20:25
**based** 7:3 13:15 16:24 17:5 19:17 21:10,15
**basis** 15:23
**bed** 4:8 13:14
**behalf** 2:11,19 5:14
**belief** 23:14
**believe** 6:16 9:16 19:21 22:3
**best** 4:9,16 10:12 23:14
**better** 18:10
**binding** 5:16
**blanket** 15:21
**break** 5:7 21:21 21:24
**Brief** 21:23
**bring** 21:16
**Broadway** 2:17
**building** 17:14 22:5,7,9

---

**C**

**CA** 2:18
**California** 1:1 2:16 7:7 8:24 12:1
**capacity** 1:15
**captain** 8:9 10:24 11:2,5
**captains** 8:12
**care** 8:24 13:16 17:6 19:17 21:8,11,16
**careful** 6:4

**case** 1:9 23:17
**cause** 2:1
**CCHCS** 8:17 13:25
**cell** 11:24 12:5,5 13:1,1 17:22 18:3,6
**cells** 11:18
**Center** 13:23 15:18 17:4,13 17:20 18:1,25 22:4,5,6
**CENTRAL** 1:1
**CER** 2:2 23:19
**certainly** 19:13
**CERTIFICATE** 23:1
**Certified** 2:2
**certify** 23:6,15
**chain** 9:17,19,20
**check** 16:19,20
**checked** 16:17
**checks** 16:6,10 16:11,12,18,21 17:8,17,21 22:9,9,10,11 22:12,13
**chief** 7:20 10:3 10:18,22 11:8
**circumstances** 20:13
**clarification** 17:12 22:1
**classification** 20:7
**clean** 4:20
**clear** 4:10 10:9 12:4 16:11
**cleared** 13:12 15:16
**clinician** 19:5
**clinician-to-cli...** 19:15
**Colony** 7:7 9:1 12:2

**come** 8:12 13:7
**comes** 13:5 18:14
**comfortable** 9:3
**coming** 18:23 19:3,19,23,25 20:4
**command** 9:17 9:19,20,21 22:17
**Commission** 23:21
**commit** 21:14
**Comperini** 9:10
**concern** 20:14
**concluded** 22:19
**conducted** 16:13
**conducting** 22:7
**conducts** 16:10 22:8
**considered** 16:19
**Corinna** 2:14 6:16 9:6
**Corinna.Arbit...** 2:20
**correct** 5:14,17 7:25 8:1,2,3,14 10:24 12:21 23:14
**correction** 11:20
**correctional** 7:2 7:13,21 8:9,10 8:10,11,12,22 8:24 13:23 15:18 17:4,13 17:19 18:1,25 20:1,1,6,9,12 22:3,5,6
**counsel** 4:3 21:25 23:16
**county** 2:3 23:4 23:6,20
**couple** 21:20
**COURT** 1:1

Manuel Rocha, Jr.                                        Touloudjian v. Gastelo

Page 25

23:1
**coverage** 19:7
**covers** 16:7
**crackly** 4:7
**current** 7:1
   16:24
**currently** 10:3
**custody** 11:10
   12:14,16,19
   13:2,13,16
   14:4,11,12,18
   15:24 16:7,9
   16:10,13,17
   17:7,17,20,23
   17:25 18:6
   19:7,7,18
   21:12 22:9,17
**custody-related**
   12:14

_____
**D**
**D** 3:1
**DATE** 1:22
**days** 18:18
**deemed** 13:13
**Defendant** 1:17
   2:19
**Deigo** 2:18
**delivering** 15:3
**delivers** 14:21
**delivery** 15:9
   18:6
**Department**
   2:16
**depends** 11:21
   12:15 15:14,20
   16:6
**deposition** 1:20
   4:12,17 5:24
   6:24 22:19
**deputy** 7:20
   9:16 10:3,18
   10:22 11:8
**determined**
   15:16

**dietitians** 14:1
**difference** 19:9
**different** 16:4
   22:4
**diners** 14:1
**direct** 9:5 16:4
   16:14 19:2
**direction** 23:13
**directly** 7:23,25
   10:19,22,24
   11:8,9 18:3
**director** 9:16
**discuss** 6:23
**discussing** 21:8
**discussion** 19:5
**discussions**
   19:15
**DISTRICT** 1:1
   1:1
**DIVISION** 1:2
**documents** 6:20
**doing** 4:8 17:7
   17:17
**Dr** 9:10,10
**duly** 5:20 23:9
   23:12

