# EXHIBIT C

# Transcript of the Testimony of

# Anurada Aithal, Psy.D.

**Date:** July 19, 2023

**Case:** Touloudjian v. Gastelo

American Reporting, Inc.
Phone: 248-559-6750
Fax: 248-559-9918
Email: scheduling@american-reporting.com
Internet: american-reporting.com

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

THE ESTATE OF ALEXANDRE TOULOUDJIAN,

by and through its administrator

Ad Prosequendum, SARKIS TOULOUDJIAN and

SARKIS TOULOUDJIAN, in his own right,

   Plaintiff,                  Case No.: 2:20-CV-00520-FLA-KS

                                   Hon. Fernando L. Aenlle-Rocha

vs

JOSIE GASTELO, in her individual capacity,

   Defendant.

_____/

DEPOSITION VIA REMOTE VIDEOCONFERENCE OF:

ANURADA AITHAL, Psy.D.

DATE: July 19, 2023

TIME: 12:52 P.m. (PT)/3:52 p.m. (ET)

Page 1

Page 2

Taken in the above-entitled cause, before James A. Hengstebeck, Certified Electronic Recorder, CER #4623, and Notary Public for the County of Oakland.

APPEARANCES:

    KEITH ALTMAN, ESQUIRE
    The Law Office of Keith Altman
    33228 W 12 Mile Rd Ste 375
    Farmington Hills, MI 48334-3309
    Appearing on behalf of the Plaintiff.
    kaltman@lawampmmt.com

    CORINNA ARBITER, ESQUIRE
    SARAH SINGER, ESQUIRE
    California Department of Justice
    600 W. Broadway
    San Deigo, CA 92101-4270
    Appearing on behalf of the Defendant.
    Corinna.Arbiter@doj.ca.gov

    Present:  Trista Larson

Page 3

I N D E X
WITNESS:                                                     PAGE:
ANURADA AITHAL, Psy.D.
    Examination by Mr. Altman                            6

Page 4

1                  Remote videoconference
2                July 19, 2023, 3:52 p.m. (ET)
3    (Whereupon counsel stipulated to the remote
4    swearing-in of the witness.)
5        MR. ALTMAN:  I guess it's afternoon there now.  Good
6    afternoon, Dr. Aithal.
7        THE WITNESS:  Good afternoon.
8        MR. ALTMAN:  All right.  Have you ever had your
9    deposition taken before?
10       THE WITNESS:  No, this is my first.
11       MR. ALTMAN:  Okay.  I'm just going to go over a few
12   provisions before we get started.  One of the things that
13   is going to take some practice is for you to wait for me
14   to finish asking my questions before you answer and for me
15   to wait for you to finish answering my questions before I
16   ask you the next one.  Okay?
17       THE WITNESS:  Okay.
18       MR. ALTMAN:  You have to use verbal responses.  Nods
19   of the head, shakes of the head, uh-huh, huh-uhs don't
20   work.  You've got to say yes, no, et cetera.  Okay?
21       THE WITNESS:  Understood.
22       MR. ALTMAN:  If I ask you a question and you don't
23   understand it, please tell me and I will try to ask it
24   again.  Okay?
25       THE WITNESS:  Understood.

Page 5

1       MR. ALTMAN:  If I ask you a question and you don't
2   tell me that you don't understand, I'll assume that you
3   did.  Okay?
4       THE WITNESS:  I'm sorry.  Can you repeat that again?
5       MR. ALTMAN:  If I ask you a question and you don't
6   tell me that you don't understand the question, I will
7   assume that you understood the question.  Okay?
8       THE WITNESS:  Understood.
9       MR. ALTMAN:  At any time if you need a break just let
10  us know.  If there is no question pending, we will take a
11  break to meet your needs.  Okay?
12      THE WITNESS:  Understood.
13      MR. ALTMAN:  Lastly, you are here today not
14  testifying as yourself personally.  You are testifying on
15  behalf of the prison system.  Do you understand that?
16      THE WITNESS:  Understood.
17      MR. ALTMAN:  Okay.
18      THE WITNESS:  May I make just one comment?
19      MR. ALTMAN:  Sure.
20      THE WITNESS:  I am hearing impaired.  I do have my
21  hearing aids on, however, please speak slowly and clearly
22  so that I understand.
23      MR. ALTMAN:  No problem.  I am severely visually
24  impaired, so I can relate.
25      THE WITNESS:  Okay.  Thank you.

