# **EXHIBIT D**

# Transcript of the Testimony of

# Amber Carda, Psy.D.

**Date:** July 20, 2023

**Case:** Touloudjian v. Gastelo

American Reporting, Inc.
Phone: 248-559-6750
Fax: 248-559-9918
Email: scheduling@american-reporting.com
Internet: american-reporting.com

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

THE ESTATE OF ALEXANDRE TOULOUDJIAN,

by and through its administrator

Ad Prosequendum, SARKIS TOULOUDJIAN and

SARKIS TOULOUDJIAN, in his own right,

   Plaintiff,                     Case No.: 2:20-CV-00520-FLA-KS

                                          Hon. Fernando L. Aenlle-Rocha

vs

JOSIE GASTELO, in her individual capacity,

   Defendant.

_____/

DEPOSITION VIA REMOTE VIDEOCONFERENCE OF:

AMBER CARDA, Psy.D.

DATE: July 20, 2023

TIME: 8:00 a.m.(PT)/11:00 a.m.(ET)

Page 2

Taken in the above-entitled cause, before James A. Hengstebeck, Certified Electronic Recorder, CER #4623, and Notary Public for the County of Oakland.

APPEARANCES:

    KEITH ALTMAN, ESQUIRE
    The Law Office of Keith Altman
    33228 W 12 Mile Rd Ste 375
    Farmington Hills, MI 48334-3309
    Appearing on behalf of the Plaintiff.
    kaltman@lawampmmt.com

    CORINNA ARBITER, ESQUIRE
    SARAH SINGER, ESQUIRE
    California Department of Justice
    600 W. Broadway
    San Diego, CA 92101-4270
    Appearing on behalf of the Defendant.
    Corinna.Arbiter@doj.ca.gov

    Present:  Trista Larson

Page 3

I N D E X

WITNESS:                                                    PAGE:
AMBER CARDA, Psy.D.
    Examination by Mr. Altman                               6

Page 4

1                Remote videoconference
2            July 20, 2023, 11:02 a.m. (ET)
3    (Whereupon counsel stipulated to the remote
4    swearing-in of the witness.)
5        MR. ALTMAN:  Good morning, Dr. Carda.  How are you
6    today?
7        THE WITNESS:  Good morning.  How are you?
8        MR. ALTMAN:  Okay.  Well, not so good.  I am sick in
9    bed so if I seem at some point I'm straining or allowed,
10   you'll have to forgive me.  It's just I'm having trouble
11   talking.
12       THE WITNESS:  Of course.
13       MR. ALTMAN:  Have you ever had your deposition taken
14   before?
15       THE WITNESS:  Yes, I have.
16       MR. ALTMAN:  How many times?
17       THE WITNESS:  Approximately five.  I can provide the
18   list after this if you'd like.
19       MR. ALTMAN:  No, that's not necessary.  When was the
20   last time you had your deposition taken?
21       THE WITNESS:  A month ago.
22       MR. ALTMAN:  Were these in your professional
23   capacity?
24       THE WITNESS:  Yes.
25       MR. ALTMAN:  Although you may be familiar with how

Page 5

1    things work, I just want to go over a few things anyway
2    just to make sure.
3        One of the things that is going to take some practice
4    is for you to wait for me to finish asking my questions
5    and for me to wait for you to finish answering my
6    questions so we get a nice clean transcript.  Okay?
7        THE WITNESS:  Yes.
8        MR. ALTMAN:  You have to use verbal responses.
9    Shakes of the head, nods of the head don't work.  Yes, no,
10   please.  Okay?
11       THE WITNESS:  Yes.
12       MR. ALTMAN:  If I ask you a question and you don't
13   understand the question, please let me know.  Okay?
14       THE WITNESS:  Okay.
15       MR. ALTMAN:  If you don't tell me that you don't
16   understand the question, I will assume that you did.
17   Okay?
18       THE WITNESS:  Okay.
19       MR. ALTMAN:  Anytime you think you need a break, just
20   let us know.  We will take a break to meet your needs as
21   long as there is no question pending.  Okay?
22       THE WITNESS:  Okay.
23       MR. ALTMAN:  Lastly, I want to make sure you
24   understand that today you are not testifying as yourself.
25   You are testifying on behalf of the prison system and that

Page 6

1    when I ask you questions, I am asking the prison system
2    the question, not you personally. Do you understand that?
3         THE WITNESS: Yes, I do.
4         MR. ALTMAN: And you understand that the answers to
5    questions are binding on the prison?
6         THE WITNESS: Yes, I do.
7              AMBER CARDA, Psy.D.,
8    a witness herein, after having first been duly sworn, testified
9    as follows:
10                   EXAMINATION
11   BY MR. ALTMAN:
12   Q.  All right. What is your current title and where are you
13       employed?
14   A.  My current title is chief psychologist over statewide
15       suicide prevention for the California Department of
16       Corrections and Rehabilitation.
17   Q.  Okay. So that's kind of overall for the whole state. Is
18       that correct?
19   A.  That is correct.
20   Q.  How long have you been in that position?
21   A.  I have been a chief over the State for approximately three
22       years.
23   Q.  In January 2018, what was your title?
24   A.  In 2018, I was acting -- one moment. Are you able to be
25       more specific about the months?

Page 7

1    Q.  January 2018.
2    A.  At that time, I believe I was a senior psychologist
3        specialist.
4    Q.  And in which facility were you at that time?
5    A.  Oh, I'm sorry. I was a senior psychologist specialist at
6        headquarters, still also for statewide suicide prevention.
7    Q.  Okay. And how long have you been involved in suicide
8        prevention?
9    A.  How long have I been --
10   Q.  That was a bad question.
11   A.  Yeah.
12   Q.  I know as a psychologist you're always dealing with those
13       kind of issues, but in terms of you being responsible for
14       the institution's suicide prevention efforts, how long
15       have you been involved in that?
16   A.  For statewide suicide prevention, I started in 2015.
17   Q.  Okay. And you are aware of the Coleman case, correct?
18   A.  Yes, I am.
19   Q.  And were the findings and determinations from the case an
20       influence on how the State managed suicide prevention?
21   A.  Yes, they are.
22   Q.  As an interesting aside, the suicide warning on all the
23       anticonvulsants, the black box warning is there because I
24       made that happen back in 2008.
25           Okay. So let's talk about some statistics. In 2018,

Page 8

1    how many suicides were there in the crisis facilities of
2    the prison system?
3    A.  I'm thinking. I could readily access that data really
4        within moments. I don't have that number memorized,
5        though.
6    Q.  Okay. I may ask you to do that. Let's see if there's a
7        few questions -- instead of going back and forth, I'm
8        going to ask you a few questions that you might need to
9        research and then we will take a quick break for you to do
10       that.
11   A.  Okay.
12   Q.  And I'm interested in that number in 2016, 2017 and 2018.
13       I am not interested in prisoners who have committed
14       suicide in gen pop where there's less control. I am
15       really only focused on those that are in specific mental
16       health custody. Do you understand what I mean?
17   A.  I do understand.
18   Q.  And I will also want to know how many serious attempts --
19       is that a phrase that is used within the prison system to
20       talk about attempts?
21   A.  It's not a phrase that I use. I determine attempts based
22       on medical severity. I believe that all attempts are
23       serious in nature, so to say that one is less than the
24       other. I don't prefer that term.
25   Q.  Okay. So medical severity. What are the different

Page 9

1    classifications that you use?
2    A.  So the highest medical severity requires a medical
3        response and intervention including but not limited to
4        hospitalization.
5    Q.  Okay.
6    A.  The lower level of medical severities could be something
7        as simple as a medical intervention as a Band-Aid all the
8        way to the least severity which is no medical intervention
9        is needed.
10   Q.  Now, I don't think there's any question that -- by the
11       way, did you ever deal with Mr. Touloudjian's matter
12       directly at any point in time other than preparing for
13       today's deposition?
14   A.  Can you please clarify that question more specifically?
15   Q.  When was the first time you became aware of
16       Mr. Touloudjian's suicide?
17   A.  At the time of his death, I worked in statewide suicide
18       prevention unit, so we are notified of all deaths by
19       suicide immediately when they occur.
20   Q.  Okay. Did you have any involvement in investigating the
21       circumstances of Mr. Touloudjian's suicide?
22   A.  I was not the reviewer on this case, no.
23   Q.  That is not what I asked. Did you have any involvement at
24       all in the review of Mr. Touloudjian's suicide?
25   A.  The involvement that I had was my involvement in the

