# EXHIBIT E

State of California
**Inmate Rights Notice – Involuntary Medication**
CDCR MH-7366 (Rev. 01/15)

Department of Corrections and Rehabilitation
Form: Page 1 of 1
Instructions: Page 2

## YOUR RIGHTS REGARDING INVOLUNTARY PSYCHIATRIC MEDICATIONS WHILE IN PRISON

☒ **Emergency Medication Procedure: Hearing Within 21 Days of being served.** If a psychiatrist has determined that you require psychiatric medication on an emergency basis and you will not or cannot consent to take that medication on a voluntary basis, your clinician must sign and file with the Office of Administrative Hearings a form CDCR MH-7363 (Rev. 01/15) Involuntary Medication Notice no later than 72 hours after the initial medication, advising that you have been given medication on an involuntary basis.

☒ **Emergency Medication Procedure: Right To Attorney.** At the time you receive this form, the law requires that an attorney be appointed. The name of your appointed attorney is written on Form CDCR MH-7363 (Rev. 01/15), Involuntary Medication Notice which is the form used to initiate involuntary medication. The law requires that you be given a copy of this paperwork.

☒ **Emergency Medication Procedure: 2 Business Days To Object To Being Medicated Pending Your Full Hearing.** At the time involuntary medication is initiated, you, or your appointed attorney, have two business days to file a written objection to being medicated on an interim basis pending your full hearing in front of a judge. You may send your written objections to the Office of Administrative Hearings, 2349 Gateway Oaks, Suite 200, Sacramento, CA 95833, or via email to: keyheafilings@dgs.ca.gov.

☒ **Inmate Rights Under Penal Code Section 2602 – Administration of Psychiatric Medication – All Hearings.**

- ☒ If a psychiatrist determines that you should be required to take psychiatric medications to address a serious mental illness and you either will not consent or lack the capacity to consent, you have the right to a timely hearing in front of an administrative law judge, conducted in an impartial and informal manner;
- ☒ You have the right to an attorney to represent you in the mental health hearing, and, assuming you cannot afford an attorney, by default, an attorney has been appointed to represent you;
- ☒ You must be physically present at your hearing unless you waive your presence either in person, through your attorney, or through an agent of the court (such as the Medication Court Administrator). Your waiver of your right to appear at the hearing will only be granted if the judge finds that you have knowingly, intelligently, and voluntarily waived your right to appear at the hearing;
- ☒ You have the right to present evidence, call witnesses, and testify on your own behalf;
- ☒ Your attorney shall have access to your medical records and files, but not the confidential portion of your C-file;
- ☒ You have the right to have your attorney cross-examine the psychiatrist and other persons who allege that you have a serious mental illness and need to be involuntarily medicated;
- ☒ You have the right to 21-days-notice of a non-emergency hearing, unless your attorney agrees to a different time period;
- ☒ Non-emergency hearings must be held within 30 days after the filing of notice with the Office of Administrative Hearings, unless a different time period is agreed to by your attorney.

☒ **Post-Hearing Remedies.** If you disagree with the ruling of the administrative law judge, you may file *in propria persona* a petition for writ of administrative mandamus pursuant to California Code of Civil Procedure 1094.5, or you may file a petition for writ of habeas corpus with the superior court in the county in which you are confined or in the county in which the case was heard.

☒ **Reconsideration.** You have a right to file one motion for reconsideration over the course of a year if a judge has determined that you should receive involuntary medication, and may seek to present new evidence, upon good cause shown.

☒ **Privacy.** Your relatives are not notified of this proceeding. If you want them notified, advise the Medication Court Administrator and provide contact instructions.

☒ **Renewal of the Order.** Medication orders last for one year. You are entitled to at least 21 days written notice if the Department of Corrections and Rehabilitation intends to renew your involuntary medication order.

