

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248)-987-8929
keithaltman@kaltmanlaw.com

July 28, 2023

**VIA CM/ECF**
U.S. District Judge Fernando L. Aenlle-Rocha
U.S.D.C. for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 6B, 6th Floor
Los Angeles, California 90012

**Re:** *Estate of Alexandre Touloudjian, et al. v. Josie Gastelo*
*Case No. 2:20-cv-00520-FLA-KS*

Dear Judge Aenlle-Rocha,

I represent the Plaintiff in the above referenced matter. A hearing is currently scheduled for Friday, August 11, 2023 at 1:30 p.m. (PT) concerning Plaintiff's Motion for Leave to File a Fourth Amended Complaint [Doc. 94]. I am requesting that Your Honor allow Plaintiff's counsel to appear telephonically or via video conference for the scheduled hearing, as I am located out-of-state and will also be traveling to attend depositions the week of this hearing.

Should you have any further questions or concerns, please do not hesitate to contact me.

Respectfully,

/s/ *Keith Altman*
Keith L. Altman, Esq.
*Attorney for Plaintiff*

cc:   Counsel of record (via ECF)