# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ALEXANDRE TOULOUDJIAN, et al.<br>PLAINTIFF(S)<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:20−cv−00520−FLA−KS<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 07/28/2023 | 103 | Miscellaneous Document by Plaintiffs The Estate of Alexandre Touloudjian, SarkisTouloudjian |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

  Please review this court's procedures in the Initial Standing Order when submitting a request to appear remotely.

  Local Rule 83-2.5 no letters to the Judge.

Dated: 7/31/2023

By: _____
United States District Judge