UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ALEXANDRE TOULOUDJIAN, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>               Defendants. | Case No. 2:20-cv-00520-FLA (KSx)<br><br>**ORDER DENYING PLAINTIFFS MOTION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT [DKT. 94]** |

## RULING

On January 17, 2020, Plaintiffs Sarkis Touloudjian and the Estate of Alexandre Touloudjian (collectively, "Plaintiffs") filed the Complaint in this action. Dkt. 1. On September 2, 2020, the Honorable Fernando M. Olguin issued a scheduling order, setting November 2, 2020, as the last date for parties to file a stipulation or motion to amend as to any claims, defenses, and or parties. Dkt. 34 at 17. The action was transferred to this court on December 30, 2020. Dkt. 48.

///

On July 8, 2021, Plaintiffs filed the operative Corrected Third Amended Complaint ("TAC"). Dkt. 59. On May 17, 2022, Defendant Josie Gastleo ("Defendant") filed her Answer to the TAC. Dkt. 70. On July 25, 2022, the court issued an amended scheduling order, setting October 28, 2022, as the last date to hear motions to amend the pleadings or add parties. Dkt. 78 at 3.

On June 30, 2023, Plaintiffs filed the subject Motion for Leave to File a Fourth Amended Complaint ("Motion to Amend"). Dkt. 94. Defendant opposes the Motion to Amend. Dkt. 100 (Opp'n). Plaintiffs did not file a reply.

When a party seeks to amend a pleading after the pretrial scheduling order's deadline for amending the pleadings has expired, the moving party must satisfy the "good cause" standard of Fed. R. Civ. P. 16(b)(4) ("Rule 16(b)(4)") to modify the case schedule, rather than the liberal standard of Fed. R. Civ. P. 15(a) ("Rule 15(a)"). *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir. 2013).[1] The good cause standard "primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Plaintiffs move for leave to amend to add non-party Teresa Macias ("Macias"), the Health Care Chief Executive Officer ("CEO") of California Men's Colony ("CMC"), as a Defendant in this action. Dkt. 94-1 ("Mot. Br.") at 2. Plaintiffs argue they "learned that Teresa Macias was involved in violating [Alexandre Touloudjian's] constitutional rights and should be added as a Defendant in the present matter," when Plaintiffs took Defendant's deposition on May 17, 2023. *Id.* at 3. Plaintiffs, however, do not submit any evidence in support of their contentions or state what specific information they allegedly learned of Macias' involvement in the subject of this action.

---

[1] Plaintiffs bring the subject Motion to Amend under Rule 15. As the deadline to amend the pleadings and add parties has passed, however, Rule 15 does not apply. *See In re W. States*, 715 F.3d at 737.

2

Defendant responds Plaintiffs have been aware of Macias' position as the Health Care CEO of CMC, since Defendant identified Macias and her position in Defendant's responses to Plaintiffs' interrogatories, served November 2, 2020. Opp'n at 9–11; Dkt. 100-1 ("Singer Decl.") ¶¶ 5–6, Ex. A. According to Defendant, Plaintiffs have not met their threshold burden to show sufficient diligence or good cause to justify amendment under Rule 16. Plaintiffs did not file a reply and do not respond to Defendant's argument.

The court agrees with Defendant. It has been over 9 months since the last date to hear motions for leave to amend claims or add parties passed on October 28, 2022. *See* Dkt. 78 at 3. Fact discovery closed on June 16, 2023. *Id.* Plaintiffs do not offer any explanation for why they did not seek to add Macias as a Defendant at an earlier date or what new information they obtained during Gastelo's deposition that they could not have obtained reasonably at an earlier time. Accordingly, Plaintiffs fail to meet their burden to demonstrate diligence or good cause for the proposed amendment.

Plaintiffs' Motion for Leave to File a Fourth Amended Complaint (Dkt. 94) is DENIED.

IT IS SO ORDERED.

Dated: August 8, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge