UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 20-0520- FLA (KSx)                                      Date: August 24, 2023

Title   *The Estate of Alexandre Touloudjian et al v. California Department of Corrections and Rehabilitation et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | Zoom VTC- Courtsmart |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Keith Altman

Attorneys Present for Defendants:
Corinna Arbiter
Sarah Singer

**Proceedings:** MINUTES RE: SETTLEMENT CONFERENCE

The Court held a settlement conference on August 24, 2023, from 2:00 p.m. to 3:50 p.m. with Plaintiff's and Defendant's counsel, along with Plaintiff's Representative, and Defendant's Representatives Josie Gastello and Paul Arentz.

The settlement conference was conducted off the record. All parties participated in good faith. The matter did not result in a settlement.

The Court will remain available to the parties should they wish to have further settlement discussions at a mutually convenient time.

2 hrs.: 00 mins

**Initials of Preparer**   gr