| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | CHAD A. STEGEMAN |
| | Supervising Deputy Attorney General |
| 3 | CORINNA S. ARBITER |
| | Deputy Attorney General |
| 4 | State Bar No. 273074 |
| | SARAH E. SINGER |
| 5 | Acting Supervising Deputy Attorney General |
| | State Bar No. 242841 |
| 6 |   600 West Broadway, Suite 1800 |
| |   San Diego, CA 92101 |
| 7 |   P.O. Box 85266 |
| |   San Diego, CA 92186-5266 |
| 8 |   Telephone:  (619) 321-5774 |
| |   Fax:  (619) 645-2581 |
| 9 |   E-mail:  Sarah.Singer@doj.ca.gov |
| | *Attorneys for Defendant* |
| 10 | *J. Gastelo* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| **ESTATE OF ALEXANDRE TOULOUDJIAN, et al.,** | 2:20-cv-00520-FLA-KS |
| Plaintiff, | **JOINT POST SETTLEMENT CONFERENCE REPORT** |
| v. | Judge: Hon. Fernando L. Aenlle-Rocha |
| | Trial Date: October 31, 2023 |
| | Action Filed: January 17, 2020 |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

1     Plaintiffs and Defendant, by and through their respective counsel, submit this
2 joint post settlement conference report in compliance with the Court's Order Re:
3 Schedule of Pretrial and Trial Dates, Trial Requirements, and Conduct of Attorneys
4 and Parties. (ECF No. 78 at 5:10-21.)
5     1.   On July 25, 2022, the Court referred this matter to assigned Chief
6 Magistrate Judge Karen L. Stevenson for Alternative Dispute Resolution (ADR) to
7 be completed by September 8, 2023. (ECF No. 77.)
8     2.   On June 27, 2023, Chief Magistrate Judge Stevenson issued an Order
9 Setting Settlement Conference for August 24, 2023. (ECF No. 93.)
10     3.   Chief Magistrate Judge Stevenson conducted the settlement conference
11 on August 24, 2023, via video conference. The parties, their respective counsel,
12 and representatives for Plaintiffs and Defendant were in attendance. The parties
13 participated in good faith, but the matter did not resolve. The settlement conference
14 minutes reflect that the Court will remain available to the parties should they wish
15 to have further settlement discussions at a mutually convenient time. (ECF No.
16 110.)
17     4.   It is unlikely that further negotiations will occur before the Court issues a
18 ruling on Defendant's Motion for Summary Judgment. (ECF No. 98.) Defendant's
19 Motion for Summary Judgment is set for hearing on September 15, 2023, and
20 Defendant's reply is due September 1. (ECF No. 106 at 2.) In the interim, the
21 parties will proceed with trial preparation and compliance with the pretrial
22 deadlines, which include first round trial filings on September 15, 2023, and second
23 round trial filings on September 29, 2023. (ECF No. 78 at 3.) Trial is set for
24 October 31, 2023. (*Id.*)
25 / / /
26 / / /
27 / / /
28 / / /

5. Should the parties determine continued formal settlement discussions would be beneficial in the future, they will pursue arrangements with the Court to set a further settlement conference.

Respectfully submitted,

Dated: August 31, 2023

ROB BONTA
Attorney General of California
CHAD A. STEGEMAN
Supervising Deputy Attorney General

*/s/Sarah E. Singer*

SARAH E. SINGER
Acting Supervising Deputy Attorney General
*Attorneys for Defendant*
*J. Gastelo*

Dated: August 31, 2023

*/s/Keith Altman*(As authorized 8/31/23)

KEITH ALTMAN
The Law Office of Keith Altman
*Attorneys for Plaintiffs*

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all persons required to sign the document and have obtained authorization for the electronic signatures of all parties to the document.

Dated: August 31, 2023

*/s/Sarah E. Singer*

SARAH E. SINGER
Acting Supervising Deputy Attorney General
*Attorneys for Defendant*
*J. Gastelo*

SA2020101463
84122162.docx

# CERTIFICATE OF SERVICE

Case Name: **Estate of Alexandre Touloudjian, et al. v. CDCR, et al.**

Case No. **2:20-cv-00520-FLA-KS**

I hereby certify that on <u>August 31, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT POST SETTLEMENT CONFERENCE REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 31, 2023</u>, at San Diego, California.

| C. Ramirez | *C. Ramirez* |
|---|---|
| Declarant | Signature |

SA2020101463
84129312.docx