ROB BONTA
Attorney General of California
CHAD A. STEGEMAN
Supervising Deputy Attorney General
CORINNA S. ARBITER
Deputy Attorney General
State Bar No. 273074
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 321-5799
 Fax:  (619) 645-2061
 E-mail:  Corinna.Arbiter@doj.ca.gov
*Attorneys for Defendants*
*J. Gastelo*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| **ESTATE OF ALEXANDRE TOULOUDJIAN, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**J. GASTELO,**<br><br>Defendants. | 2:20-cv-00520-FLA-KS<br><br>**DECLARATION OF A. CARDA, PSY.D**<br><br>Date:        August 18, 2023<br>Time:       1:30 p.m.<br>Courtroom: 43<br>Judge:      Hon. Fernando L. Aenlle-Rocha<br>Trial Date: 10/31/2023<br>Action Filed: 1/17/2020 |

I, A. Carda declare:

1.      I make the following declaration of facts based upon my own knowledge, as explained below.  If called, I can testify competently to the facts contained in this declaration for the reasons discussed below.

2.      I am a clinical psychologist licensed to practice in the State of California since 2011.  I graduated with a Doctorate of Psychology from California School of Professional Psychology (CSPP) Alliant International University in Sacramento California in 2007.

3.      Since 2015, I have been employed by the California Department of
Corrections and Rehabilitation (CDCR) as a Senior Psychologist in the Statewide
Suicide Prevention program.

4.      I am familiar with the practices, policies, and procedures promulgated
by CDCR regarding suicide prevention.

5.      In relation to this case, I was selected by CDCR to testify on July 20,
2023, as a subject matter witness for CDCR's policies and procedures related to
suicide prevention procedures in place from June 14, 2017, to the present.  Attached
as **Exhibit 1** to this declaration is a true and correct copy of the deposition notice.

6.      During my deposition, I was asked about the investigation into the
suicide of Decedent Alexandre Touloudjian and whether CDCR had made any
changes to their policies as a result of the suicide.  I incorrectly testified that
California Men's Colony (CMC) departed from policy by providing Decedent with
food items wrapped in cellophane.  My testimony was incorrect because it was
based on the current CMC Correctional Health Care Services Dietary Services
Policy & Procedure Food and Nutrition Services (FANS) policy, Section 22,
Medical Isolation and Safety Risk Trays/Utensils.  FANS Section 22 applies to
patients in the Mental Health Crisis Bed units.   FANS Section 22(C) requires that,
*inter alia*:

> In the CTC Medical all patients deemed as a custody safety risk shall
> be served with disposable dishes, utensils…. No plastic wrap shall be
> used in preparation of food items for service to custody risk patients.

The above-referenced language went into effect beginning in December 2019,
twenty-one months after Decedent's suicide.

7.      Attached as **Exhibit 2** are true and correct copies of FANS Sections
for Medical Isolation and Safety Risk Trays/Utensils from 2015 to the present.

8.      Prior to December 2019, the same substantive FANS section contained
no language regarding plastic wrap and custody risk patients.   On January 21,
2018, the date of Decedent's suicide, FANS Section 22 stated in pertinent part:

1  In the CTC Medical all patients deemed as a custody safety risk shall
   be served with disposable dishes, utensils….
2

3  Attached as **Exhibit 3** is a true and correct copies of FANS Section 22 that

4  was in effect when Decedent committed suicide on January 21, 2018.

5      9.    Based on this information, I conclude that CMC did not diverge

6  from policy at any time in January 2018, by providing Decedent with food

7  items wrapped in cellophane.

8      10.    Attached as **Exhibit 4** is a true and correct copy of the errata to

9  my deposition on July 20, 2023.

10     I declare under penalty of perjury that the foregoing is true and correct to the

11 best of my knowledge and that this declaration was executed on August 2, 2023.

