IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF ALEXANDRE TOULOUDJIAN, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 2:20-cv-00520-FLA-KS<br><br>**[PROPOSED] ORDER CONTINUING TRIAL AND ALL TRIAL-RELATED DATES** |

**ORDER**

Having reviewed the Stipulation, the parties' consent thereto, and good cause appearing therefor, IT IS HEREBY ORDERED that the current trial date of October 31, 2023, shall be vacated, and trial of this matter shall be set for January 30, 2024, at 8:30 a.m.

IT IS FURTHER ORDERED that the following trial-related dates will be re-set for the following dates and times:

1. The Final Pretrial Conference will be re-set for January 12, 2024, at 1:00 p.m.

1

2. First round of Trial filings shall be due on December 15, 2023.
- Motions in Limine
- Memoranda of Contentions of Fact and Law [L.R. 16-4]
- Witness Lists [L.R. 16-5]
- Joint Exhibit List [L.R. 16-6.1]
- Joint Status Report Regarding Settlement
- Proposed Findings of Fact and Conclusions of Law [L.R. 52]
- Declarations containing Direct Testimony, if ordered (bench trial only)

3. Second round of Trial filings shall be due on December 29, 2023.
- Oppositions to Motions in Limine
- Joint Proposed Final Pretrial Conference Order [L.R. 16-7]
- Joint Agreed Upon Proposed Jury Instructions (jury trial only)
- Disputed Proposed Jury Instructions (jury trial only)
- Joint Proposed Verdict Forms (jury trial only)
- Joint Proposed Statement of the Case (jury trial only)
- Proposed Voir Dire Questions, if any (jury trial only)

**IT IS SO ORDERED.**

Dated: September   , 2023

_____
Fernando L. Aenlle-Rocha
United States District Judge

SA2020101463
84148498.docx