Keith Altman (SBN 257309)

THE LAW OFFICE OF KEITH ALTMAN

33228 W 12 Mile Road, Suite 375

Farmington Hills, MI 48334

(248) 987-8929

keithaltman@kaltmanlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ALEXANDRE TOULOUDJIAN, et al., <br><br>                    Plaintiff/s, <br><br> v. <br><br> JOSIE GASTELO, in her individual capacity, <br><br>                    Defendant. | Case No. 2:20-cv-00520-FLA (KS) <br><br> **PLAINTIFF'S WITNESS LIST** <br><br> Judge: Hon. Fernando L. Aenlle-Rocha <br> Trial Date: October 31, 2023 <br> Action Filed: January 17, 2020 |

1

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Sarkis Touloudjian**, as Plaintiff and Administrator of the Estate of Alexandre Touloudjian | Will testify as to his relationship with his son (Alexandre Touloudjian), his experiences before, during and after the suicide of his son, the medical and mental health status of his son prior to the suicide attempt, and the damages caused. | 3 hours | 3 hours | |
| **Josie Gastelo**, Defendant | Will testify to her role and responsibilities as the Warden at California Men's Colony, the roles and responsibilities of her subordinates, and to her involvement and knowledge of the circumstances surrounding the suicide of Alexandre Touloudjian. Will testify to the scope and structure of the chain-of-command at California Men's Colony. | 3 hours | 3 hours | |
| **Manuel Rocha, Jr.**, Associate Warden at California Men's Colony | Will testify to his role as Associate Warden at California Men's Colony. Will testify regarding the chain-of-command structure at California Men's Colony. | 2 hours | 2 hours | |
| **Joshua Elliot, M.D.**, Chief of Psychiatry at California Men's Colony | Will testify to his role as Chief of Psychiatry at California Men's Colony. Will testify as to his direct involvement in the involuntary medication court process concerning Alexandre Touloudjian shortly before his suicide and | 3 hours | 3 hours | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | reasons that process was started. Will testify to his knowledge of the circumstances surrounding and leading up to the suicide of Alexandre Touloudjian. Will testify regarding the process by which CDCR responded to the suicide attempts by Alexandre Touloudjian, CDCR's policies pertaining to orders concerning inmate safety precautions while on suicide watch (particularly those of Alexandre Touloudjian). | | | |
| **Mary Comperini, Psy.D.**, Chief of Mental Health at California Men's Colony | Will testify to her role as Chief of Mental Health at California Men's Colony. Will testify regarding the process by which CDCR responded to the suicide attempts by Alexandre Touloudjian and CDCR's policies pertaining to orders concerning inmate safety precautions while on suicide watch (particularly those of Alexandre Touloudjian). Will testify as to her direct involvement and interactions with Alexandre Touloudjian while he was at California Men's Colony. | 3 hours | 3 hours | |
| **Amber Carda, Psy.D.**, Chief Psychologist for Statewide Suicide | Will testify to her role as Chief Psychologist for Statewide Suicide Prevention for the CDCR. Will testify regarding CDCR policies | 3 hours | 3 hours | |

3

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Prevention for the CDCR | concerning inmates with mental illness, history of suicidal tendencies, responding to inmate suicide attempts, and inmate mental health treatment and suicide prevention. Will testify CDCR policies regarding inmate access to adequate mental health care services. Will testify regarding CDCR's Annual Reports on Suicide for years 2015-2019, particularly how many suicide deaths occurred each year. Will testify as to the preventability of the manner in which Alexandre Touloudjian committed suicide. Will testify regarding the responsibilities of the prison to ensure prisoner safety (particularly prisoners who are at suicide risk). | | | |
| **Anurada Aithal, Psy.D.**, Senior Psychologist Supervisor at California Correctional Institution | Will testify to his role as Senior Psychologist/Senior Psychologist Supervisor at California Correctional Institution. Will testify to the process by which CDCR responded to each suicide attempt made by Alexandre Touloudjian while he was in their custody and care. Will testify to the CDCR/CCI mental health evaluation process and suicide watch protocols and policies. | 2 hours | 2 hour | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **\*Michael Scherbinski, Psy.D.**, Psychologist at California Men's Colony | May testify to the mental health evaluations he performed of Alexandre Touloudjian and the subsequent Orders he input while Alexandre Touloudjian was in the custody of California Men's Colony after his January 11, 2018 suicide attempt. | 3 hours | 3 hours | |
| **\*Katrina Weilbacher, Psy.D.**, Psychologist at California Men's Colony | May testify to the mental health evaluations she performed of Alexandre Touloudjian and the subsequent Orders she input while Alexandre Touloudjian was in the custody of California Men's Colony after his January 11, 2018 suicide attempt. | 3 hours | 3 hours | |
| **Any individual appearing on Defendant's Witness List** | | | | |

To the extent that Defendants refuse to stipulate to the admissibility of a document, Plaintiff reserves the right to call any officer or employee of Defendants to establish admissibility.

5

*Indicates that witness will be called only if the need arises.

"CDCR" refers to California Department of Corrections and Rehabilitation.

Dated: September 15, 2023               Respectfully Submitted,

                                        THE LAW OFFICE OF KEITH ALTMAN

                                   By:  /s/ Keith Altman
                                        Keith Altman (SBN 257309)
                                        THE LAW OFFICE OF KEITH ALTMAN
                                        33228 W 12 Mile Road, Suite 375
                                        Farmington Hills, MI 48334
                                        (248) 987-8929
                                        keithaltman@kaltmanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished via the CM/ECF system.

                                        /s/ Keith Altman
                                        Keith Altman, Esq.