Keith Altman (SBN 257309)
The Law Office of Keith Altman
33228 W 12 Mile Road, Suite 375
Farmington Hills, MI 48331
(516) 456-5885
kaltman@lawampmmt.com

*Attorneys for Plaintiffs*

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| The Estate of Alexandre Touloudjian, by and through its administrator Ad Prosequendum, Sarkis Touloudjian and Sarkis Touloudjian, in his own right,<br><br>Plaintiff,<br><br>vs.<br><br>Josie Gastelo, in her individual capacity, John Doe Corrections Officers 1-10, (fictitious individuals), in their individual capacities, & John Doe Companies 1-10 (fictitious entities),<br><br>Defendants. | CASE NO:2:20-CV-00520<br><br>HON: FERNANDO M. OLGUIN<br><br>**DECLARATION PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE** |

I, Sarkis Touloudjian, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. I am the father of Alexandre Touloudjian ("decedent") who died on January 29, 2018.

3. No proceeding is now pending in California for administration of the decedent's estate. Further, no proceeding for administration of the decedent's estate is pending in any other state court at this time.

4. The affiant or declarant is the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in the action or proceeding.

5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

6. The affiant or declarant affirms or declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7. A copy of the decedent's death certificate is attached hereto.

8. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of August, 2020


SarkisTouloudjian (Aug 10, 2020 11:45 PDT)

Sarkis Touloudjian

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN LUIS OBISPO
### SAN LUIS OBISPO, CALIFORNIA

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052018032353
LOCAL REGISTRATION NUMBER: 3201840000269

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | ALEXANDRE |
| 2. MIDDLE | - |
| 3. LAST (Family) | TOULOUDJIAN |
| 4. DATE OF BIRTH | 01/27/1993 |
| 5. AGE | 25 |
| 6. SEX | M |
| 7. DATE OF DEATH | 01/27/2018 |
| 8. HOUR | 0945 |
| 9. BIRTH STATE/FOREIGN COUNTRY | FRANCE |
| 10. SOCIAL SECURITY NUMBER | UNKNOWN |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 13. EDUCATION | HS GRADUATE |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | FOOD WORKER |
| 18. KIND OF BUSINESS OR INDUSTRY | FOOD |
| 19. YEARS IN OCCUPATION | 1 |
| 20. DECEDENT'S RESIDENCE | 1774 NORTH ALLEN |
| 21. CITY | PASADENA |
| 22. COUNTY/PROVINCE | LOS ANGELES |
| 23. ZIP CODE | 91104 |
| 24. YEARS IN COUNTY | 25 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | SARKIS TOULOUDJIAN, FATHER |
| 27. INFORMANT'S MAILING ADDRESS | 1774 NORTH ALLEN, PASADENA, CA 91104 |
| 31. NAME OF FATHER/PARENT—FIRST | SARKIS |
| 33. LAST | TOULOUDJIAN |
| 34. BIRTH STATE | LEBANON |
| 35. NAME OF MOTHER/PARENT—FIRST | MARIE |
| 36. MIDDLE | PIERRE |
| 37. LAST (BIRTH NAME) | BORGOMANO |
| 38. BIRTH STATE | FRANCE |
| 39. DISPOSITION DATE | 02/14/2018 |
| 40. PLACE OF FINAL DISPOSITION | RESOF JULIETTE TOULOUDJIAN, 1774 NORTH ALLEN, PASADENA, CA 91104 |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | ALL CALIFORNIA CREMATION |
| 45. LICENSE NUMBER | FD1546 |
| 46. SIGNATURE OF LOCAL REGISTRAR | PENNY BORENSTEIN, MD |
| 47. DATE | 02/13/2018 |
| 101. PLACE OF DEATH | FRENCH HOSPITAL MEDICAL CENTER |
| 104. COUNTY | SAN LUIS OBISPO |
| 105. FACILITY ADDRESS | 1911 JOHNSON AVE |
| 106. CITY | SAN LUIS OBISPO |
| 107. CAUSE OF DEATH | |
| IMMEDIATE CAUSE (A) | RESPIRATORY FAILURE |
| (B) | SEVERE ANOXIC BRAIN INJURY |
| (C) | ASPHYXIA |
| 108. DEATH REPORTED TO CORONER? | YES — REFERRAL NUMBER 18248 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | NO |
| 111. USED IN DETERMINING CAUSE? | |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 118. MANNER OF DEATH | Suicide |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 01/21/2018 |
| 122. HOUR | UNK |
| 123. PLACE OF INJURY | STATE PRISON |
| 124. DESCRIBE HOW INJURY OCCURRED | SUBJECT REPORTEDLY ASPHYXIATED HIS SELF WITH FOOD WHILE INCARCERATED |
| 125. LOCATION OF INJURY | CALIFORNIA MENS COLONY STATE PRISON, 0 COLONY DRIVE, SAN LUIS OBISPO, CA 93409 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | RORY WGK LINN |
| 127. DATE | 02/13/2018 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | RORY WGK LINN, DEPUTY CORONER |

*010001003801521*

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO } ss

DATE ISSUED: APR 26 2018

*000413327*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SAN LUIS OBISPO COUNTY HEALTH DEPARTMENT.



Dr. Penny Borenstein, Health Officer

This copy not valid unless prepared on engraved border displaying seal and signature of County Registrar.

PBNCO (Rev. 12/16)

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE