UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2-20-cv-00520-FLA (KSx) | Date | November 17, 2023 |
| Title | The Estate of Alexandre Touloudjian, et al. v. California Department of Corrections and Rehabilitation, et al | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, United States District Judge |
|---|---|
| Twyla Freeman | Wil Wilcox |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Keith L. Altman (Zoom-Webinar) | Corinna S. Arbiter |
| | Sarah E. Singer |

**Proceedings:** **MOTION OF DEFENDANT JOSIE GASTELO FOR SUMMARY JUDGMENT [98]**

The hearing is held.   The court invites the parties to argue.   Following discussions with counsel, the matter stands submitted and written order to issue.

|   |   |
|---|---|
| | 00 : 28 |
| Initials of Preparer | tf |