JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ALEXANDRE TOULOUDJIAN, et al., <br><br>         Plaintiff, <br><br> v. <br><br> JOSIE GASTELO, <br><br>         Defendant. | Case No. 2:20-cv-00520-FLA (KSx) <br><br> **JUDGMENT** |

On December 12, 2023, the court entered an order with legal conclusions and factual findings, granting Defendant Josie Gastelo's Motion for Summary Judgment (Dkt. 98) and dismissing Plaintiffs' claims with prejudice. Dkt. 124. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters Judgment in favor of Defendant and against Plaintiffs. The Clerk shall administratively close the action.

        IT IS SO ORDERED.

Dated: December 27, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1