_____
**E**
**E** 3:1
**early** 15:8 17:10
**effectuate** 11:20
   12:20
**either** 9:10
   23:16
**Electronic** 2:2
**elevated** 20:15
   21:16
**Elliot** 9:10
**entity** 8:17,25
   10:15 11:11,19
   12:6,9,15
**escape** 20:14
**ESQUIRE** 2:7
   2:14,15
**essentially** 9:23

9:24
**ESTATE** 1:4
**ET** 1:23 4:2
**event** 23:16
**everybody's**
   14:9,10
**Examination**
   3:4 5:22
**examine** 17:23
**example** 11:19
**Expires** 23:21
**extraordinary**
   20:13

_____
**F**
**facilitating**
   21:18
**factors** 12:17
**fair** 11:10
**fall** 13:25
**falls** 16:8
**familiar** 9:4
**Farmington**
   2:10
**fed** 15:1
**Fernando** 1:12
**fine** 13:17
**finish** 4:18,19
   20:22
**first** 5:20 13:5,7
   23:9
**first-** 11:5
**fit** 8:16
**five-minute**
   21:21
**followed** 7:20,20
   8:9,10 9:16
**follows** 5:21
**food** 13:18,19,21
   13:24,24 14:21
   15:3,9 17:23
   17:23,24,25
   18:3,6,7
**foregoing** 23:10
   23:11

**forgive** 4:9
**form** 23:12
**forth** 23:8
**functions** 9:23
**further** 10:23,24
   22:15 23:15

_____
**G**
**Gastelo** 1:15
   7:23
**general** 14:2
   18:4,5
**generally** 20:11
**generate** 21:1
**generated** 19:5
   20:5
**getting** 13:3
   18:10
**give** 5:16 9:25
   10:14
**given** 17:23 18:3
   18:5
**go** 4:16 8:20
   20:23
**going** 4:9,17 9:6
   9:21 10:4 12:5
   18:24 20:16
**good** 4:5,6
**great** 10:1
**guards** 8:4,6,8

_____
**H**
**handle** 17:25
**handled** 19:15
**handles** 12:25
   13:6
**happened** 21:5,6
**happy** 5:9
**hard** 18:11
**head** 4:23,23
**headquarter**
   9:17,18
**health** 8:24
   12:13,13 17:14
   17:20 18:1

19:4,4,6,16
   21:10 22:5,7
**Hengstebeck** 2:1
   23:5,19
**hereinbefore**
   23:8
**high** 20:13
**highest** 7:19
   19:24 20:10,12
   20:16
**Hills** 2:10
**hiring** 19:12
**Hon** 1:12
**hospital** 13:22
   15:19 16:22
   17:3,7,8,13,16
   17:17,19,21,25
   22:3,4
**hour** 6:14
**housed** 13:15
   16:22,25 17:5
   17:16 18:25
   19:1
**housing** 13:13
   15:17,20 16:23
   17:3 19:16
**huh-uhs** 4:23
**hypothetical**
   14:23 21:5

_____
**I**
**illness** 18:10
**impatient** 18:9
**incident** 5:25
**Incomplete**
   14:23
**incorrect** 7:24
**individual** 1:15
   15:15,17 16:25
   17:5 18:24
   19:24 20:15,18
   20:24 21:7
**individuals** 21:8
   21:9
**information** 6:6

9:4 19:6 21:11
**informed** 21:25
**initially** 15:15
**initiate** 13:13
**initiated** 12:22
**initiating** 21:8
**inmate** 13:10,11
   13:14 19:1
**inmate's** 16:24
   17:25 21:10
**inmates** 12:16
   12:18 18:23
   19:16
**inside** 18:22
**institution** 10:18
   10:20,21 11:24
   11:24 18:22
   19:14 20:5,5
   20:11,11,16
   21:7
**interest** 21:1
**interested** 23:16
**involved** 12:12
   12:13,15 14:4
   14:12 15:24
   16:1 18:6 20:9
**isolation** 14:22
**issue** 12:11,13
**issues** 6:23 17:24