Page 6

1  ANURADA AITHAL, Psy.D.,
2  a witness herein, after having first been duly sworn, testified
3  as follows:
4                    EXAMINATION
5  BY MR. ALTMAN:
6  Q.  Dr. Aithal, where do you currently work and what is your
7      position?
8  A.  I work at California Correctional Institution, known as
9      CCI, and I am currently a senior psychologist supervisor.
10 Q.  And in January 2018, was that also the same?
11 A.  I was working at CCI.  However, I was a senior
12     psychologist specialist in 2018.
13 Q.  Now, we are here talking about Alexandre Touloudjian.  Did
14     you have any personal involvement with Mr. Touloudjian?
15 A.  No, I did not.
16 Q.  Okay.  What did you do to prepare for today's deposition?
17 A.  I reviewed the records in EHRS, which is our electronic
18     health records.
19 Q.  Okay.  And do you understand that we are going to talk
20     about Mr. Touloudjian's suicide attempt, the first suicide
21     attempt and I believe he was at CCI, that that's what we
22     are here to talk about today?
23 A.  That is my understanding.
24 Q.  Now, as you understand it, what did Mr. Touloudjian do to
25     attempt suicide?

Page 7

1  A.  My understanding is he jumped off the top tier.
2  Q.  Okay.  Approximately how far did he fall?
3  A.  That, I am not aware of, but I know it was the
4      second-floor top-tier.  We only have two floors.
5  Q.  And how did the prison determine that he attempted
6      suicide?
7  A.  First, they put out an alarm after he jumped.  Nursing
8      came by and evaluated him.  We here at CCI, our clinician
9      is the one who will make the ultimate decision of whether
10     it was a suicide attempt or not.
11 Q.  I understand.  How did the prison determine -- I mean, not
12     just how would they determine, how did they determine this
13     was a suicide attempt?
14 A.  They deemed it after our clinician evaluated and said yes,
15     it was a suicide attempt.
16 Q.  Okay.  Was that based upon conversations with
17     Mr. Touloudjian?
18 A.  Yes.
19 Q.  Okay.  Now, Mr. Touloudjian suffered from mental health
20     issues, correct?
21 A.  That is my understanding.
22 Q.  And what were those conditions?
23 A.  I'm not quite sure I understand what you are asking.
24 Q.  What was he suffering from?
25 A.  Are you talking about his diagnosis?

Page 8

1  Q.  Yes, yes.  What was his diagnosis?
2  A.  It was schizophrenia, undifferentiated/atypical.
3  Q.  Slash what?
4  A.  It's atypical.  In other words, he suffered from
5      schizophrenia.
6  Q.  I understand.  And by the way, if I seem like I am yelling
7      or shouting, I am sick in bed as we are doing this
8      deposition, so I'm doing the best I can to speak.  I'm
9      sorry if it seems strained or angry.  I am just doing my
10     best here.
11 A.  No worries.
12 Q.  Was Mr. Touloudjian being medicated at the time?
13 A.  When you are saying at the time, what time frame are you
14     asking?
15 Q.  At the time of his suicide attempt, was Mr. Touloudjian
16     being medicated?
17 A.  No, he was not.
18 Q.  Any particular reason why not?
19 A.  Mr. Touloudjian refused medication that was prescribed and
20     he was not taking any medication.
21 Q.  And what medication was he prescribed?
22 A.  He was prescribed Geodon.
23 Q.  Okay -- go ahead.
24 A.  He was also prescribed Zyprexa before and then stopped
25     that and was on Geodon.

Page 9

1  Q.  And Geodon is an atypical antipsychotic, correct?
2  A.  I believe so, yes.
3  Q.  Zyprexa, that is olanzapine, correct?
4  A.  Uh-huh.
5  Q.  You've got to say yes or no.
6  A.  I'm sorry.  Yes.
7  Q.  It takes practice.  It's okay.
8          Did Mr. Touloudjian suffer any injuries as a result
9      of his attempt?
10 A.  I believe he complained about back and neck pain.
11 Q.  Okay, but were there any obvious injuries, like he broke a
12     bone or, you know, just some physical blunt trauma that
13     was observable?
14 A.  Not that I'm aware of.
15 Q.  Okay.  What was done with Mr. Touloudjian after he was
16     evaluated medically?
17 A.  Do you mean after he jumped?
18 Q.  After he jumped and was evaluated in let's call it a
19     crisis mode because he had just jumped off, what was done
20     with Mr. Touloudjian?
21 A.  After he jumped off, he was evaluated by our medical team
22     here who deemed that he needed a higher level of care
23     which means he needs to go to the hospital.
24 Q.  Okay.  And did he go to the hospital?
25 A.  Yes.