Page 10

1  statewide suicide response team units and at that point in
2  2018, my role as a senior psychologist specialist was to
3  coordinate the reviews of all suicides in our state. What
4  that meant is I coordinated the teams that responded. I
5  assigned the reviewers and I reviewed their reports prior
6  to finalization.
7  Q. Okay. So does that mean that you personally reviewed the
8  report of Mr. Touloudjian's suicide contemporaneously?
9  A. Yes, I did.
10 Q. And did you have any recollection of his particular
11 circumstances before preparing for today's deposition?
12 A. I had to re-review the report.
13 Q. What did you do to prepare for today's deposition?
14 A. I reviewed the suicide case review report. I also
15 reviewed our suicide data, although not specifically that
16 crisis, that number. Darn, I missed one. And I reviewed
17 one memo and content within the mental health program
18 guide.
19 Q. Okay. What memo did you review?
20 A. I reviewed a 2018 suicide prevention enhancements memo.
21 Q. Okay. And what was the general, you know, what did the
22 memo talk about?
23 A. This memo was to clarify -- let me rephrase. Statewide
24 suicide prevention has respective suicide prevention teams
25 at each facility and this memo was aimed to address and

Page 11

1  clarify the suicide prevention and response committees at
2  those sites.
3  Q. So it was not specific about Mr. Touloudjian?
4  A. It was not.
5  Q. So with respect to Mr. Touloudjian, you reviewed the
6  report of the suicide response, correct?
7  A. That's correct.
8  Q. Were you aware that Mr. Touloudjian jumped off the tier at
9  the CCI facility before being transferred to the men's
10 colony?
11 A. I was aware based on the content of the report.
12 Q. That's a pretty significant attempt, shall we say,
13 correct?
14 A. Correct.
15    MS. ARBITER: Vague and ambiguous as to the term
16 significant.
17 Q. (By Mr. Altman) You can answer.
18 A. That's correct.
19 Q. That would go in the highest category of suicide attempts
20 in terms of medical significance, correct?
21 A. Well, if I were to categorize, yes.
22 Q. And you are aware that Mr. Touloudjian was also a
23 schizophrenic, correct?
24 A. I was aware based on the report that that was one of his
25 diagnoses.

Page 12

1  Q. And that he was noncompliant with his medication. Were
2  you aware of that?
3  A. Yes. That information was also within the report.
4  Q. Would you consider Mr. Touloudjian's suicide attempt to be
5  dramatic in terms of how these things go?
6     MS. ARBITER: Vague and ambiguous. Which suicide
7  attempt?
8     MR. ALTMAN: I'm sorry.
9  Q. (By Mr. Altman) The first one. Would you consider that
10 to be dramatic?
11 A. Are you able to further clarify dramatic?
12 Q. No, I can't. Do you understand what the word dramatic
13 means?
14 A. I do. I typically don't associate it with suicide
15 attempts.
16 Q. Okay. What comparable term would you use with respect to
17 suicide attempts comparable to dramatic?
18 A. I believe what you mean by that is was this attempt
19 feigned without an intent to die. Am I close?
20 Q. No, not really. I mean, would you agree most suicide
21 attempts take place kind of quietly, you know, in a
22 prisoner's cell and then that's where they typically try
23 to commit suicide when they do it? I am talking in gen
24 pop?
25 A. I would not make that generalization, no.

Page 13

1  Q. What percentage of suicide attempts, medically serious
2  suicide attempts are done outside of a prisoner's cell in
3  gen pop?
4  A. In order for me to accurately address that question, I
5  would need to know a time period and I would need to
6  review our data. The frequency of -- I'll leave my answer
7  at that.
8  Q. Well, you said you knew some statistics. What statistics
9  did you come prepared to discuss without having to look
10 them up?
11 A. Mainly the specifics pertaining to the CMC.
12 Q. Okay. So you didn't look up statistics for CCI?
13 A. No, I did not.
14 Q. Did you have easy access to that material?
15 A. Yes.
16 Q. So that's something I want to know, you know, how often
17 prisoners attempt suicide at CCI.
18 A. I do want to clarify.
19 Q. Okay.
20 A. I can pull death by suicide in any dataset surrounding
21 that within minutes. If you are going to request suicide
22 attempts, however, I have a team that gathers that. I
23 could still get it same day, but not as quickly as death
24 by suicide.
25 Q. We will deal with that, see if we need to deal with that.

American Reporting, Inc.
248-559-6750

Page 14

1    Now, you would agree that a prisoner who had
2    attempted suicide by jumping off of a tier who was also an
3    untreated schizophrenic was at a significantly increased
4    risk of another suicide event, correct?
5        MS. ARBITER: Incomplete hypothetical and calls for
6    expert opinion.
7        You can answer if you can formulate a response.
8        THE WITNESS: An individual with a prior suicide
9    attempt is typically evaluated to be at a higher risk of a
10   death by suicide than an individual who has not had a
11   suicide attempt. Mental illness also is a risk factor for
12   suicide attempts and death by suicide.
13   Q. (By Mr. Altman) Okay. And isn't untreated schizophrenia
14   an even higher risk as far as mental health conditions go?
15       MS. ARBITER: Vague and ambiguous as to the term
16   untreated.
17   Q. (By Mr. Altman) Okay. Unmedicated schizophrenia.
18   A. Mental illness in general is a risk factor.
19   Q. Okay. So Mr. Touloudjian at the time he entered the CMC
20   had two risk factors at least for an additional suicide
21   event, correct?
22   A. Correct.
23   Q. The fact that he needed to go to a Crisis Bed suggests
24   that the people at CCI thought he was -- he needed more
25   intensive therapy than they could provide there, correct?

Page 15

1    A. Based on --
2        MS. ARBITER: Calls for speculation.
3        Go ahead and answer.
4        THE WITNESS: Based on our referral process, yes, I
5    would agree with that statement.
6    Q. (By Mr. Altman) Doctor, how long did you go to school
7    for?
8    A. How long did I go to school total?
9    Q. Yeah.
10   A. After high school, 11 years.
11   Q. 11 years. Did you spend a lot of time dealing with mental
12   illness during that time?
13   A. Yes.
14   Q. Did you spend a lot of time dealing with suicide at that
15   time?
16   A. Towards the end of my education, yes.
17   Q. Okay. And currently, are you the top person at the unit,
18   at the entire prison system in terms of the suicide
19   prevention?
20   A. I am one of the members of leadership team for statewide
21   suicide prevention, yes.
22   Q. Okay. Who else is on the leadership team?
23   A. Dr. Travis Williams.
24   Q. Okay. And what is his title with respect to suicide
25   prevention?

Page 16

1    A. He is a mental health administrator.
2    Q. Okay. And who else?
3    A. Over suicide prevention it is just myself and
4    Dr. Travis Williams.
5    Q. And you didn't get that position because you studied
6    janitorial science, right?
7    A. I'm sorry. I don't understand.
8    Q. I mean, you weren't given the position to be at the top of
9    the leadership team in terms of suicide prevention because
10   your specialty was janitorial science, right?
11   A. Correct.
12   Q. I mean, what I'm getting at, you are there because you are
13   an expert in suicide prevention in prisons, right?
14   A. Correct.
15   Q. And you make decisions all the time in conjunction with
16   others in terms of suicide prevention, right?
17   A. Correct.
18   Q. And you helped coordinate the prison system's response to
19   those who may be at risk of suicide, right?
20   A. Yes.
21   Q. And you are responsible for reviewing suicides that happen
22   to see what can be learned in that context, correct?
23   A. Correct.
24   Q. Okay. So with respect to a prisoner who is in a crisis
25   bed, they are generally severely restricted in terms of

Page 17

1    materials they can have in the cell with them, correct?
2    A. In the mental health Crisis Bed, yes, they are.
3    Q. And why is that?
4    A. I'm sorry. I'm thinking. For a number of reasons. These
5    inpatient settings are a type of restrictive setting and
6    their access to property or means to self-harm is
7    restricted in those environments to keep them safe until
8    they are discharged.
9    Q. It's not for punitive purposes, correct?
10   A. No.
11   Q. Okay. It's for safety, correct?
12   A. Correct.
13   Q. Now, is there an explicit list of items that a prisoner
14   can have with them in a Crisis Bed?
15   A. The mental health program guide provides guidelines of the
16   property they could have. However, there was a
17   memorandum, I believe it was 2020, but I can get you the
18   exact date, that we issued a memorandum of allowable items
19   in a Crisis Bed that added additional items that could be
20   given upon order. Both of these memos and the Crisis Bed
21   guidelines are guidelines as such because any items given
22   to a patient is given by the directives through an order
23   by a psychologist or psychiatrist and it is supported by a
24   clinical rationale of what that patient can have to remain
25   safe and is also clinically indicated so that we can

Page 18

1    progress them towards a lesser restrictive environment.
2  Q. Understood. Now, is it conceivable that a prisoner in a
3     Crisis Bed could try to choke themselves with something?
4  A. Yes.
5  Q. And that's one of the reasons why they are put in a safety
6     smock, correct, so they can't use, you know, they can't
7     use their clothing to harm themselves, correct?
8  A. Correct.
9  Q. And you are aware that Mr. Touloudjian choked himself by
10    ingesting food product that was wrapped in cellophane,
11    correct?
12 A. Yes, I am aware.
13 Q. Does it surprise you that cellophane could be used by a
14    prisoner to choke themselves if they ingested it?
15 A. It surprises me to the fact that it is a relatively rare
16    event.
17 Q. But not unheard of, right?
18 A. No.
19 Q. Would it have been a huge amount of effort to have made
20    sure that the food that he was given was unwrapped?
21 A. Can you clarify huge amount of effort?
22 Q. Would it have been a lot of extra effort on the part of
23    the prison to make sure that whatever food Mr. Touloudjian
24    was given was not wrapped?
25 A. No.