**Person Explaining These Rights To Inmate:**

| Printed Name | Signature | Date Signed |
|---|---|---|
| L. Richardson, LCSW | /s/ | 1/17/2015 |

| 1. Disability Code: | 2. Accommodations: | 3. Effective Communication: | | |
|---|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional Time | ☐ P/I asked questions | CDCR #: | BC1293 |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | Last Name: | Touloudjian |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | First Name: Alexandre | MI: |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☒ Not Reached ☐ Reached | DOB: | 1/27/1993 |
| ☐ Not Applicable | ☐ Other | | | |

4. **Comments:** I/P walked away and would not engage in discussion

AGO 001998

State of California
**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Department of Corrections and Rehabilitation
Form: page 1 of 11
Instructions: page 12 and 13

Date: 1/17/18  Institution: CMC  Age: 24  Gender: ☒ Male  ☐ Female  Interpreter: ☐ Yes  ☒ No  Language:

Bed/Cell/Dorm: HA-16

| INMATE NAME (print Last, First): | Touloudjian, Alexandre | CDCR#: BC1293 | PID#: |

### SECTION I – METHOD OF INITIATION (Choose only one):

☒ **EMERGENCY MEDICATION – 72-HOUR NOTICE INVOLUNTARY MEDICATION STARTED**

NOTICE: Clinical staff at the institution above alleges that you suffer from a serious mental illness or disorder that requires continuation of psychiatric medication beyond an initial 72-hour emergency period. As set forth in the attached declaration, your behaviors and symptoms appear to meet the legal criteria for danger to self, danger to others, or grave disability and, as specified in the attachments, you have refused to take medication for that condition. You will be brought in front of an Administrative Law Judge who will decide if you can be given psychiatric medication on an involuntary basis. A request will be filed to allow CDCR to administer psychiatric medication on an interim basis pending the full hearing in front of a judge.

Select a hearing date that is within 21 days of the day you serve this notice on the inmate.

| HEARING DATE: | HEARING TIME: | HEARING INSTITUTION: |
|---|---|---|
| January 31, 2018 | 10:00 | CMC |

The inmate has been informed of this evaluation and has been advised of the need for, but has not been able or willing to accept medication on a voluntary basis. Involuntary medication began on:

| Time Involuntary Medication Started: | Date Involuntary Medication Started: |
|---|---|
| 0930 | January 17, 2018 |

| Joshua Elliott, MD | [signature] | 1/17/18 |
| Evaluating Psychiatrist (Print): | Psychiatrist's Signature: | Date: |

☐ **NON-EMERGENCY – NO INVOLUNTARY MEDICATION UNTIL FULL HEARING**

NOTICE: Clinical staff of the institution above alleges that you suffer from a serious mental illness or disorder. As set forth in the attached declaration, your behaviors and symptoms appear to meet the legal criteria for danger to self, danger to others, or grave disability and, as specified in the attachments, you have refused to take medication for that condition. You will be brought in front of an Administrative Law Judge who will decide if you can be given psychiatric medication on an involuntary basis.

Select a hearing date that is at least 21 days from the date that this is served on the inmate, but no more than 30 days from the date that this is served on the inmate.

| HEARING DATE: | HEARING TIME: | HEARING INSTITUTION: |
|---|---|---|
|  |  |  |

1. **Disability Code:**
☐ TABE score ≤ 4.0
☐ DPH ☐ DPV ☐ LD
☐ DPS ☐ DNH
☐ DNS ☐ DDP
☒ Not Applicable

2. **Accommodations:**
☐ Additional Time
☐ Equipment ☐ SLI
☐ Louder ☐ Slower
☐ Basic ☐ Transcribe
☐ Other

3. **Effective Communication:**
☐ P/I asked questions
☐ P/I summed information
Please check one:
☐ Not Reached ☐ Reached

CDCR #: BC1293
Last Name: Touloudjian   MI:
First Name: Alexandre
DOB: 1/27/1993

4. **Comments:**

AGO 001999

State of California
**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Department of Corrections and Rehabilitation
Form: page 2 of 11
Instructions: page 12 and 13

### SECTION II - BASIS:

Based on the provisional diagnosis below and contained in the attached declaration, it is alleged that the inmate is, as a result of a serious mental illness, (mark all that apply):

[X] Danger to Self   [ ] Danger to Others   [ ] Gravely Disabled and Lacks Capacity to Refuse Treatment

### SECTION III - PROVISIONAL PSYCHIATRIC DIAGNOSIS:

Schizophrenia

### SECTION IV - ATTORNEY:

You have been appointed an attorney who has been given a copy of this paperwork. If the Department is seeking to continue emergency medication pending full hearing, you may elect to have your attorney respond to this paperwork within 2 business days, or you may respond yourself. An attorney will represent you at your hearing.

| Attorney Name: J. Barry Schiavo | Contact Number: (805) 541-1123 |
|---|---|
| Address: 1141 Pacific Street, Suite A<br>San Luis Oibspo, CA 93401 | |