12

13

14                                    _____

15                                    AMBER N. CARDA, PSY.D.

16 SA2020101463
   Declaration of A Carda.docx

17

18

19

20

21

22

23

24

25

26

27

28

3

Exhibit 1

Keith Altman (SBN 257309)
The Law Office of Keith Altman
33228 W 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248) 987-8929
keithaltman@kaltmanlaw.com

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| The Estate of Alexandre Touloudjian, by and through its administrator Ad Prosequendum, Sarkis Touloudjian and Sarkis Touloudjian, in his own right,<br><br>Plaintiff,<br><br>vs.<br><br>Josie Gastelo, in her individual capacity,<br><br>Defendant. | : <br> : <br> : **CASE NO:2:20-CV-00520-FLA-KS**<br> : <br> : **HON: FERNANDO L. AENLLE-ROCHA**<br> : <br> : <br> : **PLAINTIFF'S NOTICE OF**<br> : **RULE 30(b)(6) DEPOSITION OF**<br> : **CALIFORNIA DEPARTMENT OF**<br> : **CORRECTIONS AND**<br> : **REHABILITATION** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 30(b)(6), Plaintiff, by and through their undersigned attorneys, will take the recorded oral deposition of the California Department of Corrections and Rehabilitation ("CDCR") representative(s) on **July 20, 2023 beginning at 8:00 am (PT)/11:00 am (ET) via ZOOM** as to **Topic Nos. 1, 2, 3, 4, 5b, and 6**. Pursuant to Fed. R. Civ. P. 30(b)(6), CDCR shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of CDCR concerning the topics identified in *Exhibit A*, attached hereto. **CDCR has identified A. Carda, Psy.D. (Chief Psychologist) as their designated**

**representative as to Topic Nos. 1, 2, 3, 4, 5b, and 6**. Pursuant to Fed. R. Civ. P. (30)(b)(2), CDCR shall produce the documents that relate to the topics set out in *Exhibit A* attached hereto.

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Respectfully Submitted,

The Law Office of Keith Altman

Dated: June 21, 2023

By:     */s/ Keith Altman*
        Keith Altman (SBN 257309)
        The Law Office of Keith Altman
        33228 W 12 Mile Road, Suite 375
        Farmington Hills, MI 48334
        (248) 987-8929
        keithaltman@kaltmanlaw.com

# EXHIBIT A

## Definitions

The following definitions apply to this Notice of Deposition, including those matters set forth in *Exhibit A* hereto, and are deemed to be incorporated into each subject and request for documents listed below:

1.      "Identify" or "identity" with respect to persons, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.

2.      "CDCR" "You," or "Your" refers to the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and all partners, directors, officers, employees, servants, agents, attorneys, joint ventures, or other representatives, including all corporations and entities affiliated with CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (specifically including, but not limited to, California Men's Colony ("CMC"), and California Correctional Health Care Services ("CCHCS".).  The terms shall also include all predecessor business entities, as well as any predecessor's partners, directors, officers, employees, servants, agents, joint ventures, or others acting on their behalf.  The terms shall also include all foreign subsidiaries or foreign parent companies, as well as any foreign subsidiaries' or parent companies' partners, directors, officers, employees, servants, agents, joint ventures or others acting on their behalf.

3.      "Plaintiff" means Alexandre Touloudjian.

4.      "Person" means natural person, as well as corporate and/or governmental entity.

5.      "Relating to," "relate to," "referring to," "refer to," "reflecting," "reflect," "with regard to,", "pertaining to," "concerning," or "concern" shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, dealing with, relating to, referring to in any

way or manner, or in any way logically or factually, connecting with the matter described in that paragraph of these demands, including documents attached to or used in the preparation of or concerning the preparation of the documents.

6.     "Documents" as used in this Request is coextensive with the meaning of the terms "documents" and "tangible things" in FRCP 34, and shall have the broadest possible meaning and interpretation ascribed to the terms "documents" and "tangible things" under FRCP 34.

7.     "Or" and "and" will be used interchangeably.

8.     Unless otherwise indicated, the relevant time period for the information sought is **June 14, 2017 to present**.

9.     The terms "Complaint" or "this matter" shall mean the above styled case currently pending in the U.S. District Court, Central District of California, CIVIL DOCKET FOR CASE NO: 2:20-cv-0520-FLA-KS.

## **Deposition Subject Matter**

Pursuant to Fed. R. Civ. P. 30(b)(6), CDCR shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

1.     CDCR's Policies, rules, regulations, procedures, protocols, guidelines, standards, training manuals, instructions, pamphlets, promotional materials, and/or any other written material regarding the handling of inmates with mental illness.