_____
**J**
_____
**James** 2:1 23:5
   23:19
**JOSIE** 1:15
**JR** 1:21 3:3 5:19
   23:7
**July** 1:22 4:2
**jumped** 20:25
**jumping** 20:19
   21:14
**Justice** 2:16

_____
**K**
_____
**kaltman@law...**
   2:12

**keep** 10:5
**Keith** 2:7,8
**kept** 14:21 15:13
   17:22
**kitchens** 14:1
**know** 5:8 9:2
   10:14 13:9
   14:8 15:7
**knowledge** 9:5
   10:10 19:2
   23:14
**known** 7:21
**knows** 20:3

_____
**L**
_____
**L** 1:12
**Larson** 2:22
**Lastly** 5:7,12
**Law** 2:8
**leave** 9:12
**leaving** 18:23
**let's** 11:18 12:4
**level** 7:18 8:6
   13:16 17:6
   19:17,24 20:12
   21:10,16
**lieutenant** 8:10
   11:3 20:2,12
   20:17 21:17
**limited** 10:10
**line** 11:6
**literally** 12:25
**little** 4:7
**live** 12:6
**logistical** 6:23
**long** 5:8 6:13 7:8
**looking** 9:17
**lost** 17:1
**lot** 11:21
**lowest** 8:6

_____
**M**
_____
**management**
   14:4,7,12,15
   21:1,17

**manager** 11:6,7
**manages** 12:6,9
**managing** 11:10
**MANUEL** 1:21
   3:3 5:19 23:7
**mean** 10:9 16:3
**medical** 8:15,16
   9:21 12:11,12
   15:21 16:7,8
   21:7,10 22:2,8
   22:8,14
**medically** 13:12
   15:16
**meet** 6:9,11,13
**meeting** 6:15,21
**meetings** 6:7,17
**Men's** 7:7 9:1
   12:1
**mental** 12:13,13
   17:14,20 18:1
   19:4,4,5,16
   21:7,10 22:5,7
**mentally** 13:12
**met** 6:2
**MI** 2:10
**Michigan** 23:3
   23:20
**Mile** 2:9
**mind** 10:5
**minutes** 16:17
   21:20
**missing** 12:23
**monitored** 15:22
**monitoring**
   15:24 16:1
**morning** 4:5
**move** 11:25
   12:11,12,14,20
   12:22 13:14
   18:25 19:8,22
   21:18
**moved** 11:18
   13:14 20:15
**movement** 11:15
   11:21,23,23

12:16,25 13:6
   20:9,10,11
**movements**
   18:22 21:9
**moves** 12:4
**moving** 12:17
**multiple** 12:17
   16:24 17:4
   18:22
**multiple-level**
   15:14

_____
**N**
_____
**N** 3:1
**nature** 10:10
**necessarily**
   16:23 18:16,20
   19:14 21:13
**need** 5:7 15:17
   16:25 17:6,12
   19:17 21:11
**needs** 5:10 21:15
**neither** 23:16
**nice** 4:10,20
**Nods** 4:22
**Notary** 2:2 23:1
   23:5,20
**notoriety** 20:14

_____
**O**
_____
**Oakland** 2:3
   23:4,20
**objection** 14:14
**observation**
   16:5,15
**obviously** 21:15
**occur** 19:8
**occurrence** 21:5
**offer** 15:21
**Office** 2:8
**officers** 8:11
   11:4,20 12:20
**okay** 4:11,15,20
   4:24 5:2,5,10
   6:1,3,7,13,17

6:20 7:3,14 8:8
   8:12,23,25 9:9
   9:12,22 10:8
   10:23 11:18
   12:3,19 13:17
   14:3 15:3,14
   15:22 16:9,16
   16:21 17:7,22
   21:19,24 22:10
   22:15
**Once** 6:10
**one-to-one** 16:4
   16:7,15
**ones** 12:20
**operations**
   10:18,19
**overall** 10:17
**oversees** 10:19
   12:16
**overview** 9:25
   10:4

_____
**P**
_____
**p.m** 1:23 21:23
   22:20
**package** 5:25
**PAGE** 3:2
**part** 10:20 21:1
**particular** 7:3
   11:1,6 13:25
   15:11
**party** 23:16
**passed** 19:7
   21:12
**pending** 5:9
**people** 20:9
**Perfect** 22:2
**period** 17:10
**periodic** 15:23
**placed** 15:15
**places** 16:24
**Plaintiff** 1:9
   2:11
**please** 4:24 5:2,8
   10:1 21:21