## Page 10

1  Q. Which hospital did he go to?
2  A. KMC, and I'm sorry I am blanking out on what KMC is that
3     right now.
4  Q. That's okay. The next day he was transferred to the
5     California Men's Colony, correct?
6  A. Correct.
7  Q. That's pretty quick for a transfer, isn't it?
8  A. No, it's not.
9  Q. Okay. Just to make sure I understand, he went from the
10    prison to the hospital and then he went from the hospital
11    to CMC?
12 A. No.
13 Q. Okay. So can you take us through the sequence, please?
14 A. Sure. After he returned from the hospital, KMC, he came
15    back to CCI, at which point we, meaning the mental health,
16    we evaluated him to see what level of care he needed and
17    we determined that he needed a higher level of care than
18    what we offered here at CCI and that higher level of care
19    was mental health Crisis Bed.
20 Q. So that's why he was transferred to the CMC?
21 A. Correct.
22 Q. Are there other crisis mental health beds -- locations in
23    California?
24 A. There are other locations. We don't have one, but yep,
25    there are other locations within our prison system.

## Page 11

1  Q. And why was CMC selected as opposed to the other
2     locations?
3  A. HCPOP which is the oversight for placing inmate patients
4     into Crisis Bed, they are the ones that determine who goes
5     where.
6  Q. What was the acronym you used?
7  A. H-C-P-O-P.
8  Q. Do you know what that stands for?
9  A. It is escaping me right now. I'm so sorry.
10 Q. That's okay. That's part of -- is that an agency within
11    the prison system?
12 A. Correct.
13 Q. Okay. So what happens, you call them up and tell them
14    we've got a prisoner, he's got to go somewhere and they
15    say, okay, send him here?
16 A. What we do is when we evaluate him and we determine that
17    he needs to go to a higher level of care, namely Crisis
18    Bed, we email them and request bed.
19 Q. Okay. And so then you contacted -- I don't mean you, but
20    the prison contacted CMC. They said they can take him and
21    then he was transported there; is that correct?
22 A. Correct.
23 Q. How was he transported?
24 A. We have our transportation team that was gathered and he
25    was sent to CMC.

## Page 12

1  Q. Geographically, where are you located? Where is the CIC
2     located, or CCI? Is it CCI or CIC?
3  A. CCI.
4  Q. Okay. Too many acronyms for me. CCI. Where is CCI
5     located?
6  A. We're between Bakersfield and Mojave.
7  Q. Okay. And where is CMC?
8  A. I am not good with geographics. I'm sorry. I know it's a
9     little further away than we are.
10 Q. So as I understand it, you are not hell, but you are right
11    next to it, right?
12 A. No, we are not next-door to it.
13 Q. How was Mr. Touloudjian housed? I guess he remained with
14    you the night of the attempt and then left the next
15    morning, correct?
16 A. I believe so.
17 Q. How was he housed at your facility that night?
18 A. He was in our OHU, which is our Outpatient Housing Unit.
19 Q. Okay. And were any kind of suicide precautions taken with
20    respect to Mr. Touloudjian that night?
21 A. Yes, it was. He was on --
22 Q. And what were those precautions?
23 A. He was on a one-to-one watch.
24 Q. And what does that mean?
25 A. That means that someone is sitting right outside where he

## Page 13

1     is, his cell is, watching him constantly 24 hours or until
2     he leaves someone is on him.
3  Q. Was he restrained it all?
4  A. No, he was not.
5  Q. What kind of food was he given? Was he given regular
6     prison food?
7  A. The OHU also serves regular prison food, yes.
8  Q. Was he given eating utensils to eat with?
9  A. As far as I know, yes.
10 Q. Now, if he had just attempted suicide, why would the
11    prison give him, let's say, a fork?
12 A. We don't restrict someone when they are on a one-to-one
13    watch because he is constantly on a visual watch.
14 Q. Okay. I see. And then you may not know geographically
15    where the CMC in relationship to CCI, but do you know how
16    long it took to transport him there?
17 A. I'm sorry. I do not. I would imagine it's more than an
18    hour to an hour and a half.
19 Q. Do you know how he was restrained while being transported?
20 A. I'm sorry, I do not know that.
21 Q. Was any kind of investigation conducted concerning his
22    suicide attempt?
23 A. Here at CCI?
24 Q. Yes.
25 A. Is that what you're asking?