Page 19

1  Q. You would agree that it makes more sense to err on the
2     side of caution in terms of what items are given to a
3     prisoner in a Crisis Bed, right?
4        MS. ARBITER: Incomplete hypothetical.
5        THE WITNESS: I would generally agree with that.
6  Q. (By Mr. Altman) As a result of Mr. Touloudjian's suicide,
7     what has the prison done with respect to -- the prison
8     system done with respect to providing food that's wrapped
9     to prisoners?
10 A. Let me pause for a moment. I don't necessarily need for
11    you to clarify the question.
12 Q. Take your time.
13 A. Each suicide that occurs in our state provides us some
14    insight into death by suicide in a correctional setting
15    and as you stated at the beginning, we learn a great deal
16    from these very unfortunate events and each review causes
17    us to pause and look at whether we need to refine any
18    procedures.
19        In this particular case, to my knowledge, there was
20    not any changes effectively put in place aside from the
21    existing policies and procedures.
22 Q. Why not?
23 A. When the reviews determine that there is not a need for
24    modifications in a -- let me correct that.
25        Reviews sometimes indicate that there's a -- either a

Page 20

1     departure of policy and procedures or there is a gap and a
2     necessary addition to our policy and procedures or that
3     there is a need for a new policy and procedure and in this
4     case, there was not a need for a new policy procedure.
5     There was indications of a potential departure of
6     procedures.
7  Q. There was indications of what?
8  A. A potential departure of procedures.
9  Q. What was that indication and what was that departure?
10 A. So there were indications that the -- let me correct that.
11    There were indications that there needed to be further
12    review on how he gained access to the cellophane.
13        Let me clarify. I don't believe my response is
14    clear. When a review occurs and there is a particular
15    event identified to the death by suicide, it causes -- it
16    causes for more further review of how that occurred and so
17    in this scenario that occurred that resulted in his death,
18    that caused for more review on how he got access to that
19    and whether there was a need of anything further to be
20    done.
21 Q. Well, he got access to it because it was given to him,
22    correct?
23 A. At the time of the review, we didn't have that
24    information.
25 Q. I'm sorry. At the time that he was on the ground waiting

Page 21

1     for the ambulance, the food wrapped in cellophane was
2     taken out of his throat. Are you telling me that the
3     prison system didn't know that that's how he choked
4     himself?
5        MS. ARBITER: Argumentative.
6        THE WITNESS: I understand. Let me qualify.
7        There are times when a death by suicide occurs
8     because of an access to means that someone other than
9     correctional staff provided. It may be possible that at
10    the time of the review there are possibilities that are
11    ruled out, which include them getting access to these
12    means by other patients, by patients who work in inpatient
13    settings that are called porters and also whether there
14    was an access to these means by our existing procedures,
15    so when I said at the time of the review we had not
16    confirmed how he had received it, that's where I was
17    coming from.
18 Q. (By Mr. Altman) Okay, but there is no question that he
19    received it from food services, right, on his tray,
20    correct?
21 A. At the time of the review, there was still a question of
22    how he received it, whether it had been from food services
23    or if he had received it through another avenue.
24 Q. Okay. Today, is there any question that he received the
25    bread wrapped in cellophane on his food tray from food

Page 22

1    services?
2    A.  Today, there is not.
3    Q.  Now, you say it appears there might've been a departure.
4        So what was the departure?
5    A.  The departure would've been that any patient in a Crisis
6        Bed who is on a safety observation shall not receive any
7        plastics served on their tray.
8    Q.  So you would agree now based on what you just said knowing
9        what we know today, that Mr. Touloudjian was never
10       supposed to receive that plastic wrapper, right?
11   A.  Yes.
12   Q.  Now, when Mr. Touloudjian was provided with his meal,
13       Custody had to open the slot for him to be given his meal,
14       correct?
15   A.  I'm thinking.  That exact procedure is not in my area of
16       expertise.
17   Q.  Okay.  Fair enough.
18       Do you know of any other suicide within the
19       California prison system where a prisoner choked
20       themselves in a similar manner to Mr. Touloudjian?
21   A.  Yes, I do.
22   Q.  And when did that take place?
23   A.  The most recent one?
24   Q.  Strike that.  Let me qualify this.
25       Somebody who is in a Crisis Bed, not just in general

Page 23

1    population.
2    A.  A patient who is in an inpatient setting in I believe
3        2022.  These last three years have blended together, but
4        2022.
5    Q.  There was another prisoner who choked themselves on
6        plastics?
7    A.  Yes.
8    Q.  Now, outside of a crisis bed, do you know how many
9        prisoners choke themselves on plastic wraps?
10   A.  Before I answer that I want to clarify the prior question.
11   Q.  Okay.
12   A.  The prior patient was not on a suicide observation level
13       and the plastics were provided by Canteen.
14   Q.  Okay.
15   A.  To address your next question, I don't have the exact
16       percentage.  It is a relatively rare occurrence as well
17       and that I can get for you same day, as well.
18   Q.  Okay.  I think we will want that information by year in
19       the time period before in, let's say, the three or four
20       years before 2018.
21   A.  Okay.  Do I have permission to take notes on that?
22   Q.  Of course.  Of course.  Please.
23   A.  Can you please restate the timeframe you wanted?
24   Q.  Like from 2014 to 2018, I would like to know how many
25       suicides there were where a prisoner -- and this doesn't

Page 24

1    matter whether they are in -- well, you can include
2    Mr. Touloudjian, but I want to know the number of
3    prisoners within the system who either attempted if you
4    can or actually committed suicide by ingesting food
5    wrappers or other similar type materials.  Is that precise
6    enough?
7    A.  Yes, it is.
8        MS. ARBITER:  I'm just going to place a belated
9    objection on relevance.
10       MR. ALTMAN:  Corinna, there is no objection for
11   relevance.
12       Bear with me a second, please.
13   Q.  (By Mr. Altman) Now, I think you said, just to be clear
14   on something, a prisoner with a recent incident of suicide
15   attempt with serious medical implications, that's a
16   prisoner that would require reasonably intensive
17   monitoring in the short term after that incident, correct?
18       MS. ARBITER:  Mistakes testimony.
19       You can answer if you know.
20       THE WITNESS:  I'd like you to -- I think you said
21   reasonably monitored -- I didn't catch the whole --
22   Q.  (By Mr. Altman) Intensively monitored.  Let me ask it
23   again.  A prisoner who within two weeks before or less who
24   had done a suicide attempt with serious medical
25   implications is a prisoner who would generally require

Page 25

1    intensive monitoring, correct, in the short term after the
2    suicide attempt?
3    A.  I wouldn't generalize it as intensive monitoring.  An
4        individual who has a recent suicide attempt would likely
5        indicate a need for an increased level of care or
6        treatment.
7    Q.  Okay.  Fair enough.  As far as the Coleman case goes, what
8        are the implications for suicide prevention within the
9        prison system?
10   A.  To me, the question is very broad.  Are you able to
11       specify and -- clarify?
12   Q.  What changes did the prison system make with respect to
13       suicide prevention as a result of the findings in the
14       Coleman case?
15   A.  Regarding changes from the Coleman case, I could not speak
16       on that today.  There are a number of procedures that have
17       been put in place.  I am not prepared to speak today on
18       whether all of them are in relation to the Coleman case.
19   Q.  Do you know any that are in relationship to the Coleman
20       case?
21   A.  I know of the ones that were put in place in a program
22       guide in 2009 and I am prepared to speak on those.
23   Q.  Maybe we will come back to that.
24       Why don't we take a quick break to look up that data
25       that you could get quickly on the number of suicides and