### SECTION V - SERVICE:

I declare under penalty of perjury that I delivered a copy of this notice (and, if applicable, declaration in support of ex-parte request for interim order, ex-parte request for interim order), and a copy of the inmate rights form CDCR MH-7366 (Rev. 01/15), Inmate Rights Notice - Involuntary Medication, and any related paperwork such as exhibits or attachments, to the attorney listed in Section IV above, and to the inmate, on the date shown below.

| Person Delivering (Print): | Signature: | Date: |
|---|---|---|
| L. Richardson, LCSW | [signature] | 1/17/2018 |

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)
Confidential Inmate-Patient Information

CDCR #: BC1293
Last Name: Touloudjian   MI:
First Name: Alexandre
DOB: 1/27/1993

State of California  
**Involuntary Medication Notice**  
CDCR MH-7363 (Rev. 01/15)

Department of Corrections and Rehabilitation  
Form: page 3 of 11  
Instructions: page 12 and 13

## DECLARATION IN SUPPORT OF INVOLUNTARY MEDICATION

IN RE THE MATTER OF (LAST, FIRST): Touloudjian, Alexandre      CDCR Number: BC1293

1. I am a psychiatrist employed by  [X] California Department of Corrections & Rehabilitation  
   [ ] California Department of State Hospitals

2. I have made a provisional psychiatric diagnosis on the above-entitled inmate as follows:

   Schizophrenia

   DSM TR:

3. In my professional opinion, the above diagnosis constitutes a serious mental disorder, and is causing the inmate to behave in such a way that he or she meets one or more of the following criteria (mark all that apply):

   [X] Danger to Self      [ ] Danger to Others      [ ] Gravely Disabled and Lacks Capacity to Refuse Treatment

4. The specific factual underpinnings for my opinion(s) follow:

5(a). If you marked **Danger to Self**, give facts setting forth the approximate dates, times, signs, symptoms, and behaviors that you observed or that were reported to you that would suggest the inmate is a Danger to Self:

   On 1/11/18, Mr. Touloudjian jumped off of a second floor tier with the intent to die. Following this event, he stated "I was hoping to land on my head and die or go into a coma." Subsequently, he was admitted to CMC's MHCB on 1/13/18. Since his admission, he has refused to engage with staff and has refused all antipsychotic medication offered to him.

---

**Involuntary Medication Notice**  
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

CDCR #: BC1293  
Last Name: Touloudjian      MI:  
First Name: Alexandre  
DOB: 1/27/1993

| | |
|---|---|
| State of California<br>**Involuntary Medication Notice**<br>CDCR MH-7363 (Rev. 01/15) | Department of Corrections and Rehabilitation<br>Form: page 4 of 11<br>Instructions: page 12 and 13 |

**5(b). Summarize in your clinical opinion how the above Danger to Self behavior is a direct consequence of the inmate's untreated, serious mental illness:**

Mr. Touloudjian has a documented history of schizophrenia. On the day prior to his suicide attempt, he was noted to be responding to internal stimuli, and having difficulty following correctional officers' commands. Following the suicide attempt, on 1/11/18, it was noted that "auditory hallucinations that I/P listens to" were a trigger for the self harm event. On 1/11/18, his primary clinician described him as "actively psychotic," with thought blocking and active auditory hallucinations. His primary clinician further noted: "His tendency to become entirely unresponsive is a particular safety risk at this facility/program. Multiple staff (dental and custody) are reporting this inmate's decompensation (he has been observed responding to internal stimuli, he shuts down, closes his eyes and becomes unresponsive / stops talking. He is malodorous. He reports and increase in AH. This inmates sx of schizophrenia are worsening and he is unwilling to take psychotropic medication."

Since his admission to the MHCB, he has continued to display behavior consistent with psychosis. ON 1/16/18, he was described as "responding to unseen stimuli, talking to self." When I saw him on 1/1/7/18, he was crouched in the corner of his cell, mumbling to himself, and was unable to engage in conversation with me.