2.     CDCR's Policies, rules, regulations, procedures, protocols, guidelines, standards, training manuals, instructions, pamphlets, promotional materials, and/or any other written material regarding the handling of inmates with a history of suicidal tendencies.

3.     CDCR's Policies, rules, regulations, procedures, protocols, guidelines,

standards, training manuals, instructions, pamphlets, promotional materials, and/or any other written material regarding responding to an inmate suicide attempt.

4. CDCR's Policies, rules, regulations, procedures, protocols, guidelines, standards, training manuals, instructions, pamphlets, promotional materials, and/or any other written material regarding mental health treatment and suicide prevention.

5. CDCR's Policies, rules, regulations, procedures, protocols, guidelines, standards, training manuals, instructions, pamphlets, promotional materials, and/or any other written material regarding upholding the Eight Amendment to the United States Constitution.

> a. How CDCR ensures all inmate/prisoners are free from cruel and unusual punishment; and
>
> b. How CDCR ensures all inmates/prisoners have access to adequate mental health care services.

6. CDCR's Annual Reports on Suicides (for years 2015-2019).

> a. How many attempted suicides each year; and
>
> b. How many suicide deaths each year.

7. Details regarding the process by which CDCR responded to each suicide attempt by Plaintiff.

8. CDCR's chain-of-command structure at California Men's Colony.

10. CDCR's Policies, rules, regulations, procedures, protocols, guidelines, standards, training manuals, instructions, pamphlets, promotional materials, and/or any other written material regarding the ordering of and cancelling of inmate safety precautions while on suicide watch.

11. Details regarding the process by which CDCR employees decided to cancel anti-suicide precaution orders put in place for Plaintiff shortly after his January 11, 2018 suicide attempt.

12.    CDCR's Policies, rules, regulations, procedures, protocols, guidelines, standards, training manuals, instructions, pamphlets, promotional materials, and/or any other written material regarding the execution of observation orders.

**<u>Request for Documents</u>**

1.    Pursuant to FRCP Rule 30(b)(2), CDCR shall designate and produce all documents that relate to the items set out in *Exhibit A*. If already produced, CDCR's 30(b)(6) representative(s) during the 30(b)(6) deposition shall have knowledge of said production and the documents' corresponding bates numbers.

**CERTIFICATE OF SERVICE**

On June 21, 2023, I caused to be served PLAINTIFF'S NOTICE OF RULE 30(b)(6) DEPOSITION on all Parties to this action in the following manner:

(X) On counsel for Defendants by electronic mail

*/s/ Keith Altman*

Exhibit 2



**California Men's Colony** Correctional Health Care Services
**Correctional Treatment Center**
**Dietary Services Policy & Procedures**

**May 2015**

| *Chapter 7* | |
| --- | --- |
| *Section 21* | *Medical Isolation and Safety Risk Trays/Utensils* |

**I.    PURPOSE:**

To ensure that meals served in the Correctional Treatment Center (CTC) are provided with the appropriate ware/tray for patients-inmates with medical isolation and/or safety risk.

**II.   REFERENCES:**

CCR Title 22, Section 79697, 79699

**III.  PROCEDURE:**

A. The CTC nursing staff shall complete a Diet Order Slip and provide to Dietary Services indicating that a patient-inmate is in medical isolation and/or with safety risk, and complete a Diet Order Slip when this condition has ended.

B. All meals for medical isolation patient-inmates shall be served with disposable dishes, utensils and labeled "ISOLATION" TRAYS.  Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.

C. All meals for suicide watch or suicide precaution patient-inmates will be served as clinically ordered (disposable dishes, spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Dietary Services Policies and Procedures**
**Section 21:  Medical Isolation and Safety Risk Trays/Utensils**

| Section 21 | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I.   PURPOSE:**
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

**II.   REFERENCES:**
CCR Title 22, Section 79697, 79699

**III.   PROCEDURE:**

   **A.**  The CTC nursing staff shall complete a Diet Order Slip and provide to Dietary Services indicating that a patient is in medical isolation and/or with safety risk, and complete a Diet Order Slip when this condition has ended.

   **B.**  All meals for medical isolation patients shall be served with disposable dishes, utensils and labeled "ISOLATION"        TRAYS.  Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.