22:1
**population** 14:2
  18:4,5
**posed** 21:6
**possibly** 20:1,14
**practical** 10:10
**practice** 4:18
**precaution** 16:3
  22:13
**precautionary**
  16:5
**predicted** 8:19
**preparation** 6:2
**prepare** 5:24
  13:24
**Present** 2:22
**prison** 5:14,17
  7:1,3,4,5,6,10
  7:12,14,20 8:4
  8:6,8,16 10:7
  10:12 11:16
  12:17 13:5,6,7
  13:18,19,22
  15:11 18:14,24
  19:3,11,12,20
  19:25 21:2
**prisoner** 11:15
  11:18 12:4,25
  13:5,6 14:3,4
  14:19 15:22
  16:12,16,21
  17:16,22 18:14
  18:17 19:9,10
  19:19,25 20:3
**prisoners** 11:11
  14:12,21,25
  15:3,9,13 18:5
**privileged** 6:5
**proceedings** 5:8
**process** 15:15
**Prosequendum**
  1:6
**protocol** 14:3,13
  14:25 15:4,23
**protocols** 14:19

14:22 15:10,13
**provides** 19:7
**providing** 9:3
**PT)/12:00** 1:23
**Public** 2:2 23:6
  23:20
**purview** 13:19
**pyramid** 9:5

—————————
**Q**
**question** 5:1,5,9
  7:11,16 8:19
  11:14,17 12:10
  12:19 14:16
  15:7 17:1
  19:21 20:22
  21:5,12
**questions** 4:19
  4:20 6:3,6
  22:16,18 23:10

—————————
**R**
**ranking** 7:19
  20:10,16
**Rd** 2:9
**received** 21:7
**receiving** 13:11
  13:14 19:14
  21:15
**recess** 21:23
**record** 4:20
**recorded** 23:12
**Recorder** 2:2
  23:1
**reduced** 23:12
**referred** 8:17
  13:11
**referring** 15:12
  17:14 18:4
**regarding** 12:12
**regards** 22:2
**rehoused** 15:18
  15:19,19
**relation** 11:1
**relationship**

7:15
**release** 13:11,15
**remains** 21:18
**remote** 1:20 4:1
  4:3
**remotely** 23:7
**repeat** 7:11
**respect** 22:16
**respond** 10:11
**response** 15:21
  19:23 21:18
**responses** 4:22
**responsibility**
  10:11,12 11:2
  11:11 14:9,11
**responsible** 9:24
  10:17,21,25
  11:5,8,15,19
  15:3,8
**result** 12:11
**return** 11:9
**reviewed** 5:25
**right** 1:7 8:4
  9:13 19:24
**RNs** 22:7
**Rocha** 1:21 3:3
  4:5 5:19 10:5
  18:9 21:24
  23:7
**rounding** 22:2
  22:13
**rounds** 22:7

—————————
**S**
**San** 2:18
**Sarah** 2:15 6:16
  6:16
**SARKIS** 1:6,7
**second-line** 11:7
**security** 16:10
  16:11,20,23
  17:3,20 22:9
  22:10
**see** 17:24
**separate** 14:1

17:19
**sergeant** 8:11
  20:1
**sergeants** 11:3
**service** 13:18,19
  13:21 20:7
**services** 13:24
  19:6
**set** 23:8
**shakes** 4:23
**show** 6:20
**sick** 4:8
**Singer** 2:15 6:16
**situation** 21:6
**slew** 20:8
**solely** 12:14
**somebody** 8:2
  16:12 19:18
**sorry** 17:1
**speaks** 11:9
**specifically**
  14:11
**speculate** 9:18
**spoke** 6:5
**staff** 8:15,16
  20:6,7,9 22:8
**staffs** 11:1
**stand** 8:4,19,21
**state** 23:3,6
**statement** 11:22
  15:21
**STATES** 1:1
**Ste** 2:9
**stemming** 21:9
**stipulated** 4:3
**Strike** 14:24
**structure** 7:14
  7:19 8:5,7,13
  8:25 9:2,3,5,18
  22:17
**subordinate**
  10:25
**subsequently**
  11:4 13:12
  19:6 21:11