Page 14

1  Q. Yes.
2  A. No.
3  Q. Was the warden made aware of the attempt?
4  A. Yes, he was.
5  Q. And did he have any commentary about the attempt?
6  A. Not that I'm aware of.
7  Q. And do you know who was responsible for effectuating the
8     transfer to CMC from the mental health perspective?
9  A. Once we deem that an inmate needs to go to mental health
10    Crisis Bed, we alert out CMPR, which is our classification
11    and something. Sorry. I don't know my acronyms very
12    well.
13 Q. That's okay.
14 A. They get together with transportation and make it happen.
15 Q. Would anybody from CCI, from a mental health perspective
16    contact and speak to anybody at CMC about the patient to
17    discuss his mental health status and to make sure that he
18    received proper precautions on the other end?
19 A. Yes.
20 Q. And who did that from CCI?
21 A. I need to review the records, but I believe it was
22    Dr. Montagna.
23 Q. And who did he talk to at CMC?
24 A. I'm sorry. Can you repeat that?
25 Q. Who did Dr. Montagna talk to at CMC?

Page 15

1  A. That, I cannot recall. I'm sorry.
2  Q. And would that be in the records?
3  A. Yes, it would. As I said, I would have to review the
4     records.
5  Q. Now, you are aware that Mr. Touloudjian committed suicide
6     about 10 days after he arrived at CMC, correct?
7        MS. ARBITER: Misstates past evidence.
8        MR. ALTMAN: How does it mistake the evidence?
9        MS. ARBITER: He didn't commit suicide 10 minutes
10    after.
11       MR. ALTMAN: I said 10 days.
12       MS. ARBITER: I apologize.
13       MR. ALTMAN: That's okay. Now, I understand.
14 Q. (By Mr. Altman) Are you aware that Mr. Touloudjian
15    committed suicide about 10 days after he arrived at CMC?
16 A. Yes.
17 Q. Before preparing for this deposition, were you aware of
18    that?
19 A. Yes.
20 Q. Why would you have been aware of that suicide?
21 A. Because we, meaning CCI, was aware that he had --
22    headquarters had informed us that he had passed.
23 Q. Now, why did headquarters inform CCI if CCI wasn't
24    involved in his care anymore?
25 A. I'm sorry. Say that again.

Page 16

1  Q. I'm sorry?
2  A. Can you repeat that, please?
3  Q. Sure. Why did headquarters inform CCI about his passing
4     if CCI wasn't involved in his care anymore?
5  A. We were involved in his care and after his passing they do
6     a case review and we were involved in that case review
7     because he was here prior to his transport to the Crisis
8     Bed at CMC.
9  Q. I see. Were you part of that case review?
10 A. No, I was not.
11 Q. What were the findings of the case review, if any?
12 A. As I said, I was not part of that case review and I did
13    not see any documentation on that case review.
14 Q. Who was part of the case review at CCI?
15 A. It would've been our then-acting super-fit coordinator,
16    which was Ms. Garcia and our chief, which was Dr. Walsh.
17 Q. Bear with me a moment, please.
18 A. I'm sorry. Can you repeat that?
19 Q. No, I just said to bear with me a minute, please.
20 A. Okay
21       MR. ALTMAN: Just give me about three minutes.
22       MS. ARBITER: Got it.
23       (Brief recess.)
24       MR. ALTMAN: Dr. Aithal, I have no other questions.
25    Thank you for your time.

Page 17

1        THE WITNESS: You're welcome.
2        MS. ARBITER: Thank you, Dr. Aithal.
3        THE WITNESS: You're welcome.
4        (Whereupon the deposition was concluded at about
5     4:12 p.m.)

Page 18

CERTIFICATE OF NOTARY - COURT RECORDER

STATE OF MICHIGAN)
                 )
COUNTY OF OAKLAND)

        I, James A. Hengstebeck, a Notary Public in and for the above county and state, do hereby certify that witness ANURADA AITHAL, Psy.D., remotely appeared before me at the time hereinbefore set forth; that the witness was by me first duly sworn to testify to the truth, the whole truth and nothing but the truth; that thereupon the foregoing questions were asked and foregoing answers made by the witness which were duly recorded by me; that it was later reduced to written form under my direction and supervision, and that this is, to the best of my knowledge and belief, a true and correct transcript.