**Page 26**

1  is 10 minutes enough time for you to do that?
2  A. Yes. You wanted the number of suicides at CCI?
3  Q. The number of suicides at CCI and CMC in critical beds.
4     In the Critical Bed unit, at least at CMC. I know CCI
5     doesn't have one.
6  A. Okay. Yes. 10 minutes should be fine.
7     MR. ALTMAN: Okay. Let's take a break for 10
8     minutes.
9     (Brief recess, 11:40 to 11:51 a.m.)
10 Q. (By Mr. Altman) Dr. Carda, before the break I had asked
11    you if you would find out certain data and I think you had
12    looked at -- are prepared to answer certain questions that
13    I had asked you. Is that correct?
14 A. Yes.
15 Q. Okay. In terms of both were the number of suicides at the
16    CCI facility in the time period 2018 and before?
17 A. I quickly reviewed the data from 2014 to 2018.
18 Q. In 2014, CCI had three suicides. And in 2015, CCI had
19    one. In 2016, CCI had two.
20 Q. Okay.
21 A. In 2017, CCI had one and in 2018, CCI had two.
22 Q. Okay. Do you know approximately how many prisoners there
23    are in CCI?
24 A. I do not.
25 Q. Okay. With respect to CMC and the critical beds, what

**Page 27**

1     were you able to find out?
2  A. In the critical beds from 2014 to 2018, there was one
3     suicide in the Crisis Bed.
4  Q. And that's Mr. Touloudjian?
5  A. Correct.
6  Q. All right. So coming back to -- we talked a little
7     earlier, you said it was concluded that Mr. Touloudjian
8     should have never been given the plastic. What was done
9     in --
10    MS. ARBITER: Misstates the testimony.
11    MR. ALTMAN: Can I finish my question?
12    MS. ARBITER: Go ahead.
13 Q. (By Mr. Altman) You testified earlier that
14    Mr. Touloudjian should not have been given the plastic
15    wrap, correct?
16 A. Correct.
17 Q. Okay. What was done in response to that finding?
18 A. To my knowledge, CCI has started evaluating their dietary
19    processes to ensure that the existing procedures are
20    followed.
21 Q. Well, you said CCI?
22 A. Okay. I'm sorry. Correct. CMC.
23 Q. CMC, okay. And did anybody get spoken to, written up
24    because of this?
25 A. I don't have any knowledge of anything that was -- I don't

**Page 28**

1     have any knowledge of that.
2  Q. So is it fair to say that the policy was that prisoners in
3     critical care were not to be given plastics?
4  A. The policy states that any patient that is on a safety
5     observation shall not get any plastics with their tray.
6  Q. Was any attempt made to find out how Mr. Touloudjian got
7     the plastics on his tray?
8  A. I am only aware that they -- that CMC has reviewed
9     procedures. I do not have the extent of those
10    conversations.
11 Q. And I just want to be clear. I think you said as far as
12    Custody's involvement in the delivery of food, that's
13    something you don't have knowledge on, correct?
14 A. Correct.
15 Q. Bear with me a second, please.
16    When did you first become aware that Mr. Touloudjian
17    had been given plastics with his meal in violation of the
18    policy?
19 A. I first became aware that he died by choking on plastics
20    on the review of the suicide.
21 Q. What were your thoughts concerning that occurrence?
22 A. I was not the reviewer for that suicide.
23 Q. I understand, but when you became aware of what happened,
24    what were your thoughts?
25 A. I don't recall what my thoughts were at that time.

**Page 29**

1  Q. Did it bother you that Mr. Touloudjian had used something
2     he wasn't supposed to have to commit suicide?
3     MS. ARBITER: Relevance.
4     THE WITNESS: Every death in our department by
5     suicide bothers me.
6  Q. (By Mr. Altman) Did you find it disturbing that it
7     happened because he was given something he wasn't supposed
8     to have?
9  A. I find it disturbing when any incarcerated individual has
10    access and dies by suicide.
11 Q. Has access to what? You just said has access.
12 A. Has access to means and died by suicide.
13 Q. I understand, but did you find it disturbing that it was
14    the prison that gave him the instrument he used in his
15    suicide?
16    MS. ARBITER: Relevance. Argumentative.
17    THE WITNESS: Again, I find it disturbing when an
18    individual is able to die by suicide in our agency.
19 Q. (By Mr. Altman) Please bear with me.
20    Do you know if there was a review of other incidents
21    where a prisoner was given something by the prison that
22    they were not supposed to have and then used that
23    instrument to commit suicide?
24 A. Whenever a review involves access to something that an
25    incarcerated individual should not have, there is a review

### Page 30

1  of how that occurred.
2  Q. And did you review those materials at all at any time?
3  A. For all those cases?
4  Q. I'm sorry. With respect to Mr. Touloudjian?
5  A. No, I did not.
6  Q. Why not?
7  A. At the point that there was a review of how this occurred,
8  I was not involved in the case.
9  Q. Didn't you say you would've been the one to assign the
10 reviewers?
11 A. Yes. So the suicide case reviewer was assigned. The
12 review was concluded, but oftentimes after the review,
13 because the review -- the suicide review itself happens
14 relatively quickly, it's not uncommon for institutions
15 to -- let me correct that.
16    The corrective action plans or considerations for
17 what occurred in that incident oftentimes happens many,
18 many months after the suicide occurs.
19 Q. You know, I'm going to have to ask you one more data
20 point. We will take a little break if we need to. I need
21 to know how many suicides there were in the entire system
22 in the critical bed units in those same years and I
23 understand that might take you a few minutes to do that.
24 A. No, I can get that quickly to you. So 2014 to 2018,
25 inpatient setting --

### Page 31

1  Q. How many suicides, right. How many suicides there were in
2  inpatient settings. If it will just take you a minute or
3  two, we would just sit and wait until you are ready.
4  A. Okay. I will go off-camera and I will take a look at
5  that.
6  Q. Thank you.
7     (Brief recess, 12:01 to 12:10 p.m.)
8  Q. (By Mr. Altman) Okay. Dr. Carda, I asked before we broke
9  a question to tell me how many suicides there were in the
10 entire prison system in inpatient settings from 2014 to
11 2018 and you went offline to get that data and what did
12 you find out?
13 A. Correct. In 2014, there was zero suicides in an inpatient
14 setting.
15 Q. Okay.
16 A. In 2015, zero. 2016, zero. 2017, three. However, there
17 is one I would have to follow up on because our data
18 indicates one of them was in DSH and I need to see if
19 that, in fact, occurred at the Department of State
20 Hospitals or if that is a tracking error where they are
21 transferred to our care. So two confirmed in an inpatient
22 setting and one is identified as DSH, which I would have
23 to follow-up.
24 Q. Okay.
25 A. And then 2018, one.

### Page 32

1  Q. So suicide in an inpatient setting is pretty rare within
2  the California prison system, right?
3  A. Yes, it is.
4  Q. How many beds are there in, you know, in critical -- in
5  mental health inpatient within the system, do you know?
6  A. There's a different amount of beds in each Crisis Bed and
7  I don't have that number memorized.
8  Q. Do you know approximately?
9  A. No. I am not prepared to make a statement on that today.
10 Q. Okay. The data that you looked at, is that data that is
11 available to the public or is that just internal within
12 the prison system?
13 A. This is just internal data from our Suicide Prevention and
14 Response Unit.
15 Q. Okay.
16 A. However, I should clarify that a general number such as
17 the number of suicides categorized by level of care is
18 provided in an annual suicide report by CDCR, which is
19 available to the public.
20 Q. Okay. Bear with me a moment, please.
21    MR. ALTMAN: I don't have any additional questions at
22 this time. Thank you very much, Dr. Carda, for your time.
23    MS. ARBITER: Thank you, Dr. Carda. Much
24 appreciated.
25    THE WITNESS: Thank you.

### Page 33

1  (Whereupon the deposition was concluded at about
2  12:15 p.m.)

Page 34

CERTIFICATE OF NOTARY - COURT RECORDER

STATE OF MICHIGAN)
               )
COUNTY OF OAKLAND)

        I, James A. Hengstebeck, a Notary Public in and for the above county and state, do hereby certify that witness AMBER CARDA, Psy.D., remotely appeared before me at the time hereinbefore set forth; that the witness was by me first duly sworn to testify to the truth, the whole truth and nothing but the truth; that thereupon the foregoing questions were asked and foregoing answers made by the witness which were duly recorded by me; that it was later reduced to written form under my direction and supervision, and that this is, to the best of my knowledge and belief, a true and correct transcript.

        I further certify that I am neither of counsel to either party nor interested in the event of this case.