**6(a). If you marked Danger to Others, provide facts setting forth the approximate dates, times, signs, symptoms, and behaviors that you observed or that were reported to you that would suggest the inmate is a Danger to Others:**

N/A

**6(b). Summarize in your clinical opinion how the above Danger to Others behavior is a direct consequence of the inmate's untreated, serious mental illness:**

N/A

| | |
|---|---|
| **Involuntary Medication Notice**<br>CDCR MH-7363 (Rev. 01/15)<br>Confidential Inmate-Patient Information | CDCR #: BC1293<br>Last Name: Touloudjian  MI:<br>First Name: Alexandre<br>DOB: 1/27/1993 |

AGO 002002

State of California
**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Department of Corrections and Rehabilitation
Form: page 5 of 11
Instructions: page 12 and 13

7(a). If you marked **Gravely Disabled**, provide facts setting forth the approximate dates, times, signs, symptoms, and behaviors that you observed or that were reported to you that would suggest the inmate is **Gravely Disabled**:

N/A

7(b). Summarize in your clinical opinion how the above **Gravely Disabled** behavior is a direct consequence of the inmate's untreated, serious mental illness:

N/A

8. If you are aware of any prior involuntary commitments or hospitalizations in California, or in any other state, or at the county level, provide that information:

Documentation reflects that he was previously treated at Gateways Mental Hospital in 2015.

---

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

CDCR #: BC1293
Last Name: Touloudjian    MI:
First Name: Alexandre
DOB: 1/27/1993

AGO 002003

State of California  
**Involuntary Medication Notice**  
CDCR MH-7363 (Rev. 01/15)

Department of Corrections and Rehabilitation  
Form: page 6 of 11  
Instructions: page 12 and 13

9. If you are aware of any prior court or administrative hearing orders (*Keyhea*, MDO, etc.) authorizing involuntary medication of this inmate, please specify and give approximate dates, bases, etc.:

I am not aware of any such prior court orders.

10. Did you rely upon any background, trend, or historical information about this inmate that led to your decision to petition for involuntary medication? This could include relevant criminal convictions, institutional behavior as an adult or minor, or observed patterns of decompensation as charted by medical staff. If so, please set forth the information you relied upon that documents the historical course of the inmate's mental disorder that would have direct bearing on your opinion that the inmate is now, or about to become, a danger to self, a danger to others, or gravely disabled, if not given medication:

Documentation reflects that Mr. Touloudjian has a history of psychotic symptoms since at least age 18. Documentation reflects that his symptoms are attenuated with medication. He has a history of attempting suicide in 2015 by restricting food and water intake, with documentation reflecting that he was experiencing auditory hallucinations at that time.

**Involuntary Medication Notice**  
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

CDCR #: BC1293  
Last Name: Touloudjian       MI:  
First Name: Alexandre  
DOB:   1/27/1993

State of California
**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Department of Corrections and Rehabilitation
Form: page 7 of 11
Instructions: page 12 and 13

11. In your professional opinion, what benefits would the inmate likely experience when placed on psychiatric medication, based on your knowledge of the inmate and your review of the inmate's medical history?

If placed on psychiatric medication, Mr. Touloudjnian's symptoms of psychosis will decrease in intensity and frequency. This will result in his perceptions/thinking becoming more reality based and more organized thinking. Accordingly, he will be able to engage in the treatment offered to him, and he will be less likely to engage in acts of self injury.

12. In your professional opinion, what would the likely harm or detriment to the inmate be if not placed on psychiatric medication, based on your knowledge of the inmate and your review of the inmate's medical history?

If not placed on psychiatric medication, Mr. Touloudjian will continue to experience symptoms of psychosis to the point that he is unable to engage in the treatment offered to him, and he will engage in future acts of self injury.

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

CDCR #: BC1293
Last Name: Touloudjian    MI:
First Name: Alexandre
DOB:    1/27/1993

State of California
**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Department of Corrections and Rehabilitation
Form: page 8 of 11
Instructions: page 12 and 13

13. Discuss your clinical opinion vis a vis the following <u>three</u> factors:
I believe the inmate named in this petition should take psychiatric medications for the treatment of a serious mental disorder
[1] considering the risks, benefits, and alternatives to treatment of the above-entitled inmate with psychiatric medication, *and*
[2] the efficacy of utilizing those alternatives, *and*
[3] your reasons for not utilizing those alternatives

Due to the the severity of his symptoms, there are no reasonable alternatives to the use of psychiatric medication to treat his mental illness.