   **C.**  All meals for suicide watch or suicide precaution patients shall be served as clinically ordered (disposable dishes, spoons, soft foods, etc).



California Men's Colony Health Care Services
**Correctional Treatment Center Policies and Procedures**
<u>**Chapter 7 Dietary Services Policies and Procedures**</u>
**Section 22: Medical Isolation and Safety Risk Trays/Utensils**

| Section 22 | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I. PURPOSE:**
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

**II. REFERENCES:**
CCR Title 22, Section 79697, 79699

**III. PROCEDURE:**

**A.** The CTC nursing staff shall complete a Diet Order in EHRS indicating that a patient is in medical isolation or has been deemed a custody safety risk. A Diet Order shall be completed when this condition has ended.

**B.** All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION". . Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.

**C.** In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils. Custody risk trays shall be labeled "CUSTODY."

**D.** All meals for patients on self-harm precautions shall be served as clinically ordered (disposable dishes, spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
<u>**Chapter 7 Dietary Services Policies and Procedures**</u>
**Section 22:  Medical Isolation and Safety Risk Trays/Utensils**

| *Section 22* | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I.   PURPOSE:**
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

**II.   REFERENCES:**
CCR Title 22, Section 79697, 79699

**III.   PROCEDURE:**

**A.**  The CTC nursing staff shall complete a Diet Order in EHRS. In the Diet Order comment section or special instructions section indicate that a patient requires a medical isolation or custody safety tray. A new Diet Order shall be completed when medical isolation or custody safety risk has been discontinued.

**B.**  All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION".   Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.

**C.**  In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils.  Custody risk trays shall be labeled "CUSTODY."

**D.**  All meals for patients on self-harm safety precautions shall be served as clinically ordered (i.e. no hard plastics, rubber tray, disposable dishes, paper spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Food and Nutrition Services Policies and Procedures**
**Section 22:  Medical Isolation and Safety Risk Trays/Utensils**

| Section 22 | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

### I.  PURPOSE:

To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

### II.  REFERENCES:

CCR Title 22, Section 79685, 79697, 79699

### III.  PROCEDURE:

**A.** The CTC nursing staff shall complete a Diet Order in EHRS. In the Diet Order comment section or special instructions section indicate that a patient requires a medical isolation or custody safety tray. A new Diet Order shall be completed when medical isolation or custody safety risk has been discontinued.

**B.** All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION".   Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.  The nursing staff shall deliver food trays to the ante-room food slot or into the isolations room as needed.  Gloves, gown and/or mask shall be worn when delivering and picking up trays from isolation.

**C.** The FANS staff shall write all tray tickets for medical isolation and custody risk patients in red ink or other identifying means.  In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils.  Custody risk trays shall be labeled "CUSTODY."  No plastic wrap shall be used in preparation of food items for service to custody risk patients.

**D.** All meals for patients on self-harm safety precautions shall be served as clinically ordered (i.e. no hard plastics, no plastics at all, rubber tray, disposable dishes, paper spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Food and Nutrition Services Policies and Procedures**
**Section 22:  Medical Isolation and Safety Risk Trays/Utensils**

| *Section 22* | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I.   PURPOSE:**
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

**II.   REFERENCES:**
CCR Title 22, Section 79685, 79697, 79699

**III.   PROCEDURE:**

**A.** The CTC nursing staff shall complete a Diet Order in EHRS. In the Diet Order comment section or special instructions section indicate that a patient requires a medical isolation or custody safety tray. A new Diet Order shall be completed when medical isolation or custody safety risk has been discontinued.

**B.** All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION".   Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.  The nursing staff shall deliver food trays to the ante-room food slot or into the isolations room as needed.  Gloves, gown and/or mask shall be worn when delivering and picking up trays from isolation.

**C.** The FANS staff shall write all tray tickets for medical isolation and custody risk patients in red ink or other identifying means.  In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils.  Custody risk trays shall be labeled "CUSTODY."  No plastic wrap shall be used in preparation of food items for service to custody risk patients.