**suicide** 14:3,13
  14:19,22,25
  15:4,9,13,15
  15:23 16:3,3
  16:13,14 18:17
  19:10,13 20:19
  21:14 22:12
**supervises** 11:2
  11:3,4
**supervision**
  23:13
**supposed** 15:22
  16:16
**sure** 4:16 21:22
**swearing-in** 4:4
**sworn** 5:20 23:9
**system** 7:4 8:24

—————————
**T**
**take** 4:17 18:13
  21:20
**taken** 2:1 4:12
**talk** 9:7,21
**talked** 22:3
**talking** 9:20
  12:1 15:6
  17:11 18:12
  22:6
**team** 21:17
**tell** 5:2,4 6:4
**temporarily**
  16:8
**term** 14:6,14
**terms** 9:14 10:11
  13:18
**testified** 5:20
**testify** 9:11 23:9
**testifying** 5:13
  5:13 10:6,6
**Thank** 4:6 10:17
  13:3 18:13,13
**things** 4:16,17
  16:4
**think** 12:19
  18:11

**time** 1:23 8:20 13:5,13 15:5 17:9,10 18:12 22:15 23:8
**times** 6:9 15:25 16:7
**title** 7:1,10,12
**today** 5:13
**today's** 5:24 6:23
**topic** 22:16
**TOULOUDJI...** 1:4,6,7
**transcript** 23:14
**transfer** 11:20
**transferred** 13:10 18:18 19:11
**Treatment** 13:23 15:18 17:4,13,20 18:1,25 22:4,5 22:6
**Trista** 2:22
**true** 23:14
**truth** 23:9,9,10
**two** 6:18 16:3
**typically** 16:6 18:23 19:4 20:3

— **U** —
**uh-huhs** 4:23
**ultimately** 11:7 12:6
**umbrella** 19:16
**understand** 5:2 5:5,12 7:16 10:5 11:14,17 11:22 19:18
**Understood** 10:16
**unfortunately** 4:8
**unit** 17:3,8,20

18:1
**UNITED** 1:1
**units** 16:23 17:7 18:2
**upper** 21:1
**use** 4:22

— **V** —
**vague** 10:4 11:12,17 12:10 13:8 14:6,16 14:17 15:5 17:9
**variety** 20:6
**verbal** 4:22
**videoconference** 1:20 4:1
**vs** 1:13

— **W** —
**W** 2:9,17
**wait** 4:18,19
**want** 4:15 6:3,4 9:18 10:9 16:11 18:11
**wanted** 21:25
**wanting** 11:23
**warden** 7:15,17 7:17,18,19,20 7:23 9:14,15 9:23 10:2,3,17 10:18,19,22,25 11:7,8,9 13:20 18:14,18 19:2 19:12,21,22
**warden's** 12:6
**wardens** 7:22 10:20
**watch** 15:16 16:3,13,14
**watches** 16:9
**way** 11:24 18:13
**we'll** 5:9
**we're** 9:20 21:15
**week** 6:12

**welcome** 13:4
**welfare** 16:6,19 22:7,8,12
**WESTERN** 1:2
**witness** 3:2 4:4,6 4:11,14,21,25 5:3,6,11,15,18 5:20 9:7,9 13:10 14:9,16 17:12 22:16,18 23:7,8,11
**work** 4:24 9:15
**working** 10:23
**works** 10:24
**wouldn't** 18:21
**write** 8:22 20:8
**written** 23:12

— **X** —
**X** 3:1

— **Y** —
**years** 7:9

— **Z** —

— **0** —

— **1** —
**10-30-2028** 23:21
**11:55** 4:2
**12** 2:9
**12:25** 21:23
**12:29** 21:23
**12:31** 22:20
**15** 16:17
**15-minute** 16:6 16:9,12,16,21 17:8,17 22:11 22:13
**17** 7:9
**19** 1:22 4:2

— **2** —
**2:20-CV-0052...**

1:9
**2018** 7:10,12 15:6,8 17:10
**2023** 1:22 4:2

— **3** —
**33228** 2:9
**375** 2:9

— **4** —
**4623** 2:2 23:19
**48334-3309** 2:10

— **5** —
**5** 3:4

— **6** —
**600** 2:17

— **7** —

— **8** —

— **9** —
**9:00** 1:23
**92101-4270** 2:18