        I further certify that I am neither of counsel to either party nor interested in the event of this case.

_____
James A. Hengstebeck, CER 4623,
Notary Public, Oakland County,
Michigan
My Commission Expires: 10-30-2028

### A

**above-entitled** 2:1
**acronym** 11:6
**acronyms** 12:4 14:11
**Ad** 1:6
**administrator** 1:5
**Aenlle-Rocha** 1:12
**afternoon** 4:5,6 4:7
**agency** 11:10
**ahead** 8:23
**aids** 5:21
**Aithal** 1:21 3:3 4:6 6:1,6 16:24 17:2 18:7
**alarm** 7:7
**alert** 14:10
**Alexandre** 1:4 6:13
**Altman** 2:7,8 3:4 4:5,8,11,18 4:22 5:1,5,9,13 5:17,19,23 6:5 15:8,11,13,14 16:21,24
**angry** 8:9
**answer** 4:14
**answering** 4:15
**answers** 18:11
**antipsychotic** 9:1
**ANURADA** 1:21 3:3 6:1 18:7
**anybody** 14:15 14:16
**anymore** 15:24 16:4
**apologize** 15:12
**APPEARAN...** 2:6
**appeared** 18:7
**Appearing** 2:11 2:19
**Approximately** 7:2
**ARBITER** 2:14 15:7,9,12 16:22 17:2
**arrived** 15:6,15
**asked** 18:11
**asking** 4:14 7:23 8:14 13:25
**assume** 5:2,7
**attempt** 6:20,21 6:25 7:10,13 7:15 8:15 9:9 12:14 13:22 14:3,5
**attempted** 7:5 13:10
**atypical** 8:4 9:1
**aware** 7:3 9:14 14:3,6 15:5,14 15:17,20,21

### B

**back** 9:10 10:15
**Bakersfield** 12:6
**based** 7:16
**bear** 16:17,19
**bed** 8:7 10:19 11:4,18,18 14:10 16:8
**beds** 10:22
**behalf** 2:11,19 5:15
**belief** 18:14
**believe** 6:21 9:2 9:10 12:16 14:21
**best** 8:8,10 18:14
**blanking** 10:2
**blunt** 9:12
**bone** 9:12
**break** 5:9,11
**Brief** 16:23
**Broadway** 2:17
**broke** 9:11

### C

**CA** 2:18
**California** 1:1 2:16 6:8 10:5 10:23
**call** 9:18 11:13
**capacity** 1:15
**care** 9:22 10:16 10:17,18 11:17 15:24 16:4,5
**case** 1:9 16:6,6,9 16:11,12,13,14 18:18
**cause** 2:1
**CCI** 6:9,11,21 7:8 10:15,18 12:2,2,3,4,4 13:15,23 14:15 14:20 15:21,23 15:23 16:3,4 16:14
**cell** 13:1
**CENTRAL** 1:1
**CER** 2:2 18:20
**CERTIFICATE** 18:1
**Certified** 2:2
**certify** 18:6,16
**cetera** 4:20
**chief** 16:16
**CIC** 12:1,2
**classification** 14:10
**clearly** 5:21
**clinician** 7:8,14
**CMC** 10:11,20 11:1,20,25 12:7 13:15 14:8,16,23,25 15:6,15 16:8
**CMPR** 14:10
**Colony** 10:5
**comment** 5:18
**commentary** 14:5
**Commission** 18:22
**commit** 15:9
**committed** 15:5 15:15
**complained** 9:10
**concerning** 13:21
**concluded** 17:4
**conditions** 7:22
**conducted** 13:21
**constantly** 13:1 13:13
**contact** 14:16
**contacted** 11:19 11:20
**conversations** 7:16
**coordinator** 16:15
**CORINNA** 2:14
**Corinna.Arbit...** 2:20
**correct** 7:20 9:1 9:3 10:5,6,21 11:12,21,22 12:15 15:6 18:14
**Correctional** 6:8
**counsel** 4:3 18:17
**county** 2:3 18:4 18:6,21
**COURT** 1:1 18:1
**crisis** 9:19 10:19 10:22 11:4,17 14:10 16:7
**currently** 6:6,9