_____
James A. Hengstebeck, CER 4623,
Notary Public, Oakland County,
Michigan
My Commission Expires:  10-30-2028

### A

**a.m** 1:23,23 4:2 26:9
**able** 6:24 12:11 25:10 27:1 29:18
**above-entitled** 2:1
**access** 8:3 13:14 17:6 20:12,18 20:21 21:8,11 21:14 29:10,11 29:11,12,24
**accurately** 13:4
**acting** 6:24
**action** 30:16
**Ad** 1:6
**added** 17:19
**addition** 20:2
**additional** 14:20 17:19 32:21
**address** 10:25 13:4 23:15
**administrator** 1:5 16:1
**Aenlle-Rocha** 1:12
**agency** 29:18
**ago** 4:21
**agree** 12:20 14:1 15:5 19:1,5 22:8
**ahead** 15:3 27:12
**aimed** 10:25
**ALEXANDRE** 1:4
**allowable** 17:18
**allowed** 4:9
**Altman** 2:7,8 3:4 4:5,8,13,16 4:19,22,25 5:8 5:12,15,19,23 6:4,11 11:17 12:8,9 14:13

14:17 15:6 19:6 21:18 24:10,13,22 26:7,10 27:11 27:13 29:6,19 31:8 32:21
**AMBER** 1:21 3:3 6:7 34:7
**ambiguous** 11:15 12:6 14:15
**ambulance** 21:1
**amount** 18:19 18:21 32:6
**annual** 32:18
**answer** 11:17 13:6 14:7 15:3 23:10 24:19 26:12
**answering** 5:5
**answers** 6:4 34:11
**anticonvulsants** 7:23
**anybody** 27:23
**Anytime** 5:19
**anyway** 5:1
**APPEARAN...** 2:6
**appeared** 34:7
**Appearing** 2:11 2:19
**appears** 22:3
**appreciated** 32:24
**approximately** 4:17 6:21 26:22 32:8
**ARBITER** 2:14 11:15 12:6 14:5,15 15:2 19:4 21:5 24:8 24:18 27:10,12 29:3,16 32:23
**area** 22:15

**Argumentative** 21:5 29:16
**aside** 7:22 19:20
**asked** 9:23 26:10 26:13 31:8 34:11
**asking** 5:4 6:1
**assign** 30:9
**assigned** 10:5 30:11
**associate** 12:14
**assume** 5:16
**attempt** 11:12 12:4,7,18 13:17 14:9,11 24:15,24 25:2 25:4 28:6
**attempted** 14:2 24:3
**attempts** 8:18 8:20,21,22 11:19 12:15,17 12:21 13:1,2 13:22 14:12
**available** 32:11 32:19
**avenue** 21:23
**aware** 7:17 9:15 11:8,11,22,24 12:2 18:9,12 28:8,16,19,23

### B

**back** 7:24 8:7 25:23 27:6
**bad** 7:10
**Band-Aid** 9:7
**based** 8:21 11:11,24 15:1 15:4 22:8
**bear** 24:12 28:15 29:19 32:20
**bed** 4:9 14:23 16:25 17:2,14 17:19,20 18:3

19:3 22:6,25 23:8 26:4 27:3 30:22 32:6
**beds** 26:3,25 27:2 32:4,6
**beginning** 19:15
**behalf** 2:11,19 5:25
**belated** 24:8
**belief** 34:14
**believe** 7:2 8:22 12:18 17:17 20:13 23:2
**best** 34:14
**binding** 6:5
**black** 7:23
**blended** 23:3
**bother** 29:1
**bothers** 29:5
**box** 7:23
**bread** 21:25
**break** 5:19,20 8:9 25:24 26:7 26:10 30:20
**Brief** 26:9 31:7
**broad** 25:10
**Broadway** 2:17
**broke** 31:8

### C

**CA** 2:18
**California** 1:1 2:16 6:15 22:19 32:2
**called** 21:13
**calls** 14:5 15:2
**Canteen** 23:13
**capacity** 1:15 4:23
**Carda** 1:21 3:3 4:5 6:7 26:10 31:8 32:22,23 34:7
**care** 25:5 28:3 31:21 32:17

**case** 1:9 7:17,19 9:22 10:14 19:19 20:4 25:7,14,15,18 25:20 30:8,11 34:17
**cases** 30:3
**catch** 24:21
**categorize** 11:21
**categorized** 32:17
**category** 11:19
**cause** 2:1
**caused** 20:18
**causes** 19:16 20:15,16
**caution** 19:2
**CCI** 11:9 13:12 13:17 14:24 26:2,3,4,16,18 26:18,19,21,21 26:23 27:18,21
**CDCR** 32:18
**cell** 12:22 13:2 17:1
**cellophane** 18:10,13 20:12 21:1,25
**CENTRAL** 1:1
**CER** 2:2 34:19
**certain** 26:11,12
**CERTIFICATE** 34:1
**Certified** 2:2
**certify** 34:6,15
**changes** 19:20 25:12,15
**chief** 6:14,21
**choke** 18:3,14 23:9
**choked** 18:9 21:3 22:19 23:5
**choking** 28:19
**circumstances**

Case 2:20-cv-00520-FLA-KS   Document 102-4   Filed 07/28/23   Page 14 of 19   Page ID
#:1252
Amber Carda, Psy.D.                                                Touloudjian v. Gastelo

Page 36

9:21 10:11
**clarify** 9:14
  10:23 11:1
  12:11 13:18
  18:21 19:11
  20:13 23:10
  25:11 32:16
**classifications**
  9:1
**clean** 5:6
**clear** 20:14
  24:13 28:11
**clinical** 17:24
**clinically** 17:25
**close** 12:19
**clothing** 18:7
**CMC** 13:11
  14:19 26:3,4
  26:25 27:22,23
  28:8
**Coleman** 7:17
  25:7,14,15,18
  25:19
**colony** 11:10
**come** 13:9 25:23
**coming** 21:17
  27:6
**Commission**
  34:21
**commit** 12:23
  29:2,23
**committed** 8:13
  24:4
**committees** 11:1
**comparable**
  12:16,17
**conceivable** 18:2
**concerning**
  28:21
**concluded** 27:7
  30:12 33:1
**conditions** 14:14
**confirmed** 21:16
  31:21
**conjunction**

16:15
**consider** 12:4,9
**considerations**
  30:16
**contemporane...**
  10:8
**content** 10:17
  11:11
**context** 16:22
**control** 8:14
**conversations**
  28:10
**coordinate** 10:3
  16:18
**coordinated**
  10:4
**Corinna** 2:14
  24:10
**Corinna.Arbit...**
  2:20
**correct** 6:18,19
  7:17 11:6,7,13
  11:14,18,20,23
  14:4,21,22,25
  16:11,14,17,22
  16:23 17:1,9
  17:11,12 18:6
  18:7,8,11
  19:24 20:10,22
  21:20 22:14
  24:17 25:1
  26:13 27:5,15
  27:16,22 28:13
  28:14 30:15
  31:13 34:14
**correctional**
  19:14 21:9
**Corrections**
  6:16
**corrective** 30:16
**counsel** 4:3
  34:16
**county** 2:3 34:4
  34:6,20
**course** 4:12

23:22,22
**COURT** 1:1
  34:1
**crisis** 8:1 10:16
  14:23 16:24
  17:2,14,19,20
  18:3 19:3 22:5
  22:25 23:8
  27:3 32:6
**critical** 26:3,4
  26:25 27:2
  28:3 30:22
  32:4
**current** 6:12,14
**currently** 15:17
**custody** 8:16
  22:13
**Custody's** 28:12

**D**

**D** 3:1
**Darn** 10:16
**data** 8:3 10:15
  13:6 25:24
  26:11,17 30:19
  31:11,17 32:10
  32:10,13
**dataset** 13:20
**date** 1:22 17:18
**day** 13:23 23:17
**deal** 9:11 13:25
  13:25 19:15
**dealing** 7:12
  15:11,14
**death** 9:17 13:20
  13:23 14:10,12
  19:14 20:15,17
  21:7 29:4
**deaths** 9:18
**decisions** 16:15
**Defendant** 1:17
  2:19
**delivery** 28:12
**department**
  2:16 6:15 29:4

31:19
**departure** 20:1
  20:5,8,9 22:3,4
  22:5
**deposition** 1:20
  4:13,20 9:13
  10:11,13 33:1
**determinations**
  7:19
**determine** 8:21
  19:23
**diagnoses** 11:25
**die** 12:19 29:18
**died** 28:19 29:12
**Diego** 2:18
**dies** 29:10
**dietary** 27:18
**different** 8:25
  32:6
**direction** 34:13
**directives** 17:22
**directly** 9:12
**discharged** 17:8
**discuss** 13:9
**DISTRICT** 1:1
  1:1
**disturbing** 29:6
  29:9,13,17
**DIVISION** 1:2
**Doctor** 15:6
**Dr** 4:5 15:23
  16:4 26:10
  31:8 32:22,23
**dramatic** 12:5
  12:10,11,12,17
**DSH** 31:18,22
**duly** 6:8 34:9,12