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

CDCR #: BC1293
Last Name: Touloudjian   MI:
First Name: Alexandre
DOB:   1/27/1993

State of California
**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Department of Corrections and Rehabilitation
Form: page 9 of 11
Instructions: page 12 and 13

14. I consulted with the above-entitled inmate, or attempted to consult with the above-entitled inmate, to discuss treatment alternatives, risks and benefits of medication, but the inmate would not consent to take the medication on a voluntary basis, or lacked capacity to consent. My specific efforts to advise the inmate of the risks and benefits of the prescribed course of treatment with psychiatric medication, are set forth below:

I attempted to discuss treatment options with Mr. Touloudjian on the morning of 1/17/18. He was squatting in the corner of his cell, mumbling to himself and was unable to engage with me in any meaningful way.

15. I advised, or attempted to advise, the inmate named in this petition of the side effects and risks from the proposed course of treatment with psychiatric medication on (date): January 17, 2018

16. If you believe that the inmate lacked capacity to consent to the proposed course of treatment at the time you met with him or her, please set forth the basis for that conclusion here:

Mr. Touloudjian is unable to verbalize any understanding that he suffers from schizophrenia. Therefore, he is unable to verbalize an understanding of the risks/benefits/treatment options associated with treating schizophrenia.

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

CDCR #: BC1293
Last Name: Touloudjian    MI:
First Name: Alexandre
DOB:    1/27/1993

AGO 002007

Department of Corrections and Rehabilitation
Form: page 10 of 11
Instructions: page 12 and 13

State of California
**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

17. The primary potential side effects and risks to the inmate from the proposed course of treatment with psychiatric medication, based on clinically appropriate information as well as upon my knowledge of this inmate's medical history, are as follows:

Risperdal: Sedation, tremor, weight gain, elevated prolactin, diabetes and tardive dyskinesia

Based on the foregoing, it is my professional opinion that the above-entitled inmate requires PC 2602 ordered involuntary psychiatric medication for the reasons stated above. I declare under penalty of perjury that the foregoing is true and correct.

Dated January 17, 2018 at San Luis Obispo , California, in the County of San Luis Obispo

Name of Signator (print Last, First): Elliott, Joshua MD   Signature: _____

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

CDCR #: BC1293
Last Name: Touloudjian   MI:
First Name: Alexandre
DOB: 1/27/1993

State of California  
**Involuntary Medication Notice**  
CDCR MH-7363 (Rev. 01/15)

Department of Corrections and Rehabilitation  
Form: page 11 of 11  
Instructions: page 12 and 13

## EX-PARTE REQUEST FOR AUTHORITY TO CONTINUE EMERGENCY MEDICATION UNTIL MENTAL HEALTH HEARING DATE

| IN RE THE MATTER OF (print Last Name, First Name): | Touloudjian, Alexandre | CDCR Number: | BC1293 |
|---|---|---|---|

I am a psychiatrist employed by:  
[✓] California Department of Corrections & Rehabilitation  
[ ] California Department of State Hospitals

1. Psychiatric medication has been administered to the above-entitled inmate based upon a clinical finding that an emergency existed.

2. In my professional opinion, unless the clinical staff at this institution is authorized to continue to administer psychiatric medication to the above-entitled inmate, the emergency conditions that were previously observed are likely to recur.

3. The specific facts causing clinical staff at this institution to believe that the emergency conditions would recur absent continuing medication are as follows:

> On 1/11/18, while experiencing symptoms of psychosis, Mr. Touloudjian attempted suicide by jumping from a second floor tier. He continues to experience symptoms of psychosis, and it is probable that he will engage in more acts of self injury if his symptoms of psychosis remain untreated with psychiatric medication.

4. Without ongoing intervention through psychiatric medications, it is my professional opinion that the above-entitled inmate will decline psychiatrically and become more dangerous to self, others, or more gravely disabled due to his or her serious and untreated mental illness. Furthermore, I do not believe that it is in the best interest of the inmate to allow these psychiatric conditions to go untreated until this matter can be brought before an Administrative Law Judge.

Based on the foregoing, it is my professional opinion that emergency psychiatric medications should be administered for the reasons stated above, and that these medications should be continued on an interim basis until the inmate can be given his or her full mental health hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated January 17, 2018 at San Luis Obispo , California, in the County of San Luis Obispo

Print Name: Joshua Elliott, MD         Signature: _____

---

**Involuntary Medication Notice**  
CDCR MH-7363 (Rev. 01/15)  
Confidential Inmate-Patient Information

CDCR #: BC1293  
Last Name: Touloudjian    MI:  
First Name: Alexandre  
DOB: 1/27/1993

AGO 002009