**D.** All meals for patients on self-harm safety precautions shall be served as clinically ordered (i.e. no hard plastics, no plastics at all, rubber tray, disposable dishes, paper spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Food and Nutrition Services Policies and Procedures**
**Section 22:  Medical Isolation and Safety Risk Trays/Utensils**

| Section 22 | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I.   PURPOSE:**
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

**II.   REFERENCES:**
CCR Title 22, Section 79685, 79697, 79699

**III.   PROCEDURE:**

**A.** The CTC nursing staff shall complete a Diet Order in EHRS. In the Diet Order comment section or special instructions section indicate that a patient requires a medical isolation or custody safety tray. A new Diet Order shall be completed when medical isolation or custody safety risk has been discontinued.

**B.** All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION".   Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.  The nursing staff shall deliver food trays to the ante-room food slot or into the isolations room as needed.  Gloves, gown and/or mask shall be worn when delivering and picking up trays from isolation.

**C.** The FANS staff shall write all tray tickets for medical isolation and custody risk patients in red ink or other identifying means.  In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils.  Custody risk trays shall be labeled "CUSTODY."  No plastic wrap shall be used in preparation of food items for service to custody risk patients.

**D.** All meals for patients on self-harm safety precautions shall be served as clinically ordered (i.e. no hard plastics, no plastics at all, rubber tray, disposable dishes, paper spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Food and Nutrition Services Policies and Procedures**
**Section 22:  Medical Isolation and Safety Risk Trays/Utensils**

| *Section 22* | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I.   PURPOSE:**
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

**II.   REFERENCES:**
CCR Title 22, Section 79685, 79697, 79699

**III.   PROCEDURE:**

**A.** The CTC nursing staff shall complete a Diet Order in EHRS. In the Diet Order comment section or special instructions section indicate that a patient requires a medical isolation or custody safety tray. A new Diet Order shall be completed when medical isolation or custody safety risk has been discontinued.

**B.** All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION".   Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.  The nursing staff shall deliver food trays to the ante-room food slot or into the isolations room as needed.  Gloves, gown and/or mask shall be worn when delivering and picking up trays from isolation.

**C.** The FANS staff shall write all tray tickets for medical isolation and custody risk patients in red ink or other identifying means.  In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils.  Custody risk trays shall be labeled "CUSTODY."  No plastic wrap shall be used in preparation of food items for service to custody risk patients.

**D.** All meals for patients on self-harm safety precautions shall be served as clinically ordered (i.e. no hard plastics, no plastics at all, rubber tray, disposable dishes, paper spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Food and Nutrition Services Policies and Procedures**
**Section 22:  Medical Isolation and Safety Risk Trays/Utensils**

| *Section 22* | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I.   PURPOSE:**
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

**II.  REFERENCES:**
CCR Title 22, Section 79685, 79697, 79699

**III.  PROCEDURE:**

**A.**  The CTC nursing staff shall complete a Diet Order in EHRS. In the Diet Order comment section or special instructions section indicate that a patient requires a medical isolation or custody safety tray. A new Diet Order shall be completed when medical isolation or custody safety risk has been discontinued.

**B.**  All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION".   Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.  The nursing staff shall deliver food trays to the ante-room food slot or into the isolations room as needed.  Gloves, gown and/or mask shall be worn when delivering and picking up trays from isolation.

**C.**  The FANS staff shall write all tray tickets for medical isolation and custody risk patients in red ink or other identifying means.  In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes and utensils.  Custody risk trays shall be labeled "CUSTODY."  No plastic wrap shall be used in preparation of food items for service to custody risk patients.

**D.**  All meals for patients on self-harm safety precautions shall be served as clinically ordered (i.e.,  no plastics at all, rubber tray, disposable dishes, paper spoons,  etc).

Exhibit 3



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Dietary Services Policies and Procedures**
**Section 22:  Medical Isolation and Safety Risk Trays/Utensils**

| Section 22 | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I.  PURPOSE:**
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

**II.  REFERENCES:**
CCR Title 22, Section 79697, 79699

**III.  PROCEDURE:**

**A.**  The CTC nursing staff shall complete a Diet Order in EHRS indicating that a patient is in medical isolation or has been deemed a custody safety risk. A Diet Order shall be completed when this condition has ended.

**B.**  All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION". .  Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.