### D

**D** 3:1
**DATE** 1:22
**day** 10:4
**days** 15:6,11,15
**decision** 7:9
**deem** 14:9
**deemed** 7:14 9:22
**Defendant** 1:17 2:19
**Deigo** 2:18
**Department** 2:16
**deposition** 1:20 4:9 6:16 8:8 15:17 17:4
**determine** 7:5 7:11,12,12 11:4,16
**determined** 10:17
**diagnosis** 7:25 8:1
**direction** 18:13
**discuss** 14:17
**DISTRICT** 1:1 1:1
**DIVISION** 1:2
**documentation** 16:13
**doing** 8:7,8,9
**Dr** 4:6 6:6 14:22 14:25 16:16,24 17:2
**duly** 6:2 18:9,12

### E

**E** 3:1
**eat** 13:8
**eating** 13:8
**effectuating** 14:7
**EHRS** 6:17
**either** 18:17

**electronic** 2:2 6:17
**email** 11:18
**escaping** 11:9
**ESQUIRE** 2:7 2:14,15
**ESTATE** 1:4
**et** 1:23 4:2,20
**evaluate** 11:16
**evaluated** 7:8,14 9:16,18,21 10:16
**event** 18:17
**evidence** 15:7,8
**Examination** 3:4 6:4
**Expires** 18:22

**F**

**facility** 12:17
**fall** 7:2
**far** 7:2 13:9
**Farmington** 2:10
**Fernando** 1:12
**findings** 16:11
**finish** 4:14,15
**first** 4:10 6:2,20 7:7 18:9
**floors** 7:4
**follows** 6:3
**food** 13:5,6,7
**foregoing** 18:10 18:11
**fork** 13:11
**form** 18:13
**forth** 18:8
**frame** 8:13
**further** 12:9 18:16

**G**

**Garcia** 16:16
**GASTELO** 1:15
**gathered** 11:24

**Geodon** 8:22,25 9:1
**geographically** 12:1 13:14
**geographics** 12:8
**give** 13:11 16:21
**given** 13:5,5,8
**go** 4:11 8:23 9:23,24 10:1 11:14,17 14:9
**goes** 11:4
**going** 4:11,13 6:19
**good** 4:5,7 12:8
**guess** 4:5 12:13

**H**

**H-C-P-O-P** 11:7
**half** 13:18
**happen** 14:14
**happens** 11:13
**HCPOP** 11:3
**head** 4:19,19
**headquarters** 15:22,23 16:3
**health** 6:18 7:19 10:15,19,22 14:8,9,15,17
**hearing** 5:20,21
**hell** 12:10
**Hengstebeck** 2:1 18:5,20
**hereinbefore** 18:8
**higher** 9:22 10:17,18 11:17
**Hills** 2:10
**Hon** 1:12
**hospital** 9:23,24 10:1,10,10,14
**hour** 13:18,18
**hours** 13:1
**housed** 12:13,17
**Housing** 12:18

**huh-uhs** 4:19

**I**

**imagine** 13:17
**impaired** 5:20 5:24
**individual** 1:15
**inform** 15:23 16:3
**informed** 15:22
**injuries** 9:8,11
**inmate** 11:3 14:9
**Institution** 6:8
**interested** 18:17
**investigation** 13:21
**involved** 15:24 16:4,5,6
**involvement** 6:14
**issues** 7:20

**J**

**James** 2:1 18:5 18:20
**January** 6:10
**JOSIE** 1:15
**July** 1:22 4:2
**jumped** 7:1,7 9:17,18,19,21
**Justice** 2:16

**K**

**kaltman@law...** 2:12
**Keith** 2:7,8
**kind** 12:19 13:5 13:21
**KMC** 10:2,2,14
**know** 5:10 7:3 9:12 11:8 12:8 13:9,14,15,19 13:20 14:7,11
**knowledge** 18:14

**known** 6:8

**L**

**L** 1:12
**Larson** 2:22
**Lastly** 5:13
**Law** 2:8
**leaves** 13:2
**left** 12:14
**let's** 9:18 13:11
**level** 9:22 10:16 10:17,18 11:17
**little** 12:9
**located** 12:1,2,5
**locations** 10:22 10:24,25 11:2
**long** 13:16

**M**

**mean** 7:11 9:17 11:19 12:24
**meaning** 10:15 15:21
**means** 9:23 12:25
**medical** 9:21
**medically** 9:16
**medicated** 8:12 8:16
**medication** 8:19 8:20,21
**meet** 5:11
**Men's** 10:5
**mental** 7:19 10:15,19,22 14:8,9,15,17
**MI** 2:10
**Michigan** 18:3 18:21
**Mile** 2:9
**minute** 16:19
**minutes** 15:9 16:21
**Misstates** 15:7
**mistake** 15:8