**E**

**E** 3:1
**earlier** 27:7,13
**easy** 13:14
**education** 15:16
**effectively** 19:20
**effort** 18:19,21

18:22
**efforts** 7:14
**either** 19:25
  24:3 34:16
**Electronic** 2:2
**employed** 6:13
**enhancements**
  10:20
**ensure** 27:19
**entered** 14:19
**entire** 15:18
  30:21 31:10
**environment**
  18:1
**environments**
  17:7
**err** 19:1
**error** 31:20
**ESQUIRE** 2:7
  2:14,15
**ESTATE** 1:4
**ET** 1:23 4:2
**evaluated** 14:9
**evaluating** 27:18
**event** 14:4,21
  18:16 20:15
  34:16
**events** 19:16
**exact** 17:18
  22:15 23:15
**Examination**
  3:4 6:10
**existing** 19:21
  21:14 27:19
**expert** 14:6
  16:13
**expertise** 22:16
**Expires** 34:21
**explicit** 17:13
**extent** 28:9
**extra** 18:22

**F**

**facilities** 8:1
**facility** 7:4 10:25

11:9 26:16
**fact** 14:23 18:15 31:19
**factor** 14:11,18
**factors** 14:20
**fair** 22:17 25:7 28:2
**familiar** 4:25
**far** 14:14 25:7 28:11
**Farmington** 2:10
**feigned** 12:19
**Fernando** 1:12
**finalization** 10:6
**find** 26:11 27:1 28:6 29:6,9,13 29:17 31:12
**finding** 27:17
**findings** 7:19 25:13
**fine** 26:6
**finish** 5:4,5 27:11
**first** 6:8 9:15 12:9 28:16,19 34:9
**five** 4:17
**focused** 8:15
**follow** 31:17
**follow-up** 31:23
**followed** 27:20
**follows** 6:9
**food** 18:10,20,23 19:8 21:1,19 21:22,25,25 24:4 28:12
**foregoing** 34:10 34:11
**forgive** 4:10
**form** 34:12
**formulate** 14:7
**forth** 8:7 34:8
**four** 23:19
**frequency** 13:6

**further** 12:11 20:11,16,19 34:15

——— G ———

**gained** 20:12
**gap** 20:1
**GASTELO** 1:15
**gathers** 13:22
**gen** 8:14 12:23 13:3
**general** 10:21 14:18 22:25 32:16
**generalization** 12:25
**generalize** 25:3
**generally** 16:25 19:5 24:25
**getting** 16:12 21:11
**given** 16:8 17:20 17:21,22 18:20 18:24 19:2 20:21 22:13 27:8,14 28:3 28:17 29:7,21
**go** 5:1 11:19 12:5 14:14,23 15:3,6,8 27:12 31:4
**goes** 25:7
**going** 5:3 8:7,8 13:21 24:8 30:19
**good** 4:5,7,8
**great** 19:15
**ground** 20:25
**guide** 10:18 17:15 25:22
**guidelines** 17:15 17:21,21

——— H ———

**happen** 7:24

16:21
**happened** 28:23 29:7
**happens** 30:13 30:17
**harm** 18:7
**head** 5:9,9
**headquarters** 7:6
**health** 8:16 10:17 14:14 16:1 17:2,15 32:5
**helped** 16:18
**Hengstebeck** 2:1 34:5,19
**hereinbefore** 34:8
**high** 15:10
**higher** 14:9,14
**highest** 9:2 11:19
**Hills** 2:10
**Hon** 1:12
**hospitalization** 9:4
**Hospitals** 31:20
**huge** 18:19,21
**hypothetical** 14:5 19:4

——— I ———

**identified** 20:15 31:22
**illness** 14:11,18 15:12
**immediately** 9:19
**implications** 24:15,25 25:8
**incarcerated** 29:9,25
**incident** 24:14 24:17 30:17
**incidents** 29:20

**include** 21:11 24:1
**including** 9:3
**Incomplete** 14:5 19:4
**increased** 14:3 25:5
**indicate** 19:25 25:5
**indicated** 17:25
**indicates** 31:18
**indication** 20:9
**indications** 20:5 20:7,10,11
**individual** 1:15 14:8,10 25:4 29:9,18,25
**influence** 7:20
**information** 12:3 20:24 23:18
**ingested** 18:14
**ingesting** 18:10 24:4
**inpatient** 17:5 21:12 23:2 30:25 31:2,10 31:13,21 32:1 32:5
**insight** 19:14
**institution's** 7:14
**institutions** 30:14
**instrument** 29:14,23
**intensive** 14:25 24:16 25:1,3
**Intensively** 24:22
**intent** 12:19
**interested** 8:12 8:13 34:16
**interesting** 7:22
**internal** 32:11

32:13
**intervention** 9:3 9:7,8
**investigating** 9:20
**involved** 7:7,15 30:8
**involvement** 9:20,23,25,25 28:12
**involves** 29:24
**issued** 17:18
**issues** 7:13
**items** 17:13,18 17:19,21 19:2

——— J ———

**James** 2:1 34:5 34:19
**janitorial** 16:6 16:10
**January** 6:23 7:1
**JOSIE** 1:15
**July** 1:22 4:2
**jumped** 11:8
**jumping** 14:2
**Justice** 2:16

——— K ———

**kaltman@law...** 2:12
**keep** 17:7
**Keith** 2:7,8
**kind** 6:17 7:13 12:21
**knew** 13:8
**know** 5:13,20 7:12 8:18 10:21 12:21 13:5,16,16 18:6 21:3 22:9 22:18 23:8,24 24:2,19 25:19 25:21 26:4,22

29:20 30:19,21
32:4,5,8
**knowing** 22:8
**knowledge**
 19:19 27:18,25
 28:1,13 34:14

---
**L**

**L** 1:12
**Larson** 2:22
**Lastly** 5:23
**Law** 2:8
**leadership** 15:20
 15:22 16:9
**learn** 19:15
**learned** 16:22
**leave** 13:6
**lesser** 18:1
**let's** 7:25 8:6
 23:19 26:7
**level** 9:6 23:12
 25:5 32:17
**limited** 9:3
**list** 4:18 17:13
**little** 27:6 30:20
**long** 5:21 6:20
 7:7,9,14 15:6,8
**look** 13:9,12
 19:17 25:24
 31:4
**looked** 26:12
 32:10
**lot** 15:11,14
 18:22
**lower** 9:6

---
**M**

**managed** 7:20
**manner** 22:20
**material** 13:14
**materials** 17:1
 24:5 30:2
**matter** 9:11 24:1
**meal** 22:12,13
 28:17

**mean** 8:16 10:7
 12:18,20 16:8
 16:12
**means** 12:13
 17:6 21:8,12
 21:14 29:12
**meant** 10:4
**medical** 8:22,25
 9:2,2,6,7,8
 11:20 24:15,24
**medically** 13:1
**medication** 12:1
**meet** 5:20
**members** 15:20
**memo** 10:17,19
 10:20,22,23,25
**memorandum**
 17:17,18
**memorized** 8:4
 32:7
**memos** 17:20
**men's** 11:9
**mental** 8:15
 10:17 14:11,14
 14:18 15:11
 16:1 17:2,15
 32:5
**MI** 2:10
**Michigan** 34:3
 34:20
**might've** 22:3
**Mile** 2:9
**minute** 31:2
**minutes** 13:21
 26:1,6,8 30:23
**missed** 10:16
**Misstates** 27:10
**Mistakes** 24:18
**modifications**
 19:24
**moment** 6:24
 19:10 32:20
**moments** 8:4
**monitored** 24:21
 24:22

**monitoring**
 24:17 25:1,3
**month** 4:21
**months** 6:25
 30:18
**morning** 4:5,7

---
**N**

**N** 3:1
**nature** 8:23
**necessarily**
 19:10
**necessary** 4:19
 20:2
**need** 5:19 8:8
 13:5,5,25
 19:10,17,23
 20:3,4,19 25:5
 30:20,20 31:18
**needed** 9:9
 14:23,24 20:11
**needs** 5:20
**neither** 34:16
**never** 22:9 27:8
**new** 20:3,4
**nice** 5:6
**nods** 5:9
**noncompliant**
 12:1
**Notary** 2:2 34:1
 34:5,20
**notes** 23:21
**notified** 9:18
**number** 8:4,12
 10:16 17:4
 24:2 25:16,25
 26:2,3,15 32:7
 32:16,17