**C.**  In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils.  Custody risk trays shall be labeled "CUSTODY."

**D.**  All meals for patients on self-harm precautions shall be served as clinically ordered (disposable dishes, spoons, soft foods, etc).

Exhibit 4

July 25, 2023

Attached please find your deposition transcript taken July 20, 2023.   Along
with this transcript, you will find an Errata Sheet.

Please read your deposition transcript carefully and note any changes on the
Errata Sheet.   This is not intended to change your testimony, but to identify
any mistakes the court reporter may have made.

You have 30 days in which to complete your Read & Sign.   When
completed, please return the Errata Sheets to:


American Reporting
18174 Cambridge Boulevard
Lathrup Village, MI   48076
Fax:   248-559-9919
Email:   james@american-reporting.com


Should you have any questions, you may reach our offices at (248)559-6750.

Thank you.

## ERRATA SHEET

**INSTRUCTIONS:** After reading the transcript of testimony, please note any change, addition or deletion on this sheet. DO NOT make any marks or notations on the actual transcript. (Use additional paper if needed and attach it to this sheet)

Please sign and date this errata sheet and return it to the court reporting agency indicated below.

| Case Name | Estate of Touloudjian, et al. v. Gastelo |
|---|---|
| Date Taken | July 20, 2023 |
| Deposition of: | Amber Carda, Psy. D. |

| PAGE | LINE | CORRECTION |
|---|---|---|
| 20 | 5-6, 8 | There was not a departure of procedure at CMC from policy regarding plastic wrap or cellophane at any time in January 2018, in relationship to Alexandre Touloudjian. Please see attached excerpts from Food and Nutrition Services policies for January 2015 - present. |
| 22 | 5-7 | There was not a departure of procedure at CMC from policy regarding plastic wrap or cellophane at any time in January 2018, in relationship to Alexandre Touloudjian. Please see attached excerpts from Food and Nutrition Services policies for January 2015 - present. |
| 22 | 11 | Based on information I learned after my deposition, this answer is "no". Please see attached excerpts from Food and Nutrition Services policies for January 2015 - present. |
| 27 | 16 | Based on information I learned after my deposition, my previous testimony was incorrect. Please see attached excerpts from Food and Nutrition Services policies for January 2015 - present. |
| 28 | 4-5 | Since December 2018, the policy states that any patient that is on a safety observation shall not get any plastics with their tray. Please see attached excerpts from Food and Nutrition Services policies for January 2015 - present. Before December 2018, the policy was silent about MHCB patients receiving plastic wrapped food with their meal. |
| 28 | 19-20 | Add at line 20 after "suicide." This was not a violation of then current policy. Please see attached excerpts from Food and Nutrition Services policies for January 2015 - present. |

DATE: ___8/2/2023_____

SIGNATURE: _____



**California Men's Colony Correctional Health Care Services**
**Correctional Treatment Center**
**Dietary Services Policy & Procedures**
**May 2015**

| Chapter 7<br>Section 21 | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I.   PURPOSE:**
To ensure that meals served in the Correctional Treatment Center (CTC) are provided with the appropriate ware/tray for patients-inmates with medical isolation and/or safety risk.

**II.   REFERENCES:**
CCR Title 22, Section 79697, 79699

**III.   PROCEDURE:**

A.   The CTC nursing staff shall complete a Diet Order Slip and provide to Dietary Services indicating that a patient-inmate is in medical isolation and/or with safety risk, and complete a Diet Order Slip when this condition has ended.

B.   All meals for medical isolation patient-inmates shall be served with disposable dishes, utensils and labeled "ISOLATION" TRAYS.   Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.

C.   All meals for suicide watch or suicide precaution patient-inmates will be served as clinically ordered (disposable dishes, spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Dietary Services Policies and Procedures**
**Section 21:  Medical Isolation and Safety Risk Trays/Utensils**

| Section 21 | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I.  PURPOSE:**
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

**II.  REFERENCES:**
CCR Title 22, Section 79697, 79699

**III.  PROCEDURE:**

**A.** The CTC nursing staff shall complete a Diet Order Slip and provide to Dietary Services indicating that a patient is in medical isolation and/or with safety risk, and complete a Diet Order Slip when this condition has ended.