**mode** 9:19
**Mojave** 12:6
**moment** 16:17
**Montagna** 14:22 14:25
**morning** 12:15

**N**

**N** 3:1
**neck** 9:10
**need** 5:9 14:21
**needed** 9:22 10:16,17
**needs** 5:11 9:23 11:17 14:9
**neither** 18:17
**next-door** 12:12
**night** 12:14,17 12:20
**Nods** 4:18
**Notary** 2:2 18:1 18:5,21
**Nursing** 7:7

**O**

**Oakland** 2:3 18:4,21
**observable** 9:13
**obvious** 9:11
**offered** 10:18
**Office** 2:8
**OHU** 12:18 13:7
**okay** 4:11,16,17 4:20,24 5:3,7 5:11,17,25 6:16,19 7:2,16 7:19 8:23 9:7 9:11,15,24 10:4,9,13 11:10,13,15,19 12:4,7,19 13:14 14:13 15:13 16:20
**olanzapine** 9:3
**Once** 14:9

Case 2:20-cv-00520-FLA-KS   Document 102-3   Filed 07/28/23   Page 11 of 12   Page ID
#:1237
Anurada Aithal, Psy.D.                                          Touloudjian v. Gastelo

Page 21

**one-to-one** 12:23 13:12
**ones** 11:4
**opposed** 11:1
**Outpatient** 12:18
**outside** 12:25
**oversight** 11:3

**P**

**p.m** 1:23,23 4:2 17:5
**PAGE** 3:2
**pain** 9:10
**part** 11:10 16:9 16:12,14
**particular** 8:18
**party** 18:17
**passed** 15:22
**passing** 16:3,5
**patient** 14:16
**patients** 11:3
**pending** 5:10
**personal** 6:14
**personally** 5:14
**perspective** 14:8 14:15
**physical** 9:12
**placing** 11:3
**Plaintiff** 1:9 2:11
**please** 4:23 5:21 10:13 16:2,17 16:19
**point** 10:15
**position** 6:7
**practice** 4:13 9:7
**precautions** 12:19,22 14:18
**prepare** 6:16
**preparing** 15:17
**prescribed** 8:19 8:21,22,24
**Present** 2:22
**pretty** 10:7

**prior** 16:7
**prison** 5:15 7:5 7:11 10:10,25 11:11,20 13:6 13:7,11
**prisoner** 11:14
**problem** 5:23
**proper** 14:18
**Prosequendum** 1:6
**provisions** 4:12
**Psy.D** 1:21 3:3 6:1 18:7
**psychologist** 6:9 6:12
**PT)/3:52** 1:23
**Public** 2:2 18:6 18:21
**put** 7:7

**Q**

**question** 4:22 5:1,5,6,7,10
**questions** 4:14 4:15 16:24 18:11
**quick** 10:7
**quite** 7:23

**R**

**Rd** 2:9
**reason** 8:18
**recall** 15:1
**received** 14:18
**recess** 16:23
**recorded** 18:12
**Recorder** 2:2 18:1
**records** 6:17,18 14:21 15:2,4
**reduced** 18:12
**refused** 8:19
**regular** 13:5,7
**relate** 5:24
**relationship**

13:15
**remained** 12:13
**remote** 1:20 4:1 4:3
**remotely** 18:7
**repeat** 5:4 14:24 16:2,18
**request** 11:18
**respect** 12:20
**responses** 4:18
**responsible** 14:7
**restrained** 13:3 13:19
**restrict** 13:12
**result** 9:8
**returned** 10:14
**review** 14:21 15:3 16:6,6,9 16:11,12,13,14
**reviewed** 6:17
**right** 1:7 4:8 10:3 11:9 12:10,11,25

**S**

**San** 2:18
**SARAH** 2:15
**SARKIS** 1:6,7
**saying** 8:13
**schizophrenia** 8:2,5
**second-floor** 7:4
**see** 10:16 13:14 16:9,13
**selected** 11:1
**send** 11:15
**senior** 6:9,11
**sent** 11:25
**sequence** 10:13
**serves** 13:7
**set** 18:8
**severely** 5:23
**shakes** 4:19
**shouting** 8:7
**sick** 8:7