---
**O**

**Oakland** 2:3
 34:4,20
**objection** 24:9
 24:10
**observation**

 22:6 23:12
 28:5
**occur** 9:19
**occurred** 20:16
 20:17 30:1,7
 30:17 31:19
**occurrence**
 23:16 28:21
**occurs** 19:13
 20:14 21:7
 30:18
**off-camera** 31:4
**Office** 2:8
**offline** 31:11
**oftentimes** 30:12
 30:17
**Oh** 7:5
**okay** 4:8 5:6,10
 5:13,14,17,18
 5:21,22 6:17
 7:7,17,25 8:6
 8:11,25 9:5,20
 10:7,19,21
 12:16 13:12,19
 14:13,17,19
 15:17,22,24
 16:2,24 17:11
 21:18,24 22:17
 23:11,14,18,21
 25:7 26:6,7,15
 26:20,22,25
 27:17,22,23
 31:4,8,15,24
 32:10,15,20
**ones** 25:21
**open** 22:13
**opinion** 14:6
**order** 13:4 17:20
 17:22
**outside** 13:2
 23:8
**overall** 6:17

---
**P**

**p.m** 31:7 33:2

**PAGE** 3:2
**part** 18:22
**particular** 10:10
 19:19 20:14
**party** 34:16
**patient** 17:22,24
 22:5 23:2,12
 28:4
**patients** 21:12
 21:12
**pause** 19:10,17
**pending** 5:21
**people** 14:24
**percentage** 13:1
 23:16
**period** 13:5
 23:19 26:16
**permission**
 23:21
**person** 15:17
**personally** 6:2
 10:7
**pertaining** 13:11
**phrase** 8:19,21
**place** 12:21
 19:20 22:22
 24:8 25:17,21
**Plaintiff** 1:9
 2:11
**plans** 30:16
**plastic** 22:10
 23:9 27:8,14
**plastics** 22:7
 23:6,13 28:3,5
 28:7,17,19
**please** 5:10,13
 9:14 23:22,23
 24:12 28:15
 29:19 32:20
**point** 4:9 9:12
 10:1 30:7,20
**policies** 19:21
**policy** 20:1,2,3,4
 28:2,4,18
**pop** 8:14 12:24

| | | | | |
|---|---|---|---|---|
| 13:3 | 13:2 | **purposes** 17:9 | **recorded** 34:12 | 16:21 |
| **population** 23:1 | **prisoners** 8:13 | **put** 18:5 19:20 | **Recorder** 2:2 | **restate** 23:23 |
| **porters** 21:13 | 13:17 19:9 | 25:17,21 | 34:1 | **restricted** 16:25 |
| **position** 6:20 | 23:9 24:3 | | **reduced** 34:12 | 17:7 |
| 16:5,8 | 26:22 28:2 | **Q** | **referral** 15:4 | **restrictive** 17:5 |
| **possibilities** | **prisons** 16:13 | **qualify** 21:6 | **refine** 19:17 | 18:1 |
| 21:10 | **procedure** 20:3 | 22:24 | **Regarding** | **result** 19:6 25:13 |
| **possible** 21:9 | 20:4 22:15 | **question** 5:12,13 | 25:15 | **resulted** 20:17 |
| **potential** 20:5,8 | **procedures** | 5:16,21 6:2 | **Rehabilitation** | **review** 9:24 |
| **practice** 5:3 | 19:18,21 20:1 | 7:10 9:10,14 | 6:16 | 10:14,19 13:6 |
| **precise** 24:5 | 20:2,6,8 21:14 | 13:4 19:11 | **relation** 25:18 | 19:16 20:12,14 |
| **prefer** 8:24 | 25:16 27:19 | 21:18,21,24 | **relationship** | 20:16,18,23 |
| **prepare** 10:13 | 28:9 | 23:10,15 25:10 | 25:19 | 21:10,15,21 |
| **prepared** 13:9 | **process** 15:4 | 27:11 31:9 | **relatively** 18:15 | 28:20 29:20,24 |
| 25:17,22 26:12 | **processes** 27:19 | **questions** 5:4,6 | 23:16 30:14 | 29:25 30:2,7 |
| 32:9 | **product** 18:10 | 6:1,5 8:7,8 | **relevance** 24:9 | 30:12,12,13,13 |
| **preparing** 9:12 | **professional** | 26:12 32:21 | 24:11 29:3,16 | **reviewed** 10:5,7 |
| 10:11 | 4:22 | 34:10 | **remain** 17:24 | 10:14,15,16,20 |
| **Present** 2:22 | **program** 10:17 | **quick** 8:9 25:24 | **remote** 1:20 4:1 | 11:5 26:17 |
| **pretty** 11:12 | 17:15 25:21 | **quickly** 13:23 | 4:3 | 28:8 |
| 32:1 | **progress** 18:1 | 25:25 26:17 | **remotely** 34:7 | **reviewer** 9:22 |
| **prevention** 6:15 | **property** 17:6 | 30:14,24 | **rephrase** 10:23 | 28:22 30:11 |
| 7:6,8,14,16,20 | 17:16 | **quietly** 12:21 | **report** 10:8,12 | **reviewers** 10:5 |
| 9:18 10:20,24 | **Prosequendum** | | 10:14 11:6,11 | 30:10 |
| 10:24 11:1 | 1:6 | **R** | 11:24 12:3 | **reviewing** 16:21 |
| 15:19,21,25 | **provide** 4:17 | **rare** 18:15 23:16 | 32:18 | **reviews** 10:3 |
| 16:3,9,13,16 | 14:25 | 32:1 | **reports** 10:5 | 19:23,25 |
| 25:8,13 32:13 | **provided** 21:9 | **rationale** 17:24 | **request** 13:21 | **right** 1:7 6:12 |
| **prior** 10:5 14:8 | 22:12 23:13 | **Rd** 2:9 | **require** 24:16,25 | 16:6,10,13,16 |
| 23:10,12 | 32:18 | **re-review** 10:12 | **requires** 9:2 | 16:19 18:17 |
| **prison** 5:25 6:1 | **provides** 17:15 | **readily** 8:3 | **research** 8:9 | 19:3 21:19 |
| 6:5 8:2,19 | 19:13 | **ready** 31:3 | **respect** 11:5 | 22:10 27:6 |
| 15:18 16:18 | **providing** 19:8 | **really** 8:3,15 | 12:16 15:24 | 31:1 32:2 |
| 18:23 19:7,7 | **Psy.D** 1:21 3:3 | 12:20 | 16:24 19:7,8 | **risk** 14:4,9,11,14 |
| 21:3 22:19 | 6:7 34:7 | **reasonably** | 25:12 26:25 | 14:18,20 16:19 |
| 25:9,12 29:14 | **psychiatrist** | 24:16,21 | 30:4 | **role** 10:2 |
| 29:21 31:10 | 17:23 | **reasons** 17:4 | **respective** 10:24 | **ruled** 21:11 |
| 32:2,12 | **psychologist** | 18:5 | **responded** 10:4 | |
| **prisoner** 14:1 | 6:14 7:2,5,12 | **recall** 28:25 | **response** 9:3 | **S** |
| 16:24 17:13 | 10:2 17:23 | **receive** 22:6,10 | 10:1 11:1,6 | **safe** 17:7,25 |
| 18:2,14 19:3 | **PT)/11:00** 1:23 | **received** 21:16 | 14:7 16:18 | **safety** 17:11 |
| 22:19 23:5,25 | **public** 2:2 32:11 | 21:19,22,23,24 | 20:13 27:17 | 18:5 22:6 28:4 |
| 24:14,16,23,25 | 32:19 34:6,20 | **recess** 26:9 31:7 | 32:14 | **San** 2:18 |
| 29:21 | **pull** 13:20 | **recollection** | **responses** 5:8 | **SARAH** 2:15 |
| **prisoner's** 12:22 | **punitive** 17:9 | 10:10 | **responsible** 7:13 | **SARKIS** 1:6,7 |

Case 2:20-cv-00520-FLA-KS   Document 102-4   Filed 07/28/23   Page 18 of 19   Page ID
                                       #:1256
Amber Carda, Psy.D.                                              Touloudjian v. Gastelo