**B.** All meals for medical isolation patients shall be served with disposable dishes, utensils and labeled "ISOLATION"        TRAYS.  Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.

**C.** All meals for suicide watch or suicide precaution patients shall be served as clinically ordered (disposable dishes, spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Dietary Services Policies and Procedures**
**Section 22: Medical Isolation and Safety Risk Trays/Utensils**

| Section 22 | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

### I. PURPOSE:
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

### II. REFERENCES:
CCR Title 22, Section 79697, 79699

### III. PROCEDURE:

**A.** The CTC nursing staff shall complete a Diet Order in EHRS indicating that a patient is in medical isolation or has been deemed a custody safety risk. A Diet Order shall be completed when this condition has ended.

**B.** All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION". . Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.

**C.** In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils. Custody risk trays shall be labeled "CUSTODY."

**D.** All meals for patients on self-harm precautions shall be served as clinically ordered (disposable dishes, spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Dietary Services Policies and Procedures**
**Section 22:  Medical Isolation and Safety Risk Trays/Utensils**

| *Section 22* | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

### I.   PURPOSE:
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

### II.   REFERENCES:
CCR Title 22, Section 79697, 79699

### III.   PROCEDURE:

**A.** The CTC nursing staff shall complete a Diet Order in EHRS. In the Diet Order comment section or special instructions section indicate that a patient requires a medical isolation or custody safety tray. A new Diet Order shall be completed when medical isolation or custody safety risk has been discontinued.

**B.** All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION".   Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.

**C.** In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils.  Custody risk trays shall be labeled "CUSTODY."

**D.** All meals for patients on self-harm safety precautions shall be served as clinically ordered (i.e. no hard plastics, rubber tray, disposable dishes, paper spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Food and Nutrition Services Policies and Procedures**
**Section 22:  Medical Isolation and Safety Risk Trays/Utensils**

| *Section 22* | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

### I.   PURPOSE:
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

### II.   REFERENCES:
CCR Title 22, Section 79685, 79697, 79699

### III.   PROCEDURE:

**A.** The CTC nursing staff shall complete a Diet Order in EHRS. In the Diet Order comment section or special instructions section indicate that a patient requires a medical isolation or custody safety tray. A new Diet Order shall be completed when medical isolation or custody safety risk has been discontinued.

**B.** All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION".   Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.  The nursing staff shall deliver food trays to the ante-room food slot or into the isolations room as needed.  Gloves, gown and/or mask shall be worn when delivering and picking up trays from isolation.

**C.** The FANS staff shall write all tray tickets for medical isolation and custody risk patients in red ink or other identifying means.  In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils.  Custody risk trays shall be labeled "CUSTODY."  No plastic wrap shall be used in preparation of food items for service to custody risk patients.

**D.** All meals for patients on self-harm safety precautions shall be served as clinically ordered (i.e. no hard plastics, no plastics at all, rubber tray, disposable dishes, paper spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Food and Nutrition Services Policies and Procedures**
**Section 22: Medical Isolation and Safety Risk Trays/Utensils**

| *Section 22* | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

### I. PURPOSE:

To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

### II. REFERENCES:

CCR Title 22, Section 79685, 79697, 79699

### III. PROCEDURE:

**A.** The CTC nursing staff shall complete a Diet Order in EHRS. In the Diet Order comment section or special instructions section indicate that a patient requires a medical isolation or custody safety tray. A new Diet Order shall be completed when medical isolation or custody safety risk has been discontinued.

**B.** All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION". Nursing staff shall dispose of medical isolation trays in the appropriate waste containers. The nursing staff shall deliver food trays to the ante-room food slot or into the isolations room as needed. Gloves, gown and/or mask shall be worn when delivering and picking up trays from isolation.

**C.** The FANS staff shall write all tray tickets for medical isolation and custody risk patients in red ink or other identifying means. In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils. Custody risk trays shall be labeled "CUSTODY." No plastic wrap shall be used in preparation of food items for service to custody risk patients.