**SINGER** 2:15
**sitting** 12:25
**Slash** 8:3
**slowly** 5:21
**sorry** 5:4 8:9 9:6 10:2 11:9 12:8 13:17,20 14:11 14:24 15:1,25 16:1,18
**speak** 5:21 8:8 14:16
**specialist** 6:12
**stands** 11:8
**started** 4:12
**state** 18:3,6
**STATES** 1:1
**status** 14:17
**Ste** 2:9
**stipulated** 4:3
**stopped** 8:24
**strained** 8:9
**suffer** 9:8
**suffered** 7:19 8:4
**suffering** 7:24
**suicide** 6:20,20 6:25 7:6,10,13 7:15 8:15 12:19 13:10,22 15:5,9,15,20
**super-fit** 16:15
**supervision** 18:13
**supervisor** 6:9
**sure** 5:19 7:23 10:9,14 14:17 16:3
**swearing-in** 4:4
**sworn** 6:2 18:9
**system** 5:15 10:25 11:11

**T**

**take** 4:13 5:10 10:13 11:20

**taken** 2:1 4:9 12:19
**takes** 9:7
**talk** 6:19,22 14:23,25
**talking** 6:13 7:25
**team** 9:21 11:24
**tell** 4:23 5:2,6 11:13
**testified** 6:2
**testify** 18:9
**testifying** 5:14 5:14
**Thank** 5:25 16:25 17:2
**then-acting** 16:15
**things** 4:12
**three** 16:21
**tier** 7:1
**time** 1:23 5:9 8:12,13,13,15 16:25 18:8
**today** 5:13 6:22
**today's** 6:16
**top** 7:1
**top-tier** 7:4
**Touloudjian** 1:4 1:6,7 6:13,14 6:24 7:17,19 8:12,15,19 9:8 9:15,20 12:13 12:20 15:5,14
**Touloudjian's** 6:20
**transcript** 18:15
**transfer** 10:7 14:8
**transferred** 10:4 10:20
**transport** 13:16 16:7
**transportation** 11:24 14:14

| | | |
|---|---|---|
| **transported** 11:21,23 13:19 | **watching** 13:1 | **24** 13:1 |
| **trauma** 9:12 | **way** 8:6 | **3** |
| **Trista** 2:22 | **We're** 12:6 | **3:52** 4:2 |
| **true** 18:14 | **we've** 11:14 | **33228** 2:9 |
| **truth** 18:9,9,10 | **welcome** 17:1,3 | **375** 2:9 |
| **try** 4:23 | **went** 10:9,10 | **4** |
| **two** 7:4 | **WESTERN** 1:2 | **4:12** 17:5 |
| **U** | **witness** 3:2 4:4,7 4:10,17,21,25 5:4,8,12,16,18 5:20,25 6:2 17:1,3 18:7,8 18:11 | **4623** 2:2 18:20 |
| **uh-huh** 4:19 9:4 | | **48334-3309** 2:10 |
| **ultimate** 7:9 | | **5** |
| **understand** 4:23 5:2,6,15,22 6:19,24 7:11 7:23 8:6 10:9 12:10 15:13 | **words** 8:4 | **6** |
| | **work** 4:20 6:6,8 | **6** 3:4 |
| | **working** 6:11 | **600** 2:17 |
| | **worries** 8:11 | |
| **understanding** 6:23 7:1,21 | **would've** 16:15 | **7** |
| **understood** 4:21 4:25 5:7,8,12 5:16 | **written** 18:13 | **8** |
| | **X** | **9** |
| **undifferentiat...** 8:2 | **X** 3:1 | **92101-4270** 2:18 |
| **Unit** 12:18 | **Y** | |
| **UNITED** 1:1 | **yelling** 8:6 | |
| **use** 4:18 | **yep** 10:24 | |
| **utensils** 13:8 | **Z** | |
| **V** | **Zyprexa** 8:24 9:3 | |
| **verbal** 4:18 | **0** | |
| **videoconference** 1:20 4:1 | **1** | |
| **visual** 13:13 | **10** 15:6,9,11,15 | |
| **visually** 5:23 | **10-30-2028** 18:22 | |
| **vs** 1:13 | **12** 2:9 | |
| **W** | **12:52** 1:23 | |
| **W** 2:9,17 | **19** 1:22 4:2 | |
| **wait** 4:13,15 | **2** | |
| **Walsh** 16:16 | **2:20-CV-0052...** 1:9 | |
| **warden** 14:3 | **2018** 6:10,12 | |
| **wasn't** 15:23 16:4 | **2023** 1:22 4:2 | |
| **watch** 12:23 13:13,13 | | |