Page 40

| | | | | |
|---|---|---|---|---|
| **scenario** 20:17 | **sites** 11:2 | 7:7,14,16,20 | 19:8 21:3 | **think** 5:19 9:10 |
| **schizophrenia** 14:13,17 | **slot** 22:13 | 7:22 8:14 9:16 | 22:19 24:3 | 23:18 24:13,20 |
| **schizophrenic** 11:23 14:3 | **smock** 18:6 | 9:17,19,21,24 | 25:9,12 30:21 | 26:11 28:11 |
| **school** 15:6,8,10 | **Somebody** 22:25 | 10:1,8,14,15 | 31:10 32:2,5 | **thinking** 8:3 |
| **science** 16:6,10 | **sorry** 7:5 12:8 | 10:20,24,24 | 32:12 | 17:4 22:15 |
| **second** 24:12 28:15 | 16:7 17:4 | 11:1,6,19 12:4 | **system's** 16:18 | **thought** 14:24 |
| **see** 8:6 13:25 | 20:25 27:22 | 12:6,14,17,20 | | **thoughts** 28:21 |
| 16:22 31:18 | 30:4 | 12:23 13:1,2 | **T** | 28:24,25 |
| **self-harm** 17:6 | **speak** 25:15,17 | 13:17,20,21,24 | **take** 5:3,20 8:9 | **three** 6:21 23:3 |
| **senior** 7:2,5 10:2 | 25:22 | 14:2,4,8,10,11 | 12:21 19:12 | 23:19 26:18 |
| **sense** 19:1 | **specialist** 7:3,5 10:2 | 14:12,12,20 | 22:22 23:21 | 31:16 |
| **serious** 8:18,23 | **specialty** 16:10 | 15:14,18,21,24 | 25:24 26:7 | **throat** 21:2 |
| 13:1 24:15,24 | **specific** 6:25 | 16:3,9,13,16 | 30:20,23 31:2 | **tier** 11:8 14:2 |
| **served** 22:7 | 8:15 11:3 | 16:19 19:6,13 | 31:4 | **time** 1:23 4:20 |
| **services** 21:19 | **specifically** 9:14 | 19:14 20:15 | **taken** 2:1 4:13 | 7:2,4 9:12,15 |
| 21:22 22:1 | 10:15 | 21:7 22:18 | 4:20 21:2 | 9:17 13:5 |
| **set** 34:8 | **specifics** 13:11 | 23:12 24:4,14 | **talk** 7:25 8:20 | 14:19 15:11,12 |
| **setting** 17:5 | **specify** 25:11 | 24:24 25:2,4,8 | 10:22 | 15:14,15 16:15 |
| 19:14 23:2 | **speculation** 15:2 | 25:13 27:3 | **talked** 27:6 | 19:12 20:23,25 |
| 30:25 31:14,22 | **spend** 15:11,14 | 28:20,22 29:2 | **talking** 4:11 | 21:10,15,21 |
| 32:1 | **spoken** 27:23 | 29:5,10,12,15 | 12:23 | 23:19 26:1,16 |
| **settings** 17:5 | **staff** 21:9 | 29:18,23 30:11 | **team** 10:1 13:22 | 28:25 30:2 |
| 21:13 31:2,10 | **started** 7:16 | 30:13,18 32:1 | 15:20,22 16:9 | 32:22,22 34:8 |
| **severely** 16:25 | 27:18 | 32:13,18 | **teams** 10:4,24 | **timeframe** 23:23 |
| **severities** 9:6 | **state** 6:17,21 | **suicides** 8:1 10:3 | **tell** 5:15 31:9 | **times** 4:16 21:7 |
| **severity** 8:22,25 | 7:20 10:3 | 16:21 23:25 | **telling** 21:2 | **title** 6:12,14,23 |
| 9:2,8 | 19:13 31:19 | 25:25 26:2,3 | **term** 8:24 11:15 | 15:24 |
| **Shakes** 5:9 | 34:3,6 | 26:15,18 30:21 | 12:16 14:15 | **today** 4:6 5:24 |
| **short** 24:17 25:1 | **stated** 19:15 | 31:1,1,9,13 | 24:17 25:1 | 21:24 22:2,9 |
| **sick** 4:8 | **statement** 15:5 | 32:17 | **terms** 7:13 11:20 | 25:16,17 32:9 |
| **side** 19:2 | 32:9 | **supervision** 34:13 | 12:5 15:18 | **today's** 9:13 |
| **significance** 11:20 | **states** 1:1 28:4 | **supported** 17:23 | 16:9,16,25 | 10:11,13 |
| **significant** 11:12 11:16 | **statewide** 6:14 7:6,16 9:17 | **supposed** 22:10 29:2,7,22 | 19:2 26:15 **testified** 6:8 | **top** 15:17 16:8 **total** 15:8 |
| **significantly** 14:3 | 10:1,23 15:20 | **sure** 5:2,23 | 27:13 | **Touloudjian** 1:4 |
| **similar** 22:20 | **statistics** 7:25 | 18:20,23 | **testify** 34:9 | 1:6,7 11:3,5,8 |
| 24:5 | 13:8,8,12 | **surprise** 18:13 | **testifying** 5:24 | 11:22 14:19 |
| **simple** 9:7 | **Ste** 2:9 | **surprises** 18:15 | 5:25 | 18:9,23 22:9 |
| **SINGER** 2:15 | **stipulated** 4:3 | **surrounding** 13:20 | **testimony** 24:18 27:10 | 22:12,20 24:2 27:4,7,14 28:6 |
| **sit** 31:3 | **straining** 4:9 | **swearing-in** 4:4 | **Thank** 31:6 | 28:16 29:1 |
| | **Strike** 22:24 | **sworn** 6:8 34:9 | 32:22,23,25 | 30:4 |
| | **studied** 16:5 | **system** 5:25 6:1 | **therapy** 14:25 | **Touloudjian's** |
| | **suggests** 14:23 | 8:2,19 15:18 | **things** 5:1,1,3 12:5 | 9:11,16,21,24 10:8 12:4 19:6 |
| | **suicide** 6:15 7:6 | | | |

American Reporting, Inc.
248-559-6750

**tracking** 31:20
**transcript** 5:6
  34:14
**transferred** 11:9
  31:21
**Travis** 15:23
  16:4
**tray** 21:19,25
  22:7 28:5,7
**treatment** 25:6
**Trista** 2:22
**trouble** 4:10
**true** 34:14
**truth** 34:9,9,10
**try** 12:22 18:3
**two** 14:20 24:23
  26:19,21 31:3
  31:21
**type** 17:5 24:5
**typically** 12:14
  12:22 14:9

**U**

**uncommon**
  30:14
**understand** 5:13
  5:16,24 6:2,4
  8:16,17 12:12
  16:7 21:6
  28:23 29:13
  30:23
**Understood**
  18:2
**unfortunate**
  19:16
**unheard** 18:17
**unit** 9:18 15:17
  26:4 32:14
**UNITED** 1:1
**units** 10:1 30:22
**Unmedicated**
  14:17
**untreated** 14:3
  14:13,16
**unwrapped**
  18:20
**use** 5:8 8:21 9:1
  12:16 18:6,7

**V**

**Vague** 11:15
  12:6 14:15
**verbal** 5:8
**videoconference**
  1:20 4:1
**violation** 28:17
**vs** 1:13

**W**

**W** 2:9,17
**wait** 5:4,5 31:3
**waiting** 20:25
**want** 5:1,23 8:18
  13:16,18 23:10
  23:18 24:2
  28:11
**wanted** 23:23
  26:2
**warning** 7:22,23
**wasn't** 29:2,7
**way** 9:8,11
**weeks** 24:23
**went** 31:11
**weren't** 16:8
**WESTERN** 1:2
**Williams** 15:23
  16:4
**witness** 3:2 4:4,7
  4:12,15,17,21
  4:24 5:7,11,14
  5:18,22 6:3,6,8
  14:8 15:4 19:5
  21:6 24:20
  29:4,17 32:25
  34:7,8,11
**word** 12:12
**work** 5:1,9
  21:12
**worked** 9:17
**would've** 22:5

  30:9
**wouldn't** 25:3
**wrap** 27:15
**wrapped** 18:10
  18:24 19:8
  21:1,25
**wrapper** 22:10
**wrappers** 24:5
**wraps** 23:9
**written** 27:23
  34:12

**X**

**X** 3:1

**Y**

**Yeah** 7:11 15:9
**year** 23:18
**years** 6:22 15:10
  15:11 23:3,20
  30:22

**Z**

**zero** 31:13,16,16

**0**

**1**

**10** 26:1,6,7
**10-30-2028**
  34:21
**11** 15:10,11
**11:02** 4:2
**11:40** 26:9
**11:51** 26:9
**12** 2:9
**12:01** 31:7
**12:10** 31:7
**12:15** 33:2

**2**

**2:20-CV-0052...**
  1:9
**20** 1:22 4:2
**2008** 7:24
**2009** 25:22

**2014** 23:24
  26:17,18 27:2
  30:24 31:10,13
**2015** 7:16 26:18
  31:16
**2016** 8:12 26:19
  31:16
**2017** 8:12 26:21
  31:16
**2018** 6:23,24 7:1
  7:25 8:12 10:2
  10:20 23:20,24
  26:16,17,21
  27:2 30:24
  31:11,25
**2020** 17:17
**2022** 23:3,4
**2023** 1:22 4:2

**3**

**33228** 2:9
**375** 2:9

**4**

**4623** 2:2 34:19
**48334-3309** 2:10

**5**

**6**

**6** 3:4
**600** 2:17

**7**

**8**

**8:00** 1:23

**9**

**92101-4270** 2:18