**D.** All meals for patients on self-harm safety precautions shall be served as clinically ordered (i.e. no hard plastics, no plastics at all, rubber tray, disposable dishes, paper spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**Chapter 7 Food and Nutrition Services Policies and Procedures**
**Section 22:  Medical Isolation and Safety Risk Trays/Utensils**

| *Section 22* | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I.   PURPOSE:**
   To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

**II.   REFERENCES:**
   CCR Title 22, Section 79685, 79697, 79699

**III.   PROCEDURE:**

   **A.**  The CTC nursing staff shall complete a Diet Order in EHRS. In the Diet Order comment section or special instructions section indicate that a patient requires a medical isolation or custody safety tray. A new Diet Order shall be completed when medical isolation or custody safety risk has been discontinued.

   **B.**  All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION".   Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.  The nursing staff shall deliver food trays to the ante-room food slot or into the isolations room as needed.  Gloves, gown and/or mask shall be worn when delivering and picking up trays from isolation.

   **C.**  The FANS staff shall write all tray tickets for medical isolation and custody risk patients in red ink or other identifying means.  In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils.  Custody risk trays shall be labeled "CUSTODY."  No plastic wrap shall be used in preparation of food items for service to custody risk patients.

   **D.**  All meals for patients on self-harm safety precautions shall be served as clinically ordered (i.e. no hard plastics, no plastics at all, rubber tray, disposable dishes, paper spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
<u>**Chapter 7 Food and Nutrition Services Policies and Procedures**</u>
**Section 22:  Medical Isolation and Safety Risk Trays/Utensils**

| *Section 22* | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I.   PURPOSE:**
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

**II.   REFERENCES:**
CCR Title 22, Section 79685, 79697, 79699

**III.   PROCEDURE:**

**A.** The CTC nursing staff shall complete a Diet Order in EHRS. In the Diet Order comment section or special instructions section indicate that a patient requires a medical isolation or custody safety tray. A new Diet Order shall be completed when medical isolation or custody safety risk has been discontinued.

**B.** All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION".   Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.  The nursing staff shall deliver food trays to the ante-room food slot or into the isolations room as needed.  Gloves, gown and/or mask shall be worn when delivering and picking up trays from isolation.

**C.** The FANS staff shall write all tray tickets for medical isolation and custody risk patients in red ink or other identifying means.  In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes, utensils.  Custody risk trays shall be labeled "CUSTODY."  No plastic wrap shall be used in preparation of food items for service to custody risk patients.

**D.** All meals for patients on self-harm safety precautions shall be served as clinically ordered (i.e. no hard plastics, no plastics at all, rubber tray, disposable dishes, paper spoons, soft foods, etc).



**California Men's Colony Health Care Services**
**Correctional Treatment Center Policies and Procedures**
**<u>Chapter 7 Food and Nutrition Services Policies and Procedures</u>**
**Section 22:  Medical Isolation and Safety Risk Trays/Utensils**

| *Section 22* | *Medical Isolation and Safety Risk Trays/Utensils* |
|---|---|

**I.   PURPOSE:**
To ensure that meals served in the CTC are provided with the appropriate ware/tray for patients with medical isolation and/or safety risk.

**II.   REFERENCES:**
CCR Title 22, Section 79685, 79697, 79699

**III.   PROCEDURE:**

**A.**  The CTC nursing staff shall complete a Diet Order in EHRS. In the Diet Order comment section or special instructions section indicate that a patient requires a medical isolation or custody safety tray. A new Diet Order shall be completed when medical isolation or custody safety risk has been discontinued.

**B.**  All meals for medical isolation patients shall be served with disposable dishes, utensils. Medical isolation trays shall be labeled "ISOLATION".   Nursing staff shall dispose of medical isolation trays in the appropriate waste containers.  The nursing staff shall deliver food trays to the ante-room food slot or into the isolations room as needed.  Gloves, gown and/or mask shall be worn when delivering and picking up trays from isolation.

**C.**  The FANS staff shall write all tray tickets for medical isolation and custody risk patients in red ink or other identifying means.  In the CTC Medical all patients deemed as a custody safety risk shall be served with disposable dishes and utensils.  Custody risk trays shall be labeled "CUSTODY."  No plastic wrap shall be used in preparation of food items for service to custody risk patients.

**D.**  All meals for patients on self-harm safety precautions shall be served as clinically ordered (i.e.,  no plastics at all, rubber tray, disposable dishes, paper spoons,  etc).